IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY, LLC, a Delaware Limited Liability Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON WEB SERVICES, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.<br>)<br>)  **DEMAND FOR JURY TRIAL**<br>)<br>)<br>) |

**PLAINTIFF ACCELERATION BAY, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Acceleration Bay, LLC states the following:

Acceleration Bay, LLC is owned by Forward People LLC and no publicly held corporation owns 10% or more of the stock of Acceleration Bay, LLC.

　　　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Paul J. Andre<br>Lisa Kobialka<br>James Hannah<br>Michael Lee<br>Christina Finn<br>KRAMER LEVIN NAFTALIS<br>　& FRANKEL LLP<br>990 Marsh road<br>Menlo Park, CA  94025<br>(650) 752-1700 | By: */s/ Philip A. Rovner*<br>　　Philip A. Rover (#3215)<br>　　Jonathan A. Choa (#5319)<br>　　Hercules Plaza<br>　　P.O. Box 951<br>　　Wilmington, Delaware 19801<br>　　(302) 984-6000<br>　　provner@potteranderson.com<br>　　jchoa@potteranderson.com<br><br>　　*Attorneys for Plaintiff*<br>　　*Acceleration Bay, LLC* |

Aaron M. Frankel
Marcus Colucci
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Date:  July 6, 2022
10166853