*Acceleration Bay LLC v. Amazon Web Services, Inc.* (Civ. A. No. 22-904-RGA-SRF)

**Schedule A: Joint Statement of Facts which are Admitted and Require no Proof**

1.      Acceleration Bay, LLC ("Acceleration Bay") is a Delaware limited liability corporation.

2.      Amazon Web Services, Inc. ("AWS") is a Delaware Corporation.

3.      Acceleration Bay is the owner of U.S. Patent Nos. 6,714,966 ("'966 Patent"), 6,732,147 ("'147 Patent"), and 6,829,634 ("'634 Patent") (together, the "Asserted Patents").

4.      Dr. Fred B. Holt and Virgil E. Bourassa are listed as the named inventors on the face of the '966 Patent.

5.      Boeing filed the '966 Patent on July 31, 2000.

6.      Boeing was the original owner of the '966 Patent.

7.      The '966 Patent has a priority date of July 31, 2000.

8.      The United States Patent and Trademark Office issued the '966 Patent on March 30, 2004.

9.      The '966 Patent expired on November 10, 2021.

10.      Dr. Fred B. Holt and Virgil E. Bourassa are listed as the named inventors on the face of the '147 Patent.

11.      Boeing filed the '147 Patent was filed on July 31, 2000.

12.      Boeing was the original owner of the '147 Patent.

13.      The '147 Patent has a priority date of July 31, 2000.

14.      The United States Patent and Trademark Office issued the '147 Patent on May 4, 2004.

15.      The '147 Patent expired on July 20, 2022.

1

16.     Dr. Fred B. Holt and Virgil E. Bourassa are listed as the named inventors on the face of the '634 Patent.

17.     Boeing filed the '634 Patent on July 31, 2000.

18.     Boeing was the original owner of the '634 Patent.

19.     The '634 Patent has a priority date of July 31, 2000.

20.     The United States Patent and Trademark Office issued the '634 Patent on December 7, 2004.

21.     The '634 Patent expired on August 7, 2022.

22.     The hypothetical negotiation would have occurred in August 2011, which is the date Acceleration Bay contends AWS's infringement began.

23.     The hypothetical negotiation would have been between Boeing and AWS.

24.     Acceleration Bay purchased the Asserted Patents from Boeing on December 10, 2014.

*Acceleration Bay LLC v. Amazon Web Services, Inc.* (Civ. A. No. 22-904-RGA-SRF)

## Schedule B1: Acceleration Bay's Statement of Disputed Facts

Acceleration Bay incorporates the disputed issues of law listed in Schedule C1 to the extent that they involve disputed factual issues and/or mixed questions of law and fact.

### I.    Infringement

1.    Whether Amazon directly infringes Claims 12 and 19 of the '966 Patent by making, using, testing, selling and offering to sell VPC, Transit Gateway, CloudFront, and Lambda.

2.    Whether directly Amazon infringes Claim 6 of the '147 Patent by making, using, testing, selling and offering to sell VPC, Transit Gateway, CloudFront, and Lambda.

3.    Whether Amazon directly infringes Claim 10 of the '634 Patent, literally or under the doctrine of equivalents, by making, using, testing, selling and offering to sell VPC, Transit Gateway, CloudFront, and Lambda.

4.    Whether Amazon induces infringement of Claims 12 and 19 of the '966 Patent by encouraging its customers to purchase and use VPC, Transit Gateway, CloudFront, and Lambda.

5.    Whether Amazon induces infringement of Claim 6 of the '147 Patent by encouraging its customers to purchase and use VPC, Transit Gateway, CloudFront, and Lambda.

6.    Whether Amazon induces infringement of Claim 10 of the '634 Patent by encouraging its customers to purchase and use VPC, Transit Gateway, CloudFront, and Lambda.

7.    Whether Amazon contributes to the infringement of Claims 12 and 19 of the '966 Patent by providing to its customers the software for using VPC, Transit Gateway, CloudFront, and Lambda.

1

8.      Whether Amazon contributes to the infringement of Claim 6 of the '147 Patent by providing to its customers the software for using VPC, Transit Gateway, CloudFront, and Lambda.

9.      Whether Amazon contributes to the infringement of Claim 10 of the '634 Patent by providing to its customers the software for using  VPC, Transit Gateway, CloudFront, and Lambda.

## II.      Willfulness

10.      Whether Amazon's infringement of the Asserted Patents is willful.

## III.      Damages

11.      Whether there are available to Amazon any economically and technically feasible non-infringing alternatives to practicing the asserted claims of the Asserted Patents.

12.      The amount adequate to compensate Acceleration Bay for Amazon's infringement separately for each of the Asserted Patents if Amazon is found to infringe any asserted claims of any valid Asserted Patent.

13.      Whether Acceleration provided AWS with notice of its infringement of the '966, '147 and '634 Patents by March 13, 2019.

## IV.      Validity

14.      Whether the Asserted Patents were conceived by Fall 1996 and reduced to practice by August 30, 1999.

### A.  Obviousness

15.      Whether Claims 12 and 19 of the '966 Patent are patent eligible as not conventional, well-known or routine at the time they were invented.

2

16.     Whether Claim 10 of the '634 Patent is patent eligible as not conventional, well-known or routine at the time they were invented.

B. **Obviousness**

17.     Whether Amazon has identified any prior art that renders obvious the Asserted Patents.

18.     Whether long-felt need for the claimed inventions, copying by other, licensing, praise by others, industry recognition, commercial success, and teaching away, show that the claimed inventions were not obvious.

19.     Whether U.S. Patent No. 6,049,823 ("Hwang"), filed November 1, 1996, and issued April 11, 2000, qualifies as prior art under 35 U.S.C. § 102(a).

20.     Whether U.S. Patent No. 5,987,376 ("Olson"), filed July 16, 1997, and issued November 16, 1999, qualifies as prior art under 35 U.S.C. § 102(a).

21.     Whether '882 Maxemchuk, as combined with ATT Maxemchuk, Hughes, and InsideDirectX, renders obvious Claims 12 and 19 of the '966 Patent pursuant to 35 U.S.C. § 103.

22.     Whether '882 Maxemchuk, as combined with ATT Maxemchuk, Hughes, and InsideDirectX, renders obvious Claim 10 of the '634 Patent pursuant to 35 U.S.C. § 103.

23.     Whether Du, as combined with Hughes, Hwang, and Olson, renders obvious Claims 12 and 19 of the '966 Patent pursuant to 35 U.S.C. § 103.

24.     Whether Du, as combined with Hughes, Hwang, and Olson, renders obvious Claim 10 of the '634 Patent pursuant to 35 U.S.C. § 103.

25.     Whether '882 Maxemchuk, as combined with ATT Maxemchuk, Hughes, and Pekarske, renders obvious Claim 6 of the '147 Patent pursuant to 35 U.S.C. § 103.

26. Whether Du, as combined with Hughes and Pekarske, renders obvious Claim 6 of the '147 Patent pursuant to 35 U.S.C. § 103.

**V. No License**

27. Whether Amazon has a license to any of the Asserted Patents for any of the Accused Products.

28. Whether Amazon abandoned any non-assertion rights it has to any of the Asserted Patents.

29. Whether any alleged non-assertion provision is enforceable as to Acceleration Bay.

30. Whether The Boeing Company used any of the Accused Products between October 5, 2010 and December 10, 2014.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ACCELERATION BAY LLC., <br><br> *Plaintiff,* <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant.* | Case No. 22-904 (RGA) (SRF) |

## <u>SCHEDULE B2: DEFENDANT'S STATEMENT OF ISSUES OF FACT WHICH REMAIN TO BE LITIGATED</u>

Defendant Amazon Web Services, Inc. ("AWS") respectfully provides the following issues of fact that remain to be litigated. By making these disclosures, AWS does not agree to take on the burden of proof for any issue on which Plaintiff Acceleration Bay ("Acceleration Bay") bears the burden of proof.  This Statement of Issues of Fact Which Remain to be Litigated is based on the current status of the case and the Court's rulings to date.  AWS reserves the right to revise, amend, supplement, or modify this statement based on any pretrial rulings by the Court and/or to address any additional issues, arguments, evidence, or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending motions, and similar developments.  The following list of fact issues is not exhaustive, and AWS reserves the right to prove any matters identified in its pleadings, interrogatory responses, expert reports, and/or dispositive motions.  AWS further reserves the right to litigate factual issues raised by Acceleration Bay even if not specifically set forth below. By including a fact below, AWS does not assume the burden of proof or production for that fact.

1

Should the Court determine that any issue identified below is more appropriately considered an issue of law, AWS incorporates such issues by reference in its Statement of Issues of Law That Remain to Be Litigated (Schedule C2). Likewise, to the extent that AWS's Statements of Issues of Law That Remain to Be Litigated (Schedule C2) contains issues that the Court deems to be issues of fact, those issues are incorporated herein by reference.

## I.    Infringement

1.    Whether AWS's manufacture, sale, offer for sale, and/or use (or control of the use by others) in the United States of Virtual Private Cloud ("VPC"), alone or as used by the VPC Accused Products,[1] has directly infringed any asserted claim[2] under a theory of literal infringement.

2.    Whether AWS's manufacture, sale, offer for sale, and/or use (or control of the use by others) in the United States of Transit Gateway ("TGW"), alone or as used by the TGW Accused Product,[3] has directly infringed any asserted claim under a theory of literal infringement.

3.    To the extent Acceleration Bay is permitted to present a doctrine of equivalents theory that was not specifically disclosed in its infringement contentions or in its infringement expert's report, whether AWS's manufacture, sale, offer for sale, and/or use in the United States of VPC, alone or as used by the VPC Accused Products, has directly infringed claim 10 of the '634 patent under a doctrine of equivalents theory of infringement.

---

[1] The VPC Accused Products are those products that allegedly infringe "through the use of VPC" and include CloudFront, Elastic Kubernetes Service ("EKS"), GameLift, EC2, and Lambda.

[2] The asserted claims are claims 12 and 19 of the '966 patent, claim 6 of the '147 patent, and claim 10 of the '634 patent. AWS disputes whether Acceleration Bay has accused any of the VPC or TGW Accused Products apart from their use of VPC and/or Transit Gateway.

[3] The TGW Accused Product is the product that allegedly infringes "through the use of Transit Gateway," EC2.

4. To the extent Acceleration Bay is permitted to present a doctrine of equivalents theory that was not specifically disclosed in its infringement contentions or in its infringement expert's report, whether AWS's manufacture, sale, offer for sale, and/or use in the United States of TGW, alone or as used by the TGW Accused Product, has directly infringed claim 10 of the '634 patent under a doctrine of equivalents theory of infringement.

5. Whether any specific AWS customer has directly infringed any asserted claim through its use in the United States of VPC, alone or as used by the VPC Accused Products, under a theory of either literal infringement or infringement under the doctrine of equivalents.

6. Whether any specific AWS customer has directly infringed any asserted claim through its use in the United States of TGW, alone or as used by the TGW Accused Product, under a theory of either literal infringement or infringement under the doctrine of equivalents.

7. Whether AWS's manufacture, sale, offer for sale, and/or use (or the alleged control of the use by others) in the United States of VPC, alone or as used by the VPC Accused Products, has induced its customers to allegedly infringe any asserted claim under a theory of induced infringement.

8. Whether AWS's manufacture, sale, offer for sale, and/or use (or the alleged control of the use by others) in the United States of TGW, alone or as used by the TGW Accused Product, induced its customers to allegedly infringe any asserted claim under a theory of induced infringement.

9. Whether AWS's manufacture, sale, offer for sale, and/or use (or the alleged control of the use by others) in the United States of VPC, alone or as used by the VPC Accused Products, contributed to its customers' alleged infringement of any asserted claim under a theory of contributory infringement.

3

10.     Whether AWS's manufacture, sale, offer for sale, and/or use (or the alleged control of the use by others) in the United States of TGW, alone or as used by the TGW Accused Product, contributed to its customers' alleged infringement of any asserted claim under a theory of contributory infringement.

11.     To the extent Acceleration Bay is permitted to present evidence that any VPC or TGW Accused Product infringes the Asserted Patents independently of its use of VPC or TGW, whether AWS's manufacture, sale, offer for sale, and/or use (or control of the use by others) of these products has infringed any asserted claim of the Asserted Patents, either directly (literally or under the doctrine of equivalents) or indirectly (by either inducing or contributing to its customers' alleged infringement).

12.     To the extent Acceleration Bay is permitted to present evidence that any VPC or TGW Accused Product infringes the Asserted Patents independently of its use of VPC or TGW, whether any specific AWS customer has directly infringed any asserted claim through its use in the United States of those products under a theory of either literal infringement or infringement under the doctrine of equivalents.

**II.     Invalidity**

13.     Whether claims 10 of the '634 patent and claims 12 and 19 of the '966 patent lack an inventive concept.

14.     Whether the asserted claims have the benefit of the alleged fall 1996 conception date.

15.     Whether the asserted claims have the benefit of the alleged August 30, 1999 reduction to practice date.

4

16.     Whether claims 12 and 19 of the '966 patent and claim 10 of the '634 patent are obvious over the combination of '882 Maxemchuk, ATT Maxemchuk, Hughes, and InsideDirectX.

17.     Whether a person of ordinary skill in the art (POSITA) would have had a motivation to combine '882 Maxemchuk, ATT Maxemchuk, Hughes, and InsideDirectX.

18.     Whether a POSITA would have had a reasonable expectation of success when combining '882 Maxemchuk, ATT Maxemchuk, Hughes, and InsideDirectX.

19.     Whether claims 12 and 19 of the '966 patent and claim 10 of the '634 patent are obvious over the combination of Du, Hughes, Hwang, and Olson.

20.     Whether a POSITA would have had a motivation to combine Du, Hughes, Hwang, and Olson.

21.     Whether a POSITA would have had a reasonable expectation of success when combining Du, Hughes, Hwang, and Olson.

22.     Whether claim 6 of the '147 patent is obvious over the combination of '882 Maxemchuk, ATT Maxemchuk, Hughes, and Pekarske.

23.     Whether a POSITA would have had a motivation to combine '882 Maxemchuk, ATT Maxemchuk, Hughes, and Pekarske.

24.     Whether a POSITA would have had a reasonable expectation of success when combining '882 Maxemchuk, ATT Maxemchuk, Hughes, and Pekarske.

25.     Whether claim 6 of the '147 patent is obvious over the combination of Du, Hughes, and Pekarske.

26.     Whether a POSITA would have had a motivation to combine Du, Hughes, and Pekarske.

5

27.    Whether a POSITA would have had a reasonable expectation of success when combining Du, Hughes, and Pekarske.

**III.    License Defense**

28.    Whether § 7.6 of the 2010 AWS-Boeing Enterprise Customer Agreement prevents Boeing from asserting any of its patents against AWS with regards to any AWS services Boeing used.

29.    Whether there was a lack of consideration for the non-assertion clause in the 2010 AWS-Boeing Enterprise Customer Agreement.

30.    Whether Boeing, and/or any Boeing Affiliate,[4] used VPC, EC2, and CloudFront after Boeing entered into the 2010 AWS-Boeing Enterprise Customer Agreement and before it sold the patents-in-suit to Acceleration Bay in 2014.

31.    To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, whether the alleged removal of the non-assertion clause in the standard online AWS Customer Agreement applies to the non-assertion clause in the 2010 Boeing-AWS Enterprise Customer Agreement.

32.    To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, whether the alleged removal of the non-assertion clause in the standard online AWS Customer Agreement in 2017 retroactively applied to nullify Boeing's grant of a license to AWS in the 2010 Boeing-AWS Enterprise Agreement.

---

[4] D.I. 171-1, Ex. 54 (Amendment No. 1 to the 2010 AWS-Boeing Enterprise Customer Agreement, adding "Section 2.6 Affiliates" and Exhibit 2.6, defining "Company Affiliate AWS Accounts," including through identification of specific customer numbers).

IV.    **Damages**

33.    If any asserted claim is found to be infringed, the amount of a reasonable royalty to which Boeing and AWS would have agreed in a hypothetical negotiation in August 2011.

34.    The factors the parties would have agreed to in that negotiation, including at least the relative contributions of the patents-in-suit to the patented and unpatented features of VPC, TGW, CloudFront, EKS, EC2, Lambda, and GameLift.[5]

35.    Whether the 2021 Amazon-ZitoVault License Agreement is comparable to the license that Boeing and AWS would have agreed to in August 2011.

36.    Whether the 2006 Boeing-Sony License Agreement is comparable to the license that Boeing and AWS would have agreed to in August 2011.

37.    Whether the 2020 Acceleration Bay-Epic License Agreement is comparable to the license that Boeing and AWS would have agreed to in August 2011.

38.    Whether the 2005 Amazon-Web Sciences Group Agreement is comparable to the license that Boeing and AWS would have agreed to in August 2011.

39.    Whether the 2002 Boeing-Panthesis License Agreement is comparable to the license that Boeing and AWS would have agreed to in August 2011.

40.    To the extent Acceleration Bay is permitted to rely on the 2011 Alcatel-Lucent License Agreement, whether that agreement is comparable to the license that Boeing and AWS would have agreed to in August 2011.

41.    To the extent Acceleration Bay is permitted to rely on the 2007 Amazon-IBM License Agreement, whether that agreement is comparable to the license that Boeing and AWS would have agreed to in August 2011.

---

[5] These are the accused products for which Acceleration Bay has provided damages.

42.    Whether there were any economically and technically acceptable non-infringing alternatives available to AWS.

43.    Whether Acceleration Bay seeks to recover damages on AWS's sales that are outside the scope of its infringement contentions and its infringement expert report (i.e., for the overall sale of all of the VPC and TGW Accused Products, rather than through their use of VPC and/or TGW).

## V.    Notice Defense

44.    Whether Acceleration Bay's March 13, 2019 letter provided AWS notice of Virtual Private Cloud's ("VPC") alleged infringement of the patents-in-suit.

45.    Whether Acceleration Bay's March 13, 2019 letter provided AWS notice of Transit Gateway's ("TGW") alleged infringement of the patents-in-suit.

46.    Whether Acceleration Bay's March 13, 2019 letter provided AWS notice of any additional AWS product's alleged infringement of the patents-in-suit.

47.    Whether AWS had notice of its alleged infringement before the filing of the Complaint on July 6, 2022.

## VI.    Willful Infringement

48.    If any asserted claim is found to be infringed and not invalid:

a.    Whether AWS's alleged pre-Complaint infringement by VPC was willful;

b.    Whether AWS's alleged pre-Complaint infringement by TGW was willful;

c.    Whether AWS's alleged pre-Complaint infringement by any VPC Accused Product was willful;

d.    Whether AWS's alleged pre-Complaint infringement by the TGW Accused Product was willful; and/or

8

e.  Whether AWS's alleged post-Complaint (specifically, from July 6, 2022 through

August 7, 2022 (the date on which the last of the patents-in-suit expired))

infringement was willful.

49.  If any asserted claim is found to be infringed and not invalid, whether AWS

engaged in any willful, wanton, malicious, deliberate, consciously wrongful, flagrant, or egregious

behavior or acted in bad faith with respect to its alleged infringement.

*Acceleration Bay LLC v. Amazon Web Services, Inc.* (Civ. A. No. 22-904-RGA-SRF)

**<u>Schedule C1: Acceleration Bay's Statement of Issues of Law that Remain to be Litigated</u>**

Acceleration Bay identifies the following issues of law which remain to be litigated. This statement is based on the arguments Acceleration Bay expects to make as well as its understanding of the arguments that Amazon is likely to make. If Amazon seeks to introduce different legal arguments, Acceleration Bay reserves the right to supplement this statement. This statement is based on the current status of the case and the Court's rulings to date. Acceleration Bay reserves the right to modify or supplement this statement in response to subsequent rulings by the Court.

Should the Court determine that any of these issues are issues of fact (and not law), Acceleration Bay incorporates such issues by reference into its Statement of Issues of Fact That Remain to Be Litigated (Schedule B1). To the extent that Acceleration Bay's Statement of Issues of Fact That Remain to Be Litigated contains issues that the Court deems to be issues of law, those issues are incorporated herein by reference. The authority cited herein is not exhaustive, and any party may rely on authority not cited in this statement.

**I.      Infringement**

      **A.      Issues of Law**

1. Whether Amazon literally infringes Claims 12 and 19 of the '966 Patent.

2. Whether Amazon literally infringes Claim 6 of the '147 Patent.

3. Whether Amazon infringes, literally or under the doctrine of equivalents, Claim 10 of the '634 Patent.

4. Whether Amazon indirectly infringes Claims 12 and 19 of the '966 Patent.

5. Whether Amazon indirectly infringes Claim 6 of the '147 Patent.

1

6.      Whether Amazon indirectly infringes, literally or under the doctrine of equivalents, Claim 10of the '634 Patent.

7.      Whether Amazon's infringement is willful, wanton, and deliberate, and Acceleration Bay is entitled to trebled damages on this basis.

## B.      Relevant Authority

Acceleration Bay bears the burden of proving patent infringement by a preponderance of the evidence. *Advanced Cardiovascular Sys., Inc. v, Scimed Life Sys., Inc.*, 261 F.3d 1329, 1336 (Fed. Cir. 2001).  Acceleration Bay may carry this burden by showing that it is more likely than not that Amazon infringes the asserted claims. *Warner-Lambert Co. v. Teva Pharm., USA, Inc.*, 418 F.3d 1326,  1341 (Fed. Cir. 2005).

The infringement analysis involves two steps.  *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 976 (Fed. Cir. 1995) (en banc), aff'd, 517 U.S. 370 (1996).

The first step is to define the disputed the terms of the patent consistent with how those terms would be understood by a person of ordinary skill in the art.  *Id.*; *Phillips v. AWH Corp.*, 415 F.3d 1303, 1313 (Fed. Cir. 2005) (en banc).  This Court construed the disputed claim terms in its October 19, 2023 claim construction memorandum opinion (D.I. 77) and October 25, 2023 claim construction order (D.I. 81).

The second step in the infringement analysis is to compare the accused product with the properly construed claims.  *Markman*, 52 F.3d at 976; *see generally* 35 U.S.C. § 271.

To infringe  a method claim, all steps of the claimed method must be performed. *See Lucent Techs., Inc. v. Gateway, Inc.*, 580 F.3d 1301, 1317 (Fed. Cir. 2009).

To directly infringe a system claim, an alleged infringer must make, use, sell, or assemble each element of the claimed system. *Centillion  Data  Systems, LLC  v.  Qwest  Communications Int'l*, 631 F.3d 1279, 1284 (Fed. Cir. 2011); *CenTrak, Inc. v. Sonitor Techs., Inc.*, 915 F.3d

2

1360, 1371 (Fed. Cir. 2019) ("Direct infringement can be found when a defendant makes a product containing 'each and every limitation set forth in a claim.'") (citing *Cross Med. Prods., Inc. v. Medtronic Sofamor Danek, Inc.*, 424 F.3d 1293, 1310 (Fed. Cir. 2005). "To 'use' a system for purposes of infringement, a party must put the invention into service, i.e. control the system as a whole and obtain a benefit from it." *Id.* (citing *NTP, Inc. v. Research In Motion, Ltd.*, 418 F.3d 1282, 1317 (Fed. Cir. 2005).

"Whoever actively induces infringement of a patent shall be liable as an infringer." 35 U.S.C. § 271(b). To prove inducement of infringement, the patentee must []show that the accused inducer took an affirmative act to encourage infringement with the knowledge that the induced acts constitute patent infringement. *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*, 843 F.3d 1315, 1332 (Fed. Cir. 2016).

Infringement may be shown through direct evidence as well as circumstantial evidence. *See Lucent Techs., Inc. v. Gateway, Inc.*, 580 F.3d 1301, 1317 (Fed. Cir. 2009); *Moleculon Res. Corp. v. CBS, Inc.*, 793 F.2d 1261, 1272 (Fed. Cir. 1986) ("It is hornbook law that direct evidence of a fact is not necessary."). "Circumstantial evidence is not only sufficient, but may also be more certain, satisfying and persuasive than direct evidence." *Moleculon*, 793 F.2d at 1272 (quoting *Michalic v. Cleveland Tankers, Inc.*, 364 U.S. 325, 330 (1960)); *Chiuminatta Concrete Concepts, Inc. v. Cardinal Indus., Inc.*, 1 F. App'x 879, 884–85 (Fed. Cir. 2001); *see also Mickowski v. Visi-Trak Corp.*, 36 F. Supp. 2d 171, 182, (S.D. N.Y. 1999), aff'd, 230 F.3d 1379 (Fed. Cir. 2000) ("Although proof that a defendant has actively induced infringement requires proof that another has directly infringed the patent in suit, such direct infringement may be established by circumstantial evidence of extensive sales by defendant of a product capable of use to practice the patented method and distribution by defendant of an instruction manual teaching the patented

3

method."); *Riverbed Tech., Inc. v. Silver Peak Sys., Inc.*, No. CV 11-484- RGA, 2014 WL 4695765, at \*7 (D. Del. Sept. 12, 2014) (Stark, J.).

If a patentee has failed to prove that each claim limitation is literally present in each accused network or method, then the claim may "be found to infringe if there is 'equivalence' between the elements of the accused [network] or process and the claimed elements of the patented invention." *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 29 (1997). To prove infringement under the doctrine of equivalents, the patentee must "prove that the accused [product or method] contains an equivalent for each limitation not literally satisfied." *Catalina Mktg. Int'l, Inc. v. Coolsavings.com, Inc.*, 289 F.3d 801, 812 (Fed. Cir. 2002). "An element in the accused [product or method] is equivalent to a claim limitation if the differences between the two are 'insubstantial' to one of ordinary skill in the art." *Id.* (citation omitted). "Insubstantiality may be determined by whether the accused device 'performs substantially the same function in substantially the same way to obtain the same result' as the claim limitation." *Id.* (quoting *Graver Tank & Mfg. Co. v. Linde Air Prods. Co.*, 339 U.S. 605, 608 (1950)). In addition, "other 'objective evidence rather than unexplained subjective conclusions' may be relevant to the determination whether the differences between the accused product or process and the claimed invention are insubstantial." *Tex. Instruments Inc. v. Cypress Semiconductor Corp.*, 90 F.3d 1558, 1566 (Fed. Cir. 1996) (citation omitted). "Such evidence may include evidence of known interchangeability to one of ordinary skill in the art, copying, and designing around." *Id.*

The Supreme Court has held that "subjective willfulness of a patent infringer, intentional or knowing, may warrant enhanced damages, without regard to whether his infringement was objectively reckless." *Halo Electronics, Inc. v. Pulse Electronics, Inc.*, 136 S.Ct. 1923, 1933 (2016). "Knowledge of the patent alleged to be willfully infringed continues to be a prerequisite

4

to enhanced damages." *WBIP, LLC v. Kohler Co.*, 829 F.3d 1317, 1341 (Fed. Cir. 2016). "[C]ulpability is generally measured against the knowledge of the actor at the time of the challenged conduct." *Halo*, 136 S.Ct. at 1933.

"Proof of an objectively reasonable litigation-inspired defense to infringement is no longer a defense to willful infringement." *WBIP*, 829 F.3d at 1341. Willful infringement is a fact question that a plaintiff must prove by the "preponderance of the evidence." *Halo*, 136 S.Ct. at 1934. The Federal Circuit opined that "[w]e do not interpret Halo as changing the established law that the factual components of the willfulness question should be resolved by the jury." *WBIP*, 829 F.3d at 1341. "Willfulness of behavior is a classical jury question of intent," *Richardson v. Suzuki Motor Co.*, 868 F.2d 1226, 1250 (Fed. Cir. 1989), that "[b]y its nature . . . hinges both on the fact finder's assessments of the credibility of witnesses and on the fact finder drawing inferences from the evidence presented to it." *LG Elecs. U.S.A., Inc. v. Whirlpool Corp.*, 798 F. Supp. 2d 541, 557 (D. Del. 2011). As such, the "intent-implicating question willfulness" is "peculiarly within the province of the fact finder." *Liquid Dynamics Corp. v. Vaughan Co.*, 449 F.3d 1209, 1225 (Fed. Cir. 2006).

## II. Patent Eligible Subject Matter

### A. Issues of Law

1. Whether Claims 12 and 19 of the '966 Patent are directed to patent eligible subject matter under 35 U.S.C. § 101.

2. Whether Claims 10, 16 and 25 of the '634 Patent are directed to patent eligible subject matter under 35 U.S.C. § 101.

### B. Relevant Authority

A patent is presumed valid under 35 U.S.C. § 282. *Spectrum Pharm., Inc. v. Sandoz Inc.*, 802 F.3d 1326, 1333 (Fed. Cir. 2015). To prove invalidity, a defendant must overcome the presumption of validity with clear and convincing evidence. *Id.*

A claim is deemed directed to patent-eligible subject matter unless it that encompasses subject matter that does not fall within one of the four statutory categories of patent-eligible subject matter under 35 U.S.C. § 101. *See Ultramercial, Inc. v. Hulu, LLC*, 772 F.3d 709, 713- 714 (Fed. Cir. 2014) ("A § 101 analysis begins by identifying whether an invention fits within one of the four statutory provided categories of patent-eligible subject matter."). Those four statutory classes are: process, machine, manufacture, and composition of matter. *See* 35 U.S.C. § 101. "Laws of nature, natural phenomena, and abstract ideas are not patentable." *Mayo Collaborative Servs. v. Prometheus Labs., Inc.*, 566 U.S. 66, 70 (2012) (internal quotations omitted).

The Supreme Court has articulated a two-step test for determining whether a patent claims eligible subject matter. First, the court determines "whether the claims at issue are directed to a patent-ineligible concept." *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2355 (2014). In so doing, the Court must determine "whether the claims focus on a specific means or method that improves the relevant technology or are directed to a result or effect that itself is the abstract idea and merely invoke generic processes and machinery." *Apple, Inc. v. Ameranth, Inc.*, 842 F.3d 1229, 1241 (Fed. Cir. 2016) (internal quotations omitted).

The Court previously found at Step One that the claims of the '966 and '634 Patents cover patent eligible subject matter because they "are directed to an innovative network structure for the distribution of data as the number of participants in a computer network is scaled." Memorandum Order Denying Defendants' Motion to Dismiss, *Acceleration Bay LLC v. Take- Two Interactive*

6

*Software, Inc.* ("Take-Two"), No. 16-cv-00455-RGA, D.I. 245, at 6 (D. Del. Aug. 29, 2017) (the "101 Order").

Second, if the claim contains an abstract idea, the court evaluates whether there is "an 'inventive concept'—*i.e.*, an element or combination of elements that is sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the ineligible concept itself." *Alice*, 134 S. Ct. at 2355 (internal quotations and citations omitted).

## III.    Obviousness

### A.    Issues of Law

1.    Whether long-felt need for the claimed inventions, copying by other, licensing, praise by others, industry recognition, commercial success, and teaching away, show that the claimed inventions were not obvious.

2.    Whether U.S. Patent No. 6,049,823 ("Hwang"), filed November 1, 1996, and issued April 11, 2000, qualifies as prior art under 35 U.S.C. § 102(a).

3.    Whether U.S. Patent No. 5,987,376 ("Olson"), filed July 16, 1997, and issued November 16, 1999, qualifies as prior art under under 35 U.S.C. § 102(a).

4.    Whether '882 Maxemchuk, as combined with ATT Maxemchuk, Hughes, and InsideDirectX, renders obvious Claims 12 and 19 of the '966 Patent pursuant to 35 U.S.C. § 103.

5.    Whether '882 Maxemchuk, as combined with ATT Maxemchuk, Hughes, and InsideDirectX, renders obvious Claim 10 of the '634 Patent pursuant to 35 U.S.C. § 103.

6.    Whether Du, as combined with Hughes, Hwang, and Olson, renders obvious Claims 12 and 19 of the '966 Patent pursuant to 35 U.S.C. § 103.

7.    Whether Du, as combined with Hughes, Hwang, and Olson, renders obvious Claim 10 of the '634 Patent pursuant to 35 U.S.C. § 103.

7

8.      Whether '882 Maxemchuk, as combined with ATT Maxemchuk, Hughes, and Pekarske, renders obvious Claim 6 of the '147 Patent pursuant to 35 U.S.C. § 103.

9.      Whether Du, as combined with Hughes and Pekarske, renders obvious Claim 6 of the '147 Patent pursuant to 35 U.S.C. § 103.

### B.      Issues of Law

A patent is presumed valid under 35 U.S.C. § 282. *Spectrum Pharm., Inc. v. Sandoz Inc.*, 802 F.3d 1326, 1333 (Fed. Cir. 2015). To prove invalidity, a defendant must overcome the presumption of validity with clear and convincing evidence. *Id.*

Section103 of Title 35 of the United States Code provides, in relevant part, that:

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.

> Patentability shall not be negated by the manner in which the invention was made.

35 U.S.C. § 103(a); *see also Wyers v. Master Lock Co.*, 616 F.3d 1231, 1237 (Fed. Cir. 2010), *cert. denied*, 131 S. Ct. 1531 (2011).

> Under § 103, the scope and content of the prior art are to be determined; differences between the prior art and the claims at issue are to be ascertained; and the level of ordinary skill in the pertinent art resolved.  Against this background, the obviousness or nonobviousness of the subject matter is determined.  Such secondary considerations as commercial success, long felt but unsolved needs, failure of others, etc., might be utilized to give light to the circumstances surrounding the origin of the subject matter sought to be patented.

*KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406, 127 S. Ct. 1727, 1734 (2007) (*quoting Graham v. John Deere Co. of Kansas City*, 383 U.S. 1, 17-18 (1966)). Before finding a patent claim as invalid for obviousness, a court must consider all of these factors.  *Ruiz v. A.B. Chance Co.*, 234 F.3d 654, 663 (Fed. Cir. 2000).

8

"[A] patent composed of several elements is not proved obvious merely by demonstrating that each element was, independently, known in the prior art." *KSR Int'l*, 550 U.S. at 418. "[I]nventions in most, if not all, instances rely upon building blocks long since uncovered, and claimed discoveries almost of necessity will be combinations of what, in some sense, is already known." *Id.* at 418–19. Where a challenger seeks to invalidate a patent based on obviousness, it must demonstrate "by clear and convincing evidence" that a "skilled artisan would have had reason to combine the teaching of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success from doing so." *In re Cyclobenzapine Hydrochloride Extended Release Capsule Patent Litig.*, 676 F.3d 1063, 1068–69 (Fed. Cir. 2012) (*citing Proctor & Gamble Co. v. Teva Pharm. USA, Inc.*, 566 F.3d 989, 994 (Fed. Cir. 2009)); *PharmaStem Therapeutics, Inc. v. ViaCell, Inc.*, 491 F.3d 1342, 1360 (Fed. Cir. 2007).

The obviousness analysis takes place at the time of the invention, and focuses on evidence existing before the time of the invention. *See KSR Int'l*, 550 U.S. at 420. The use of hindsight is prohibited in the obviousness analysis. *Id*. at 421 ("A factfinder should be aware, of course, of the distortion caused by hindsight bias and must be cautious of arguments reliant upon x post reasoning."); *accord Innogenetics, N. V. v. Abbott Labs.*, 512 F.3d 1363, 1374 n.3 (Fed. Cir. 2008) (hindsight should not be relied upon to post-hoc create a reason for combining references when such reason would not have been known before the claimed invention); *Yamanouchi Pharm. Co., Ltd. v. Danbury Pharmacal, Inc.*, 231 F.3d 1339, 1343 (Fed. Cir. 2000) (using "the claimed invention itself as a blueprint for piecing together elements in the prior art to defeat the patentability of the claimed invention" is impermissible hindsight reasoning) (citation omitted).

An obviousness determination is made "from the viewpoint of a person of ordinary skill [not the inventor] in the field of the invention." *Arkie Lures, Inc. v. Gene Larew Tackle, Inc.*, 119

9

F.3d 953, 956 (Fed. Cir. 1997). The obviousness analysis must avoid using the teachings of the patent-in-suit because "[t]he invention must be viewed not with the blueprint drawn by the inventor, but in the state of the art that existed at the time." *Interconnect Planning Corp. v. Feil*, 774 F.2d 1132, 1138 (Fed. Cir. 1985). Therefore, "[i]t is critical that the question of obviousness not be viewed in the light of the accomplished result." *BOC Health Care, Inc. v. Nellcor Inc.*, 892 Supp. 598, 603 (D. Del. 1995) (internal quotation marks and citation omitted). Evidence must be provided that a "skilled artisan, confronted with the same problems as the inventor and with no knowledge of the claimed invention, would select the elements from the cited prior art references for combination in the manner claimed." *In re Rouffet*, 149 F.3d 1350, 1357 (Fed. Cir. 1998).

Conception occurs when the inventor has formed the idea as to how to make and use every aspect of the claimed invention. *Singh v. Blake*, 222 F.3d 1362, 1366-70 (Fed. Cir. 2000) ("A conception must encompass all limitations of the claimed invention."); *Cooper v. Goldfarb*, 154 F.3d 1321, 1326-31 (Fed. Cir. 1998). Reduction to practice occurs when the invention is made and shown to work for its intended purpose. *Cooper*, 154 F.3d at 1326-31; *Estee Lauder Inc. v. L'Oreal, S.A.*, 129 F.3d 588, 593 (Fed. Cir. 1997). ("[A] reduction to practice does not occur until the inventor . . . knows that the invention will work for its intended purpose."). "A patent owner need not prove the inventor continuously exercised reasonable diligence throughout the critical period; it must show there was reasonably continuous diligence." *Perfect Surgical Techniques, Inc. v. Olympus Am., Inc.*, slip op. at 7 (Fed. Cir. Nov. 15, 2016). Reasonable diligence allows for interruptions necessitated by the inventor or others working with him. *In re Jolley*, 308 F.3d 1317, 1327 (Fed. Cir. 2002); *Griffith v. Kanamaru*, 816 F.2d 624, 626 (Fed. Cir. 1987).

IV.     **License Defense**

A.      **Issues of Law**

10

1.    Whether Amazon has a license to the Asserted Patents for any of the Accused Products.

2.    Whether Amazon abandoned any non-assertion rights it had to any of the Asserted Patents.

3.    Whether any alleged non-assertion provision is enforceable as to Acceleration Bay.

**B.    Relevant Authority**

Interpretation of the Amazon-Boeing Procurement Agreement is governed by Washington state law. *Interspiro USA, Inc. v. Figgie Int'l Inc.*, 18 F.3d 927, 931 (Fed. Cir. 1994) (interpretation of an agreement is governed by state contract law).

It is a fundamental principle of contract law that lack of consideration for a contract provision renders it invalid. *Nationwide Mut. Fire Ins. Co. v. Watson*, 120 Wash. 2d 178, 195 (1992).

Contract abandonment and novation are a "mixed question of law and fact." *Schoneman v. Wilson*, 56 Wash.App. 776, 850 (1990) (resolution of abandonment is appropriate for the trier of fact.").

A contract provision is "treated as abandoned where the acts of one party inconsistent with its existence are acquiesced in by the other." *McMillen v. Bancroft*, 162 Wash. 175, 180 (1931) (citation omitted).  Where mutual abandonment occurs, "the parties are entitled to restoration to their original rights." *McMillen v. Bancroft*, 162 Wash. 175, 180 (1931); *Ferris v. Blumhardt*, 48 Wash. 2d 395, 402-03 (1956).

Novation of a contract, which substitutes a new obligation for an old one, requires "[1] the necessary parties, [2] a valid prior obligation to be displaced by the new obligation, [3]

11

consideration, and [4] mutual agreement."   Pabst v. Hardwick, 105 Wash. App. 1028 (2001) (citation omitted).

A contract is ambiguous where "its terms are uncertain or capable of being understood in more than one manner." *Farmers Ins. Co. v. U.S.F. & G. Co.*, 13 Wash.App. 836, 840-41 (1975) (construing term "owner" against insurance carrier because term was ambiguous due to the fact that it "may have many meanings depending on the circumstances in which it is used"). Further, ambiguous contract terms must be construed against the drafter of the contract, which in this case, is Amazon.  *Luna v. Gillingham*, 57 Wash. App. 574, 581 (1990) ("requir[ing] [] ambiguous contract language be construed against the drafter."); *Universal/Land Const. Co. v. City of Spokane*, 49 Wash. App. 634, 636-38 (1987) (construing contract term against drafter where provisions were internally inconsistent and thus ambiguous).

When construing a contract, the parties' intent is to be "interpreted in the context of the entire agreement" and "must be consistent with the principal purpose for which the parties entered into the agreement." *United Emp'rs Ins. Co. v. Mentor*, No. 35237-7-I, 1996 WL 509559, at *2 (Wash. Ct. App. Sept. 9, 1996). Washington state law requires consideration of "the objective of the contract, the contracting parties' conduct, and the reasonableness of the parties' respective interpretations." *King v. Rice*, 146 Wash. App. 662, 670-71 (2008) (finding that terms of conveyance were ambiguous in light of the context of the agreement) (citation omitted).

Interpretation of exculpatory provisions requires a higher degree of scrutiny for clarity because "the law disfavors promises not to sue in the future." *United Emp'rs*, 1996 WL 509559, at *2, citing *Gabl v. Alaska Loan & Inv. Co.*, 6 Wn. App. 880, 884 (1972) (because "the law disfavors promises not to sue in the future," exculpatory clause of agreement was construed

12

narrowly against lessor and by "reading the clause contextually" within the context of agreement

in view of its "principal purpose").

## V.    Damages

### A.    Issues of Law

1.    Whether there are available to Amazon any economically and technically feasible non-infringing alternatives to practicing the asserted claims of the Asserted Patents.

2.    Whether Acceleration Bay is entitled to damages under 35 U.S.C. § 284 for Amazon's infringement.

3.    Whether Acceleration Bay is entitled to enhanced damages under 35 U.S.C. § 284.

4.    The amount adequate to compensate Acceleration Bay for Amazon's infringement of the  Asserted Patents if Amazon is found to infringe any Asserted Claims of any valid Asserted Patent.

5.    Whether Acceleration Bay provided AWS with notice of its infringement of the '966, '147 and '634 Patents by March 13, 2019.

6.    Whether Acceleration Bay is entitled to a judgment order requiring Amazon to give an accounting of all infringing use, distribution, sales and revenues, together with prejudgment and  post-judgment interest from the date of first infringement of the asserted patents under 35 U.S.C. § 284; 28 U.S.C. § 1961.

### B.    Relevant Authority

Upon a finding of infringement, the patentee shall be awarded "damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court."    35 U.S.C. § 284. "[T]he amount of a prevailing party's damages is a finding of fact on which the

13

plaintiff bears the burden of proof by a preponderance of the evidence." *Smithkline Diagnostics, Inc. v. Helena Labs. Corp.*, 926 F.2d 1161, 1164 (Fed. Cir. 1991).

"The statute is unequivocal that the district court must award damages in an amount no less than a reasonable royalty." *Dow Chem. Co. v. Mee Indus., Inc.*, 341 F.3d at 1381-82 (Fed. Cir. 2003); *see also Del Mar Avionics, Inc. v. Quinton Instrument Co.*, 836 F.2d 1320, 1327 (Fed. Cir. 1987) ("The requirement to determine actual damages is not diminished by difficulty of determination."). The reasonable royalty may be based on the "supposed result of hypothetical negotiations between the plaintiff and defendant." *Transocean Offshore Deepwater Drilling, Inc. v. Maersk Drilling USA, Inc.*, 699 F.3d 1340, 1357 (Fed. Cir. 2012). "While the Federal Circuit has not prescribed a specific methodology for calculating a reasonable royalty, courts rely upon the fifteen factors set forth in *Georgia–Pacific Corp. v. United States Plywood Corp.*, 318 F. Supp. 1116, 1120 (S.D.N.Y.1970)." *St. Clair Intellectual Prop. Consultants, Inc. v. Canon, Inc.*, CIV.A. 03-241 JJF, 2004 WL 2213562 (D. Del. Sept. 28, 2004). "[I]n conducting the hypothetical negotiation, the Court is permitted to look to events and facts that occurred after the infringement began." *Mobil Oil Corp. v. Amoco Chemicals Corp.*, 915 F. Supp. 1333, 1353 (D. Del. 1994).

Even if evidence presented at trial falls short of supporting a party's specific royalty estimate, "the fact finder is still required to determine what royalty is supported by the record." *Apple Inc. v. Motorola, Inc.*, 757 F.3d 1286, 1327-28 (Fed. Cir. 2014) (citing cases). "[T]he factual determination of a reasonable royalty, however, need not be supported, and indeed, frequently is not supported by the specific figures advanced by either party. . . . [T]he district court may reject the extreme figures proffered by the litigants as incredible and substitute an

14

intermediate figure as  a matter of its judgment from all of the evidence." *SmithKline Diagnostics*, 926 F.2d at 1167-68.

Reasonable royalty damages are not limited to specific instances where direct infringement has been shown and can be proven by circumstantial evidence. *Lucent Techs., Inc. v. Gateway, Inc.*, 580 F.3d 1301, 1334–35 (Fed. Cir. 2009) ("On the other hand, we have never laid down any rigid requirement that damages in all circumstances be limited to specific instances of infringement proven with direct evidence. Such a strict requirement could create a hypothetical negotiation far-removed from what parties regularly do during real-world licensing negotiations."); *see also GlaxoSmithKline LLC v. Glenmark Pharm. Inc.*, No. CV 14-877-LPS-CJB, 2017 WL 8948975, at \*12 (D. Del. May 30, 2017), *report and recommendation adopted,* No. CV 14-877-LPS-CJB, 2017 WL 2536468 (D. Del. June 9, 2017); *Sentius Int'l, LLC v. Microsoft Corp.*, No. 5:13-CV-00825-PSG, 2015 WL 451950, at \*11 (N.D. Cal. Jan. 27, 2015).  A patent owner satisfies the notice requirement by identifying the patents, the activity that is believed to be an infringement, and an offer to license.  The notice standard is flexible, and there is no requirement to identify by name each accused product.  *SRI Int'l, Inc. v. Advanced Tech. Lab'ys, Inc.*, 127 F.3d 1462, 1470 (Fed. Cir. 1997); *Novo Nordisk A/S v. Becton Dickinson & Co.*, 96 F. Supp. 2d 309, 320 (S.D.N.Y. 2000), aff'd, 304 F.3d 1216 (Fed. Cir. 2002).

Section 284 provides for enhanced "damages up to three times the amount found or assessed."  35 U.S.C. § 284.  "District courts enjoy discretion in deciding whether to award enhanced damages, and in what amount." *Halo*, 136 S.Ct. at 1932. In determining whether to award enhanced damages, a Court should consider "egregiousness of the defendant's conduct based on all the facts and circumstances." *Read Corp. v. Portec Inc.*, 970 F.2d 816, 826-27 (Fed. Cir. 1992), *abrogated in part on other grounds by Markman v. Westview Instruments, Inc.*, 52 F.3d

15

967, 975 (Fed. Cir. 1995).  Despite that there is no "rigid formula for awarding enhance damages under § 284," *Halo*, 136 S. Ct. at 1934, the factors courts consider when determining whether an infringer's behavior was egregious include "(1) whether the infringer deliberately copied the invention; (2) whether the infringer, when aware of the patent, investigated and formed a good faith belief of invalidity or noninfringement; (3) the infringer's behavior as a party to litigation; (4) defendant's size and financial condition; (5) closeness of the case; (6) duration of defendant's misconduct; (7) remedial action by the defendant; (8) defendant's motivation for harm; and (9) whether defendant attempted to conceal its misconduct." *Boston Scientific Corp. v. Cordis Corp.*, 838 F. Supp. 2d 259, 278 (D. Del. 2012) (citing *Read*, 970 F.2d at 826-828), *aff'd*, 497 F. App'x 69 (Fed. Cir. 2013). The plaintiff must prove enhanced damages by a "preponderance of the evidence." *Halo*, 136 S.Ct. at 1934.

## VI.    Attorneys' Fees and Costs

### A.    Issues of Law

1.    The amount of costs that should be award to Acceleration Bay as the prevailing party.

2.    Whether Acceleration Bay is entitled to a judgment and order that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Acceleration Bay its costs, enhanced damages, and  reasonable attorneys' fees.

### B.    Relevant Authority

Section 285 of Title 35 of the United States Code provides for the awarding of "reasonable attorney fees to the prevailing party" when the case is determined to be exceptional.  To be a "prevailing party," a party "must win a dispute within the case in favor of it that materially alters the legal relationship between the parties at the time of the judgment." *Parallel Iron LLC v.*

16

*NetApp Inc.*, No. CV 12-769-RGA, 2014 WL 4540209, at *3 (D. Del. Sept. 12, 2014).  In

*Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 134 S. Ct. 1749, 1756 (2014), the Supreme

Court held that "[a]n 'exceptional' case, then, is simply one that stands out from others with respect

to the substantive strength of a party's litigating position (considering both the governing law and

the facts of the case or the unreasonable manner in which the case was litigated.)"  The Supreme

Court added: "District courts may determine whether a case is 'exceptional' in the case-by-case

exercise of their discretion."  *Id.*; *see also id.* ("As in the comparable context of the Copyright Act,

'[t]here is no precise rule or formula for making these determinations,' but instead equitable

discretion should be exercised in light of the considerations we have identified.").  Further, the

prevailing party must prove entitlement to attorney fees under § 285 by a preponderance of the

evidence. *Id*. at 1758; *see also Chalumeau Power Sys. LLC v. Alcatel-Lucent*, No. CV 11-1175-

RGA, 2014 WL 4675002, at *2 (D. Del. Sept. 12, 2014).

Federal Rule of Civil Procedure 54 states "[u]nless a federal statute, these rules, or a court

order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing

party."  The Supreme Court has explained that "prejudgment interest should ordinarily be awarded

where necessary to afford the plaintiff full compensation for the infringement." *Gen. Motors Corp.*

*v. Devex Corp.*, 461 U.S. 648, 654 (1983). Prejudgment interest is not a penalty but "serves to

make the patent owner whole, for damages properly include the foregone use of money of which

the patentee was wrongly deprived." *Sensonics, Inc. v. Aerosonic Corp.*, 81 F.3d 1566, 1574 (Fed.

Cir. 1996). Accordingly, awarding "prejudgment interest is the rule, not the exception." *Id.*

"[P]rejudgment interest should be awarded from the date of infringement to the date of judgment."

*Nickson Indus., Inc. v. ROL Mfg. Co., Ltd.*, 847 F.2d 795, 800 (Fed. Cir. 1988) (citing Gen. Motors,

17

461 U.S. at 656). Section 1961(a) of Title 28 of the United States Code states that "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court."

"Postjudgment interest is awarded on monetary judgments recovered in all civil cases," including ones for patent infringement. *Transmatic, Inc. v. Gulton Indus., Inc.*, 180 F.3d 1343, 1347 (Fed. Cir. 1999). Post-judgment interest is governed by regional circuit law. *Id.* at 1348. Interest begins to accrue on the date of the entry of judgment. *Loughman v. Consol-Pennsylvania Coal Co.*, 6 F.3d 88, 97 (3d Cir. 1993). Courts in this District routinely award post-judgment interest in patent infringement cases. *See nCUBE Corp. v. SeaChange Int'l, Inc.*, 313 F. Supp. 2d 361, 392 (D. Del. 2004), *aff'd*, 436 F.3d 1317 (Fed. Cir. 2006) (awarding post-judgment interest to patentee for defendant's willful infringement); *TruePosition Inc. v. Andrew Corp.*, 611 F. Supp. 2d 400, 414 (D. Del. 2009), *aff'd*, 389 F. App'x 1000 (Fed. Cir. 2010) (awarding post- judgment interest for patent infringement).

Pursuant to Federal Rule of Civil Procedure 54(d), costs should be allowed to the prevailing party. Under 28 U.S.C. § 1920, the prevailing party may recover the following costs: (1) fees of the clerk and marshal; (2) fees for printed or electronically recorded transcripts necessarily obtained for use in this case; (3) fees and disbursements for printing and witnesses; (4) fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case; (5) docket fees under 28 U.S.C. § 1923; and (6) compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under 28 U.S.C. § 1828. *See also* D. Del. LR 54.1.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ACCELERATION BAY LLC.,

    *Plaintiff*,

    v.

AMAZON WEB SERVICES, INC.,

    *Defendant*.

Case No. 22-904 (RGA) (SRF)

## SCHEDULE C2: DEFENDANT'S STATEMENT OF ISSUES
## OF LAW THAT REMAIN TO BE LITIGATED

Defendant Amazon Web Services, Inc. ("AWS") respectfully provides the following Statement of Issues of Law that Remain to Be Litigated. Further details regarding these issues have been explained at length in AWS's pleadings and discovery responses, including in contentions, interrogatory responses, expert reports, by experts at depositions, and by fact witnesses at depositions, which AWS incorporates by reference. AWS denies that the asserted claims[1] are valid or infringed. As detailed below, AWS asserts defenses to any claim of alleged infringement. AWS also seeks costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, and its attorneys' fees, including under 35 U.S.C. § 285, the Court's inherent powers, and other applicable authority.

By making these disclosures, AWS does not agree to take on the burden of proof for any issue on which Plaintiff Acceleration Bay ("Acceleration Bay") bears the burden of proof. This Statement of Issues of Law Which Remain to be Litigated is based on the current status of the case

---

[1] The asserted claims are claims 12 and 19 of the '966 patent, claim 6 of the '147 patent, and claim 10 of the '634 patent.

1

and the Court's rulings to date.  AWS reserves the right to revise, amend, supplement, or modify this statement based on any pretrial rulings by the Court and/or to address any additional issues, arguments, evidence, or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending motions, and similar developments.  The following list of issues of law is not exhaustive, and AWS reserves the right to prove any matters identified in its pleadings, interrogatory responses, expert reports, and/or dispositive motions.

AWS's Statement of Issues of Law that Remain to Be Litigated is based on its current understanding of the arguments and theories that Acceleration Bay is likely to make in attempting to prove infringement (direct, indirect, and willful) and damages, and in response to AWS's defenses (non-infringement, invalidity, lack of notice, and license). To the extent that Acceleration Bay intends or attempts to introduce different or additional legal arguments, AWS reserves the right to supplement this statement and contest those legal arguments, and to present any and all rebuttal evidence in response to those arguments. AWS also reserves the right to modify or amend this Statement to the extent necessary to reflect any future Court decisions or orders. AWS further reserves the right to litigate legal issues raised by Acceleration Bay even if not specifically set forth below. By providing this statement, AWS does not concede that all of the recited issues are appropriate for trial. In particular, AWS does not waive any of its motions *in limine*, *Daubert* motions, or motions for summary judgment, which, if granted, would render some or all of these issues moot.

Should the Court determine that any issue identified below is more appropriately considered an issue of fact, AWS incorporates such issues by reference in its Statement of Issues of Fact Which Remain to Be Litigated (Schedule B2). Likewise, to the extent that AWS's

2

Statements of Issues of Fact Which Remain to Be Litigated contains issues that the Court deems to be issues of law, those issues are incorporated herein by reference.

## I.     Infringement

### A.     Issues to Be Litigated

1.     Whether AWS has directly infringed the asserted claims under a theory of literal infringement.

2.     To the extent Acceleration Bay is permitted to rely on a doctrine of equivalents theory that was not specifically disclosed in its infringement contentions or infringement expert report, whether AWS has directly infringed claim 10 of the '634 patent under a doctrine of equivalents theory of infringement.

3.     Whether AWS has indirectly infringed the asserted claims under a theory of induced or contributory infringement.

### B.     Legal Authority

#### 1.     Infringement Generally

Acceleration Bay bears the burden of proving patent infringement by a preponderance of the evidence.[2] To meet this burden, Acceleration Bay must show that it is more likely than not that AWS has infringed the Asserted Patents.[3] The infringement analysis involves two steps.[4] First, the Court defines the disputed terms of the patents.[5] This Court construed a number of disputed terms

---

[2] *Advanced Cardiovascular Sys., Inc. v. Scimed Life Sys., Inc.*, 261 F.3d 1329, 1336 (Fed. Cir. 2001).

[3] *Warner-Lambert Co. v. Teva Pharm. USA, Inc.*, 418 F.3d 1326, 1341 n.15 (Fed. Cir. 2005).

[4] *Markman v. Westview Instruments, Inc.,* 52 F.3d 967, 976 (Fed. Cir. 1995) (en banc), *aff'd,* 517 U.S. 370 (1996).

[5] *Id.*; *Phillips v. AWH Corp.*, 415 F.3d 1303, 1313 (Fed. Cir. 2005) (en banc).

in its Memorandum Opinions dated October 19, 2023 (D.I. 77) and October 25, 2023 (D.I. 81).

This Court construed and interpreted several additional claim terms in previous litigations,[6] which

apply here.[7] The second step requires the fact finder (here, the jury) to compare each accused

product to each properly construed asserted claim to determine whether the accused product

infringes that claim.[8]

### 2.    Literal Infringement

To establish literal infringement, Acceleration Bay must prove that each and every

limitation set forth in a claim appears in the accused product or method.[9] If it fails to prove that

any limitation is literally present in the accused product or method, then there is no literal

infringement.[10] "[A] dependent claim, by nature, incorporates all the limitations of the claim to

---

[6] *Acceleration Bay LLC v. Take-Two Interactive Software, Inc. et al*, 1:16-cv-00455 (2016) (claim construction in D.I. 326, 345, and 346); *Acceleration Bay LLC v. Activision Blizzard Inc.*, 1:16CV00453 (2016) (claim construction in D.I. 275, 281, 321, 366, 386, 387, and 423). *See also*, *Acceleration Bay v. Take-Two Interactive Software, Inc.*, 612 F. Supp. 3d 408, 419 (D. Del. 2020) ("Under my claim construction, a network is not m-regular if the participants just happen to connect to the same number of other participants occasionally. Rather, the network must be "configured to maintain" an m-regular state.").

[7] *See Hemphill v. Proctor & Gamble Co.*, 85 F. App'x 765, 767 (Fed. Cir. 2004) (affirming district court's use of claim constructions from previous litigation because the patentee "has already received a full and fair opportunity to prove the meaning of those contested terms").

[8] *Markman*, 52 F.3d at 976.

[9] *V-Formation, Inc. v. Benetton Grp. SpA*, 401 F.3d 1307, 1312 (Fed. Cir. 2005); *see also DeMarini Sports, Inc. v. Worth, Inc.*, 239 F.3d 1314, 1331 (Fed. Cir. 2001) ("Literal infringement of a claim occurs when every limitation recited in the claim appears in the accused device, i.e., when 'the properly construed claim reads on the accused device exactly.'" (citation omitted)); *Ricoh Co. v. Quanta Comput. Inc.*, 550 F.3d 1325, 1333 (Fed. Cir. 2008) ("[T]he enumerated steps of a method claim must … 'all be practiced as recited in the claim for a process to infringe.'") (citation omitted).

[10] *V-Formation,* 401 F.3d at 1312; *see also Litton Sys., Inc. v. Honeywell, Inc.*, 140 F.3d 1449, 1454 (Fed. Cir. 1998) ("[A]ny deviation from the claim precludes a finding of literal infringement."), *abrogated on other grounds by Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 234 F.3d 558 (Fed. Cir. 2000).

which it refers."[11] So, a dependent claim cannot be infringed unless the claim from which it depends has been infringed.[12]

### 3.      Doctrine of Equivalents

To establish direct infringement under the doctrine of equivalents, Acceleration Bay must prove that the accused product "performs substantially the same function in substantially the same way to obtain the same result" as in the asserted claim.[13] In doing so, Acceleration Bay must "prove equivalency on a limitation-by-limitation basis... with particularized testimony and linking argument."[14] These requirements assure that the "meaningful structural and functional limitations of the claim on which the public is entitled to rely in avoiding infringement" are not erased.[15] Indeed, the Federal Circuit warns that the doctrine of equivalents should be applied as "the exception ... [and] not the rule"[16] in order "to prevent the doctrine from expanding a patent's protection beyond the scope of its claims."[17]

Ensnarement is a "legal limitation on doctrine of equivalents," which "bars a patentee from asserting a scope of equivalency that would encompass, or 'ensnare,' the prior art."[18] Courts

---

[11] *Jeneric/Pentron, Inc. v. Dillon Co.*, 205 F.3d 1377, 1383 (Fed. Cir. 2000).

[12] *Id.*

[13] *Graver Tank & Mfg. Co., Inc. v. Linde Air Products Co.*, 339 U.S. 605, 608 (1950) (internal quotations omitted).

[14] *Texas Instruments Inc. v. Cypress Semiconductor Corp.*, 90 F.3d 1558, 1566 (Fed. Cir. 1996).

[15] *Honeywell Int'l, Inc. v. Universal Avionics Sys. Corp.*, 347 F. Supp. 2d 129, 130–31 (D. Del. 2004) (quoting *Texas Ins.,* 90 F.3d at 1567) (citing *Hewlett–Packard Co. v. Mustek Sys., Inc.*, 340 F.3d 1314, 1322–23 (Fed. Cir. 2003)).

[16] *London v. Carson Pirie Scott & Co.*, 946 F.2d 1534, 1538 (Fed. Cir.1991).

[17] *nCUBE Corp. v. SeaChange Int'l, Inc.*, 313 F. Supp. 2d 361, 377 (D. Del. 2004) (citing *London*, 946 F.2d at 1538).

[18] *DePuy Spine, Inc. v. Medtronic Sofamor Danek, Inc.*, 567 F.3d 1314, 1322 (Fed. Cir. 2009).

"determine whether an equivalent would impermissibly ensnare prior art" by conducting a hypothetical claim analysis.[19] Under this analysis, the patentee bears the "burden of proving patentability" of a "'hypothetical claim that literally covers the accused device.'"[20] And the accused infringer bears the burden of identifying "prior art to challenge [the] hypothetical claim."[21]

### 4.    Induced or Contributory Infringement

To establish induced infringement, Acceleration Bay must prove that AWS "actively and knowingly aid[ed] and abet[ted] another's direct infringement."[22] In other words, Acceleration Bay must prove that: (1) a third party directly infringed the asserted patents; (2) AWS induced those infringing acts; and (3) AWS knew that the acts it induced would constitute infringement.[23] And to establish contributory infringement, Acceleration Bay must prove that: (1) a third party directly infringed the asserted patents using a component sold by AWS; (2) the component is a material part of the infringing device; (3) the component has no substantial non-infringing uses; and (4) AWS had knowledge of the asserted patents.[24]

---

[19] *G. David Jang, M.D. v. Bos. Sci. Corp.*, 872 F.3d 1275, 1285 (Fed. Cir. 2017) (internal citations omitted).

[20] *Id.* (quoting *Intendis GmbH v. Glenmark Pharm. Inc., USA*, 822 F.3d 1355, 1363 (Fed. Cir. 2016)) (citing *Interactive Pictures Corp. v. Infinite Pictures, Inc.*, 274 F.3d 1371, 1380 (Fed. Cir. 2001)).

[21] *Id.* (citing *Interactive Pictures*, 274 F.3d at 1380).

[22] *C.R. Bard, Inc. v. Advanced Cardiovascular Systems, Inc.*, 911 F.2d 670, 675 (Fed. Cir. 1990).

[23] *See Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*, 843 F.3d 1315, 1332 (Fed. Cir. 2016).

[24] *Fujitsu Ltd. v. Netgear Inc.*, 620 F.3d 1321, 1326 (Fed. Cir. 2010); *see also* 35 U.S.C. § 271(c).

6

## II.    Invalidity

### A.    Issues to Be Litigated

1.    Whether claim 10 of the '634 patent and claims 12 and 19 of the '966 patent fail to recite patent-eligible subject matter under 35 U.S.C. § 101.

2.    Whether the asserted claims have the benefit of the alleged fall 1996 conception date.

3.    Whether the asserted claims have the benefit of the alleged August 30, 1999 reduction to practice date.

4.    Whether the asserted claims are invalid as obvious over the prior art under 35 U.S.C. § 103.

### B.    Legal Authority

#### 1.    Subject-Matter Eligibility

Courts use the two-step *Alice* test to determine whether claims are directed towards patent ineligible concepts. *Alice* step one asks "whether the claims at issue are directed to [a] patent-ineligible concept[]."[25] For example, a "generic computer implementation" which fails to transform an otherwise "abstract idea into a patent-eligible invention" is an abstract concept.[26] That determination is a question of law. If the claim is directed to an abstract concept, *Alice* step two "consider[s] the elements of each claim both individually and 'as an ordered combination' to

---

[25] *Alice Corp. Pty. v. CLS Bank Int'l*, 573 U.S. 208, 217 (2014) (citing *Mayo Collaborative Servs. v. Prometheus Lab'ys, Inc.*, 132 S. Ct. 1289, 1296-97 (2012)).

[26] *Alice*, 573 U.S. at 212.

determine whether the additional elements 'transform the nature of the claim' into a patent-eligible application."[27] That analysis is a question of fact.[28]

### 2. Conception

To prove conception, Acceleration Bay must establish that, by the alleged conception date, the claimed invention was "'form[ed] in the mind of the inventor, of a definite and permanent idea of the complete and operative invention, as it is hereafter to be applied in practice.'"[29] An idea is definite and permanent when "the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue."[30] And conception is complete "only when the idea is so clearly defined in the inventor's mind that only ordinary skill would be necessary to reduce the invention to practice, without extensive research or experimentation."[31] In addition to the inventor's subjective beliefs about invention, courts also require "corroborating evidence of a contemporaneous disclosure that would enable one skilled in the art to make the invention."[32] Acceleration Bay must prove these facts by a preponderance of the evidence.[33]

---

[27] *Id.* at 217.

[28] *Berkheimer v. HP Inc.*, 881 F.3d 1360, 1368 (Fed. Cir. 2018).

[29] *Dawson v. Dawson,* 710 F.3d 1347, 1352 (Fed. Cir. 2013) (citing *Hybritech Inc. v. Monoclonal Antibodies, Inc.*, 802 F.2d 1367, 1376 (Fed. Cir. 1986)).

[30] *Id*. (quoting *Burroughs Wellcome Co. v. Barr Labs., Inc.*, 40 F.3d 1223, 1228 (Fed. Cir. 1994)).

[31] *Id*. (quoting *Burroughs*, 40 F.3d at 1228).

[32] *Id.*

[33] *See Hitzeman v. Rutter*, 243 F.3d 1345, 1353 (Fed. Cir. 2001).

### 3.    Reduction to Practice

Constructive reduction to practice occurs when a patent application is filed,[34] while actual reduction to practice requires that the inventor must have "(1) constructed an embodiment or performed a process that met all the claim limitations and (2) determined that the invention would work for its intended purpose."[35] Reduction to practice does not require that the invention "be in a commercially satisfactory stage of development."[36] And testing need only show "utility beyond a probability of failure," not "a possibility of failure."[37]

### 4.    Obviousness

"Obviousness is a question of law that is predicated on several factual inquires."[38] "The trier of fact is directed to assess four considerations: (1) the scope and content of the prior art; (2) the level of ordinary skill in the art; (3) the differences between the claimed subject matter and the prior art; and (4) secondary considerations of non-obviousness, such as commercial success, long felt but unsolved need, failure of others, acquiescence of others in the industry that the patent is valid, and unexpected results."[39] Obviousness is judged from the perspective of a person having ordinary skill in the art at the time the alleged invention was made.[40] A person of ordinary skill is

---

[34] *Stevens v. Tamai*, 366 F.3d 1325, 1330–31 (Fed. Cir. 2004).

[35] *Fox Grp., Inc. v. Cree, Inc.*, 700 F.3d 1300, 1305 (Fed. Cir. 2012) (quoting *Teva Pharm. Indus. Ltd. v. AstraZeneca Pharms. LP & IPR Pharms., Inc.*, 661 F.3d 1378, 1383 (Fed. Cir. 2011)).

[36] *Scott v. Finney*, 34 F.3d 1058, 1061 (Fed. Cir. 1994) (quoting *In re Dardick*, 496 F.2d 1234, 1238 (CCPA 1974)) (internal quotation marks omitted).

[37] *Id.* (citing *Taylor v. Swingle*, 136 F.2d 914, 917 (CCPA 1943)).

[38] *Pfizer Inc. v. Sandoz Inc.,* No. CV 13-1110-GMS, 2016 WL 1611377, at *6 (D. Del. Apr. 20, 2016) (citing *Richardson-Vicks v. Upjohn Co.*, 122 F.3d 1476, 1479 (Fed. Cir. 1997)).

[39] *Id.* (citing *Graham v. John Deere Co.*, 383 U.S. 1, 17-18 (1966)).

[40] *Takeda Chem. Indus., Ltd. v. Alphapharm Pty., Ltd.*, 492 F.3d 1350, 1354-55 (Fed. Cir. 2007) ("An invention is not patentable, *inter alia*, 'if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious

a hypothetical person who is "presumed to be aware of all the pertinent prior art."[41]  "A party seeking to challenge the validity of a patent based on obviousness must demonstrate by clear and convincing evidence that the invention described in the patent would have been obvious to a person of ordinary skill in the art at the time the invention was made."[42] "'Obviousness does not require absolute predictability of success,' but rather, requires 'a reasonable expectation of success.'"[43] "To this end, obviousness 'cannot be avoided simply by a showing of some degree of unpredictability in the art so long as there was a reasonable probability of success.'"[44]

The question of obviousness requires consideration of objective indicia of nonobviousness, to the extent any are properly established.[45] "Objective evidence of nonobviousness can include copying, long felt but unsolved need, failure of others, commercial success, unexpected results created by the claimed invention, unexpected properties of the claimed invention, licenses showing industry respect for the invention, … skepticism of skilled artisans before the invention" and commercial success.[46] In order for the objective indicia of nonobviousness "to be accorded

---

at the time the invention was made to a person having ordinary skill in the art'" (quoting 35 U.S.C. § 103(a))).

[41] *Standard Oil Co. v. Am. Cyanamid Co.*, 774 F.2d 448, 454 (Fed. Cir. 1985).

[42] *Id.*, at *7 (D. Del. Apr. 20, 2016).

[43] *Id.* (quoting *Medichem, S.A. v. Rolado, S.L.*, 437 F.3d 1157, 1165 (Fed. Cir. 2006) (internal citations omitted)).

[44] *Id.* (quoting *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1364 (Fed. Cir. 2007)).

[45] *See KSR Int'l. Co. v. Teleflex Inc.*, 550 U.S. 398, at 406 (quoting *Graham*, 383 U.S. at 17-18).

[46] *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*, 711 F.3d 1348, 1368 (Fed. Cir. 2013).

substantial weight, its proponent must establish a nexus between the evidence and the merits of the claimed invention."[47]

## III.    License Defense

### A.    Issues to Be Litigated

1.    Whether Boeing had the right to assert the patents-in-suit against AWS's VPC, EC2, and CloudFront products in 2014.

2.    Whether Boeing could transfer the rights to assert the patents-in-suit against AWS's VPC, EC2, and CloudFront products when it sold the patents to Acceleration Bay in 2014.

3.    To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, whether the alleged removal of the non-assertion clause in the standard online AWS Customer Agreement applies to the non-assertion clause in the 2010 Boeing-AWS Enterprise Customer Agreement or affected Acceleration Bay's rights to assert the patents-in-suit against AWS's VPC, EC2, and CloudFront products.

4.    To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, whether the alleged removal of the non-assertion clause in the standard online AWS Customer Agreement in 2017 retroactively applied to nullify Boeing's grant of a license to AWS in the 2010 Boeing-AWS Enterprise Agreement.

5.    To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, whether the 2022 Boeing-AWS Agreement is a

---

[47] *SIBIA Neurosciences, Inc. v. Cadus Pharm. Corp.*, 225 F.3d 1349, 1359 (Fed. Cir. 2000) (quoting *In re GPAC Inc.*, 57 F.3d 1573, 1580 (Fed. Cir. 1995)).

11

novation or otherwise affected Acceleration Bay's rights to assert the patents-in-suit against AWS's VPC, EC2, and CloudFront products.

6.    To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, whether Acceleration Bay has standing to assert lack of consideration when it is not a party to the 2010 Boeing-AWS Agreement.

## B.    Legal Authority

### 1.    Covenants Not to Sue

Covenants not to sue and license agreements are functionally equivalent, as "a patent license agreement is in essence nothing more than a promise by the licensor not to sue the licensee."[48] The Supreme Court similarly explained that "[a]ny language used by the owner of a patent … from which [the] other may properly infer that the owner consents to his use of the patent … constitutes a license."[49] Once granted, a license runs with the patent. While the assignment of patent rights may alter the ownership of those rights, such an assignment cannot expand those rights, and thus the assignee of a patent is bound by prior licenses issued with respect to that patent. This is true even if the assignee was unaware of a prior license agreement."[50]

---

[48] *TransCore, LP v. Elec. Transaction Consultants Corp.*, 563 F.3d 1271, 1275 (Fed. Cir. 2009).

[49] *De Forest Radio Tel. & Tel. Co. v. United States*, 273 U.S. 236, 241 (1927).

[50] *Horizon Medicines LLC v. Apotex Inc.*, No. CV 22-640-CJB, 2022 WL 16739909, at *4 (D. Del. Nov. 7, 2022) (internal citations omitted). *See also Innovus Prime, LLC v. Panasonic Corp.,* No. C-12-00660-RMW, 2013 WL 3354390, at *5 (N.D. Cal. July 2, 2013) ("It is a longstanding principle that an assignee of a patent takes the patent subject to prior licenses. … This occurs whether or not an assignee had notice.").

### 2.  Contract Interpretation

Contract interpretation is a question of law when it does not require the use of extrinsic evidence.[51] If a contract is ambiguous, its interpretation is a mixed question of fact and law.[52] But a contract is not ambiguous simply because the parties disagree on its meaning.[53] Courts generally try to avoid ambiguity by "reading the contract as a whole."[54] In doing so, courts look for indications of the parties' intent[55] and "'presume that parties to an agreement … intend what is stated in its objective terms.'"[56]

### 3.  Novation

A novation "is a substituted contract that includes as a party one who was neither the obligor nor the obligee of the original duty."[57] Washington law has established "four essential elements" for novation: "(1) A mutual agreement (2) among all parties concerned (3) for the

---

[51] *See Wash. State Major League Baseball Stadium Pub. Facilities Dist. v. Huber, Hunt & Nichols–Kiewit Constr. Co.*, 176 Wash.2d 502, 517 (2013) (citing *Viking Bank v. Firgrove Commons 3, LLC,* 183 Wash. App. 706, 711 (2014)).

[52] *See Exterra, LLC v. Cle Elum Gateway Prop., LLC*, 184 Wash. App. 1040 (2014) (citing *Rekhter v. Dep't of Soc. & Health Servs.*, 180 Wash.2d 102, 134 (2014)).

[53] *Id.* (citing *Martinez v. Kitsap Pub. Servs.*, 94 Wash.App. 935, 944 (1999)).

[54] *Id.* (citing *McGary v. Westlake Investors*, 99 Wash.2d 280, 285 (1983)).

[55] *Id.* ("Determination of the intent of the contracting parties is to be accomplished by viewing the contract as a whole, the subject matter and objective of the contract, all the circumstances surrounding the making of the contract, the subsequent acts and conduct of the parties to the contract, and the reasonableness of respective interpretations advocated by the parties.") (quoting *Berg v. Hudesman,* 115 Wash.2d 657, 667 (1990) (quoting *Stender v. Twin City Foods, Inc.,* 82 Wash.2d 250, 254 (1973))) (internal quotation marks omitted).

[56] *G.G. v. Valve Corp.*, 799 F. App'x 557, 558 (9th Cir. 2020) (quoting *W. Coast Stationary Eng'rs Welfare Fund v. City of Kennewick*, 39 Wash. App. 466 (1985)).

[57] *Fay Corp. v. BAT Holdings I, Inc.*, 646 F. Supp. 946, 950 (W.D. Wash. 1986) (citing Restatement (Second) of Contracts § 280).

13

discharge of a valid existing obligation (4) by the substitution of a new valid obligation or substitution of one party for another."[58] Because a novation forms a new contractual relationship, "it must conform to basic contractual requirements," including mutual assent of the original contract's parties.[59]

### 4.    Consideration

When the parties to a contract exchange reciprocal promises, "[t]he promise of each party is consideration supporting the promise of the other."[60] "A promise for a promise is sufficient consideration to support a contract."[61]

### 5.    Standing

In general, only parties to a contract may challenge its validity.[62] While a third party may challenge a contract made for its benefit, "[a]n incidental, indirect, or inconsequential beneficiary does not have standing."[63] This is especially true for challenges due to a lack of consideration, since "this defense to a contract is personal to the contracting parties."[64]

---

[58] *Id.* (citing *MacPherson v. Franco*, 34 Wash.2d 179, 182 (1949)).

[59] *Id.*

[60] *Singh v. Covington Water Dist.*, 190 Wash. App. 416, at 427 (2015) (quoting *Duncan v. Alaska USA Fed. Credit Union, Inc.,* 148 Wash. App. 52, at 74 (2008)).

[61] *Fortress Secure Solutions LLC v. Alarmsim LLC*, NO. 4:17-CV-5058-TOR, 2019 WL 7816820, at *13 (E.D. Wash. Dec. 5, 2019) (quoting *Omni Grp., Inc. v. Seattle-First Nat. Bank*, 32 Wash. App. 22, 24 (1982)).

[62] *See In re Greer*, 145 Wash. App. 1039, at *5 (2008).

[63] *Id.*

[64] *Newport Yacht Basin Ass'n of Condo. Owners v. Supreme Nw., Inc.*, 168 Wash. App. 56, 80 (2012) ("[A]s a threshold matter, a stranger to a contract may not challenge the contract's validity based on inadequate consideration.").

14

**IV.    Damages**

**A.    Issues to Be Litigated**

1.      Whether Acceleration Bay will prove, by a preponderance of the evidence, that it is entitled to a reasonable royalty.

2.      If Acceleration Bay proves by a preponderance of the evidence that Acceleration Bay is entitled to a reasonable royalty, the appropriate dollar amount of pre-verdict damages to compensate for infringement.

3.      Whether Acceleration Bay can meet its burden to show that there are no non-infringing alternatives to the Asserted Patents.

4.      Whether Acceleration Bay can meet its burden to show that there is a properly apportioned basis for a reasonable royalty award, addressing the alleged comparability of other license(s) and the relative contributions of patented and non-patented features to the accused products.[65]

5.      Whether Acceleration Bay is entitled to an award of pre-judgment and post-judgment interest and, if so, the dollar amount of such award.

6.      Whether Acceleration Bay can seek to recover damages outside the scope of its infringement contentions and its infringement expert report (i.e., based on the overall revenues of products other than Virtual Private Cloud ("VPC") and Transit Gateway ("TGW")).

---

[65] The accused products are Virtual Private Cloud ("VPC") and Transit Gateway ("TGW") and those products that allegedly infringe "through the use of" VPC and/or TGW which include CloudFront, Elastic Kubernetes Service ("EKS"), GameLift, EC2, and Lambda. AWS disputes whether Acceleration Bay has accused these products apart from their use of VPC and/or Transit Gateway.

15

### B.    Legal Authority

#### 1.    Reasonable Royalty

If AWS is found to have infringed, Acceleration Bay shall be awarded "a reasonable royalty … together with interest and costs as fixed by the court."[66] But Acceleration Bay is not automatically entitled to damages. Rather, it must prove the proper amount of damages by a preponderance of the evidence.[67] If there is not "enough evidence in the record to allow the factfinder to formulate a royalty," then "plaintiffs are not entitled to collect any royalty."[68]

The reasonable royalty may be based on the result of hypothetical negotiations, here, between Boeing (the patent owner in August 2011 - the agreed hypothetical negotiation date) and AWS.[69] While the Federal Circuit has not prescribed a specific methodology for calculating a reasonable royalty, courts rely upon the specific factors set forth in *Georgia–Pacific Corp. v. United States Plywood Corp.*, 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970).[70] This hypothetical negotiation approach "tries, as best as possible, to recreate the *ex ante* licensing negotiation scenario and to describe the resulting agreement."[71] Any evidence of a reasonable royalty "must be tied to the relevant facts and circumstances of the particular case at issue and the hypothetical negotiations that would have taken place in light of those facts and circumstances at the relevant

---

[66] 35 U.S.C. § 284. Acceleration Bay seeks damages only in the form of a reasonable royalty.

[67] *SmithKline Diagnostics, Inc. v. Helena Lab'ys. Corp.*, 926 F.2d 1161, 1164 (Fed. Cir. 1991).

[68] *Devex Corp. v. Gen. Motors Corp.*, 667 F.2d 347, 363 (3d Cir. 1981).

[69] *Transocean Offshore Deepwater Drilling, Inc. v. Maersk Drilling USA, Inc.*, 699 F.3d 1340, 1357 (Fed. Cir. 2012).

[70] *Ericsson, Inc. v. D-Link Sys., Inc.*, 773 F.3d 1201, 1230 (Fed. Cir. 2014); *see, e.g., Intuitive Surgical, Inc. v. Auris Health, Inc.*, 549 F. Supp. 3d 362, 371 (Fed. Cir. 2021).

[71] *Lucent Techs., Inc. v. Gateway, Inc.*, 580 F.3d 1301, 1325 (Fed. Cir. 2009).

time."[72] Thus, testimony based on arbitrary shortcuts—untethered to the facts of the case—is inadmissible.[73]

The existence of an acceptable non-infringing alternative to the accused product "is a factor relevant to the determination of a proper royalty during hypothetical negotiations."[74] This factor tends to drive down the reasonable royalty because the accused infringer "would have been in a stronger position to negotiate for a lower royalty rate knowing it had a competitive noninfringing device 'in the wings.'"[75]

### 2.     Apportionment

In determining a reasonable royalty, "the trial court must carefully tie proof of damages to the claimed invention's footprint in the market place."[76] "Any evidence unrelated to the claimed invention does not support compensation for infringement but punishes beyond the reach of the statute."[77] Because Acceleration Bay is required to apportion the value of the patented features, "it is generally required that royalties be based not on the entire product, but instead on the 'smallest

---

[72] *Uniloc USA, Inc. v. Microsoft Corp.*, 632 F.3d 1292, 1318 (Fed. Cir. 2011).

[73] *Id.* (finding that an expert's "use of the 25% rule of thumb … was arbitrary, unreliable, and irrelevant" and "fails to pass muster under Daubert"); *see also Garretson v. Clark*, 111 U.S. 120, 121 (1884) ("[T]he patentee … must in every case give evidence tending to separate or apportion the defendant's profits and the patentee's damages between the patented feature and the unpatented features, and such evidence must be reliable and tangible, not conjectural or speculative.").

[74] *Zygo Corp. v. Wyko Corp.*, 79 F.3d 1563, 1571 (Fed. Cir. 1996).

[75] *Id.* at 1571- 72; *see also Riles v. Shell Exploration & Prod. Co.*, 298 F.3d 1302, 1312 (Fed. Cir. 2002) (determining that where an accused infringer "may have had non-infringing alternatives … "[t]he economic relationship between the patented method and non-infringing alternative methods, of necessity, would limit the hypothetical negotiation").

[76] *ResQNet.com, Inc. v. Lansa, Inc.*, 594 F.3d 860, 869 (Fed. Cir. 2010).

[77] *Id.*

salable patent-practicing unit.'"[78] "The entire market value rule is a narrow exception to this general rule."[79] In particular, it is only available if the patent holder can show "that the patented feature drives the demand for an entire multi-component product."[80]

### 3.      Scope of Contentions[81]

"Infringement contentions ... serve the purpose of providing notice to the Defendants of infringement theories beyond the mere language of the patent claim."[82] Infringement contentions are treated as initial disclosures under Federal Rule of Civil Procedure 26(a).[83] "If a party fails to provide information ... as required by Rule 26(a) or (e), the party is not allowed to use that information ... to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless."[84] "Courts in the Third Circuit consider the *Pennypack* factors to determine whether a failure to disclose was harmless: '(1) the prejudice or surprise to the party against whom the evidence is offered; (2) the possibility of curing the prejudice; (3) the

---

[78] *LaserDynamics, Inc. v. Quanta Computer, Inc.*, 694 F.3d 51, 67 (Fed. Cir. 2012) (citation omitted).

[79] *Id.*

[80] *Id.*

[81] To the extent this section also applies to infringement itself (i.e., whether Acceleration Bay can assert that certain products infringe on their own rather than "through the use of" VPC and/or TGW), AWS incorporates this section into the Infringement section above.

[82] *Intellectual Ventures I LLC v. AT&T Mobility LLC*, 2017 WL 658469, at *2 (D. Del. Feb. 14, 2017) (quoting *Motion Games, LLC v. Nintendo Co.*, 2015 WL 1774448, at *2 (E.D. Tex. Apr. 16, 2015)).

[83] *TQ Delta, LLC v. ADTRAN, Inc.*, No. CV 14-954-RGA, 2021 WL 3728919, at *1 (D. Del. Aug. 23, 2021).

[84] Fed. R. Civ. P. 37(c)(1).

potential disruption of an orderly and efficient trial; (4) the presence of bad faith or willfulness in failing to disclose the evidence; and (5) the importance of the information withheld.'"[85]

### 4.      Interest

"Prejudgment interest shall ordinarily be awarded absent some justification for withholding such an award."[86] "[P]rejudgment interest should be awarded from the date of infringement to the date of judgment."[87] 28 U.S.C. § 1961(a) states that "interest shall be allowed on any money judgment in a civil case recovered in a district court."

"Post-judgment interest is awarded on monetary judgments recovered in all civil cases," including ones for patent infringement.[88] Post-judgment interest is governed by regional circuit law.[89] Interest begins to accrue on the date of the entry of judgment.[90] Courts in this district routinely award post-judgment interest in patent infringement cases.[91]

---

[85] *TQ Delt.*, No. CV 14-954-RGA, 2021 WL 3728919, at *1 (quoting *TQ Delta, LLC v. ADTRAN, Inc.*, 2019 WL 4346530, at *1 (D. Del. Sept. 12, 2019) (internal citations omitted)).

[86] *Nickson Indus., Inc. v. Rol Mfg. Co.*, 847 F.2d 795, 800 (Fed. Cir. 1988) (citing *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983)).

[87] *Id.* (citing *General Motors*, 461 U.S. at 656).

[88] *Transmatic, Inc. v. Gulton Indus., Inc.*, 180 F.3d 1343, 1347 (Fed. Cir. 1999).

[89] *Id.* at 1348.

[90] *Loughman v. Consol-Pennsylvania Coal Co.*, 6 F.3d 88, 97 (3d Cir. 1993); *but see also id.* (noting that post-judgment interest does not always run from the date of the original judgment when that judgment is changed on appeal, but rather "the decision turns on the degree to which the original judgment was upheld or invalidated").

[91] *See nCUBE Corp. v. SeaChange Int'l, Inc.*, 313 F. Supp. 2d 361, 392 (D. Del. 2004), *aff'd,* 436 F.3d 1317 (Fed. Cir. 2006) (awarding post-judgment interest to patentee for defendant's willful infringement); *TruePosition Inc. v. Andrew Corp.*, 611 F. Supp. 2d 400, 414 (D. Del. 2009), *aff'd,* 389 F. App'x 1000 (Fed. Cir. 2010) (awarding post-judgment interest for patent infringement).

V.      **Notice**

A.      **Issue to Be Litigated**

1.      Whether Acceleration Bay's March 13, 2019 letter provided sufficient notice under 35 U.S.C. § 287 to start the damages period for Virtual Private Cloud ("VPC").

2.      Whether Acceleration Bay's March 13, 2019 letter provided sufficient notice under 35 U.S.C. § 287 to start the damages period for Transit Gateway ("TGW").

3.      Whether Acceleration Bay's March 13, 2019 letter provided sufficient notice under 35 U.S.C. § 287 to start the damages period for any additional AWS product.

4.      Whether AWS had sufficient notice of its alleged infringement under 35 U.S.C. § 287 before the filing of the Complaint on July 6, 2022.

B.      **Legal Authority**

Patentees who sell embodying products (or authorize their sale) "may give notice to the public that the [products are] patented" by marking them pursuant to 35 U.S.C. § 287.[92] If they do not, "no damages shall be recovered … for infringement" until the patentee provides actual notice of the alleged infringement.[93] "Actual notice requires the affirmative communication of a specific charge of infringement by a specific accused product or device."[94] General references to patents and products do not constitute actual notice under § 287.[95] Certain interparty communications, as

---

[92] 35 U.S.C. § 287(a).

[93] *Id.*

[94] *Amsted Indus. Inc. v. Buckeye Steel Castings Co.*, 24 F.3d 178, 187 (Fed. Cir. 1994).

[95] *See, e.g., id.* (holding that "mere[] notice of the patent's existence or ownership" is insufficient and that "[a]ctual notice requires…specific accused product[s]."); *Refac Elecs. Corp. v. A & B Beacon Bus. Machines Corp.*, 695 F. Supp. 753, 755 (S.D.N.Y. 1988) ("a clue that [a class of devices] could be infringing is insufficient.").

20

well as filing suit, may constitute actual notice.[96] Acceleration Bay bears the burden of proving actual notice.[97]

## VI.    Willful Infringement

### A.    Issues to Be Litigated

1.    Whether, if AWS infringed, its pre-suit infringement was willful.

2.    Whether, if AWS infringed, its post-suit infringement was willful.

3.    Whether, if AWS willfully infringed, the Court should award enhanced damages and, if so, in what amount.

### B.    Legal Authority

"[F]ollowing *Halo*, the question is whether the infringing conduct, whether it occurs pre- or post-filing, constitutes 'egregious … misconduct.'"[98] "[W]illfulness entails conduct that is 'willful, wanton, malicious, bad-faith, deliberate, consciously wrongful, flagrant, or—indeed—characteristic of a pirate.'"[99] As such, Acceleration Bay must prove that AWS "(1) knew of the patent[s]-in-suit; (2) after acquiring that knowledge, it infringed the patent[s]; and (3) in doing so, it knew, or should have known, that its conduct amounted to infringement of the patent[s]."[100]

---

[96] 35 U.S.C. § 287(a) ("Filing of an action for infringement shall constitute such notice.").

[97] *Flatworld Interactives LLC v. Samsung Elecs. Co.*, 77 F. Supp. 3d 378, 384 (D. Del. 2014) ("The duty of alleging, and the burden of proving, either actual notice or constructive notice is upon the patentee.") (quoting *Maxwell v. J. Baker, Inc.*, 86 F.3d 1098, 1111 (Fed. Cir.1996)).

[98] *Apple Inc. v. Samsung Elecs. Co.,* 258 F. Supp. 3d 1013, 1026 (N.D. Cal. 2017) (quoting *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S.Ct. 1923, 1936 (2016)).

[99] *DSM IP Assets, B.V. v. Honeywell Int'l, Inc.*, No. CV 23-675-WCB, 2023 WL 7214672, at *9 (D. Del. Nov. 2, 2023) (quoting *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 579 U.S. 93, 103–04 (2016)).

[100] *Tonal Sys., Inc. v. ICON Health & Fitness, Inc.*, No. CV 20-1197-LPS, 2021 WL 1785072, at *6 (D. Del. May 5, 2021), *report and recommendation adopted*, No. CV 20-1197-LPS, 2021 WL 5860783 (D. Del. Aug. 12, 2021) (quoting *Välinge Innovation AB v. Halstead New England Corp.*, Civil Action No. 16-1082-LPS-CJB, 2018 WL 2411218, at *13 (D. Del. May 29, 2018), *report*

21

Under § 284, "the court may increase the damages up to three times the amount found or assessed."[101] Enhanced damages awards "are not to be meted out in a typical infringement case, but are instead designed as a 'punitive' or 'vindictive' sanction for egregious infringement behavior."[102] "[S]uch damages are generally reserved for egregious cases of culpable behavior."[103] While willfulness is a jury question, even if the jury finds willful infringement, the award of enhanced damages is a matter of the district court's discretion.[104]

---

*and recommendation adopted* 2018 WL 11012901 (D. Del. Nov. 6, 2018) (internal quotation marks omitted)).

[101] 35 U.S.C. § 284.

[102] *Halo Elecs.*, 579 U.S. at 103.

[103] *Id.*

[104] *See id.* at 106 ("[N]one of this is to say that enhanced damages must follow a finding of egregious misconduct. As with any exercise of discretion, courts should continue to take into account the particular circumstances of each case in deciding whether to award damages, and in what amount.").

*Acceleration Bay LLC v. Amazon Web Services, Inc.* (Civ. A. No. 22-904-RGA-SRF)

## Schedule D1: Acceleration Bay's Witness List

Plaintiff Acceleration Bay LLC ("Acceleration Bay") identifies the following fact and expert witnesses whom it currently anticipates it will call or may call, live or by deposition, at trial. This list is not a commitment that Acceleration Bay will call any particular witness at trial, or a representation that any of the witnesses listed are available or will appear for trial.  If any witness becomes unavailable, Acceleration Bay reserves the right to use his or her deposition testimony. With respect to Amazon Web Services, Inc.'s ("Amazon") witnesses, Acceleration Bay reserves the right to introduce testimony through deposition or live examination, as appropriate. Acceleration Bay also reserves the right to call any witnesses listed or called by Amazon, and to revise this list in light of further rulings by the Court, including any rulings regarding the amount of time allotted for the parties to present their case at trial, or any other changed circumstances.

## Witnesses Whom Acceleration Bay Intends to Call to Testify Live (in Alphabetical Order)

1. Dr. Harry Bims

2. Virgil Bourassa

3. Dr. Eric Cole

4. Dr. Michael Goodrich

5. Lance Gunderson

6. Dr. Fred Holt

7. Dr. Nenad Medvidovic

8. Joseph Ward

## Witnesses Whom Acceleration Bay May Call to Testify Live (in Alphabetical Order)

1. Linda Magnotti

1

**Witnesses Whom Acceleration Bay May Call to Testify by Deposition (in Alphabetical Order)**

1. Robert Abarbanel

2. Matthew Baldwin

3. Sandeep Bisla

4. Colin Brace

5. Chris Byskal

6. Bashuman Deb

7. Kevin Gasper

8. Scott Hayden

9. Megha Kande

10. Shridhar Kulkarni

11. Colm MacCarthaigh

12. Mykhailo Matkovskyi

13. Kiran Meduri

14. Natasha Radovsky

15. Scott Sanford

16. Rick Sostheim

17. Glen Van Datta

18. Christine Weber

19. James Willeford

20. Mickey Williams

21. Matthew Wilson

# Amazon Web Services, Inc.'s Objections to Plaintiff's Witness List

**From:** Lisa Phillips <Lisa.Phillips@fischllp.com>
**Date:** August 23, 2024 at 3:28:50 PM PDT
**To:** "Frankel, Aaron" <AFrankel@kramerlevin.com>, "Kobialka, Lisa" <LKobialka@kramerlevin.com>, "Andre, Paul, J." <PAndre@kramerlevin.com>, "Finn, Christina" <CFinn@kramerlevin.com>, "Hannah, James" <JHannah@kramerlevin.com>, "Lee, Michael H." <MHLee@kramerlevin.com>, provner@potteranderson.com, "Martinez, Cristina" <CMartinez@kramerlevin.com>, "Parekh, Pooja" <PParekh@kramerlevin.com>, "Kastens, Kris" <KKastens@kramerlevin.com>
**Cc:** "Blumenfeld, Jack" <JBlumenfeld@morrisnichols.com>, "Ying, Jennifer" <jying@morrisnichols.com>, Bill Sigler <Bill.Sigler@fischllp.com>, Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Kyle Tsui <Kyle.Tsui@fischllp.com>, Carter Anderson <Carter.Anderson@fischllp.com>, Jenna Sanders <Jenna.Sanders@fischllp.com>, Ellen Schlick <Ellen.Schlick@fischllp.com>, Ally Griffith <Allyson.Griffith@fischllp.com>, FS-AccelerationBay <FS-AccelerationBay@fischllp.com>
**Subject:** [EXTERNAL] Acceleration Bay v. AWS: Exchange Materials

Counsel,

AWS objects to the following witnesses on Acceleration Bay's witness list:

1. **Robert Abarbanel and Glen Van Datta** – These depositions were taken in previous litigations and AWS wasn't afforded an opportunity to question them. *See Ingenico Inc. v. Ioengine, LLC*, No. 18-826-WCB, 2022 WL 22835287, at *6-9 (D. Del. July 5, 2022) (denying admissibility of deposition testimony taken in a previous litigation). To the extent Acceleration Bay is permitted to use either Mr. Abarbanel's or Mr. Van Datta's testimony, AWS reserves the right to do so as well.

2. **Sandeep Bisla** – Mr. Bisla's testimony is at least irrelevant, a potential source of jury confusion, and a waste of time. Mr. Bisla was the corporate designee for the Lumberyard and O3DE products which Acceleration Bay no longer accuses of infringement.

1

3. **Kiran Meduri** – Mr. Meduri's testimony is at least irrelevant, a potential source of jury confusion, and a waste of time. Mr. Meduri was the corporate designee for AppMesh, which Acceleration Bay no longer accuses of infringement.
4. **Any witness that AWS calls live at trial.** To the extent Acceleration Bay intends to elicit testimony from any AWS witness who testifies live at trial, it should be as AWS proposed in the draft pretrial order. Specifically, deposition testimony should not be played for any such witness and cross-examination of that witness will not be limited to the scope of the direct examination.

Please find attached the following:
1. AWS's objections and counter-designations to Acceleration Bay's deposition designations;
2. AWS's objections to Acceleration Bay's exhibit list;
3. Redlines to the draft preliminary and final jury instructions;
4. Redlines to the draft voir dire; and
5. Redlines to the draft verdict form.

Given the pending motions for summary judgment, AWS reserves the right to add and/or revise the jury instructions (both preliminary and final) and verdict form to add instructions and information, including those addressing its license and notice defenses. After the Court issues its decision on those motions, AWS will supplement these materials in accordance with those determinations, if necessary. To the extent the Court hasn't issued a decision sufficiently in advance of the due date for those materials, AWS will update them accordingly.

AWS also requests that Acceleration Bay revise the draft preliminary jury instructions to include topic headings and to split each topic onto its own page. Our understanding from local counsel is that Judge Andrews prefers a format similar to the format of the attached final instructions since it is easier for him to insert any necessary revisions.

Please find linked below a folder containing the deposition transcripts reflecting AWS's counter-designations. The password to the folder will be sent under separate cover. Thank you.

https://www.dropbox.com/scl/fo/6rb1grcz27mb37au3rzhk/ACgUGm8V1wgbGKnxeTrEs6Q?rlkey=oumi7fa5vgvgmdicizm8x95m6&st=f9lq109o&dl=0

Best,
Lisa


**Lisa Phillips** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3521 (o)
+1.240.988.3448 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA
Biography | Firm Victories | LinkedIn

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ACCELERATION BAY LLC., | |
| *Plaintiff*, | Case No. 22-904 (RGA) (SRF) |
| v. | |
| AMAZON WEB SERVICES, INC., | |
| *Defendant*. | |

## <u>SCHEDULE D2: DEFENDANT AMAZON WEB SERVICES, INC.'S WITNESS LIST</u>

Defendant Amazon Web Services, Inc. ("AWS") identifies the following witnesses that it may call live or by deposition at trial. AWS reserves the right to modify this list in accordance with Fed. R. Civ. P. 26(a)(3), D. Del. LR 16.3, or in view of other events or changed circumstances that may occur before or during trial. AWS expressly reserves the right to call live or by deposition any witness on its witness list or any witness on Acceleration Bay, LLC's ("AB") trial witness list. This list is not a commitment that AWS will call any particular witness at trial, or a representation that any witness listed is available or will appear for trial. If any AB, AWS, or third-party witness is unavailable or refuses to testify live, AWS reserves the right to introduce testimony through deposition. AWS reserves the right to call any witness, whether listed below or not, to establish authenticity and/or admissibility of any trial exhibit whose authenticity or admissibility is challenged by AB. AWS further reserves the right to object on any ground to the admissibility of the testimony of trial witnesses on AB's witness list and move for the exclusion or limitation of such testimony.

AWS reserves the right to call in its case-in-chief any witness identified by AB and to call by deposition any witness identified by AB who does not testify at trial or who is unavailable.[1] AWS also reserves the right to call any witness in its list either in its case-in-chief, or as a rebuttal witness, or both.

**I.    Witnesses AWS Intends to Call to Testify Live (in Alphabetical Order)**

- Bashuman Deb
- Kevin Gasper
- Joseph Greene
- Scott Hayden
- Lauren Kindler
- Shridhar Kulkarni
- Colm MacCárthaigh
- Nadya Sultanik

**II.    Witnesses AWS May Call to Testify Live or by Deposition (in Alphabetical Order)**

- Matthew Baldwin
- Elena Barrio
- Virgil Bourassa
- Chris Byskal
- Fred Holt
- Linda Magnotti
- Natasha Radovsky

---

[1] To the extent AB is permitted to present affirmative deposition testimony (i.e., outside of cross-examination) from a witness AWS will call live, AWS reserves the right to do the same with any witness AB calls live.

- Scott Sanford

- Rick Sostheim

- Glen Van Datta[2]

- Joseph Ward

- Christine Weber

- James Williford

- Mickey Williams

- All witnesses named on AB's trial witness list

---

[2] AWS reserves the right to object to Acceleration Bay's use of Mr. Van Datta's testimony taken in *Acceleration Bay LLC v. Electronic Arts Inc.* Case No. 16-cv-00454. *See Ingenico Inc. v. Ioengine, LLC*, No. 18-826-WCB, 2022 WL 22835287, at *6-9 (D. Del. July 5, 2022) (denying admissibility of deposition testimony taken in a previous litigation). To the extent Acceleration Bay is permitted to use Mr. Van Datta's testimony, AWS reserves the right to do so as well.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ACCELERATION BAY LLC,

    *Plaintiff*,

      v.

AMAZON WEB SERVICES, INC.,

    *Defendant*.

Case No. 22-904 (RGA) (SRF)

**PLAINTIFF ACCELERATION BAY, LLC'S OBJECTIONS
TO DEFENDANT AMAZON WEB SERVICES, INC.'S WITNESS LIST**

Plaintiff Acceleration Bay LLC ("Acceleration Bay") objects to Defendant Amazon Web

Services, Inc.'s disclosed trial witnesses as follows:

**I.**    **Witnesses AWS Intends to Call to Testify Live (in Alphabetical Order)**

| Name of Witness | Acceleration Bay's Objections |
|---|---|
| Bashuman Deb | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures. |
| Kevin Gasper | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures. |
| Joseph Greene | Acceleration Bay objects to Mr. Green's testimony to the extent it is outside of his expert report and as set forth in Acceleration Bay's motion for summary judgment and *Daubert* motion. D.I. 151. |
| Scott Hayden | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures. |
| Lauren Kindler | Acceleration Bay objects to Ms. Kindler's testimony to the extent it is outside of her expert report and as set forth in |

| | |
|---|---|
| | Acceleration Bay's motion for summary judgment and *Daubert* motion.  D.I. 151. |
| Shridhar Kulkarni | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures. |
| Colm MacCárthaigh | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures and as set forth in Acceleration Bay's motion for summary judgment and *Daubert* motion.   D.I.  151. Acceleration Bay specifically objects to any testimony from this witness relating to alleged non-infringing alternatives. |
| Nadya Sultanik | Acceleration Bay objects to Ms. Sultanik's testimony to the extent it is outside of her expert report and as set forth in Acceleration Bay's motion for summary judgment and *Daubert* motion.  D.I. 151. |

## II.    Witnesses AWS May Call to Testify Live or by Deposition (in Alphabetical Order)

| Name of Witness | Acceleration Bay's Objections |
|---|---|
| Matthew Baldwin | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures. |
| Elena Barrio | Acceleration Bay objects as set forth in Acceleration Bay's objections to AWS' deposition designations. |
| Virgil Bourassa | |
| Chris Byskal | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures. |
| Fred Holt | |
| Linda Magnotti | Acceleration Bay objects as set forth in Acceleration Bay's objections to AWS' deposition designations. |
| Natasha Radovsky | Acceleration Bay objects as set forth in Acceleration Bay's objections to AWS' deposition designations. |

2

| Scott Sanford | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures. |
|---|---|
| Rick Sostheim | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures. |
| Glen Van Datta | Acceleration Bay objects as set forth in Acceleration Bay's objections to AWS' deposition designations. |
| Joseph Ward | Acceleration Bay objects as set forth in Acceleration Bay's objections to AWS' deposition designations. |
| Christine Weber | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures.<br><br>Acceleration Bay objects as set forth in Acceleration Bay's objections to AWS' deposition designations. |
| James Willeford | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures.<br><br>Acceleration Bay objects as set forth in Acceleration Bay's objections to AWS' deposition designations. |
| Mickey Williams | Acceleration Bay objects to testimony from this witness to the extent it is outside the scope of subject matter identified in AWS' initial disclosures.<br><br>Acceleration Bay objects as set forth in Acceleration Bay's objections to AWS' deposition designations. |

Further, to the extent AWS intends to present deposition testimony in lieu of live testimony for any of its own or any of its affiliates' witnesses (*i.e.* Christine Weber, James Williford, Mickey Williams), Acceleration Bay objects as AWS has not established that the witnesses are unavailable pursuant to Fed. R. Civ. P. 32(a)(4) or that their deposition testimony is otherwise admissible pursuant to Fed. R. Civ. P. 32.

3

Acceleration Bay reserves the right to modify, amend or supplement these objections throughout the balance of this case and/or in response to rulings by the Court (including on any pending motions or on the motions *in limine* to be filed).

|  | KRAMER LEVIN NAFTAILS & FRANKEL LLP |
|---|---|
|  | By: */s/ Christina Finn* |
| Philip A. Rovner (#3215) | Christina M. Finn (*pro hac vice*) |
| Nicole Kathleen Pedi (#6236) | Paul J. Andre (*pro hac vice*) |
| POTTER ANDERSON & CORROON LLP | Lisa Kobialka (*pro hac vice*) |
| Hercules Plaza | James R. Hannah (*pro hac vice*) |
| P.O. Box 951 | Kristopher Kastens (*pro hac vice*) |
| Wilmington, DE 19899 | Michael H. Lee (*pro hac vice*) |
| (302) 984-6000 | KRAMER LEVIN NAFTAILS |
| provner@potteranderson.com | & FRANKEL LLP |
| npedi@potteranderson.com | 333 Twin Dolphin Drive, Suite 700 |
|  | Redwood Shores, CA 94065 |
|  | (650) 752-1700 |
| Dated: August 23, 2024 | cfinn@kramerlevin.com |
|  | pandre@kramerlevin.com |
|  | lkobialka@kramerlevin.com |
|  | jhannah@kramerlevin.com |
|  | kkastens@kramerlevin.com |
|  | mhlee@kramerlevin.com |
|  |  |
|  | Aaron M. Frankel (*pro hac vice*) |
|  | Marcus A. Colucci (*pro hac vice*) |
|  | Cristina L. Martinez (*pro hac vice*) |
|  | Pooja P. Parekh (*pro hac vice*) |
|  | KRAMER LEVIN NAFTAILS |
|  | & FRANKEL LLP |
|  | 1177 Avenue of the Americas |
|  | (212) 715-9100 |
|  | afrankel@kramerlevin.com |
|  | mcolucci@kramerlevin.com |
|  | cmartinez@kramerlevin.com |
|  | pparekh@kramerlevin.com |
|  |  |
|  | Attorneys for Plaintiff |
|  | *Acceleration Bay, LLC* |

4

**SCHEDULE E1**

## PLAINTIFF ACCELERATION BAY, LLC'S DEPOSITION DESIGNATIONS

## ACCELERATION BAY, LLC'S OBJECTIONS KEY

| Objection List | Abbreviation |
|---|---|
| Authenticity (FRE 901): This evidence has not been authenticated/the testimony fails to authenticate the deposition exhibit. | A |
| Best Evidence (FRE 1001-1003) | B |
| Improper Character Evidence (FRE 404, 608, 609) | CE |
| Multiple documents are listed as a single exhibit/improper compilation | COMP |
| Duplicative, asked and answered, or unintelligible testimony (FRE 403, 611) | D |
| Subject to motion in *limine* and/or evidentiary dispute raised in the Pretrial Statement | EXC |
| Lack of Foundation/Personal Knowledge (FRE 602) | F |
| Hearsay (FRE 801, 802) | H |
| Incomplete/unintelligible document or testimony | IC |
| Improper Legal Conclusion (FRE 401, 611) or improper evidence of a legal issue decided by the Court | LC |
| Documents Not Produced During Discovery | NP |
| Not Related—Counter Designation is Not Related to Initial Designations | NR |
| Not Testimony | NT |
| Privilege (FRE 501) | P |
| Irrelevant, Unfair Prejudice, Confusing, Waste of Time (FRE 401, 402, 403) | 403 |

**SCHEDULE E1**

| Objection List | Abbreviation |
|---|---|
| Leading/Waste of Time (FRE 611): Evidence will result in waste of time, cause witnesses harassment or undue embarrassment, or is testimony elicited with leading questions. | 611 |
| Improper Lay Opinion (FRE 701) | 701 |
| Improper Expert Opinion/Testimony (FRE 702) | 702 |
| Improper summary, chart, or calculation (FRE 1006) | 1006 |
| *Acceleration Bay notes that these objections are based on Amazon's anticipated use of the evidence.  Acceleration Bay is not waiving the right to use the evidence for another purpose.* | |

**AWS'S DEPOSITION DESIGNATION OBJECTIONS KEY**

| Abbreviation | Explanation |
|---|---|
| R | This testimony is objection because it is not relevant to issues in the case (see F.R.E. 402). |
| P | This testimony is objectionable because its probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence (see F.R.E. 403). |
| A/C | Attorney Client Privilege and/or Work Product Immunity. |
| AA | Asked and Answered. |
| AF | This testimony is objectionable because it assumes a fact not in evidence. |
| BE | Not best evidence (F.R.E. 1002). |
| CQ | Compound Question. |
| S | Calls for Speculation. |
| E | This testimony is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert and who did not submit an expert report (see Fed. R. Civ. P. 26). |
| F | Form objection. |
| H | This testimony is objectionable because it constitutes hearsay under F.R.E. 802. |
| I | This testimony is objectionable because it is incomplete and requires additional testimony for fairness |
| IE | Improper opinion testimony by expert witness (F.R.E. 702). |
| LC | Calls for a legal conclusion. |

| Abbreviation | Explanation |
|---|---|
| LF | This testimony is objectionable because it lacks foundation. |
| MC | Mischaracterizes witness's testimony. |
| NR | Nonresponsive. |
| OS | Outside the scope of Rule 30(b)(6) topics or of the original designation. |
| V | Vague. |

**SCHEDULE E1**

**Robert Abarbanel (June 29, 2017)[1]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 6:17-8:5 | | | | |
| 10:13-10:23 | | 13:16-14:1, 14:12-16 | 403 | |
| 13:5-13:6 | R | | | |
| 17:5-17:17 | I (requires 17:18-22), S, H | | | |
| 19:8-19:21 | S | | | |
| 27:23-28:4 | I (requires 24:2-10) | 28:6-10 | | |
| 29:20-30:12 | S | 30:13-31:17, 34:19-35:4 | 403 | |
| 41:4-41:12 | I (requires 41:13-15), S | 35:15-37:13 | F, 403 | |
| 41:16-43:1 | S | 43:2-8, 122:9-12, 124:13-125:22 | F, 403 | |
| 43:9-44:5 | LF[2], S | 44:7-9 | F, 403 | |
| 45:11-45:19 | LF, S | 46:3-47:21 | F, 403 | |
| 47:22-48:11 | | 48:12-19, 122:9-12, 124:13-125:22 | F, 403 | |

[1] AWS reserves the right to object to Acceleration Bay's use of Mr. Abarbanel's testimony taken in *Acceleration Bay LLC v. Take-Two Interactive Software, Inc.*, C.A. No. 16-455-RGA (D. Del.). *See Ingenico Inc. v. Ioengine, LLC*, No. 18-826-WCB, 2022 WL 22835287, at *6-9 (D. Del. July 5, 2022) (denying admissibility of deposition testimony taken in a previous litigation). To the extent Acceleration Bay is permitted to use Mr. Abarbanel's testimony, AWS reserves the right to do so as well.

[2] Mr. Abarbanel's testimony spanning pages 43 to 46 refers to a document marked during a previous deposition ("Smith Ex. 141") in *Acceleration Bay LLC v. Take-Two Interactive Software, Inc.*, C.A. No. 16-455-RGA (D. Del.). That document does not appear to be on either Acceleration Bay's or AWS's exhibit list. AWS objects to that testimony as lacking foundation and reserves its rights to object to admission of the exhibit at trial.

**SCHEDULE E1**

**Robert Abarbanel (June 29, 2017)[1]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 58:3-58:11 | I (requires 57:6-58:2) | 76:2-4, 76:15-77:12 | | |
| 70:6-70:10 | | | | |
| 77:18-77:24 | | 77:25-78:10 | | |
| 78:11-79:20 | I (requires 79:21-24) | | | |
| 79:25-80:9 | | 80:10-81:9 | F, 403 | |
| 81:10-81:17 | I (requires 81:18-23) | | | |
| 84:4-84:9 | I (requires 83:23-84:3) | 84:10-25 | F, 403 | |
| 97:22-98:4 | S | 98:5-16 | H, 403 | |
| 101:20-102:2 | R, S | | | |
| 182:6-184:8 | LC (as to 182:10-25) | 80:20-81:6, 184:14-185:9 | F, 403 | |

2

**SCHEDULE E1**

**Mathew Baldwin (October 27, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 6:24-7:8 | | | | |
| 8:4-8:7 | I (requires 8:8-11) | | | |
| 10:11-11:10 | OS | | | |
| 11:15-11:25 | I (requires 11:12-14), OS | | | |
| 12:4-12:14 | OS (part of standing objection discussed 12:19-13:13) | | | |
| 13:16-13:22 | OS (part of standing objection discussed 12:19-13:13) | | | |
| 18:10-18:19 | V, S | 13:23-14:15 | NR, 403 | |
| 19:13-19:22 | | | | |
| 20:9-20:14 | I (requires 19:23-20:8), OS | | | |
| 20:21-20:25 | V, S, I (requires 21:6-10) | | | |
| 21:2-21:5 | | | | |
| 21:12-22:1 | V, OS | 22:3-24 | NR, 403 | |
| 23:1-23:10 | OS, I (requires 22:3-24) | 23:12-19, 24:22-25:16 | NR, 403 | |
| 24:5-24:13 | V, OS, I (requires 24:15-17) | 23:12-19 | NR, 403 | |
| 25:18-25:25 | V, OS | | | |

3

**SCHEDULE E1**

**Mathew Baldwin (October 27, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 31:5-32:7 | V, S, OS, I (requires 28:4-11) | 28:12-29:9, 32:21-33:2; 77:5-19 | NR, 403 | |
| 34:18-34:24 | V, S, I (requires 34:6-16) | | | |
| 35:2-35:4 | | 35:5-7 | NR, 403, F | |
| 35:8-35:10 | | 35:11-36:4 | NR, 403 | |
| 38:3-38:8 | V | | | |
| 39:3-39:17 | | 39:18-40:18 | NR, 403 | |
| 42:10-43:5 | V, OS | 43:7-23 | NR, 403 | |
| 58:20-59:2 | | 49:21-50:8, 51:7-52:2 | NR, 403 | |
| 60:3-61:11 | V | | | |
| 61:19-63:2 | V | | | |
| 66:16-66:22 | | | | |
| 67:14-67:18 | | | | |
| 67:24-68:1 | | | | |
| 68:18-69:24[3] | | | | |
| 69:1-70:13 | R, V, OS | | | |
| 79:17-80:6 | R, V, OS | | | |
| 84:11-84:13 | I (requires 85:2-3) | | | |

[3] This designation wasn't fully highlighted in the transcript provided with Acceleration Bay's deposition designations on August 12, 2024.

**SCHEDULE E1**

**Mathew Baldwin (October 27, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 84:24-85:1 | | 89:3-12 | NR, 403 | |
| 85:7-85:21 | I (requires 85:23-86:4), OS | 85:4-6 | NR, 403 | |
| 86:6-87:7 | V, OS | 87:10-17 | NR, 403 | |
| 87:25-88:24 | V, OS | | | |
| 89:13-89:18 | | 89:23-90:1 | D, 403 | |
| 90:4-90:12 | I (requires 90:16-24) | | | |
| 91:1-91:8 | | | | |
| 101:17-101:19 | I (requires 101:23-25) | | | |
| 102:8-102:9 | | | | |
| 103:11-105:2 | LF, OS | | | |
| 106:15-108:14 | V, S, OS | | | |
| 112:7-113:17 | H, V, S, OS | | | |
| 114:8-114:11 | I (requires 114:15-18) | | | |
| 114:20-115:13 | R, OS | | | |
| 122:12-122:23 | I (requires 122:9-11), R | | | |
| 125:16-125:24 | | | | |
| 126:6-127:21 | V, S | 128:25-130:12; 134:13-22 | NR, 403 | |
| 137:19-138:16 | V | | | |
| 138:24-139:2 | V | | | |

5

**SCHEDULE E1**

**Mathew Baldwin (October 27, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 139:10-140:25 | I (requires 139:4-8), V, AF, OS | | | |
| 141:4-141:13 | V, S | | | |
| 141:21-142:4 | V | 142:6-143:14 | 403 | |
| 151:7-151:16 | V, CQ | 146:15-149:14 | NR, 403 | |
| 165:19-165:24 | | | | |
| 167:20-168:7 | I (requires 168:8-169:2) | | | |
| 169:23-170:4 | R, V, S, I (requires 170:6-8) | 169:12-22 | NR, 403 | |
| 178:3-178:6 | | | | |
| 180:4-180:8 | | | | |
| 180:16-181:4 | I (requires 180:9-15) | 181:5-12 | NR, 403 | |
| 181:17-182:2 | R | | | |
| 183:15-185:2 | V | | | |
| 189:21-189:25 | OS, I (requires 190:1-11) | | | |
| 190:13-191:17 | V, OS | 191:18-23 | | |
| 191:25-192:2 | V | 191:18-23 | | |
| 192:24-193:5 | | | | |
| 193:8-193:19 | V, S, LC, OS | | | |
| 194:14-195:18 | V, S, OS | | | |

6

**SCHEDULE E1**

**Mathew Baldwin (October 27, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 196:7-196:13 | | | | |
| 196:19-196:24 | | | | |
| 197:13-199:6 | V, S, OS | | | |
| 199:7-200:16 | V, S | | | |
| 200:17-201:3 | | 201:4-5 | 403 | |
| 201:6-201:11 | V, S | 201:4-5 | 403 | |
| 202:9-202:19 | I (requires 201:13-202:8), V | | | |
| 202:20-203:16 | R | 203:17-204:7 | NR, 403 | |

**SCHEDULE E1**

**Sandeep Bisla (November 9, 2023)[4]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 6:21-7:7 | | 9:20-10:18 | NR, 403, 611 | |
| 7:14-7:15 | R, I (requires 7:8-13) | 7:16-24; 9:20-10:18 | NR, 403, 611 | |
| 22:9-22:13[5] | R | 21:22-22:8 | NR, 403, 611 | |
| 53:7-53:17 | R, I (requires 52:23-53:6), V, S, OS | 53:18-54:4 | NR, 403, 611 | |
| 65:8-65:15 | R, I (requires 63:3-65:7), V, S, OS | | | |

[4] AWS objects to Acceleration Bay's designation of Mr. Bisla's testimony as at least irrelevant, a potential source of jury confusion, and a waste of time. Mr. Bisla was the corporate designee for the Lumberyard and O3DE products which Acceleration Bay no longer accuses of infringement.

[5] The highlighted transcript that Acceleration Bay provided with its affirmative designations includes highlighting at 41:22-25. As this testimony isn't included here, AWS hasn't provided objections and/or counter-designations to it. AWS reserves the right to do so.

**SCHEDULE E1**

**Colin Brace (November 16, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 5:16-6:5 | F, V | | | |
| 6:14-6:23 | | | | |
| 8:15-8:25 | I (requires 8:3-14) | | | |
| 9:8-10:20 | I (requires 10:21-11:9) | | | |
| 17:2-17:19 | I (requires 16:17-17:1) | | | |
| 20:6-20:13 | | | | |
| 20:17-21:8 | | | | |
| 23:1-25:17 | F, V, I (requires 25:18-23) | | | |
| 29:8-30:12 | F, R, V | | | |
| 31:4-32:18 | F, V, S, I (requires 30:21-31:2) | | | |
| 33:3-34:11 | F, V, S | | | |
| 35:2-35:8 | F, I (requires 35:10-19) | | | |
| 36:7-36:15 | F | | | |
| 37:4-37:11 | F, I (requires 36:17-37:2) | | | |
| 40:20-41:8 | | | | |
| 41:24-43:2 | F, I (requires 41:11-22) | | | |
| 44:6-45:20 | F, S | | | |
| 46:5-47:13 | | 48:1-22 | NR, 403 | |

9

**SCHEDULE E1**

**Colin Brace (November 16, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 49:12-50:10 | F, V, I (requires 50:12-20) | | | |
| 52:3-53:8 | F, V, S | | | |
| 53:25-54:22 | F, V, R | | | |
| 55:8-55:18 | F, V, I | 55:20-56:17 | NR, F, 403, 611 | |
| 59:5-59:14 | I (requires 59:15-17) | | | |
| 60:1-60:22 | F, V, I (requires 59:15-17), LF | | | |
| 61:14-62:3 | | | | |
| 62:14-62:20 | F, V, S, LF | | | |
| 62:25-63:25 | F, V | | | |
| 64:4-64:19 | F, V, S | | | |
| 66:4-66:15 | F, V, S | | | |
| 66:23-66:24 | | | | |
| 67:12-69:2 | I (requires 66:25-67:11) | 69:3-70:1 | NR, F, 403, 611 | |
| 70:17-71:6 | | | | |
| 71:11-71:15 | V | 71:17-21 | NR, F, 403, 611 | |
| 71:24-72:2 | I (requires 72:7-10) | | | |
| 72:12-72:20 | F | 74:9-75:3 | NR, 403, 611 | |
| 76:24-77:4 | F, V, I (requires 76:8-22) | | | |

10

**SCHEDULE E1**

**Colin Brace (November 16, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 78:16-79:14 | F, V | | | |
| 80:10-80:14 | F, V, I (requires 79:21-80:8) | | | |
| 81:5-81:8 | I (requires 81:10-13), R | | | |
| 81:21-82:4 | R | | | |
| 83:2-84:20 | F, V | | | |
| 86:4-86:24 | I (requires 85:21-86:2) | | | |
| 87:10-87:17 | F, V | | | |
| 88:4-89:13 | F, V | | | |
| 90:2-90:8 | F, V | | | |
| 91:20-92:1 | F, V, MC | | | |
| 92:11-93:10 | F, V, S | | | |
| 95:3-95:6 | I (requires 95:8-10) | | | |
| 95:12-98:9 | F, V | 98:11-99:9 | NR, 403, 611 | |
| 101:2-102:20 | F, V, I (requires 100:21-101:1) | 102:22-103:7 | NR, 403, 611 | |
| 105:16-106:20 | F, V, S, R (as to 105:16-106:2) | | | |
| 109:24-110:8 | | | | |
| 113:5-114:10 | F, V | 114:12-14 | NR, 403, 611 | |

11

**SCHEDULE E1**

**Colin Brace (November 16, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 115:25-119:7 | F, V, R (as to 115:25-117:16) | | | |
| 122:17-123:5 | | 123:6-21 | NR, 403 | |
| 123:22-124:24 | I (requires 124:25-125:1) | | | |
| 125:2-125:20 | | 125:22-126:8 | NR, 403 | |
| 127:17-127:20 | I (requires 127:22-24) | | | |
| 127:25-129:5 | F, V, I (requires 129:9-17) | | | |
| 131:17-133:2 | F, V | | | |
| 133:14-135:5 | F, V, I (requires 133:5-12) | | | |

12

**SCHEDULE E1**

**Chris Byskal (November 1, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 6:10-7:3 | | | | |
| 16:12-16:25 | V, I (requires 15:22-16:11) | 13:20-15:20 | F, 403, 701, 702 | |
| 17:4-17:14 | I (requires 17:15-18:7) | 15:22-16:11, 23:12-24:8 | Not responsive, F, 403, 701, 702 | |
| 18:8-20:19 | V, I (requires 17:15-18:7) | | Calls for speculation, F, 403, 701, 702 | |
| 23:3-23:11[6] | V, I (requires 22:24-23:2) | | F, 403, 701, 702 | |
| 26:19-26:23 | V, OS | | | |
| 76:1-77:25 | V | 78:1-10 | Calls for speculation, F, 403, 701, 702 | |
| 83:2-83:9 | | | | |
| 84:15-84:23 | V, OS, I (requires 84:9-14) | | F, 403, 701, 702 | |
| 145:25-149:25 | V, OS | 23:12-24, 55:13-57:4 | Not responsive, F, 403, 701, 702 | |
| 208:6-208:13 | V, I | 208:14-209:3 | | |

---

[6] The highlighted transcript that Acceleration Bay provided with its affirmative designations includes highlighting at 22:19-23. As this testimony isn't included here, AWS hasn't provided objections and/or counter-designations to it. AWS reserves the right to do so.

**SCHEDULE E1**

**Bashuman Deb (November 21, 2023)[7]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 5:10-6:2 | | | | |
| 27:11-28:22 | I (requires 22:17-27:4[8]) | | 403, 601, 611 | |
| 38:7-38:25 | V | | | |
| 50:22-51:6 | I (requires 48:18-50:18) | | IC, 403, 611, Counter: 48:17 | |
| 68:15-68:24 | CQ | | | |
| 69:1-69:11 | | 69:12-70:14 | 403, 611 | |
| 70:15-71:3 | V, I (requires 71:8-15) | 69:12-70:14 | 403, 611 | |
| 90:20-90:23 | I (requires 90:24-91:1) | | IC, 403, 601, 611 | 91:2-5 |
| 93:21-94:9 | V, S | 94:10-96:10 | 403, 601, 611, 701, 702 | |
| 98:6-98:20 | LF, AF, I (requires 97:20-98:5) | | 403, 611 | |
| 121:5-121:10 | V, I (requires 121:11-18) | 121:19-126:5 | 403, 611 | |
| 139:1-139:3 | I (requires 138:3-25) | | 403, 611 | |
| 143:20-143:24 | I (requires 142:22-143:19) | 143:25-144:6 | 403, 611 | |
| 144:7-146:11 | V | 146:12-148:8 | 403, 601, 611, 701, 702 | |

---

[7] AWS objects to Acceleration Bay's designations of Mr. Deb's testimony (and any other similar witnesses) because he is listed on AWS's "will call" list. As AWS proposed in the pretrial order, deposition testimony should not be played for any witnesses who testify live at trial.

[8] This counter-designation includes an exchange between the Court Reporter and Mr. Deb which should be removed for purposes of playback. And similar exchanges in other counter-designations should also be removed.

**SCHEDULE E1**

**Bashuman Deb (November 21, 2023)[7]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 156:21-157:10 | I (requires 157:11-158:23) | | 403, 611 | |
| 158:24-159:11 | V | 157:11-158:23 | 403, 611 | |
| 160:20-161:14 | | | | |
| 190:5-190:9 | V, I (requires 182:2-190:4) | | 403, 601, 611, 701, 702 | |
| 190:25-191:5 | I (requires 190:11-24) | 12:18-23 | Not responsive with respect to 12:18-23, 403, 601, 611, 701, 702 | |
| 193:2-193:7 | I (requires 193:8-21) | | 403, 611 | |
| 194:2-194:4 | I (requires 194:5) | 194:6-201:11 | IC, 403, 601, 611 | 201:17-202:7 |
| 205:20-206:4 | V | 206:5-208:4 | IC, 403, 601, 611 | 208:5-209:1 |
| 210:15-210:20 | V | 206:5-207:8 | IC, 403, 601, 611 | 208:5-209:1 |
| 212:4-214:10 | LC, V, I (requires 214:11-22) | 214:25-216:7 | 403, 601, 611, 701, 702 | |
| 226:7-226:12 | V | | | |
| 230:10-231:7 | I (requires 231:8-14) | | IC, 403, 601, 611 | 232:13-233:1 |
| 244:11-245:19 | I (requires 245:20-246:13) | | 403, 611 | |
| 246:14-246:19 | I (requires 246:20-247:23) | | IC, 403, 601, 611 | 247:24-248:8 |

15

**SCHEDULE E1**

**Kevin Gasper (February 7, 2024)[9]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 7:19-8:18 | | | | |
| 11:4-11:15 | I (requires 10:24-11:3) | 11:16-12:6 | NT, 401-403 (10:24-11:3) | |
| 12:8-12:10 | | | | |
| 17:12-17:15 | R, P | | | |
| 22:15-27:25 | R (as to 23:14-17) | | | |
| 28:23-40:7 | | | | |
| 40:17-43:21 | I (requires 40:8-11) | | NT (40:8-11) | |
| 43:25-46:14 | | 132:22-134:1 | | |
| 46:19-50:23 | R and P (as to 50:14-23); R, P, and OS (as to 50:7-13) | 77:9-78:20 | | |
| 51:11-53:9 | R, P, and OS (as to 51:11-21 and 52:9-53:9) | | | |
| 54:17-64:12 | I (requires 54:14-15); R, P, and OS (as to 56:14-16, 57:23-58:20, and 62:15-25) | | NT (54:14-15) | |
| 65:3-68:25 | | | | |
| 69:13-69:17 | I (requires 69:7-8) | | NT (69:7-8) | |

[9] AWS objects to Acceleration Bay's designations of Mr. Gasper's testimony (and any other similar witnesses) because he is listed on AWS's "will call" list. As AWS proposed in the pretrial order, deposition testimony should not be played for any witnesses who testify live at trial.

**SCHEDULE E1**

**Kevin Gasper (February 7, 2024)[9]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 69:20-75:23 | AF (as to 74:25-75:6); R, P, and OS (as to 75:16-23) | | | |
| 76:10-80:21 | I (requires 76:7-8) | | NT (76:7-8) | |
| 81:5-81:17 | I (requires 81:2-3) | | NT (81:2-3) | |
| 81:20-82:15 | | | | |
| 82:24-86:9 | I (requires 82:22-23) | | NT (82:22-23) | |
| 87:16-89:12 | I (requires 86:16-17) | | NT (86:16-17) | |
| 89:24-90:15 | I (requires 89:21-22) | | NT (89:21-22) | |
| 90:20-91:24 | R, P, and OS (as to 91:17-24) | 134:2-19 | | |
| 92:2-92:4 | | | | |
| 93:9-94:17 | I (requires 92:14-15, 93:6-7), R (as to 94:17) | | NT (92:14-15, 93:6-7) | |
| 95:6-95:12 | R (as to 95:6-8) | | | |
| 96:6-97:4 | | | | |
| 97:12-98:13 | | | | |
| 99:19-102:19 | I (requires 99:14-15), R and P (as to 101:4-102:8) | | NT (99:14-15) | |
| 103:5-104:20 | I (requires 103:2-3), R | | NT (103:2-3) | |
| 104:23-105:8 | R | | | |

17

**SCHEDULE E1**

**Kevin Gasper (February 7, 2024)[9]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 105:17-115:7 | I (requires 105:14-15); R, P, and OS (as to 106:6-23, 110:7-20, and 115:2-7) | 134:20-136:11 | NT (105:14-15) | |
| 116:17-118:2 | I (requires 115:14-15) | | NT (115:14-15) | |
| 118:12-119:14 | R, P, OS, I (requires 118:9-10) | | NT (118:9-10) | |
| 130:19-131:12 | OS | | | |
| 136:19-137:24 | R, P, OS, I (requires 136:15-16) | | NT (136:15-16) | |

18

**SCHEDULE E1**

**Scott Hayden (November 7, 2023)[10]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 6:11-7:10 | OS (as to 7:5-10) | | | |
| 7:14-8:1 | OS | | | |
| 8:4-9:6 | | | | |
| 14:25-15:19 | I (requires 14:4-5 and 15:21-16:1), R, P | | NT (14:4-5 and 15:21-16:1) | |
| 17:23-20:10 | R[11] (as to 18:8-20:10) | | | |
| 23:4-23:24 | R and P (as to 23:4-16) | | | |
| 24:3-26:2 | | | | |
| 26:12-28:10 | E and LC (as to 26:12-23 and 27:10-28:5) | | | |
| 29:20-30:9 | | | | |
| 31:25-35:21 | OS, R, and S (as to 35:12-21) | | | |
| 37:22-38:11 | | 103:4-15 | NR, 401-403 | |
| 39:3-39:21 | | | | |

---

[10] AWS objects to Acceleration Bay's designations of Mr. Hayden's (and any other similar witnesses) testimony because he is listed on AWS's "will call" list. As AWS proposed in the pretrial order, deposition testimony should not be played for any witnesses who testify live at trial.

[11] The AST Moon Glow license Mr. Hayden references in this testimony is not used as the basis for either party's damages expert's opinion. Thus, this testimony is irrelevant.

**SCHEDULE E1**

**Scott Hayden (November 7, 2023)[10]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 40:16-46:12 | AA and OS (as to 45:25-46:12) | | | |
| 46:21-51:2 | R, P, and OS (as to 47:5-48:9); LC, V, E, and OS (as to 50:20-51:2) | | | |
| 51:13-53:12 | | | | |
| 53:16-59:22 | R[12] | | | |
| 59:24-60:5 | R | | | |
| 60:15-60:20 | R | | | |
| 61:4-63:6 | R | | | |
| 63:19-64:18 | R | | | |
| 64:23-64:25 | R | | | |
| 65:9-66:8 | | | | |
| 66:16-66:25 | | | | |
| 67:15-67:22 | R, LC, E, and OS | | | |
| 68:5-68:21 | R | | | |
| 69:5-69:9 | | | | |
| 69:13-71:15 | R | | | |

---

[12] The AST Moon Glow license is not used as a basis for either damages expert's opinion. So, Mr. Hayden's testimony beginning at 53:16 through 65:8, 67:15 through 68:21, and 69:13 through 74:17 discussing it is irrelevant.

**SCHEDULE E1**

**Scott Hayden (November 7, 2023)[10]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 71:25-72:22 | R | | | |
| 72:24-73:24 | R | | | |
| 74:3-74:17 | R | | | |
| 75:2-76:23 | R | | | |
| 77:2-77:7 | R | | | |
| 77:16-78:9 | R, AF, and OS (as to 77:16-78:2) | | | |
| 78:13-80:21 | R | | | |
| 80:25-84:1 | R | | | |
| 84:14-87:12 | | | | |
| 87:19-89:3 | E (as to 88:17-89:3) | | | |
| 89:14-92:7 | R[13] | | | |
| 92:15-92:25 | R | | | |
| 93:4-93:12 | R | | | |
| 93:19-95:2 | R | | | |
| 95:12-99:25 | R | | | |

---

[13] The British Telecommunications license is not used as a basis for either damages expert's opinion. So, Mr. Hayden's testimony beginning at 89:14 through 95:2 discussing it is irrelevant.

**SCHEDULE E1**

**Scott Hayden (November 7, 2023)[10]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 101:5-101:22 | R and P | 29:20-30:5, 44:23-45:6[14] | NR, 401-403 | 45:8-46:12 |
| 104:2-104:5 | R | | | |
| 104:9-104:18 | R and OS | | | |
| 105:5-105:19 | R, OS, I (requires 105:22-24) | | | |
| 105:22-106:15 | R, OS | | | |
| 125:11-127:8 | R, P, and OS | | | |

---

[14] AWS has not added counter-designation highlighting on testimony Acceleration Bay affirmatively designated to avoid confusion. AWS reserves its right to include such counter-designations in the event Acceleration Bay withdraws the affirmative designation of the testimony.

22

**SCHEDULE E1**

**Megha Kande (February 8, 2024)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 5:10-6:4 | | | | |
| 11:25-12:10 | | | | |
| 14:10-14:15 | | | | |
| 14:23-15:19 | | | | |
| 15:23-16:1 | I (requires 16:2) | | NT (16:2) | |
| 16:6-21:16 | V, F, P | 47:6-18 | NR, 401-403, 611 | |
| 22:2-22:22 | V, OS, CQ | 22:24-23:6 | F, 401-403 | |
| 23:18-25:8 | V, I (requires 23:10-16) | 47:6-18 | NR, 401-403, 611; 401-403, 611, D (23:10-16) | |
| 25:9-25:12 | I (requires 25:13) | | NT (25:13) | |
| 25:17-31:24 | P | 31:25-32:20, 47:6-18 | NR, 401-403, 611 | |
| 32:22-33:14 | S, V | | | |
| 33:15-34:6 | | | | |
| 35:4-37:19 | | | | |
| 38:3-39:14 | S, V, OS | | | |
| 40:2-40:13 | V, AF | | | |
| 40:16-40:24 | V, AF | | | |
| 46:11-46:16 | S, OS, LC, R, E | | | |

**SCHEDULE E1**

**Shridhar Kulkarni (January 10, 2024)[15]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 5:10-6:3 | | | | |
| 6:9-6:22 | | | | |
| 11:8-11:12 | R, P, I (requires 10:17-11:7) | 71:6-17 | NT (71:6-17) | |
| 13:18-15:23 | | | | |
| 16:12-21:9 | S | | | |
| 22:7-22:21 | OS (as to 22:16-21) | | | |
| 24:1-24:19 | OS | | | |
| 28:1-28:21 | V, I (requires 28:22-24) | | | |
| 29:2-30:8 | V, S | | | |
| 31:5-31:15 | | | | |
| 31:20-34:8 | V | | | |
| 34:17-37:16 | V, S, AA | | | |
| 37:25-38:7 | | | | |
| 38:22-39:5 | | | | |
| 39:11-39:24 | | | | |
| 40:3-40:14 | | | | |

---

[15] AWS objects to Acceleration Bay's designations of Mr. Kulkarni's testimony (and any other similar witnesses) because he is listed on AWS's "will call" list. As AWS proposed in the pretrial order, deposition testimony should not be played for any witnesses who testify live at trial.

**SCHEDULE E1**

**Shridhar Kulkarni (January 10, 2024)[15]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 40:18-41:18 | V | | | |
| 43:7-48:24 | V; OS (as to 43:7-44:23 and 45:15-48:24) | | | |
| 49:8-51:14 | OS (as to 49:24-51:14) | | | |
| 51:23-55:4 | OS (as to 52:14-55:4) | | | |
| 55:13-55:21 | | | | |
| 55:24-57:17 | OS (as to 56:9-57:17) | | | |
| 63:15-63:21 | | | | |
| 70:11-71:3 | LC, S, OS, P, E | | | |

25

**SCHEDULE E1**

**Colm MacCarthaigh (November 8, 2023)[16]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 5:8-5:20 | | | | |
| 6:8-6:25 | | 7:8–8:7 | 403, 611 | |
| 11:2-11:11 | | 9:6–20, 24:18–22 | 403, 611 | |
| 21:16-22:7 | I (requires 22:8–16) | 20:20–21:15, 24:18–22 | IC, 403, 611 | 24:23-25:4 |
| 37:18-38:11 | OS | 36:17–21, 39:2–19 | IC, 403, 611 | 39:20-22 |
| 41:25-42:7 | OS | 26:25–28:24, 114:21–115:3, 115:12–115:20, 115:25–116:6 | D, 403, 611, 701, 702 | |
| 51:12-52:19 | OS (as to 51:12–52:15) | 53:5–14, 53:25–54:9, 56:3–18, 66:8–10 | IC, 403, 611 | 53:15-24, 67:19-68:2 |
| 68:10-69:4 | OS, I (requires 69:5–70:8) | | 403, 611 | |
| 70:9-70:23 | OS, I (requires 69:5–70:8) | | 403, 611 | |
| 79:7-79:9 | OS, R, P | 28:25–29:22, 78:3–20, 80:23–81:4 | IC, 403, 611 | 81:11-13 |
| 81:14-81:16 | OS, R, P | 78:3–20, 81:5–10 | IC, 403, 611 | 81:11-13 |
| 92:21-92:25 | | 12:7–11, 92:1–20 | 403, 611 | |
| 100:10-100:13 | OS | 99:10–14 | 403, 601, 611 | |
| 116:7-116:8 | OS | 116:9–16 | 403, 601, 611 | |

---

[16] AWS objects to Acceleration Bay's designations of Mr. MacCárthaigh's testimony (and any other similar witnesses) because he is listed on AWS's "will call" list. As AWS proposed in the pretrial order, deposition testimony should not be played for any witnesses who testify live at trial.

**SCHEDULE E1**

**Colm MacCarthaigh (November 8, 2023)[16]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 170:1-170:10 | OS | | | |
| 171:3-171:9 | OS | 48:17–49:5, 50:12–16 | 403, 611 | |
| 176:20-177:20 | OS | 53:25–54:9 | 403, 611 | |
| 177:24-178:19 | OS | 178:20–179:7 | 403, 611 | |
| 180:12-180:18 | OS | 180:19–181:2; 181:17–182:8 | IC, 403, 611 | 181:3-16 |
| 183:2-183:13 | OS | 183:14–184:2 | 403, 611 | |
| 185:6-186:22 | OS | 190:1–17; 220:13–221:24 | IC, 403, 611 | |
| 187:19-188:8 | OS | 187:9–18 | 403, 611 | |
| 199:22-200:7 | OS | 200:22–202:7 | 403, 611 | |
| 202:8-203:2 | OS | 190:1–17 | D, 403, 611 | |
| 203:11-203:16 | OS | 203:3–10, 203:17-23 | 403, 611 | |
| 203:24-204:7 | OS | | | |
| 224:12-225:4 | OS, I (requires 225:5-12) | | 403, 601, 611 | |
| 228:10-229:12 | OS | 205:15–206:8 | IC, 403, 611 | 207:9-14 |
| 229:18-230:12 | OS | 230:15–231:8 | 403, 611 | |
| 231:14-231:18 | OS | 230:15–231:8 | 403, 611 | |

27

**SCHEDULE E1**

**Mykhailo Matkovskyi (November 16, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 8:8-8:16 | | | | |
| 8:20-9:3 | | | | |
| 10:16-12:4 | I (requires 10:6-14); R, P, and OS (as to 10:16-19); R (as to 11:11-13) | 12:15-18, 14:7-15:5; 71:23-72:10 | R, 401-403, NR | |
| 12:8-12:13 | R | 12:15-18, 14:7-15:5; 71:23-72:10 | R, 401-403, NR | |
| 12:19-13:22 | R, P, and OS | | | |
| 23:14-23:25 | AF, V, R, OS | 21:19-22:14 | | |
| 27:2-28:24 | OS (as to 27:2-9; 28:17-24) | 29:8-18; 75:25-76:17 | | |
| 32:17-32:22 | | | | |
| 33:9-33:13 | | | | |
| 33:16-33:21 | I (requires 33:24-34:2) | | | |
| 34:3-35:12 | | | | |
| 35:18-36:25 | I (requires 37:1-24) | 76:18-77:1 | R, 401-403, NR (37:1-24; 76:18-77:1) | |
| 37:25-42:9 | R and P (as to 40:23-42:9), OS (as to 39:18-40:16) | | | |
| 43:9-43:14 | | | | |
| 43:18-45:16 | R and P (as to 44:6-45:16), OS (as to 45:1-16) | 77:17-23 | | |

**Mykhailo Matkovskyi (November 16, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 45:19-46:19 | R, P | 77:17-23 | | |
| 47:11-49:21 | R, P, and OS (as to 48:15-49:21) | | | |
| 50:7-51:20 | | 78:2-5 | | |
| 51:23-52:7 | | | | |
| 52:13-54:7 | S, V, and OS (as to 53:14-54:2) | 77:2-14 | NR | |
| 54:15-54:21 | | | | |
| 54:24-55:6 | | | | |
| 55:13-62:4 | R and P (as to 58:20-60:4) | | | |
| 63:1-64:7 | R, P, and OS | | | |
| 64:15-66:16 | R, P, and OS (as to 64:15-66:16) | | | |
| 66:19-67:24 | OS (as to 66:19-67:5 and 67:20-24) | | | |
| 68:7-69:7 | R and P | | | |
| 69:12-71:18 | R, P, and OS (as to 70:9-14) | | | |
| 75:3-75:18 | R, P, and OS | | | |

29

**SCHEDULE E1**

**Kiran Meduri (December 8, 2023)[17]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 5:8-6:4 | | | | |
| 7:24-8:7 | F, V, AF, I (requires 8:8-10) | | | |
| 8:13-8:15 | | | | |
| 8:20-10:3 | F, LF, S, V, I (requires 10:4-11:2) | | | |
| 12:12-12:15 | R (as to 12:12) | | | |
| 12:20-13:4 | | 13:11-16:4 | NR, 403, 611 | |
| 17:20-17:22 | | | | |
| 18:2-18:14 | | 18:15-20:8 | NR, 403, 611 | |
| 20:11-20:21 | F, V, OS | | | |
| 21:10-21:16 | F, V, OS, I (requires 20:22-21:9) | | | |
| 21:19-22:4 | OS | | | |
| 22:5-22:9 | | | | |
| 22:12-22:14 | I (requires 22:15-23:1) | | | |
| 23:19-24:6 | F, V, I (requires 23:3-18) | | | |

---

[17] AWS objects to Acceleration Bay's designation of Mr. Meduri's testimony as at least irrelevant, a potential source of jury confusion, and a waste of time. Mr. Meduri was the corporate designee for AppMesh, which Acceleration Bay no longer accuses of infringement.

**SCHEDULE E1**

**Natasha Radovsky (May 4, 2017)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 8:8-8:14 | I (requires 8:15-16) | 8:23-9:9 | | |
| 16:6-16:15 | I (requires 16:16-17:4) | | | |
| 18:13-18:17 | I (requires 18:4-12) | 19:7-20:19 | F, LC, 403 | |
| 20:23-21:12 | R, P, H | 21:13-22:13 | F, LC, 403 | |
| 22:23-23:14 | | | | |
| 24:3-24:7 | I (requires 23:15-24:1), H | | | |
| 33:3-33:5 | | | | |
| 34:13-35:9 | R, P | 33:14-34:11 | F, LC, 403 | |
| 88:4-88:10 | | 94:8-95:3 | F, H, 403, 701, 702 | |
| 168:2-168:10 | R, P, I (requires 167:18-24) | 33:14-34:11 | Calls for speculation, F, LC, 403 | |
| 179:3-179:8 | I (requires 179:9-180:17) | | Argumentative, F, LC, 403 | |

31

**SCHEDULE E1**

**Scott Sanford (October 25, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 5:12-7:24 | R (as to 5:23-24 and 6:7-21), P (as to 6:22-7:24) | | | |
| 12:16-13:19 | R and P (as to 13:15-19) | | | |
| 14:2-14:21 | R and P (as to 14:12-21) | | | |
| 14:24-15:10 | R and P (as to 14:24-15:10) | | | |
| 15:11-15:15 | | | | |
| 16:2-16:12 | R | | | |
| 16:13-17:7 | OS (as to 17:4-7), H (as to 16:16-17:2), R, S | | | |
| 17:19-19:3 | R, P, H | | | |
| 19:11-19:20 | R, P, H | 19:21-20:1 | LC, 403 | |
| 20:3-21:21 | R | 19:21-20:1 | LC, 403 | |
| 22:4-22:18 | | | | |
| 22:23-28:8 | AF and S (as to 23:14-20), R, P | | | |
| 31:10-31:13 | R | | | |
| 31:19-31:20 | R | | | |
| 32:3-32:11 | R | 52:3-12 | 403, AWS cannot introduce testimony relating to an investigation in response to the notice | |

32

**SCHEDULE E1**

**Scott Sanford (October 25, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| | | | letter because AWS asserted privilege over the investigation and this testimony in particular (see 52:18-20). | |
| 32:14 | R | 52:3-12 | 403, AWS cannot introduce testimony relating to an investigation in response to the notice letter because AWS asserted privilege over the investigation and this testimony in particular (see 52:18-20). | |
| 32:16-33:21 | R, S, P, and LC (as to 32:21-33:21) | | | |
| 34:12-34:16 | R, P, AA | 33:22-34:10 | H, 403, Opens door to IPR results. | |
| 41:15-42:15 | R, P, LC | | | |
| 43:9-45:14 | R, P, MC (as to 43:9-44:8) | 42:24-43:8 | Not responsive to designated testimony, F, 403, LC, Opens door to other infringement suits filed against AWS. | |

33

**SCHEDULE E1**

**Rick Sostheim (November 14, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 5:17-6:15 | | | | |
| 6:25-7:6 | | | | |
| 8:8-8:13 | I (requires 8:14-15) | | | |
| 8:16-8:20 | | | | |
| 13:10-13:22 | F, I (requires 9:10-13:3) | 13:24-15:16 | NR, 403, 611 | |
| 17:1-17:7 | F, I (requires 16:19-24), OS | | | |
| 23:12-23:17 | F, I (requires 23:2-9), OS | 23:18-24:10 | NR, 403 | |
| 29:11-30:8 | F, I (requires 30:12-25) | 24:12-27:17 | NR, 403 | |
| 47:20-49:20 | F, LC (as to 48:10-49:20), I (requires 49:22-50:10) | 110:7-111:9 | NR, 403, 611 | |
| 58:21-60:2 | F, I (requires 57:21-58:11) | | | |
| 60:4-60:6 | | | | |
| 60:21-61:7 | | | | |
| 61:19-63:7 | | 63:9-15 | NR, 403, 611 | |
| 77:22-78:2 | I (requires 78:3-21) | | | |
| 80:1-80:17 | F, V, R | | | |
| 83:18-83:23 | R, P | | | |
| 90:16 | | | | |
| 90:20-91:4 | | | | |

**SCHEDULE E1**

**Rick Sostheim (November 14, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 91:11-92:8 | F, V, I (requires 92:10-93:1) | | | |
| 95:13-97:11 | F, V, I (requires 93:12-95:10), OS | | | |
| 109:21-110:5 | V, MC | | | |

35

**SCHEDULE E1**

**Glen Van Datta (June 22, 2017)[18]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 7:16-7:24 | | | | |
| 19:21-19:24 | I (requires 19:25-20:3) | | | |
| 20:4-20:10 | | 20:11-25 | | |
| 21:8-22:10 | R, P, I (requires 21:5-7) | 22:11-23:8 | F, 403 as to 22:15-23:08 | |
| 26:4-27:6 | | | | |
| 28:4-28:21 | I (requires 28:22-29:5) | | F, 403 | |
| 29:9-30:4 | I (requires 30:5-19) | 31:2-12, 64:13-23 | F, 403 | |
| 31:13-32:12 | | | | |
| 32:24-33:4 | | 33:11-34:11 | F, 403, 701, 702 | |
| 34:12-37:3 | | | | |
| 39:5-40:25 | I (requires 41:5-7) | | | |
| 41:8-42:23 | | | | |
| 44:4-44:12 | R, P, I (requires 43:12-22) | 53:2-54:12, 61:13-62:24 | F, 403, 701, 702 | |
| 45:15-46:14 | R and P (as to 45:24-46:14) | | | |
| 46:24-46:25 | R, P | | | |
| 47:7-47:14 | R, P, I (requires 47:16-24) | | | |

---

[18] AWS reserves the right to object to Acceleration Bay's use of Mr. Van Datta's testimony taken in *Acceleration Bay LLC v. Electronic Arts Inc.* Case No. 16-cv-00454. *See Ingenico Inc.*, 2022 WL 22835287, at *6-9 (denying admissibility of deposition testimony taken in a previous litigation). To the extent Acceleration Bay is permitted to use Mr. Van Datta's testimony, AWS reserves the right to do so as well.

**SCHEDULE E1**

**Glen Van Datta (June 22, 2017)[18]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 47:25-49:10 | R, P, I (requires 49:11-50:10) | | | |
| 54:13-56:1 | I (requires 56:2-11) | | F, 403, 701, 702 | |
| 56:12-56:17 | I (requires 56:18-22) | | | |
| 56:23-58:13 | I (requires 58:14-59:10) | | | |
| 62:25-63:21 | CQ, MC | | | |
| 65:15-67:8 | R and P (as to 65:15-66:15) | | | |
| 68:19-69:10 | I (requires 67:24-68:18) | | F, 403 | |
| 71:13-71:18 | I (requires 71:25-72:16) | | 403 | |
| 72:17-74:19 | R (as to 72:17-19), R and P (as to 72:25-74:12) | | | |
| 76:4-76:11 | | | | |
| 76:17-76:24 | | 76:25-77:5 | Not responsive, F, 403 | |
| 77:19-77:21 | S, I (requires 77:6-18) | | | |
| 78:1-78:22 | S (as to 78:1-9) | | | |
| 80:10-80:18 | R and P | | | |
| 85:18-94:1 | R, P, LC | | | |
| 95:2-99:9 | R, P, LC | | | |
| 100:23-103:24 | R and P | | | |
| 104:4-106:22 | R and P | | | |

**SCHEDULE E1**

**Glen Van Datta (June 22, 2017)[18]**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 107:1-110:4 | R and P | | | |
| 110:23-114:16 | R, P, LF[19] | | | |
| 114:22-115:1 | R and P | | | |
| 116:2-116:4 | R and P | | | |
| 116:8 | R and P | | | |
| 116:20-117:24 | R, P, I (requires 116:10-19) | | | |
| 119:7-119:11 | R and P | | | |
| 119:17-119:21 | R and P | | | |
| 119:25-120:2 | R and P | | | |
| 123:10-123:19 | R and P | | | |
| 125:17-126:6 | R, P. LF | | | |
| 127:17-132:18 | R, P, LF | | | |
| 135:4-139:21 | | | | |

---

[19] Mr. Van Datta's testimony spanning pages 111 through 114 and pages 125 through 135 refers to several documents marked during his deposition (Van Datta Exs. 6-8). These documents do not appear to be included on either Acceleration Bay's or AWS's exhibit list. AWS objects to the testimony referencing them as lacking foundation and reserves its rights to object to admission of that testimony and those exhibits at trial.

**SCHEDULE E1**

**Christine Weber (December 1, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 6:4-6:20 | | | | |
| 7:16-7:22 | | | | |
| 9:4-9:7 | | 8:19-9:1, 9:8-18 | NR, 403, 611 | |
| 10:10-10:25 | I (requires 11:1-3), OS | | | |
| 11:4-11:18 | | | | |
| 12:5-12:16 | | | | |
| 13:7-13:16 | LC, OS | 12:19-13:6 | NR, 403, 611 | |
| 13:18-14:13 | LC, OS | 15:13-23 | NR, 403, 611 | |
| 15:25-17:3 | LC | 8:19-9:1, 9:8-18 | NR, 403, 611 | |
| 17:11-17:20 | | | | |
| 19:13-19:20 | | | | |
| 20:16-20:21 | | | | |
| 22:16-22:21 | | 22:22-23:10 | NR, F, 403, 611 | |
| 24:5-24:8 | | | | |
| 25:3-26:13 | | 26:14-19 | NR, F, 403, 611 | |
| 28:14-28:15 | | | | |
| 29:5-29:14 | | | | |
| 30:5-30:10 | | 30:21-31:2 | NR, F, 403, 611 | |
| 31:22-32:6 | | | | |

39

**SCHEDULE E1**

**Christine Weber (December 1, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 34:7-34:12 | OS | 34:13-21 | NR, 403, 611 | |
| 34:22-35:3 | OS | | | |
| 35:9-35:16 | | | | |
| 35:22-36:11 | OS | | | |
| 36:19-37:24 | | | | |
| 38:3-38:7 | I (requires 37:25-38:2) | | | |
| 38:22-39:3 | | 38:13-21 | 403, 611 | |
| 41:6-41:22 | I (requires 40:17-21) | | | |
| 42:12-42:18 | | 42:4-11 | 403, 611 | |
| 44:17-46:16 | H | 43:13-18, 44:8-16 | NR, F, 403, 611 | |
| 46:17-46:18 | I (requires 46:19-24) | | | |
| 46:25-47:6 | | 47:7-18 | NR, F, 403, 611 | |
| 47:19-47:23 | | 47:7-18 | NR, F, 403, 611 | |
| 48:4-48:16 | OS | | | |
| 49:14-50:1 | OS | | | |
| 51:3-51:5 | I (requires 51:6-11) | | | |
| 51:13-51:19 | LF | | | |
| 53:17-55:4 | LF | 52:22-53:16 | F, 403, 611 | |
| 55:5-55:7 | I (requires 55:8-10) | | | |

**SCHEDULE E1**

**Christine Weber (December 1, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 55:14-56:25 | OS | 65:14-21 | F, 403, 611 | |
| 57:1-57:4 | I (requires 57:5-7) | | | |
| 57:8-58:1 | | | | |
| 58:15-58:18[20] | H | 58:19-25 | NR, F, 403, 611 | |

---

[20] This designation wasn't highlighted in the transcript provided with Acceleration Bay's deposition designations on August 12, 2024.

**SCHEDULE E1**

**James Willeford (December 6, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 7:11-8:6 | OS, R, S, LC, LF (all as to 7:19-8:6) | | | |
| 8:18-8:21 | | | | |
| 9:10-9:20 | | 8:22-9:8 | 403 | |
| 9:25-10:5 | LC | | | |
| 10:17-11:7 | | 10:7-15 | NR, 403 | |
| 11:16-12:14 | | | | |
| 13:4-14:3 | LC, V (as to 13:23-14:3) | | | |
| 14:15-18:5 | I (requires 14:5-14), S, LC (as to 15:1-10), V | | | |
| 18:11-18:18 | | | | |
| 19:13-21:19 | OS, R, V | | | |
| 23:1-25:5 | S, OS (as to 23:8-14) | 25:6-15 | NR, F, 403, 611 | |
| 25:17-30:2 | MC (as to 26:20-27:2), S and OS (as to 28:18-30:2) | 30:4-31:21 | NR, 403 | |
| 32:4-33:1 | | | | |
| 33:5-34:11 | V, AF (as to 34:4-11) | 34:20-35:19 | NR, 403, 611 | |
| 35:21-36:11 | MC, V | | | |
| 40:3-41:20 | | 64:16-65:1 | NR, 403 | |
| 42:15-42:22 | R (as to 42:15-17) | | | |

**SCHEDULE E1**

**James Willeford (December 6, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 43:3-44:10 | R (as to 43:6-8) | | | |
| 44:12-44:20 | R (as to 44:13-16), I (requires 44:22-45:1) | | | |
| 45:4-49:13 | H, V | 49:14-50:1 | NR, F, 403, 611 | |
| 50:3-53:7 | H (as to 50:3-51:11), R (as to 51:13-20) | 53:9-54:16 | NR, F, 403, 611 | |
| 54:25-55:2 | | | | |
| 55:9-56:7 | LC (as to 55:16-56:2) | | | |
| 57:4-57:18 | | 57:19-59:16 | NR, F, 403, 611 | |
| 60:10-61:17 | | | | |
| 62:13-62:19 | R, I (requires 62:22-24) | | | |
| 63:3-63:19 | R | | | |

**SCHEDULE E1**

**Mickey Williams (December 7, 2023)**

| Acceleration Bay's Designations | Amazon Web Services' Objections | Amazon Web Services' Counter-Designations | Acceleration Bay's Objections to Counter-Designations | Acceleration Bay's Counter-Counter Designations |
|---|---|---|---|---|
| 6:10-6:22 | R (as to 6:12-13) | 6:23-8:2 | F, 403, 701, 702 | |
| 16:21-18:8 | V | 8:24-10:7, 18:11-19:5; 51:10-19 | Not responsive, F, 403, 701, 702 | |
| 20:22-22:8 | | 22:9-23:4; 54:13-22 | Not responsive, F, 403, 701, 702 | |
| 23:6-23:9 | | 22:9-23:4; 23:12-22; 54:13-22 | Not responsive, F, 403, 701, 702 | |
| 40:19-42:11 | LC | 40:5-18 | F, 403, 701, 702 | |
| 44:6-44:9 | | 43:8-44:5, 46:4-13, 51:10-19 | Not responsive, F, 403, 701, 702 | |
| 44:25-45:22 | LC, V | 44:19-23 | F, 403, 701, 702 | |
| 60:5-60:7 | | 59:22-60:3 | F, 403, 701, 702 | |

44

Schedule E2 - Defendant Amazon Web Services Inc.'s Deposition Designations

## ACCELERATION BAY LLC'S OBJECTIONS KEY

| Objection List | Abbreviation |
|---|---|
| Authenticity (FRE 901): This evidence has not been authenticated/the testimony fails to authenticate the deposition exhibit. | A |
| Best Evidence (FRE 1001-1003) | B |
| Improper Character Evidence (FRE 404, 608, 609) | CE |
| Multiple documents are listed as a single exhibit/improper compilation | COMP |
| Duplicative, asked and answered, or unintelligible testimony (FRE 403, 611) | D |
| Subject to motion in *limine* and/or evidentiary dispute raised in the Pretrial Statement | EXC |
| Lack of Foundation/Personal Knowledge (FRE 602) | F |
| Hearsay (FRE 801, 802) | H |
| Incomplete/unintelligible document or testimony | IC |
| Improper Legal Conclusion (FRE 401, 611) or improper evidence of a legal issue decided by the Court | LC |
| Documents Not Produced During Discovery | NP |
| Not Related—Counter Designation is Not Related to Initial Designations | NR |
| Not Testimony | NT |
| Privilege (FRE 501) | P |
| Irrelevant, Unfair Prejudice, Confusing, Waste of Time (FRE 401, 402, 403) | 403 |
| Leading/Waste of Time (FRE 611): Evidence will result in waste of time, cause witnesses harassment or undue embarrassment, or is testimony elicited with leading questions. | 611 |
| Improper Lay Opinion (FRE 701) | 701 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    1

| Objection List | Abbreviation |
|---|---|
| Improper Expert Opinion/Testimony (FRE 702) | 702 |
| Improper summary, chart, or calculation (FRE 1006) | 1006 |
| *Acceleration Bay notes that these objections are based on Amazon's anticipated use of the evidence.  Acceleration Bay is not waiving the right to use the evidence for another purpose.* | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.      2

**AWS'S DEPOSITION DESIGNATION OBJECTIONS KEY**

| Abbreviation | Explanation |
|---|---|
| R | This testimony is objection because it is not relevant to issues in the case (see F.R.E. 402). |
| P | This testimony is objectionable because its probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence (see F.R.E. 403). |
| A/C | Attorney Client Privilege and/or Work Product Immunity. |
| AA | Asked and Answered. |
| AF | This testimony is objectionable because it assumes a fact not in evidence. |
| BE | Not best evidence (F.R.E. 1002). |
| CQ | Compound Question. |
| S | Calls for Speculation. |
| E | This testimony is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert and who did not submit an expert report (see Fed. R. Civ. P. 26). |
| F | Form objection. |
| H | This testimony is objectionable because it constitutes hearsay under F.R.E. 802. |
| I | This testimony is objectionable because it is incomplete and requires additional testimony for fairness |
| IE | Improper opinion testimony by expert witness (F.R.E. 702). |
| LC | Calls for a legal conclusion. |

\*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.       3

| Abbreviation | Explanation |
|---|---|
| LF | This testimony is objectionable because it lacks foundation. |
| MC | Mischaracterizes witness's testimony. |
| NR | Nonresponsive. |
| OS | Outside the scope of Rule 30(b)(6) topics or of the original designation. |
| V | Vague. |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    4

**DEPOSITION OF ELENA BARRIO**

**February 9, 2024**

*Acceleration Bay, LLC, v. Amazon Web Services, Inc.*
C.A. No. 22-904 (RGA) (SRF)

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 7:2-8 | | | | |
| 15:9-12 | LC, 403 | 13:19-14:21 | R, P, LF[1] | |
| 18:22-20:22 | F, H, P, 403 | | | |
| 26:16-27:9 | | 27:10-27:13 | R, P | |
| 28:9-22 | | | | |
| 31:5-32:7 | F, 403 | | | |
| 33:8-34:18 | EXC, F, 403 | | | |
| 34:19-37:17 | 403 | | | |
| 38:16-40:6 | EXC, 403 | | | |
| 40:15-42:14 | EXC, F, 403 | | | |
| 43:7-21 | EXC, F, 403 | | | |
| 44:12-47:1 | EXC, F, 403 | | | |
| 48:1-22 | EXC, F, 403 | | | |
| 49:8-22 | EXC, F, 403 | | | |
| 50:21-53:4 | EXC, F, 403 | 53:05-53:11 | I (requires 53:13-16) | |
| 53:17-54:1 | EXC, F, 403 | 54:02-54:07 | I (requires 54:8-11) | |
| 54:22-55:13 | EXC, F, 403 | 55:14-55:16 | I (requires 55:17-19) | |
| 55:20-56:7 | EXC, F, 403 | 55:14-55:16, 56:08-56:10 | I (requires 55:17-19) | |
| 58:3-19 | EXC, F, 403 | 60:04-61:01, 115:02-115:13 | LF | 21:7-22; 27:14-17 |
| 59:7-60:3 | EXC, F, 403 | 60:04-61:01, 115:02-115:13 | LF | 21:7-22; 27:14-17 |

[1] Ms. Barrio's counter-designated testimony refers to AWS's subpoena to The Boeing Company which was marked during her deposition as Ex. 1. That subpoena does not appear to be included on either Acceleration Bay's or AWS's exhibit list. AWS objects to this counter-designation as lacking foundation and reserves its rights to object to admission of that testimony and the exhibit at trial.

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.      5

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 63:1-64:2 | EXC, F, 403 | | | |
| 64:17-65:7 | EXC, F, 403 | | | |
| 67:1-15 | EXC, F, 403 | | | |
| 68:18-69:6 | EXC, F, 403 | | | |
| 69:10-17 | EXC, F, 403 | 69:18-70:09 | | 70:10-17 |
| 71:3-12 | EXC, F, 403 | 69:18-70:09, 71:13-71:16, 72:07-72:10 | | 70:10-17 |
| 71:17-72:5 | EXC, F, 403 | | | |
| 74:16-75:12 | F | | | |
| 78:12-79:12 | 403 | 79:13-80:01 | R, P | |
| 80:3-80:13 | 403 | 80:14-80:20 | | 80:21-82:3 |
| 83:14-85:12 | 403 | | | |
| 86:10-16 | | | | |
| 88:2-17 | EXC, F, H, 403 | 89:16-90:01 | | |
| 88:22-89:15 | EXC, 403 | | | |
| 90:3-91:1 | EXC, F, 403 | | | |
| 105:9-114:12 | B, EXC, F, H, LC, 403, 1006, includes withdrawn Q&A | 117:15-119:2 | R, P, LC | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.      6

Defendant Amazon Web Services Inc.'s Deposition Designations

**DEPOSITION OF LINDA MAGNOTTI**

**July 19, 2017**

*Acceleration Bay, LLC, v. Electronic Arts, Inc.*
C.A. No. 16-454-RGA

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 6:11-12 | | | | |
| 7:9-13 | | | | |
| 8:7-25 | | | | |
| 9:7-25 | | | | |
| 10:12-11:16 | D; 403 | | | |
| 12:24-13:3 | IC; D; 403 | 13:4-13:10 | P, H, S, E | 11:17-12:9 |
| 13:11-14:1 | IC; D; 403 | 14:2-14:7 | I (requires 14:8-11) | |
| 17:6-8 | | | | |
| 27:14-28:14 | 403; F | | | |
| 36:12-37:11 | 403; F | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    7

Defendant Amazon Web Services Inc.'s Deposition Designations

**DEPOSITION OF LINDA MAGNOTTI**

**November 29, 2023**

*Acceleration Bay, LLC, v. Amazon Web Services, Inc.*
C.A. No. 22-904 (RGA) (SRF)

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 7:17-19 | | | | |
| 14:16-15:15 | | | | |
| 27:12-13 | 403; F | | | |
| 29:3-7 | 403; F | | | |
| 30:14-17 | 403; F | | | |
| 31:5-21 | 403; F | | | |
| 33:2-6 | 403; F | | | |
| 39:6-10 | | | | |
| 52:5-13 | 403 | | | |
| 69:10-20 | 403; F; LC;701 | | | |
| 73:13-17 | 403; F; LC;701 | | | |
| 73:22-74:2 | 403; F; LC;701 | | | |
| 74:6-74:19 | 403; F; LC;701 | | | |
| 75:1-76:14 | 403; F; LC;701 | | | |
| 78:11-79:13 | 403; 611 | | | |
| 85:4-22 | | | | |
| 86:4-87:9 | | | | |
| 88:21-91:11 | | | | |
| 93:21-95:18 | | | | |
| 102:12-103:10 | | | | |
| 114:4-117:10 | 403; 611; F | | | |
| 118:14-122:17 | 403; 611; F | | | |
| 123:11-124:18 | 403; 611; F | | | |
| 153:1-4 | 403; 611; B; H | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.      8

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 154:8-20 | 403; 611; B; H | | | |
| 156:7-157:22 | 403; 611; B; H | | | |
| 163:20-175:3 | 403; 611; B; H | | | |
| 175:18-176:20 | 403; 611; H | | | |
| 183:14-184:15 | 403; 611; H; IC | 184:16-184:19; 185:5-185:18 | S, LF | 184:20-22 |
| 189:3-7 | 403; 611; F | 190:1-190:14 | I (requires 189:13-19), S, F, OS of original designation | |
| 191:8-193:14 | 403; 611; F | 190:1-190:14; 187:7-189:2 | I (requires 189:13-19), LF, OS of original designation (as to 187:7-189:2 which is testimony discussing a different document) | 190:20-191:7 |
| 199:2-200:16 | 403; 611; F | 187:7-189:2 | OS of original designation, LF, S | |
| 202:17-205:7 | 403; 611 | 187:7-189:2 | OS of original designation, LF, S | |
| 222:15-18 | 403; F; H | | | |
| 224:1-14 | 403; F; H | | | |
| 229:22-230:3 | 403; 611 | | | |
| 267:19-268:13 | 403; F; H; IC | 268:14-268:16 | I (requires 268:17-22) | |
| 269:1-16 | 403; F; H | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.      9

Defendant Amazon Web Services Inc.'s Deposition Designations

**DEPOSITION OF NATASHA RADOVSKY**

**May 4, 2017**

*Acceleration Bay, LLC, v. Electronic Arts, Inc.*
C.A. No. 16-454-RGA

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 8:7-16 | | | | |
| 8:23-9:9 | IC | 9:10-9:13 | R, P | |
| 16:2-17:4 | | | | |
| 18:4-17 | | | | |
| 19:7-20:19 | IC, 401-402, LC | 20:20-21:12; 22:23-24:7; 33:3-33:5; 34:13-34:24; 34:25-35:9; 126:1-126:9; 126:10-126:25; 127:5-127:18; 159:14-159:17; 167:13-167:24; 168:2-168:10; 176:6-176:14; 179:3-179:8 | R, P (as to 34:25-35:9; 126:1-9; 159:14-17; 168:2-10; 179:3-8); R, P, H (as to 20:20-21:12); R, P, S, H (as to 23:4-24:7); R, P, H, LF (as to 34:13-24; 167:13-24); R, P, LF, LC (as to 33:3-5); I (requires 33:6-34:7; 127:1-4; 128:2-9; 159:18-23; 179:9-11; 180:2-6); OS of original designation and P (as to 126:1-5, 126:10-126:25, 127:5-127:18, 159:14-159:17, 176:6-176:14) | 33:6-34:7; 127:1-4; 128:2-9; 159:18-23; 179:9-11; 179:24-180:1; 180:11-17 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    10

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 21:13-22:13 | IC, 401-402, LC | 20:20-21:12; 22:23-24:7; 33:3-33:5; 34:13-34:24; 34:25-35:9; 126:1-126:9; 126:10-126:25; 127:5-127:18; 159:14-159:17; 167:13-167:24; 168:2-168:10; 176:6-176:14; 179:3-179:8 | R, P (as to 34:25-35:9); 126:1-9; 159:14-17; 168:2-10; 179:3-8); R, P, H (as to 20:20-21:12); R, P, S (as to 23:4-24:7); R, P, H, LF (as to 34:13-24; 167:13-24); R, P, LF, LC (as to 33:3-5); I (requires 33:6-34:7; 127:1-4; 128:2-9; 159:18-23; 179:9-11; 180:2-6); OS of original designation and P (as to 126:1-5, 126:10-126:25, 127:5-127:18, 159:14-159:17, 176:6-176:14) | 33:6-34:7; 127:1-4; 128:2-9; 159:18-23; 179:9-11; 179:24-180:1; 180:11-17 |
| 24:17-25:12 | IC, 401-402 | 20:20-21:12; 22:23-24:7; 24:9-24:16; 33:3-33:5; 34:13-34:24; 34:25-35:9; 126:1-126:9; 126:10-126:25; 127:5-127:18; 159:14-159:17; 167:13-167:24; 168:2-168:10; 176:6-176:14; 179:3-179:8 | R, P (as to 34:25-35:9); 126:1-9; 159:14-17; 168:2-10; 179:3-8); R, P, H (as to 20:20-21:12); R, P, S (as to 23:4-24:7); R, P, H, LF (as to 34:13-24; 167:13-24); R, P, LF, LC (as to 33:3-5); I (requires 33:6-34:7; 127:1-4; 128:2-9; 159:18-23; 179:9-11; 180:2-6); OS of original designation and P (as to 126:1-5, 126:10-126:25, 127:5-127:18, 159:14-159:17, 176:6-176:14) | 33:6-34:7; 127:1-4; 128:2-9; 159:18-23; 179:9-11; 179:24-180:1; 180:11-17 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.     11

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 26:9-22 | IC, 401-402, F, H, | 20:20-21:12; 22:23-24:7; 26:23-27:8; 33:3-33:5; 34:13-34:24; 34:25-35:9; 126:1-126:9; 126:10-126:25; 127:5-127:18; 159:14-159:17; 167:13-167:24; 168:2-168:10; 176:6-176:14; 179:3-179:8 | R, P (as to 34:25-35:9); 126:1-9; 159:14-17; 168:2-10; 179:3-8); R, P, H (as to 20:20-21:12; 27:1-6); R, P, S (as to 23:4-24:7); R, P, H, LF (as to 34:13-24; 167:13-24); R, P, LF, LC (as to 33:3-5); I (requires 33:6-34:7; 127:1-4; 128:2-9; 159:18-23; 179:9-11; 180:2-6) | 33:6-34:7; 127:1-4; 128:2-9; 159:18-23; 179:9-11; 179:24-180:1; 180:11-17 |
| 31:16-23 | IC, 401-403, 611 | 31:11-31:14; 31:24-32:5 | R, P (as to 31:24-32:5) | |
| 32:12-25 | IC, 401-403, 611 | 31:11-31:14; 31:24-32:5 | R, P (as to 31:24-32:5) | |
| 40:3-41:1 | 401-403 | | | |
| 41:23-42:16 | 401-403, H | | | |
| 42:22-43:9 | 401-403, H | | | |
| 44:10-18 | 401-403,611 | | | |
| 45:4-21 | 401-403,611, H, EXC | | | |
| 48:24-49:19 | 401-403,611, H, EXC | | | |
| 52:15-52:25 | IC, 401-403 | 54:16-54:19 | OS of original designation, P | |
| 53:15-54:10 | IC, 401-403 | 54:16-54:19 | | |
| 69:2-19 | IC, 401-403, F, EXC | | | |
| 80:8-81:13 | 401-403, 611, EXC | | | |
| 87:19-88:10 | IC, 401-403, 611, F, H, LC, EXC | 88:24-89:7 | R, P, I (requires 88:12-17) | |
| 90:6-92:13 | IC, 401-403, 611, F, H, LC, EXC | | | |
| 94:8-95:3 | IC, 401-403, 611 | 95:5-95:18 | | |
| 115:3-25 | IC, 401-403, 611, F, H, EXC | 112:9-112:23; 113:9-114:2 | R, P (as to 113:15-114:2); I (requires 111:20-112:3; 114:4-115:2) | 111:20-112:3; 114:4-115:2 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    12

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 118:5-119:23 | IC, 401-403, 611, F, H, EXC | 119:25-120:6; 123:24-124:6; 124:12-124:15; 125:4-125:7; 125:13-125:25; 126:1-126:9; 126:10-126:25; 127:5-127:18 | R, P (as to 119:25-120:6; 123:24-124:6; 124:12-15; 125:4-7; 125:13-126:9); I (requires 120:7-8; 120:15-21; 124:7-10; 125:8-10; 127:1-4; 128:2-9) | 120:7-8; 120:15-21; 124:7-10; 125:8-10; 127:1-4; 128:2-9 |
| 121:22-122:1 | IC, 401-403, 611, F, H, EXC | 119:25-120:6; 123:24-124:6; 124:12-124:15; 125:4-125:7; 125:13-125:25; 126:1-126:9; 126:10-126:25; 127:5-127:18 | R, P (as to 119:24-120:6; 123:24-124:6; 124:12-15; 125:4-7; 125:13-126:9); I (requires 120:7-8; 120:15-21; 124:7-10; 125:8-10; 127:1-4; 128:2-9) | 120:7-8; 120:15-21; 124:7-10; 125:8-10; 127:1-4; 128:2-9 |
| 123:9-19 | IC, 401-403, 611, F, H, EXC | 119:25-120:6; 123:24-124:6; 124:12-124:15; 125:4-125:7; 125:13-125:25; 126:1-126:9; 126:10-126:25; 127:5-127:18 | R, P (as to 119:24-120:6; 123:24-124:6; 124:12-15; 125:4-7; 125:13-126:9); I (requires 120:7-8; 120:15-21; 124:7-10; 125:8-10; 127:1-4; 128:2-9) | 120:7-8; 120:15-21; 124:7-10; 125:8-10; 127:1-4; 128:2-9 |
| 170:6-18 | IC, 401-403, 611, F, 701-702, EXC | 165:4-165:9; 166:24-167:3; 167:7-167:10; 168:2-168:10 | R, P (as to 165:4-9, 167:7-10, 168:2-10); I (requires 165:11-14; 166:18-23) | 165:11-14; 166:18-23 |
| 172:7-174:3 | IC, 401-403, 611, F, EXC | 174:12-174:14; 174:18-174:20; 174:25-175:3; 176:1-176:4; 176:6-176:14; 176:19-177:2 | R, P, OS of original designation (174:12-14; 174:18-20; 174:25-175:3; 176:1-176:4; 176:6-176:14); R, P (176:25-177:2); I (requires 174:4-7) | 174:4-7 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.     13

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 177:3-178:14 | IC, 401-403, 611, F, EXC | 174:12-174:14; 174:18-174:20; 174:25-175:3; 176:1-176:4; 176:6-176:14; 176:19-177:2 | R, P, OS of original designation (174:12-14; 174:18-20; 174:25-175:3; 176:1-176:4; 176:6-176:14); R, P (176:25-177:2); I (requires 174:4-7) | 174:4-7 |
| 185:22-186:1 | 401-403, NT, EXC | | | |
| 186:22-187:24 | IC, 401-403; F, H, EXC | 188:22-188:25; 189:23-189:25 | I (requires 188:10-21; 189:10-14) | 188:10-21; 189:10-14 |
| 191:4-25 | IC, 401-403; F, H, EXC | 192:1-192:13 | | |
| 192:14-193:25 | IC, 401-403; F, H, EXC | 188:22-188:25; 189:23-189:25 | I (requires 188:10-21; 189:10-14) | 188:10-21; 189:10-14 |
| 200:2-14 | 4001-403, 611, EXC | | | |
| 201:13-21 | 4001-403, 611, F, EXC | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.      14

Defendant Amazon Web Services Inc.'s Deposition Designations

## DEPOSITION OF GLEN VAN DATTA[2]

### June 22, 2017

*Acceleration Bay, LLC, v. Electronic Arts, Inc.*
C.A. No. 16-454-RGA

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 7:12-24 | | | | |
| 8:5-20 | | | | |
| 19:3-21:22 | | 21:23-22:10 | R, P | |
| 22:11-23:8 | F, 403 | 21:23-22:10 | R, P, OS of original designation | |
| 25:24-27:9 | F, 701, 702 | 31:13-31:24 | R, P, OS of original designation | |
| 27:17-31:12 | F, 701, 702 | 31:13-31:24 | R, P | |
| 31:25-34:20 | F, H, 403, 701, 702 | 36:24-37:03 | R, P, LF, OS of original designation | |
| 35:5-36:23 | F, 403, 701, 702 | 36:24-37:03 | R, P, LF | |
| 39:4-40:18 | | 36:24-37:03, 42:03-42:23 | R, P, LF (as to 36:24-37:3) | |
| 41:8-42:2 | | 36:24-37:03, 42:03-42:23 | R, P, LF (as to 36:24-37:3) | |
| 53:2-20 | | | | |

---

[2] AWS reserves the right to object to Acceleration Bay's use of Mr. Van Datta's testimony taken in *Acceleration Bay LLC v. Electronic Arts Inc.* Case No. 16-cv-00454. *See Ingenico Inc. v. Ioengine, LLC*, No. 18-826-WCB, 2022 WL 22835287, at *6-9 (D. Del. July 5, 2022) (denying admissibility of deposition testimony taken in a previous litigation). To the extent AB is permitted to use Mr. Van Datta's testimony, AWS reserves the right to do so.

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    15

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 54:25-59:10 | F, 403, 701, 702 | 54:09-54:24, 65:15-67:08, 86:21-90:06, 92:07-99:09, 100:23-117:24, 122:06-125:15 | R, P, OS of original designation (as to 54:13-24; 65:15-67:08; 87:5-7; 87:19-90:6; 92:07-99:09; 100:23-117:24; 122:06-125:15); LC, E (as to 92:7-93:8; 94:2-99:9; 103:3-109:11) | |
| 61:13-62:24 | F, 403, 701, 702 | 54:09-54:24, 65:15-67:08, 86:21-90:06, 92:07-99:09, 100:23-117:24, 122:06-125:15 | R, P, OS of original designation (as to 54:13-24; 65:15-67:08; 87:5-7; 87:19-90:6; 92:07-99:09; 100:23-117:24; 122:06-125:15); LC, E (as to 92:7-93:8; 94:2-99:9; 103:3-109:11) | |
| 67:24-69:6 | 403 | 54:09-54:24, 65:15-67:08, 86:21-90:06, 92:07-99:09, 100:23-117:24, 122:06-125:15 | R, P, OS of original designation (as to 54:13-24; 65:15-67:08; 87:5-7; 87:19-90:6; 92:07-99:09; 100:23-117:24; 122:06-125:15); LC, E (as to 92:7-93:8; 94:2-99:9; 103:3-109:11) | |
| 71:13-72:24 | F, 403 | 72:25-73:15, 78:19-78:22, 80:10-80:18 | R, P (as to 73:2-15; 78:19-78:22); R, P, OS of original designation, AF (as to 80:10-18); I (requires 78:15-18) | 78:15-18 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    16

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 74:13-24 | F, 403 | 72:25-73:15, 78:19-78:22, 80:10-80:18 | R, P (as to 73:2-15; 78:19-78:22); R, P, OS of original designation, AF (as to 80:10-18); I (requires 78:15-18) | 78:15-18 |
| 76:4-11 | | 72:25-73:15, 78:19-78:22, 80:10-80:18 | R, P (as to 73:2-15; 78:19-78:22); R, P, OS of original designation, AF (as to 80:10-18); I (requires 78:15-18) | 78:15-18 |
| 80:20-82:6 | EXC, 403, 701, 702 | | | |
| 85:18-86:5 | 403, 701, 702 | 86:21-90:06, 92:07-99:09, 100:23-117:24, 122:06-125:15 | R, P (as to 86:21-90:6; 93:9-94:1; 100:23-103:2; 109:12-117:24); R, P, LC, E, OS scope of original designation (as to 92:7-93:8; 94:2-99:9; 103:3-109:11) R, P, OS of original designation (122:06-125:15) | |
| 90:7-92:5 | 403, 701, 702 | 86:21-90:06, 92:07-99:09, 100:23-117:24, 122:06-125:15 | R, P (as to 86:21-90:6; 93:9-94:1; 100:23-103:2; 109:12-117:24); R, P, LC, E, OS scope of original designation (as to 92:7-93:8; 94:2-99:9; 103:3-109:11) R, P, OS of original designation (122:06-125:15) | |
| 135:4-139:21 | F, H | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.     17

Defendant Amazon Web Services Inc.'s Deposition Designations

### DEPOSITION OF JOSEPH WARD

**June 15, 2017**

*Acceleration Bay, LLC, v. Amazon Web Services, Inc.*
C.A. No. 22-904 (RGA) (SRF)

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 7:4-8:12 | | | | |
| 16:14-25 | IC, 401-403, 611 | 11:4-11:21; 12:10-12:15; 12:23-13:16; 13:19-13:23; 17:6-17:12; 19:23-20:10 | OS of original designation and P (as to 11:4-21 and 13:19-23) | |
| 18:3-19:5 | IC, 401-403, 611 | 11:4-11:21; 12:10-12:15; 12:23-13:16; 13:19-13:23; 17:6-17:12; 19:23-20:10 | OS of original designation and P (as to 11:4-21 and 13:19-23) | |
| 39:20-40:23 | IC, 401-403, 611, LC | 39:13-39:18; 41:3-43:23 | NR (as to 41:12-43:16), R and P (as to 39:13-39:18) | 79:15-80:2 |
| 78:8-23 | IC, 401-403, 611, LC | 75:12-75:14; 75:17-77:18; 77:25-78:6 | I (requires 75:15-16) | 79:15-80:2 |
| 80:3-81:18 | IC, 401-403, 611, LC, P | 75:12-75:14; 75:17-77:18; 77:25-78:6; 82:16-82:23; 88:14-89:12 | I (requires 75:15-16), OS of original designation and P (as to 82:16-23 and 88:14-89:12), R (as to 88:14-89:12) | 79:15-80:2; 93:5-94:16 |
| 106:2-10 | 401-403, 611, F, H | | | |
| 107:6-110:5 | 401-403, 611, F, H | | | |
| 260:19-262:3 | IC, 401-403, 611, LC, EXC | 41:3-43:23; 262:5-263:15; 264:18-265:13 | NR (as to 41:12-43:16, 262:14-20, and 263:10-15), OS of original designation and P (as to 264:18-265:13), I (requires 263:17-264:16) | 79:15-80:2 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    18

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 276:7-16 | 401-403, 611 | | | |
| 313:20-315:2 | 401-403, 611, EXC | | | |
| 316:16-318:7 | 401-403, 611, F, H | | | |
| 328:20-329:10 | 401-403, 611, F, H | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.      19

Defendant Amazon Web Services Inc.'s Deposition Designations

**DEPOSITION OF JOSEPH WARD**

**November 30, 2023**

*Acceleration Bay, LLC, v. Amazon Web Services, Inc.*
C.A. No. 22-904 (RGA) (SRF)

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 11:19-21 | | | | |
| 12:3-13:13 | | | | |
| 14:14-15:8 | EXC, 403, 702 | 13:14-14:01 | | |
| 16:4-15 | EXC, F, 403, 702 | 15:09-16:03, 16:16-16:17 | R and P (as to 16:16-16:17) | 69:20-70:1 |
| 16:18-18:7 | EXC, F, 403, 702 | 15:09-16:03, 16:16-16:17 | OS of original designation and P, R and P (as to 16:16-16:17) | 69:20-70:1 |
| 18:11-22 | EXC, F, 403, 702 | 15:09-16:03, 16:16-16:17 | OS of original designation and P, R and P (as to 16:16-16:17) | 69:20-70:1 |
| 19:7-16 | EXC, F, 403, 702 | 15:09-16:03, 16:16-16:17 | OS of original designation and P (as to 15:09-16:03), R and P (as to 16:16-16:17) | 69:20-70:1 |
| 22:5-23:4 | 403 | 13:14-14:01 | OS of original designation, R to original designation, and P | |
| 23:19-24:8 | F, 403,702 | 13:14-14:01 | OS of original designation, R to original designation, and P | |
| 26:14-27:1 | | | | |
| 27:6-28:11 | EXC, 403 | | | |
| 31:4-32:2 | EXC, 403 | | | |
| 33:6-36:9 | EXC, 403 | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    20

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 37:21-38:2 | EXC, 403 | | | |
| 40:19-41:13 | EXC, 403 | 41:14-44:22 | OS of original designation, R, and P | 59:17-19, 61:17-22 |
| 48:14-18 | | | | |
| 51:3-21 | EXC, 403 | | | |
| 56:14-17 | EXC, 403 | 56:18-57:02 | | |
| 57:15-19 | | | | |
| 58:7-59:19 | 403 | 59:20-61:07 | OS of original designation, R, and P | |
| 61:17-22 | 403 | 75:15-76:02, 76:15-78:07, 81:12-81:15 | OS of original designation and P (as to 76:15-78:07 and 81:12-15) | 59:17-19, 81:16-22 |
| 64:15-22 | 403 | | | |
| 66:5-68:21 | EXC, 403 | | | |
| 70:8-10 | 403 | | | |
| 71:4-72:18 | 403 | | | |
| 79:22-81:11 | 403 | 75:15-76:02, 76:15-78:07, 81:12-81:15 | OS of original designation and P (as to 75:15-76:02 and 76:15-78:07) | |
| 82:1-83:2 | EXC, 403 | | | |
| 84:7-9 | EXC, 403 | 75:15-76:02, 76:15-78:07, 81:12-81:15 | OS of original designation and P | |
| 91:5-92:19 | EXC, 403 | | | |
| 98:5-99:20 | F, 403, 702 | | | |
| 101:11-21 | F, 403, 702 | 101:22-102:04 | R, LC, LF, and E | |
| 106:10-22 | 403 | | | |
| 119:17-22 | IC | | | |
| 121:10-123:9 | | | | |
| 124:1-21 | EXC, 403 | | | |
| 125:9-126:10 | F, 403 | | | |
| 130:3-132:14 | EXC, F, 403, Opens door to verdict | | | |
| 133:4-135:3 | EXC, 403, Opens door to verdict | 307:12-309:07 | OS of original designation and P | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    21

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 135:12-21 | EXC, 403, Opens door to verdict | 137:05-137:16, 139:11-140:03, 140:08-140:22, 307:12-309:07 | OS of original designation and P | 140:4-7 |
| 136:3-137:4 | EXC, 403, Opens door to verdict | 137:05-137:16, 139:11-140:03, 140:08-140:22, 307:12-309:07 | OS of original designation and P (as to 139:11-140:03 and 140:08-22) | 140:4-7 |
| 138:13-139:10 | EXC, 403, Opens door to verdict | 137:05-137:16, 139:11-140:03, 140:08-140:22, 307:12-309:07 | OS of original designation and P | 140:4-7 |
| 142:1-9 | EXC, 403, Opens door to verdict | 137:05-137:16, 139:11-140:03, 140:08-140:22, 307:12-309:07 | OS of original designation and P | 140:4-7 |
| 142:12-144:10 | EXC, 403, Opens door to verdict | 137:05-137:16, 139:11-140:03, 140:08-140:22, 307:12-309:07 | OS of original designation and P | 140:4-7 |
| 149:6-17 | EXC, F, 403, 702 | 147:05-148:02, 149:18-150:02 | OS of original designation and P (as to 147:05-148:02) | 150:3-5 |
| 150:6-16 | EXC, F, 403, 702 | 147:05-148:02, 149:18-150:02 | OS of original designation and P | 150:3-5 |
| 151:4-21 | EXC, F, 403, 702 | 147:05-148:02, 149:18-150:02, 151:22-152:06 | OS of original designation and P (as to 147:05-148:02 and 149:18-150:02); R and P (as to 151:22-152:6) | 69:20-70:1 |
| 152:13-153:13 | EXC, F, 403, 702 | 147:05-148:02, 149:18-150:02, 151:22-152:06 | OS of original designation and P (as to 147:05-148:02 and 149:18-150:02); R and P (as to 151:22-152:6) | 69:20-70:1 |
| 153:21-155:20 | EXC, F, 403, 702 | 147:05-148:02, 149:18-150:02, 151:22-152:06 | OS of original designation and P (as to 147:05-148:02 and 149:18-150:02); R and P (as to 151:22-152:6) | 69:20-70:1 |
| 157:18-160:4 | EXC, 403 | 160:05-162:03 | | |
| 162:4-163:8 | EXC, 403 | 163:09-163:14 | | 75:18-20, 163:15-17 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.     22

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 165:17-167:13 | EXC, 403 | | | |
| 167:21-169:3 | EXC, 403 | 169:04-171:04, 174:15-175:21 | OS of original designation and P (as to 174:15-175:21) | |
| 171:5-174:14 | EXC, 403 | 169:04-171:04, 174:15-175:21 | OS of original designation and P | |
| 179:12-20 | F, 403 | 305:20-306:21 | R, P, E, LF | |
| 180:6-187:10 | EXC, F, 403 | | | |
| 194:5-17 | F, 403 | | | |
| 199:17-200:22 | EXC, 403 | 201:01-201:10 | | |
| 201:11-203:8 | F, 403 | | | |
| 203:15-204:19 | EXC, NT, 403 | | | |
| 207:16-209:12 | EXC, 403 | 209:16-210:01 | | 59:17-19 |
| 211:17-214:22 | EXC, 403 | | | |
| 216:13-217:14 | EXC, 403, Opens door to verdict | | | |
| 233:12-234:1 | EXC, 403, Opens door to verdict | 234:18-235:14 | | |
| 234:8-17 | EXC, 403, Opens door to verdict | 234:18-235:14 | | |
| 235:15-238:7 | EXC, 403, Opens door to verdict | 238:08-238:11 | | |
| 238:12-239:13 | EXC, 403, Opens door to verdict | 239:14-239:18 | | |
| 239:19-240:14 | EXC, 403, Opens door to verdict | | | |
| 240:21-241:2 | EXC, 403, Opens door to verdict | | | |
| 241:18-242:2 | EXC, F, LC, NT, 403 | 310:02-312:12 | LF (as to 311:15-312:6), OS of original designation, LC, R, P | |
| 242:18-244:2 | EXC, F, LC, NT, 403 | 310:02-312:12 | LF (as to 311:15-312:6), OS of original designation, LC, R, P | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.     23

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 244:7-247:3 | EXC, F, LC, NT, 403 | 310:02-312:12 | LF (as to 311:15-312:6), LC, R, P | |
| 281:20-282:19 | EXC, F, LC, 403, Opens door to verdict | | | |
| 283:4-6 | 403 | 283:07-283:11 | | |
| 283:12-19 | 493, F, LC | 288:03-288:18, 290:08-290:12 | OS of original designation and P, NR (as to 290:8-12) | 290:13-22 |
| 284:20-285:15 | 493, F, LC | 288:03-288:18, 290:08-290:12 | OS of original designation and P, NR (as to 290:8-12) | 290:13-22 |
| 286:3-288:2 | 493, F, LC | 288:03-288:18, 290:08-290:12 | NR (as to 290:8-12) | 290:13-22 |
| 288:19-290:7 | 493, F, LC | 288:03-288:18, 290:08-290:12 | NR (as to 290:8-12) | 290:13-22 |
| 291:1-20 | 493, F, LC | 288:03-288:18, 290:08-290:12 | NR (as to 290:8-12) | 290:13-22 |
| 295:4-297:14 | F, 403 | 312:13-320:02 | F and LC; S (as to 319:17-320:2), OS of original designation (as to 312:13-317:12) | |
| 320:9-17 | 403 | 305:20-306:21, 321:05-321:17 | R, P, E | 321:18-322:3 |
| 322:9-323:17 | F, 403 | | | |
| 325:1-9 | F, 403 | 325:14-326:03 | LF | 323:21-324:18 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.     24

Defendant Amazon Web Services Inc.'s Deposition Designations

**DEPOSITION OF JOSEPH WARD**

**February 2, 2024**

*Acceleration Bay, LLC, v. Amazon Web Services, Inc.*
C.A. No. 22-904 (RGA) (SRF)

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 347:6-348:3 | EXC, 403 | | | |
| 368:9-17 | EXC, 403 | | | |
| 369:3-21 | EXC, 403 | | | |
| 371:1-373:10 | EXC, 403 | | | |
| 373:14-375:12 | EXC, 403 | | | |
| 384:3-14 | EXC, 403 | 386:01-386:15, 390:03-390:17 | LF and S (as to 386:10-15), OS of original designation and P (as to 390:3-17 which is testimony discussing a different document) | |
| 386:16-388:7 | EXC, 403 | | | |
| 398:12-401:8 | EXC, F, H, 403 | | | |
| 401:18-405:14 | EXC, F, H, 403 | | | |
| 415:18-20 | EXC, 403 | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    25

Defendant Amazon Web Services Inc.'s Deposition Designations

## DEPOSITION OF CHRISTINE WEBER

### December 1, 2023

*Acceleration Bay, LLC, v. Amazon Web Services, Inc.*
C.A. No. 22-904 (RGA) (SRF)

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 6:4-20 | | 7:16-8:4 | | |
| 8:19-9:1 | | 7:16-8:4, 9:4-9:7 | OS of initial designation (as to 7:16-8:4) | |
| 9:8-18 | | 7:16-8:4, 9:4-9:7 | OS of initial designation (as to 7:16-8:4) | |
| 11:19-12:16 | 403, IC | 11:4-11:18, 13:18-14:7 | OS of initial designation | |
| 12:19-13:16 | 403, IC | 11:4-11:18, 13:18-14:7 | V | 8:5-18, 9:8-18 |
| 19:6-20:21 | 403, IC | 21:25-22:7, 22:16-22:21 | OS of initial designation, V, P | 16:24-17:3, 22:8-14, 22:22-23:10 |
| 21:3-7 | 403, IC | 21:25-22:7, 22:16-22:21 | OS of initial designation, V, P | 16:24-17:3, 22:8-14, 22:22-23:10 |
| 25:3-22 | 403, IC | 25:23-26:4 | V, P | 26:20-25 |
| 26:5-19 | 403, IC | 25:23-26:4 | V, P | 26:20-25 |
| 30:5-10 | 403, IC | 21:25-22:7, 22:16-22:21 | V, P | 16:24-17:3, 22:8-14, 22:22-23:10 |
| 30:21-31:2 | 403, IC | 21:25-22:7, 22:16-22:21, 31:3-31:11 | OS of initial designation, V, P | 16:24-17:3, 22:8-14, 22:22-23:10 |
| 38:13-21 | 403, IC | 38:22-39:3 | I (requires 39:4-8), V, P | 16:24-17:3, 19:6-20:15 |
| 39:16-40:4 | 403 | | | |
| 65:6-9 | 403 | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.    26

Defendant Amazon Web Services Inc.'s Deposition Designations

**DEPOSITION OF JAMES WILLEFORD**

**December 6, 2023**

*Acceleration Bay, LLC, v. Amazon Web Services, Inc.*
C.A. No. 22-904 (RGA) (SRF)

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 7:11-18 | | | | |
| 8:18-21 | 403, IC | 9:10-9:20, 9:25-10:5, 10:17-11:7 | V, P | 11:16-12:14 |
| 10:7-15 | 403, IC | 9:10-9:20, 9:25-10:5, 10:17-11:7 | OS of initial designation | |
| 13:4-14 | 403, IC | 13:16-14:3 | V, P, LC | |
| 15:23-16:6 | 403, IC | 16:8-17:21 | V, P, AF | 26:20-27:16 |
| 32:4-33:1 | 403 | | | |
| 40:3-41:10 | 403, IC | 41:12-41:20 | V, P | 47:25-48:24, 64:12-65:1 |
| 61:18-62:11 | 403 | | | |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.     27

Defendant Amazon Web Services Inc.'s Deposition Designations

**DEPOSITION OF MICKEY WILLIAMS**

**December 7, 2023**

*Acceleration Bay, LLC, v. Amazon Web Services, Inc.*
C.A. No. 22-904 (RGA) (SRF)

| AWS's Initial Designation* | Acceleration Bay's Objections to AWS's Initial Designation | Acceleration Bay's Counter Designation | AWS's Objections to Acceleration Bay's Counter Designations | AWS's Counter-Counter Designations |
|---|---|---|---|---|
| 6:10-11 | IC | 6:12-6:22 | R and P (as to 6:12-13 and 6:17-18) | |
| 6:14-16 | IC | 6:17-6:22; 6:10-6:11 | R and P (as to 6:12-13 and 6:17-18) | |
| 6:19-7:6 | IC | 6:12-6:22 | R and P (as to 6:12-13 and 6:17-18) | |
| 7:14-8:2 | 403, 611, IC | 7:7-7:12 | OS of initial designation | |
| 8:24-10:7 | 403, 611 | | | |
| 14:18-15:20 | 403, 611, IC | 15:21-16:10 | | |
| 18:11-19:5 | 403, 611, IC | 17:5-18:8; 19:7-19:17 | V, MC, P | 19:19-20:12 |
| 19:19-20:12 | 403, 611, IC | 19:7-19:17; 20:22-20:25 | V, MC, P | |
| 20:22-23:4 | IC | 23:6-23:9 | V, MC, P | 23:12-22 |
| 24:9-26:13 | 403, 611, IC | 27:5-29:11 | V, MC, P | 33:20-34:14, 42:13-43:1, 44:19-23 |
| 42:13-43:1 | 403, 611, IC | 40:19-42:11; 43:8-44:9 | I (requires 40:5-18), V, MC, P, LC | |
| 44:19-23 | 403, 611, IC | 44:12-44:17; 44:25-45:9 | V, MC, P | 33:20-34:14, 42:13-43:1 |
| 51:5-19 | 403, 611, IC | 49:17-51:3 | I (requires 48:7-49:9), V, MC, P | |
| 73:16-22 | 403, 611, IC | 72:22-73:13 | V, MC, P, LF | 46:23-48:5, 69:14-71:10, 71:19-72:20 |

*These designations are made with the understanding that objections, withdrawn or stricken questions, and attorney colloquy will be excluded.     28

SCHEDULE F1 – PLAINTIFF'S TRIAL EXHIBIT LIST

| | | | United States District Court | | | |
|---|---|---|---|---|---|---|
| | | | For the District of Delaware | | | |
| | | | | | | |
| | | | *Acceleration Bay, LLC v. Amazon Web Services, Inc.* | | | |
| | | | | | | |
| | | | **Case No. 22-cv-00904-RGA-SRF** | **Trial Date: September 23, 2024** | | |
| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
| 1 | | | WITHDRAWN | | | |
| 2 | | | WITHDRAWN | | | |
| 3 | | | WITHDRAWN | | | |
| 4 | | | WITHDRAWN | | | |
| 5 | | | WITHDRAWN | | | |
| 6 | | AMZ_AB_000120625 – 31 | Amazon Document – Lambda Architecture | 00/00/0000 | Baldwin Ex. 1 | |
| 7 | | AMZ_AB_000014767 – 69 | AWS Webpage – Serverless Data Processing on AWS – https://data-processing.serverlessworkshops.io | 10/11/2022 | Baldwin Ex. 2 | 402, 403 |
| 8 | | AMZ_AB_000120902 – 16 | Amazon Document – WoMPRAT – Lambda's New Invoke Routing Layer | 00/00/0000 | Baldwin Ex. 3 | |
| 9 | | | AWS Webpage – Deploy Game Servers with Amazon GameLift FleetIQ and Integrate with Custom Routing AWS Global Accelerator – by Tulip Gupta – https://aws.amazon.com/blocis/gametech/deploy-ciame-servers-with-amazon-qamelift-fleetiq-and-integrate-with-custom-routinq-aws-qlobal-accelerator/ | 11/11/2022 | Baldwin Ex. 4 | 402, 403 |
| 10 | | AMZ_AB_000120632 – 62 | Amazon Document – AWS λ – New Hire Guide | 00/00/0000 | Baldwin Ex. 5 | |
| 11 | | AMZ_AB_000099213 – 22 | Amazon Webpage – Amazon CloudFront Key Features | 00/00/0000 | Baldwin Ex. 6 | |
| 12 | | AMZ_AB_000100545 – 60 | AWS Webpage – Deliver Content Faster with Amazon CloudFront Tutorial | 07/01/2022 | Baldwin Ex. 7 | |
| 13 | | AMZ_AB_000100561 – 64 | AWS Webpage – How to set up a CloudFront distribution for Amazon S3 | 00/00/2022 | Baldwin Ex. 8 | |
| 14 | | AMZ_AB_000120819 – 63 | Amazon Webpage – B16 CloudFront POP Network Design – https://w.amazon.com/biniview/Networking/IS/B18_CF_POP_Network_Design/ | 00/00/2019 | Baldwin Ex. 9 | |
| 15 | | AMZ_AB_000124576 – 83 | Amazon Document – Multicast on Hyperplane | 00/00/0000 | Brace Ex. 1 | |
| 16 | | AMZ_AB_000124554 – 71 | Amazon Document – Hyperplane Design Approach | 00/00/0000 | Brace Ex. 2 | |
| 17 | | AMZ_AB_000124550 – 53 | Amazon Document – Inter-Region Orchestration for TGW | 00/00/0000 | Brace Ex. 3 | |
| 18 | | AMZ_AB_000122356 – 69 | Amazon Document – BigMac architecture overview | 00/00/0000 | Brace Ex. 4 | |
| 19 | | AMZ_AB_000109429 – 61 | AWS Guide – Elastic Load Balancing User Guide | 00/00/2022 | Brace Ex. 5 | |
| 20 | | AMZ_AB_000122409 – 20 | Amazon Webpage – Big Mac 4 Dummies – https://w.amazon.com/index.php/Users:Becky/Big%20Mac%204%2... | 04/13/2023 | Brace Ex. 6 | 402, 403 |
| 21 | | AB-AWS 115166 – 98 | AWS Game Tech Guide – A Guide to Amazon GameLift and Game Servers | 00/00/0000 | Byskal Ex. 1 | |
| 22 | | AMZ_AB_000102435 – 43 | O3DE Webpage – Multiplayer Gem Overview | 00/00/0000 | Byskal Ex. 3 | 402, 403 |
| 23 | | AMZ_AB_000120384 – 400 | Amazon Document – Private Customer Network Connection | 00/00/0000 | Byskal Ex. 4 | |
| 24 | | AMZ_AB_000015196 – 217 | AWS Webpage – AWS for Games Blog – Hyper-scale online games with a hybrid AWS Solution – by Benjamin Meyer – https://aws.amazon.com/blogs/gametech/hyper scale-online-games-with-a-hybrid-aws-solution/ | 04/27/2021 | Byskal Ex. 5 | |
| 25 | | AMZ_AB_000120333 – 50 | Amazon Document – Multi-Region Fleets and Locations Workflow | 00/00/0000 | Byskal Ex. 6 | |
| 26 | | AMZ_AB_000015220 – 26 | AWS Webpage – AWS for Games Blog – Improving the Player Experience by Leveraging AWS Global Accelerator and Amazon Gamelift FleetIQ – by Al Murray and Aditya Srinivasan – https://aws.amazon.com/blogs/gametech/improving-the-pla yer-experience-by-leveraging-aws-global-accelerator-and-amazon-gamelift.fleetiq/ | 03/23/2021 | Byskal Ex. 7 | |
| 27 | | AWS_SRC_CODE_000000026 – 37 | Amazon Source Code | 00/00/0000 | Byskal Ex. 8 | 402, 403, 901 |
| 28 | | AWS_SRC_CODE_000000038 – 50 | Amazon Source Code | 00/00/0000 | Byskal Ex. 9 | 402, 403, 901 |
| 29 | | AWS_SRC_CODE_000000093 – 111 | Amazon Source Code | 00/00/0000 | Byskal Ex. 10 | 402, 403, 901 |
| 30 | | AMZ_AB_000125642 – 43 | Email from C. Byskal to C. Byskal et al., Subject: GameLift OP1 Headcount Sync | 07/14/2016 | Byskal Ex. 11 | |

1

SCHEDULE F1: PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 31 | | AMZ_AB_000095853 – 968 | AWS Guide – Amazon VPC AWS Transit Gateway | 00/00/2022 | Deb Ex. 1 | |
| 32 | | AMZ_AB_000124554 – 71 | Amazon Document – Hyperplane Design Approach | 00/00/0000 | Deb Ex. 2 | |
| 33 | | AMZ_AB_000124576 – 83 | Amazon Document – Multicast on Hyperplane | 00/00/0000 | Deb Ex. 3 | |
| 34 | | AMZ_AB_000124584 – 96 | Amazon Document – Hyperplane Control Plane | 00/00/0000 | Deb Ex. 4 | |
| 35 | | AB-AWS 114383 – 415 | AWS Whitepaper – Building a Scalable and Secure Multi-VPC AWS Network Infrastructure | 00/00/2020 | Deb Ex. 5 | |
| 36 | | AMZ_AB_000120618 | Excel Spreadsheet – North America CloudFront Profit & Loss Statement - July 2016 through September 2022 (Native) | 07/00/2016 - 09/00/2022 | Gasper Ex. 4 | |
| 37 | | AMZ_AB_000128227 | Excel Spreadsheet – Pivot Tables (Native) | 00/00/2016 - 00/00/2022 | Gasper Ex. 5 | |
| 38 | | AMZ_AB_000128529 | Excel Spreadsheet – Deals, Discount and Credits % of Gross Revenue (Native) | 00/00/2022 | Gasper Ex. 6 | |
| 39 | | AMZ_AB_000128447 | Excel Spreadsheet – CF Usage-Plannable 2017-2020 US (Native) | 00/00/2017- 00/00/2020 | Gasper Ex. 7 | 402, 403 |
| 40 | | AMZ_AB_000128450 | Excel Spreadsheet – Pivot Tables (Native) | 00/00/2016 - 00/00/2022 | Gasper Ex. 8 | |
| 41 | | AMZ_AB_000128503 | Excel Spreadsheet – Pivot Tables (Native) | 00/00/2016 - 00/00/2020 | Gasper Ex. 9 | |
| 42 | | AMZ_AB_000128688 | Excel Spreadsheet – Usage - TGW - IAD, CMH, PDX, SFO (Native) | 00/00/2018 - 00/00/2022 | Gasper Ex. 10 | |
| 43 | | AMZ_AB_000128226 | Excel Spreadsheet – Pivot Tables (Native) | 00/00/2016 - 00/00/2022 | Gasper Ex. 11 | |
| 44 | | AMZ_AB_000128445 | Excel Spreadsheet – Amazon Virtual Private Cloud (Native) | 00/00/2020 - 00/00/2022 | Gasper Ex. 12 | |
| 45 | | AMZ_AB_000120620 | Excel Spreadsheet – AWS Management: Management Financials Detail (Native) | 00/00/2014 | Gasper Ex. 13 | 402, 403, 1002 |
| 46 | | AMZ_AB_000128512 | Excel Spreadsheet – AWS Management: Management Financials Detail (Native) | 00/00/2016 - 00/00/2022 | Gasper Ex. 14 | |
| 47 | | AMZ_AB_000120621 | Excel Spreadsheet – AWS Management: Management Financials Detail (Native) | 00/00/2016 - 00/00/2022 | Gasper Ex. 15 | |
| 48 | | AMZ_AB_000128446 | Excel Spreadsheet – AWS Management: Usage Revenue Summary (Native) | 00/00/2018 - 00/00/2023 | Gasper Ex. 16 | 402, 403 |
| 49 | | AMZ_AB_000128513 | Excel Spreadsheet – Pivot Tables (Native) | 00/00/2017 - 00/00/2022 | Gasper Ex. 17 | |
| 50 | | AMZ_AB_000128515 | Excel Spreadsheet – VPC account data (Native) | | Gasper Ex. 18 | |
| 51 | | AMZ_AB_000128228 | Excel Spreadsheet – Summary Total Usage 2016-2022 (Native) | 00/00/2017 - 00/00/2022 | Gasper Ex. 19 | |
| 52 | | AMZ_AB_000128234 – 68 | License Agreement between Internation Buisness Machines Corporation and Amazon.com, Inc. | 05/07/2007 | Hayden Ex. 8 | 402, 403, subject to MIL |
| 53 | | AMZ_AB_000128414 – 43 | Settlement and Patent License Agreement between Alcatel-Lucent USA Inc. and Amazon, Inc. | 10/08/2011 | Hayden Ex. 11 | 402, 403, subject to MIL |
| 54 | | AMZ_AB_001124793 – 807 | Amazon Webpage – Document and Records Retenion and Destruction – https://inside.amazon.com.en/services/legal/us/DocumentRetention/Pages/DocumentRententionPolicy.aspx?PageVersion=28160 | 08/18/2022 | Hayden Ex. 16 | 402, 403, subject to stipulation on discovery matters |
| 55 | | AMZ_AB_000095847 – 52 | Amazon Webpage – Amazon CloudFront - Securely deliver content with low latency and high transfer speeds | 00/00/2022 | Kande Ex. 3 | 402, 403 |
| 56 | | AMZ_AB_000099213 – 22 | Amazon Webpage – Amazon CloudFront Key Features | 00/00/2022 | Kande Ex. 4 | |
| 57 | | AMZ_AB_000099301 – 11 | Amazon Webpage – Amazon CloudFront Pricing | 00/00/2022 | Kande Ex. 5 | 402, 403 |
| 58 | | AMZ_AB_000013528 – 36 | Amazon Webpage – AWS Lambda Features https://aws.amazon.com/lambda/features/ | 10/11/2022 | Kande Ex. 10 | 402, 403 |
| 59 | | AMZ_AB_000122881 – 86 | Amazon Webpage – AWS Transit Gateway | 00/00/2023 | Kulkarni Ex. 3 | 402, 403 |
| 60 | | AMZ_AB_000123448 – 52 | Amazon Webpage – AWS Transit Gateway features | 00/00/2023 | Kulkarni Ex. 4 | 402, 403 |

SCHEDULE F1- PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 61 | | AMZ_AB_000128135 – 41 | Amazon Webpage – AWS Transit Gateway pricing https://web.archive.org/web/20181129181247/https://aws.amazon.com/transit-gateway/pricing/ | 07/07/2023 | Kulkarni Ex. 5 | 402, 403 |
| 62 | | | Amazon Webpage – Amazon Virtural Private Cloud - Define and launch AWS resources in a logically isolated virtual network | 00/00/2023 | Kulkarni Ex. 6 | 402, 403 |
| 63 | | | Amazon Webpage – Amazon VPC features | 00/00/2023 | Kulkarni Ex. 7 | 402, 403 |
| 64 | | AMZ_AB_000125898 – 904 | Wayback Machine Webpage - Amazon VPC pricing - https://web.archive.org/web/20190701033241/https://aws.amazon.com/vpc/pricing/ | 07/01/2019 | Kulkarni Ex. 8 | |
| 65 | | AMZ_AB_000128444 | Excel Spreadsheet – Amazon Virtual Private Cloud Rate Cards (Native) | 00/00/2018 - 00/00/2019 | Kulkarni Ex. 9 | 402, 403 |
| 66 | | AMZ_AB_000128445 | Excel Spreadsheet – Amazon Virtual Private Cloud Sum of Usage (Native) | | Kulkarni Ex. 10 | 403 |
| 67 | | AMZ_AB_000095307 – 60 | Amazon Guide – Amazon Virtual Private Cloud – VPC Peering | 00/00/2022 | MacCarthaigh Ex. 1 | |
| 68 | | AMZ_AB_000095853 – 968 | Amazon Guide – Amazon VPC – AWS Transit Gateway | 00/00/2022 | MacCarthaigh Ex. 2 | |
| 69 | | AMZ_AB_000124550 – 53 | Amazon Document – Inter-Region Orchestration for TGW | 00/00/0000 | MacCarthaigh Ex. 3 | |
| 70 | | AMZ_AB_000124597 – 604 | Intra-region peering Design Doc (includes native version) | 00/00/0000 | MacCarthaigh Ex. 4 | |
| 71 | | AMZ_AB_000124572 – 75 | TGW Autoscaling State of the World (includes native version) | 00/00/0000 | MacCarthaigh Ex. 5 | |
| 72 | | AMZ_AB_000124584 – 96 | Hyperplane Control Plane | 00/00/0000 | MacCarthaigh Ex. 6 | |
| 73 | | AMZ_AB_000124576 – 83 | Amazon Document – Multicast on Hyperplane (includes native version) | 00/00/0000 | MacCarthaigh Ex. 7 | |
| 74 | | AMZ_AB_000128504 | Excel Spreadsheet – AWS Management: Usage Revenue Summary (Native) | 00/00/2018 - 00/00/2022 | Matkovskyi Ex. 4 | |
| 75 | | AMZ_AB_000128505 | Excel Spreadsheet – AWS Management: Usage Revenue Summary (Native) | 00/00/2018 - 00/00/2022 | Matkovskyi Ex. 5 | |
| 76 | | AMZ_AB_000128506 | Excel Spreadsheet – AWS Management: Usage Revenue Summary (Native) | 00/00/2018 - 00/00/2022 | Matkovskyi Ex. 6 | |
| 77 | | AMZ_AB_000120619 | Excel Spreadsheet – Total P&L (Native) | 00/00/2017 - 00/00/2022 | Matkovskyi Ex. 7 | |
| 78 | | AMZ_AB_000128226 | Excel Spreadsheet – Pivot Tables (Native) | 00/00/2016 - 00/00/2022 | Matkovskyi Ex. 8 | 403 |
| 79 | | AMZ_AB_000128448 | Excel Spreadsheet – Pivot Tables (Native) | 00/00/2020 - 00/00/2022 | Matkovskyi Ex. 9 | 402, 403 |
| 80 | | | AWS Cloud Diagram | 00/00/0000 | Meduri Ex. 1 | 402, 403, 802, 901 |
| 81 | | AMZ_AB_000101679 – 83 | AWS Blog – Introducing AWS App Mesh - service mesh for mircroservices on AWS - by Nathan Taber | 11/28/2018 | Meduri Ex. 2 | 402, 403 |
| 82 | | AMZ_AB_000101752 – 57 | Amazon Webpage – AWS App Mesh FAQs | 00/00/2022 | Meduri Ex. 3 | 402, 403 |
| 83 | | AMZ_AB_000128446 | Excel Spreadsheet – AWS Management: Usage Revenue Summary (Native) | 00/00/2018 - 00/00/2023 | Meduri Ex. 4 | 402, 403 |
| 84 | | | Resume of Scott Sanford | 00/00/0000 | Sanford Ex. 2 | |
| 85 | | AB-AWS 016842 – 44 | Letter from J. Garland to D. Northcott, RE: Notice of Patents from Acceleration Bay | 03/13/2019 | Sanford Ex. 3 | 402, 403 |
| 86 | | | Resume of Dana Brown Northcott | 00/00/0000 | Sanford Ex. 4 | 802, 901 |
| 87 | | AMZ_AB_000120663 | Email from S. Sanford to John@accelerartionbay.com; Subject: Amazon.com | 03/22/2019 | Sanford Ex. 5 | 402, 403 |
| 88 | | AMZ_AB_000008336 – 46 | Amazon Webpage – Amazon EKS features – https://aws.amazon.com/eks/features/ | 10/11/2022 | Sostheim Ex. 1 | 402, 403 |
| 89 | | AMZ_AB_000008352 – 953 | Amazon EKS User Guide | 00/00/2022 | Sostheim Ex. 2 | |
| 90 | | AMZ_AB_000120082 – 3019 | Amazon Guide – Amazon EKS - API Reference - API Version 2017-11-01 | 00/00/2022 | Sostheim Ex. 5 | |
| 91 | | TWITCH_AB_000000033 – 35 | Twitch Document – AWS VPC Peering at Twitch | 00/00/0000 | Weber Ex. 1 | |
| 92 | | TWITCH_AB_000000028 – 31 | Twitch Document – Staying in the Cloud | 00/00/0000 | Weber Ex. 2 | |
| 93 | | TWITCH_AB_000000107 – 09 | Twitch Document – What is an AWS account and why do we need 200 of them | 00/00/0000 | Weber Ex. 3 | |
| 94 | | TWITCH_AB_000000165 | Twitch Document – Content Delivery Network (CDN) Policies | 00/00/0000 | Weber Ex. 4 | |
| 95 | | TWITCH_AB_000000026 – 27 | Twitch Document – 2021 GraphQL VPC-Peering Exit | 00/00/2021 | Weber Ex. 5 | |

SCHEDULE F – PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 96 | | AMZ_AB_000128445 | Excel Spreadsheet – AmazonVirtualPrivateCloud 20-22 and AmazonVirtualPrivateCloud17-19 (Native) | 00/00/0000 | Weber Ex. 6 | 403 |
| 97 | | | Amazon Webpage – Amazon Prime Video Uses AWS to Deliver Solid Streaming Experience to More Than 18 Million Football Fans - (Services Used) - https://aws.amazon.com/solutions/case-studies/amazon-prime-video/ | 12/05/2023 | Willeford Ex. 1 | 402, 403 |
| 98 | | AB-AWS 114232 – 34 | Amazon Webpage – Amazon Prime Video Uses AWS to Deliver Solid Streaming Experience to More Than 18 Million Football Fans - https://aws.amazon.com/solutions/case-studies/amazon-prime-video/ | 03/01/2023 | Willeford Ex. 2 | 402, 403 |
| 99 | | | Amazon Webpage – Amazon Prime Video Uses AWS to Deliver Solid Streaming Experience to More Than 18 Million Football Fans - (Benefits of AWS) – hltps://aws.amazon.com/solutions/case-studies/amazon-prime-video/ | 12/05/2023 | Willeford Ex. 3 | 402, 403 |
| 100 | | ASL_AB_000000164 – 72 | Amazon.com Services Document – Architecture | 00/00/0000 | Willeford Ex. 4 | |
| 101 | | ASL_AB_000000107 – 63 | Amazon Webpage – CDP's On-boarding Guide | 07/18/2023 | Willeford Ex. 5 | 402, 403 |
| 102 | | AMZ_AB_000128445 | Excel Spreadsheet – AmazonVirtualPrivateCloud 20-22 and AmazonVirtualPrivateCloud17-19 | 00/00/0000 | Williams Ex. 2 | 403 |
| 103 | | AMZ_AB_000128447 | Excel Spreadsheet – CF Usage-Plannable 2017-2020 US, CF Usage-Plannable 2020-2022 US and CFUsage-Unplannable 2020-2022US | 00/00/0000 | Williams Ex. 3 | |
| 104 | | AMZ_AB_000124584 – 96 | Amazon Document – Hyperplane Control Plane | 00/00/0000 | Wilson Ex. 1 | |
| 105 | | AMZ_AB_000004118 – 6080 | AWS Guide – Amazon Elastic Compute Cloud – User Guide for Linux Instances | 00/00/2022 | Wilson Ex. 2 | |
| 106 | | AMZ_AB_000095361 – 729 | AWS Guide – Amazon Virtual Private Cloud User Guide | 00/00/2022 | Wilson Ex. 3 | |
| 107 | | | Amazon Web Services, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1-10); Amazon Web Services, Inc.'s Objections and Responses to Plaintiff's Second Set of Interrogatories (Nos. 11-15); Amazon Web Services, Inc.'s Amended and Supplemental Objections and Responses to Plaintiff's Second Set of Interrogatories (Nos. 11-15); Amazon Web Services, Inc.'s First Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1-10) | 01/06/2023 – 11//02/2023 | | 901 |
| 108 | | AB-AWS 014685 – 703 | Boeing Invention Disclosure | 00/00/1999 | Bourassa Ex. 17; Bourassa (07-18-2017) Ex. 159 | |
| 109 | | AB-AWS 014811 – 45 | The Boeing Company - Panthesis - Handwritten Notes | 08/14/2000 | Bourassa Ex. 18 | |
| 110 | | AB-AWS 014846 – 60 | Presentation - SWAN: Small-world Wide Area Networking by V. Bourassa and F. B. Holt | 00/00/0000 | Bourassa Ex. 19 | |
| 111 | | AB-AWS 014873 – 89 | Presentation - SWAN: Small-world Wide Area Networking by V. Bourassa and F. B. Holt | 00/00/0000 | Bourassa Ex. 20 | |
| 112 | | Bourassa 002453 – 518 | 1Newco Business Plan - Boeing Ventures | 10/27/2000 | Bourassa Ex. 22 | |
| 113 | | AB-AWS 014901 – 23 | NewCo Business Plan | 12/15/2000 | Bourassa Ex. 23 | |
| 114 | | AB-AWS 016033 – 62; HOLT 002422-51 | Panthesis Incorporated - Business Plan Small-world Wide Area Networking (SWAN) | 01/00/2004 | Bourassa Ex. 24A | |
| 115 | | AB-AWS 015107 – 29 | SWAN Licensing Opportunities | 01/00/2001 | Bourassa Ex. 24 | |
| 116 | | AB-AWS 002039 – 57 | Cross License and Settlement Agreement between Acceleration Bay, LLC and Epic Games, Inc. | 04/14/2020 | Holt Ex. 19 | |
| 117 | | AB-AWS 002086 – 87 | Business Wire Press Release - Boeing and Panthesis Complete SWAN Transaction | 07/22/2002 | Holt Ex. 20 | 403 |
| 118 | | AB-AWS 002123 – 49 | Exclusive Swan Technology License Agreement with Panthesis, Inc. | 00/00/2002 | Holt Ex. 21 | 402, 403, 901 |
| 119 | | AB-AWS 014685 – 703 | Boeing Invention Disclosure | 00/00/1999 | Holt Ex. 23 | 403 |
| 120 | | AMZ_AB_000125287 – 88 | Wayback Machine Webpage - Panthesis.com - Press Releases https:/hveb.archive.org/web/20040818174942/http://www.panthesis .com/press .php | 01/26/2004 | Magnotti Ex. 5 | |
| 121 | | AB-AWS 020265 – 71 | Presentation - Phonetorrent Unilimited Data For Lift - Ignited by Acceleration Bay | 00/00/0000 | Ward (11-30-2023) Ex. 29 | |
| 122 | | AB-AWS 020147 – 214 | Conservation International - Call Overview | 06/02/2017 | Ward (11-30-2023) Ex. 31 | |

4

SCHEDULE F1 - PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 123 | | AB-AWS 016842 – 44 | Letter from Acceleration Bay to D. Northcott, Re: Notice of Patents from Acceleration Bay | 03/13/2019 | Ward (11-30-2023) Ex. 49 | 402, 403 |
| 124 | | AMZ_AB_000120663 | Email from S. Sanford to John at Acceleration Bay, Re: Amazon.com | 03/22/2019 | Ward (11-30-2023) Ex. 50 | 402, 403 |
| 125 | | AB-AWS 019773 – 77 | Glen Van Datta LinkedIn Profile | 06/13/2017 | Van Datta (06-22-2017) Ex. 1 | 402, 403, 802 |
| 126 | | AB-AWS 019784 – 807 | Provisional Application for Patent Cover Sheet | 10/20/2003 | Van Datta (06-22-2017) Ex. 4 | 402, 403 |
| 127 | | AB-AWS 019808 – 52 | U.S. Patent No. 7,392,422 | 06/24/2008 | Van Datta (06-22-2017) Ex. 5 | 402, 403 |
| 128 | | AB-AWS 019991 | Email from G. Van Datta to V. Bourassa | 06/27/2005 | Van Datta (06-22-2017) Ex. 9 | 402, 403, 802 |
| 129 | | AB-AWS 019992 – 93 | Email from V. Bourassa to G. Van Datta | 06/28/2005 | Van Datta (06-22-2017) Ex. 10 | 402, 403, 802 |
| 130 | | AB-AWS 018728 – 35 | Declaration of Robert Abarbanel in Support of Patent Owner's Response, *Activision v. Acceleration Bay*, IPR2015-01951 (U.S. Patent 6,714,966) | 07/11/2016 | Abarbanel (06-29-2017) Ex. 145 | |
| 131 | | AB-AWS 016150 – 52 | Wayback Machine Webpage - Panthesis.com - Tech FAQs - https://web.archive.org/web/20040818175033/https://www.panthesis.com/tech_faq.php | 08/18/2004 | Holt (07-26-2017) Ex. 281 | |
| 132 | | AB-AWS 015490 – 512 | NewCo Business Plan | 02/26/2001 | Holt (05/31/2017) Ex. 92 | |
| 133 | | AB-AWS 003736 – 4289 | Amazon EKS User Guide | 04/04/2022 | | |
| 134 | | AB-AWS 004303 – 6208 | Amazon Elastic Compute Cloud User Guide for Linux Instances | 05/31/2022 | | |
| 135 | | AB-AWS 006413 – 20 | Amazon Webpage - AWS Lambda - https://aws.amazon.com/lambda/ | 06/01/2022 | | |
| 136 | | AB-AWS 006421 – 29 | Amazon Web Services Webpage - AWS Lambda Features - https://aws.amazon.com/lambda//features/?pg=in&sec=hs | 06/01/2022 | | |
| 137 | | AB-AWS 006438 – 7565 | AWS Lambda Developer Guide | 00/00/0000 | | |
| 138 | | AB-AWS 007566 – 8132 | Amazon CloudFront Developer Guide | 05/23/2022 | | |
| 139 | | AB-AWS 008133 – 42 | Amazon Webpage - Amazon CloudFront Key Features - https://aws.amazon.com/cloudfront/features/?whats-new-cloudfront.sort-by=item.additionalFields.postDateTime&whats-new-cloudfront.sort-order=desc | 06/01/2022 | | |
| 140 | | AB-AWS 008143 – 211 | Amazon Virtual Private Cloud VPC Peering | 07/20/2020 | | |
| 141 | | AB-AWS 008212 – 56 | Building a Scalable and Secure Multi-VPC AWS Network Infrastructure - AWS Whitepaper | 02/22/2022 | | |
| 142 | | AB-AWS 008257 – 350 | Elastic Load Balancing Network Load Balancers | 10/14/2021 | | |
| 143 | | AB-AWS 011654 – 973 | Amazon GameLift Developer Guide Version | 00/00/0000 | | |
| 144 | | AB-AWS 011974 – 79 | AWS Game Tech Blog - Building Battle-Tested Network Transport - https://aws.amazon.com/blogs/gametech/building-battle-tested-network-transport/ | 04/14/2021 | | 402, 403 |
| 145 | | AB-AWS 012173 – 3230 | AWS General Reference Reference Guide Version 1.0 | 00/00/0000 | | |
| 146 | | AB-AWS 013231 – 318 | Presentation - AWS Summit Bahrain - AWS Networking Fundamentals | 00/00/0000 | | |
| 147 | | AB-AWS 013326 – 707 | Amazon EC2 Auto Scaling User Guide | 04/19/2022 | | |
| 148 | | AB-AWS 013708 – 12 | AWS Compute Blog - Running your game servers at scale for up to 90% lower compute cost - https://aws.amazon.com/blogs/compute/running-your-game-servers-at-scale-for-up-to-90-lower-compute-cost/ | 03/05/2019 | | |
| 149 | | AB-AWS 013805 – 09 | Amazon Webpage - Cohesive Networks VNS3 on AWS - https://aws.amazon/com/quickstart/architecture/cohesive-networks-vns3/ | 06/01/2022 | | 402, 403 |
| 150 | | AB-AWS 113929 – 39 | Twitch Developers Webpage - Chat and Chatbots - https://dev.twitch.tv/docs/irc/ | 02/28/2023 | | 402, 403 |
| 151 | | AB-AWS 113940 | Wikipedia Definition - Out-of-order delivery - https://en.wikipedia.org/wiki/Out-of-order_delivery | 02/28/2023 | | 402, 403, 802, 901 |

SCHEDULE F1 - PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 152 | | AB-AWS 113944 – 45 | Twitch Webpage - Twitch Video Encoding/Bitrates/And Stuff - https://steam.twitch.tv/encoding/ | 02/28/2023 | | 402, 403 |
| 153 | | AB-AWS 114091 – 140 | Slideshare Webpage - AWS Transit Gateway and Transit VPCs - Reference Architectures for Many VPCs (NET 402) - AWS re: Invent 2018 - https://www.slideshare.net/AmazonWebServices/new-launch-aws-transit-gateway-and-transit-vpcs-reference-architectures-for-many-vpcs-net402-aws | 11/30/2018 | | |
| 154 | | AB-AWS 114141 – 45 | The Motley Fool Blog - 6 Things to Know About Amazon's Luna Cloud Gaming Service by Leo Sun - https://www.fool.com/investing/2020/09/30/things-know-about-amazon-luna-cloud-gaming-service/ | 09/30/2020 | | 802, 901 |
| 155 | | AB-AWS 114146 – 94 | Slideshare Webpage - Advanced Architecture with AWS Transit Gateway - http://www.slideshare.net/AmazonWebServices/advanced-architectures-with-aws-transit gateway | 06/19/2019 | | 402, 403, 802, 901 |
| 156 | | AB-AWS 114195 – 217 | AWS Blog - Amazon GameLift by Tara Walker - https://aws.amazon.com/blogs/aws/category/amazon-gamelift/ | 03/17/2017 | | |
| 157 | | AB-AWS 114218 – 29 | SlashGear Webpage -Amazon Luna cloud gaming service launches with Ubisoft and Twitch by Chris Davies - https://www.slashgear.com/amazon-luna-cloud-gaming-service-launches-with-ubisoft-and-twitch-24639743/ | 09/24/2020 | | 402, 403, 802, 901 |
| 158 | | AB-AWS 114230 – 31 | AWS Geek Webpage - Amazon Managed Blockchain - https://www.awsgeek.com/Amazon-Managed-Blockchain/index.html | 08/23/2019 | | 402, 403, 802, 901 |
| 159 | | AB-AWS 114232 – 34 | Amazon Webpage - Amazon Prime Video Uses AWS to Deliver Solid Steaming Experience to More Than 18 Million Football Fans - https://aws.amazon.com/solutions/case-studies/amazon-prime-video/ | 03/01/2023 | | 402, 403 |
| 160 | | AB-AWS 114235 – 53 | Amazon Webpage - Automating service discovery using AWS Transit Gateway Multicast with IGMP by John Naylon - https://aws.amazon.com/blogs/networking-and-content-delivery/automating-service-discovery-using-aws-transit-gateway-multicast-with-igmp/ | 06/14/2021 | | |
| 161 | | AB-AWS 114254 – 60 | Cloud Academy Blog - AWS Global Infrastructure: Availability Zones, Regions, Edge Locations, Regional Edge Caches by Stuart Scott - https://cloudacademy.com/blog/aws-global-infrastructure/ | 07/10/2017 | | 802, 901 |
| 162 | | AB-AWS 114330 – 37 | Amazon Webpage - AWS Transit Gateway FAQs - https://aws.amazon.com/transit-gateway/faqs/ | 03/01/2023 | | 402, 403 |
| 163 | | AB-AWS 114338 – 42 | Amazon Webpage - AWS Transit Gateway now supports Intra-Region Peering by E. Vagnov and S. Kulkarni - https://aws.amazon.com/blogs/networking-and-content-delivery/aws-transit-gateway-now-supports-intra-region-peering/ | 12/01/2021 | | |
| 164 | | AB-AWS 114343 – 82 | Amazon Virtual Private Cloud Connectivity Options | 01/00/2018 | | |
| 165 | | AB-AWS 114383 – 415 | Building a Scalable and Secure Multi-VPC AWS Network Infrastructure - AWS Whitepaper | 06/10/2020 | | |
| 166 | | AB-AWS 114416 – 64 | Building a Scalable and Secure Multi-VPC AWS Network Infrastructure - AWS Whitepaper | 07/19/2022 | | |
| 167 | | AB-AWS 114465 – 511 | Amazon Webpage - Amazon CloudFront Customers - https://aws.amazon.com/cloudfront/customers/ | 02/12/2023 | | 402, 403 |
| 168 | | AB-AWS 114638 – 840 | Slideshare Webpage - Gaming with AWS - https://www.slideshare.net/vsimek/gaming-with-aws | 01/23/2023 | | 402, 403 |
| 169 | | AB-AWS 114890 – 925 | Live Streaming on AWS: Implementation Guide | 11/00/2022 | | 402, 403 |
| 170 | | AB-AWS 114975 – 83 | Amazon Webpage - AWS Transit Gateway - https://aws.amazon.com/transit-gateway/ | 02/01/2023 | | 402, 403 |
| 171 | | AB-AWS 114997 – 5006 | AWS Machine Learning Blog - Reducing player wait time and right sizing compute allocation using Amazon SageMaker RL and Amazon EKS by Y. Biran, et al. - https://aws.amazon.com/blogs/machine-learning/reducing-player-wait-time-and-right-sizing-compute-allocation-using-amazon-sagemaker-rl-and-amazon-eks/ | 04/02/2020 | | |

SCHEDULE F1 – PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 172 | | AB-AWS 115007 – 15 | AWS Compute Blog - Running your game servers at scale for up to 90% lower compute cost - https://aws.amazon.com/blogs/compute/running-your-game-servers-at-scale-for-up-to-90-lower-compute-cost/ | 03/05/2019 | | |
| 173 | | AB-AWS 115020 – 23 | Amazon presentation - Multicast Reference Architectures with AWS Transit Gateway | 05/05/2022 | | |
| 174 | | AB-AWS 115024 – 26 | Ubisoft Press Release - Ubisoft Announces Channel on Amazon's Luna Cloud Gaming Service | 09/24/2020 | | 402, 403, 802, 901 |
| 175 | | AB-AWS 115028 – 36 | Amazon Blog - Zendesk's Global Mesh Network: How we lowered operational overhead and cost by migrating to AWS Transit Gateway by Tom Adamski and Vincente De Luca - https://aws.amazon.com/blogs/networking-and-content-delivery/zendesks-global-mesh-network-how-we-lowered-operational-overhead-and-cost-by-migrating-to-aws-transit-gateway/ | 08/31/2020 | | |
| 176 | | AB-AWS 115166 – 98 | Amazon Presentation - A Guide to Amazon GameLift and Game Servers | 00/00/0000 | | |
| 177 | | AB-AWS 115302 | Amazon Video - NET404 - AWS re: INVENT Connecting Many VPCs (Native) - https://youtu.be/KGKrVO9xlqI | 12/01/2012 | | |
| 178 | | AB-AWS 115303 | Amazon Document - AWS re: Invent - VPC: One more, please! | 00/00/2017 | | |
| 179 | | AB-AWS 115304 | Amazon Document - AWS re: Invent - Architecture: Connect a VPC | 00/00/2017 | | |
| 180 | | AB-AWS 121747 – 51 | Amazon Webpage - Amazon Luna Cloud Gaming Service - https://aws.amazon.com/luna/landing-page | 02/12/2024 | | 402, 403 |
| 181 | | AB-AWS 121759 – 802 | Amazon Webpage - Amazon VPC FAQs - https://aws.amazon.com/vpc/faqs/ | 02/12/2024 | | 402, 403 |
| 182 | | AB-AWS 121803 – 11 | Amazon Webpage - Amazon CloudFront - https://aws.amazon.com/cloudfront/ | 02/12/2024 | | 402, 403 |
| 183 | | AB-AWS 121812 – 936 | Amazon Webpage - Amazon EC2 FAQs - https://aws.amazon.com/ec2/faqs/ | 02/12/2024 | | 402, 403 |
| 184 | | AB-AWS 121937 – 45 | Amazon Webpage - Amazon EKS FAQs - https://aws.amazon.com/eks/faqs/ | 02/12/2024 | | 402, 403 |
| 185 | | AB-AWS 121946 – 56 | Amazon Webpage - Amazon Elastic Kubernetes Service - https://aws.amazon.com/eks/ | 02/12/2024 | | 402, 403 |
| 186 | | AB-AWS 121957 – 78 | Amazon Webpage - Amazon GameLift Features - https://aws.amazon.com/gamelift/features/ | 02/12/2024 | | 402, 403 |
| 187 | | AB-AWS 121979 – 82 | Amazon Webpage - What is Amazon GameLift FlexMatch? - https://docs.aws.amazon.com/gamelift/latest/flexmatchguide/match-intro.html | 02/12/2024 | | 402, 403 |
| 188 | | AB-AWS 121983 – 93 | Amazon Webpage - Amazon GameLift - Dedicated server Management for session-based muliplayer games - https://aws.amazon.com/gamelift/ | 02/12/2024 | | 402, 403 |
| 189 | | AB-AWS 121994 – 2001 | Amazon Webpage - AWS Transit Gateway - Connect Amazon VPCs, AWS accounts, and on-premises networks to a single gateway - https://aws.amazon.com/transit-gateway/ | 02/12/2024 | | 402, 403 |
| 190 | | AB-AWS 122002 – 13 | Amazon Webpage - Amazon CloudFront Key Features - https://aws.amazon.com/cloudfront/features/?whats-new-cloudfront.sort-by=item.additionalFields.postDateTime&whats-new-cloudfront.sort-order=desc | 02/12/2024 | | 402, 403 |
| 191 | | AB-AWS 122493 – 501 | Amazon Webpage - Amazon Virtual Private Cloud - Define and launch AWS resources in a logically isolated virtual network - https://aws.amazon.com/vpc/ | 02/12/2024 | | 402, 403 |
| 192 | | AB-AWS 122502 – 04 | Amazon Webpage - What is a transit Gateway? - https://docs.aws.amazon.com/vpc/latest/tgw/what-is-transit-gateway.html | 02/12/2024 | | 402, 403 |
| 193 | | AB-AWS 122602 – 11 | Amazon Webpage - What is Amazon EC2? - https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/concepts.html | 02/12/2024 | | 402, 403 |
| 194 | | AB-AWS 122612 – 17 | Amazon Webpage - What is Amazon VPC? - https://docs.aws.amazon.com/vpc/latest/userguide/what-is-amazon-vpc.html | 02/12/2024 | | 402, 403 |
| 195 | | AB-AWS 122620 – 21 | Amazon Webpage - What is VPC peering? - https://docs.aws.amazon.com/vpc/latest/peering/what-is-vpc-peering.html | 02/08/2024 | | 402, 403 |
| 196 | | AB-AWS 122685 – 92 | Amazon Webpage - Add FlexMatch to a game client - https://docs.aws.amazon.com/gamelift/latest/flexmatchguide/match-client.html | 02/12/2024 | | 402, 403 |
| 197 | | AB-AWS 122693 – 701 | Amazon Webpage - Connect to the internet using an internet gateway - https://docs.aws.amazon.com/vpc/latest/userguide/VPC_Internet_Gateway.html | 02/12/2024 | | 402, 403 |

SCHEDULE F1: PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 198 | | AB-AWS 122702 – 04 | Amazon Webpage - Connect your VPC to other networks - https://docs.aws.amazon.com/vpc/latest/userguide/extend-intro.html | 02/12/2024 | | 402, 403 |
| 199 | | AB-AWS 122705 – 06 | Amazon Webpage - Connect your VPC to services using AWS PrivateLink - https://docs.aws.amazon.com/vpc/latest/userguide/endpoint-services-overview.html | 02/12/2024 | | 402, 403 |
| 200 | | AB-AWS 122707 – 14 | Amazon Webpage - Design a FlexMatch rule set - https://docs.aws.amazon.com/gamelift/latest/flexmatchguide/match-design-ruleset.html | 02/12/2024 | | 402, 403 |
| 201 | | AB-AWS 122715 – 21 | Amazon Webpage - Getting Started with AWS - Learn the fundamentals and start building on Amazon Web Services - Get to Know the AWS Cloud - https://aws.amazon.com/getting-started/ | 02/12/2024 | | 402, 403 |
| 202 | | AB-AWS 122729 – 34 | Amazon Webpage - Getting Started with AWS - Learn the fundamentals and start building on Amazon Web Services - Choose the right AWS services - https://aws.amazon.com/getting-started/ | 02/12/2024 | | 402, 403 |
| 203 | | AB-AWS 122735 – 40 | Amazon Webpage -  - Getting Started with AWS - Learn the fundamentals and start building on Amazon Web Services - What's new - https://aws.amazon.com/getting-started/ | 02/12/2024 | | 402, 403 |
| 204 | | AB-AWS 122741 – 54 | Amazon Webpage - Getting Started with Amazon CloudFront - https://aws.amazon.com/cloudfront/getting-started/ | 02/12/2024 | | 402, 403 |
| 205 | | AB-AWS 122755 – 64 | Amazon Webpage - Global Infrastructure - Regions and Availability Zones - https://aws.amazon.com/about-aws/global-infrastructure/regions_az/ | 02/12/2024 | | 402, 403 |
| 206 | | AB-AWS 122765 – 70 | Amazon Webpage - How Amazon VPC Works - https://docs.aws.amazon.com/vpc/latest/userguide/how-it-works.html | 02/12/2024 | | 402, 403 |
| 207 | | AB-AWS 122771 – 91 | Amazon Webpage - Deliver Content Faster with Amazon CloudFront - Tutorial - https://aws.amazon.com/getting-started/hands-on/deliver-content-faster/ | 02/12/2024 | | 402, 403 |
| 208 | | AB-AWS 122792 – 806 | Amazon Webpage - NAT gateways - https://docs.aws.amazon.com/vpc/latest/userguide/vpc-nat-gateway.hrml | 02/12/2024 | | 402, 403 |
| 209 | | AB-AWS 122807 – 08 | Amazon Webpage - Overview of Amazon Web Services - AWS Whitepaper - https://docs.aws.amazon.com/whitepapers/latest/aws-overview/Introduction.html | 09/28/2023 | | 402, 403 |
| 210 | | AB-AWS 122809 – 17 | Lifewire Webpage - What Is a Private IP Address? By Tim Fisher - https://www.lifewire.com/what-is-a-private-ip-address-2625970 | 07/17/2023 | | 402, 403, 802, 901 |
| 211 | | AB-AWS 122818 – 20 | Amazon Webpage - Security and compliance - AWS Whitepaper - https://docs.aws.amazon.com/whitepapers/latest/aws-overview/security-and-compliance.html | 02/12/2024 | | 402, 403 |
| 212 | | AB-AWS 122821 – 23 | Amazon Webpage - VPC -  https://docs.aws.amazon.com/quicksight/latest/user/vpc-amazon-virtual-private-cloud.html | 02/12/2024 | | 402, 403 |
| 213 | | AB-AWS 122824 – 30 | Amazon Webpage - VPC peering basics -  https://docs.aws.amazon.com/vpc/latest/peering/vpc-peering-basics.html | 02/12/2024 | | 402, 403 |
| 214 | | AB-AWS 122831 – 37 | Amazon Webpage - Cloud Computer with AWS -  https://aws.amazon.com/what-is-aws/ | 02/12/2024 | | 402, 403 |
| 215 | | AMZ_AB_000004028 – 32 | Amazon Webpage - Amazon EC2 - Secure and resizable compute capacity for virtually any workload | 00/00/2022 | | |
| 216 | | AMZ_AB_000008306 – 12 | Amazon Webpage - Amazon Elastic Kubernetes Service (EKS) -  https://aws.amazon.com/eks/ | 10/11/2022 | | |
| 217 | | AMZ_AB_000008954 – 62 | Amazon Webpage - Amazon GameLift - Enhanced session-based multiplayer experiences with dedicated cloud servers -  https://aws.amazon.com/gamelift/ | 10/11/2022 | | |
| 218 | | AMZ_AB_000009036 – 356 | Amazon GameLift Developer Guide Version | 04/16/2020 | | |
| 219 | | AMZ_AB_000009394 – 479 | Amazon GameLift FlexMatch Developer Guide Version | 00/00/0000 | | |
| 220 | | AMZ_AB_000015163 – 69 | AWS for Games Blog - Game Server Observability with Amazon GameLift and Amazon CloudWatch by Juho Jantunen -  https://aws.amazon.com/blogs/gametech/game-server-observability-with-amazon-gamelift-and-amazon-cloudwatch/ | 01/24/2022 | | |
| 221 | | AMZ_AB_000015218 – 19 | AWS for Games Blog - A Guide to Amazon GameLift & Game Servers by Juhn Jantunen - https://aws.amazon.com/blogs/gametech/a-guide-to-amazon-gamelift-game-servers/ | 04/20/2021 | | |

SCHEDULE F – PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 222 | | AMZ_AB_000094552 – 947 | Amazon EC2 Auto Scaling User Guide | 10/13/2022 | | |
| 223 | | AMZ_AB_000095969 – 8617 | Amazon Elastic Compute Cloud - API Reference - API Version 2016-11-15 | 11/15/2016 | | |
| 224 | | AMZ_AB_000098618 – 709 | Amazon VPC AWS Network Manager | 07/12/2022 | | |
| 225 | | AMZ_AB_000099223 – 300 | Amazon Virtual Private Cloud AWS PrivateLink | 08/18/2022 | | |
| 226 | | AMZ_AB_000099322 – 895 | Amazon CloudFront Developer Guide | 05/23/2022 | | |
| 227 | | AMZ_AB_000100514 – 44 | Amazon CloudFront for Media - Best Practices for Streaming Media Delivery | 11/00/2020 | | |
| 228 | | AMZ_AB_000101684 – 96 | Amazon Blog - Cross Amazon EKS cluster App Mesh using AWS Cloud Map by Sridhar Mallu | 11/13/2019 | | |
| 229 | | AMZ_AB_000101804 – 12 | Amazon Webpage - Global Infrastructure - Regions and Availability Zones | 11/08/2022 | | |
| 230 | | AMZ_AB_000102008 – 370 | Amazon GameLift Developer Guide | 00/00/2022 | | |
| 231 | | AMZ_AB_000103307 – 680 | Amazon Virtual Private Cloud User Guide | 11/17/2022 | | |
| 232 | | AMZ_AB_000103688 – 836 | Reliability Pillar AWS Well-Architected Framework | 11/17/2022 | | |
| 233 | | AMZ_AB_000105134 – 6065 | Amazon Elastic Container Service Developer Guide | 10/27/2022 | | |
| 234 | | AMZ_AB_000107170 – 743 | Amazon CloudFront Developer Guide | 12/02/2022 | | |
| 235 | | AMZ_AB_000108390 – 752 | Amazon GameLift Developer Guide | 10/25/2022 | | |
| 236 | | AMZ_AB_000108790 – 875 | Amazon GameLift FlexMatch Developer Guide Version | 00/00/2022 | | |
| 237 | | AMZ_AB_000108876 – 9428 | Amazon GameLift API Reference API Version 2015-10-01 | 10/01/2015 | | |
| 238 | | AMZ_AB_000110189 – 821 | Amazon EKS User Guide | 11/28/2022 | | |
| 239 | | AMZ_AB_000112857 – 4897 | Amazon Elastic Compute Cloud User Guide for Windows Instances | 11/29/2022 | | |
| 240 | | AMZ_AB_000115824 – 6197 | Amazon Virtual Private Cloud User Guide | 11/17/2022 | | |
| 241 | | AMZ_AB_000116298 – 388 | Amazon VPC AWS Global Networks for Transit Gateways | 11/28/2022 | | |
| 242 | | AMZ_AB_000119882 – 20002 | Amazon VPC AWS Transit Gateway | 07/14/2022 | | |
| 243 | | AMZ_AB_000120333 – 50 | Amazon Document - Multi-Region Fleets and Locations Workflow | 00/00/0000 | | |
| 244 | | AMZ_AB_000120351 – 55 | Amazon Document - GameScale Fleet Creation WorkFlow | 00/00/0000 | | |
| 245 | | AMZ_AB_000120377 – 83 | Amazon Document - GameScale - Auto-Scaling design | 00/00/0000 | | |
| 246 | | AMZ_AB_000120417 – 43 | Amazon Document - BYOH - Detailed Design | 00/00/0000 | | |
| 247 | | AMZ_AB_000120456 – 95 | Amazon Document - BYOH Process Management | 00/00/0000 | | |
| 248 | | AMZ_AB_000120528 – 36 | Amazon Document - Matchmaking Overview | 00/00/0000 | | |
| 249 | | AMZ_AB_000120600 – 04 | Amazon Document - PrivateLink and Cell Routing Proxy | 00/00/0000 | | |
| 250 | | AMZ_AB_000120605 – 17 | Amazon Document - Architecture Onboarding Doc for TFN and EMS | 00/00/0000 | | |
| 251 | | AMZ_AB_000120891 – 94 | Amazon Document - Big Mac 2014-02-18 | 02/18/2014 | | |
| 252 | | AMZ_AB_000120917 – 28 | Amazon Document - Big Mac with Special Sauce | 00/00/0000 | | |
| 253 | | AMZ_AB_000122354 – 55 | Amazon Document - Big Mac | 00/00/0000 | | |
| 254 | | AMZ_AB_000122356 – 69 | Amazon Document - BigMac architecture Overview | 00/00/0000 | | |
| 255 | | AMZ_AB_000122372 – 76 | Amazon Document - Spec Sheet | 00/00/0000 | | |
| 256 | | AMZ_AB_000122382 – 87 | Amazon Document - Limit of BigMac (NAT Gateway, NLB, PrivateLink, Lambda, GWLB, etc) | 00/00/0000 | | |
| 257 | | AMZ_AB_000122388 – 401 | Amazon Document - Big Mac Overview | 00/00/0000 | | |
| 258 | | AMZ_AB_000122404 – 06 | Amazon Document - NAT Gateways Playbook, https://w.amazon.com/bin/view/BigMac/Playbook/NATGateways/ | 04/13/2023 | | |
| 259 | | AMZ_AB_000122407 – 08 | Amazon Document - BigMac - https://w.amazon.com/bin/view/BigMac/ | 04/13/2023 | | |
| 260 | | AMZ_AB_000122409 – 20 | Amazon Document - Big Mac 4 Dummies - https://w.amazon.com/index.php/Users:Becky/Big%20Mac%204%2 | 04/13/2023 | | |
| 261 | | AMZ_AB_000125202 – 21 | Amazon Document - Etcd CLB - NLB and More | 00/00/0000 | | |

9

SCHEDULE F1 – PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 262 | | AWS_SRC_CODE_000000001 – 580 | Amazon Source Code | 00/00/0000 | | 402 and 403 (to the extent source code relating to products that aren't accused is included and the source code is presented as one exhibit since the source code was produced as individual files). AWS also reserves the right to lodge additional objections after Acceleration Bay specifically identifies the portions of this proposed exhibit that it intends to present at trial. |
| 263 | | HOLT 000896 – 924 | Panthesis Incorporated - Panthesis Product Definition for Retail Development of Demonstrator Game (Second Draft) by Ozo Interactive | 05/22/2003 | | |
| 264 | | HOLT 003820 | Panthesis' Dux Ex Machina (Native) | 00/00/0000 | | 402, 403, 802, 901 |
| 265 | | AB-AWS 002213 – 21 | Patent Assignment Cover Sheet for The Boeing Company – '634, '069, '147, '497, '966, '344, '537 Patents | 03/06/2015 | | |
| 266 | | AB-AWS 110031 – 176 | Sony Annual Report 2006 | 00/00/2006 | | 402, 403, 802, 901 |
| 267 | | HOLT 000346 – 53 | Handwritten Notes | 00/00/0000 | | 402, 403, 802, 901 |
| 268 | | HOLT 000396 – 98 | Handwritten Notes | 00/00/0000 | | 402, 403, 802, 901 |
| 269 | | HOLT 002947 | Handwritten Notes | 00/00/0000 | | 402, 403, 802, 901 |
| 270 | | HOLT 002332 – 59 | Panthesis Incorporated - Business Plan Small-world Wide Area Networking (SWAN) | 07/00/2002 | | 802, 901 |
| 271 | | HOLT 000698 – 730 | Panthesis Incorporated – Executive Summary | 00/00/2002 | | 802, 901 |
| 272 | | HOLT 000731 – 32 | Letter from J. Dugan to S. Warner re: The Boeing Management Company/Panthesis Inc.; SWAN Technology License Agreement and Exhibits | 04/22/2002 | | |
| 273 | | HOLT 000733 – 863 | Exclusive Swan Technology License Agreement with Panthesis, Inc. with handwritten notes | 00/00/2002 | | 802, 901 |
| 274 | | HOLT 000230 | Presentation Notes (with handwritten notes) | 00/00/0000 | | 802, 901 |
| 275 | | HOLT 000233 – 35 | Email from C. Pearce to F. Holt and V. Bourassa re: Swan game demo | 11/05/2002 | | |
| 276 | | HOLT 000269 – 71 | Letter from J. Loch to V. Bourassa re: Small World Area Network ("SWAN") – Outline of Terms to Acquire Rights to SWAN Technology (with handwritten notes) | 08/07/2001 | | |
| 277 | | HOLT 000490 – 98 | Email from E. Grant to V. Bourassa re: the biz plan | 07/17/2002 | | 402, 403, 802, 901 |
| 278 | | HOLT 001780 – 809 | Panthesis Incorporated - Business Plan Small-world Wide Area Networking (SWAN) | 09/00/2003 | | |
| 279 | | HOLT 001810 – 26 | Panthesis Incorporated - Addendum to Business Plan Small-world Wide Area Networking (SWAN) | 09/00/2003 | | |
| 280 | | HOLT 001856 – 62 | Swan by Panthesis Incorporated - Like to watch? Want to play? Get connected with SWAN | 00/00/0000 | | |
| 281 | | HOLT 002275 – 82 | Panthesis Inc. Executive Summary | 10/29/2004 | | |
| 282 | | HOLT 002481 – 82 | Panthesis – Executive Summary (with handwritten notes) | 00/00/0000 | | |
| 283 | | HOLT 002489 – 93 | Panthesis, Inc. - Executive Summary (with handwritten notes) | 00/00/2003 | | 802, 901 |
| 284 | | HOLT 002495 – 511 | Panthesis Incorporated - Business Plan v. 0.4 - Small-world Wide Area Networking (SWAN) (with handwritten notes) | 08/29/2002 | | 802, 901 |
| 285 | | HOLT 003709 – 51 | Panthesis Incorporated - Business Plan Small-world Wide Area Networking (SWAN) | 08/00/2002 | | 802, 901 |

SCHEDULE F1 – PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 286 | | Bourassa 000793, Bourassa 002628 – 31, Bourassa 002633, Bourassa 002651 – 52, Bourassa 002668, Bourassa 002696 – 97, Bourassa 002712, Bourassa 002747, Bourassa 003223, Bourassa 003225 – 26, Bourassa 003247, Bourassa 003287, Bourassa 003504 – 10, Bourassa 003525 – 31, Bourassa 003619 – 20 | Handwritten Notes | 00/00/0000 | | 402, 403, 802, 901 |
| 287 | | Bourassa 003228 – 36 | Presentation – "SWAN for Content Distribution – SWAN Small-world Wide Area Networking" by V. Bourassa & F. B. Holt | 00/00/0000 | | 802, 901 |
| 288 | | AB-AWS 014952 – 75 | Presentation – "M&CT Technical Program Review - SWAN: Small-world Wide Area Networking" by V. Bourassa | 00/00/0000 | Bourasssa (07-18-2017) Ex. 170 | 802 |
| 289 | | Bourassa 000909 – 11 | DRAFT Document – Elements of a 90-day business plan for the Swan technology | 05/22/2000 | | 802, 901 |
| 290 | | Bourassa 001146 – 79 | Presentation slides – "Subscribers" | 00/00/0000 | | 802, 901 |
| 291 | | Bourassa 000366 | Boeing - Executive Summary | 00/00/0000 | | 802, 901 |
| 292 | | Bourassa 000367 – 69 | Boeing - Executive Summary with notes | 00/00/0000 | | 802, 901 |
| 293 | | Bourassa 000876 – 77 | Assignments Between the Boeing Company and Panthesis - Draft | 08/31/2000 | | 802, 901 |
| 294 | | Bourassa 003489 – 96 | Presentation – "M&CT/Panthesis Business Vision - Panthesis" by V. Bourassa & F. B. Holt (black/white copy) | 00/00/0000 | | 802, 901 |
| 295 | | HOLT 000488 – 89 | Business Wire Press Release – Boeing and Panthesis Complete SWAN Transaction (color copy) | 07/22/2002 | | |
| 296 | | | Verdict Form, *Acceleration Bay v. Activision*, 16-cv-00453, D.I. 858 | 05/03/2024 | | 402, 403, Excluded during the August 21, 2024 hearing. |
| 297 | | AB-AWS 121752 – 58 | Amazon Webpage - How transit gateways work - https://docs.aws.amazon.com/vpc/latest/tgw/how-transit-gateways-work.html | 02/12/2024 | | 402, 403 |
| 298 | | AB-AWS 122014 – 492 | Amazon Virtual Private Cloud User Guide | 02/08/2024 | | 402, 403 |
| 299 | | AB-AWS 122522 – 42 | Amazon Webpage - Announcing Amazon Virtual Private Gateway Ingress Routing support for Gateway Load Balancer by Tushar Jagdale and Milind Kulkarni - https://aws.amazon.com/blogs/networking-and-content-delivery/announcing-amazon-virtual-private-gateway-ingress-routing-support-for-gateway-load-balancer/ | 08/30/2023 | | 402, 403 |
| 300 | | AB-AWS 122543 – 58 | Amazon Fundamentals Blog - AWS Edge Locations: What They Are and Where to Find Them - https://blog.awsfundamentals.com/aws-edge-locations | 07/23/2023 | | 402, 403 |
| 301 | | AB-AWS 122559 – 63 | Amazon Website - AWS re: Invent 2018: Epic Games Uses AWS to Deliver Fornite to 200 Million Players - https://aws.amazon.com/solutions/case-studies/EPICGames/ | 00/00/2018 | | |
| 302 | | AB-AWS 122564 | Video - AWS re:Invent 2018: Chris Dyle, Director of Platform at Epic Games (Native) | 00/00/0000 | | |
| 303 | | AB-AWS 122565 – 72 | Amazon Webpage - IP addressing for your VPCs and subnets - https://docs.aws.amazon.com/vpc/latest/userguide/vpc-ip-addressing.html | 02/12/2024 | | 402, 403 |
| 304 | | AB-AWS 122573 – 80 | Amazon Webpage - Logging IP traffic using VPC Flow Logs - https://docs.aws.amazon.com/vpc/latest/userguide/flow-logs.html | 02/09/2024 | | 402, 403 |
| 305 | | AB-AWS 122581 – 86 | Amazon Webpage - New - VPC Ingress Routing - Simplifying Integration of Third-Party Appliances by Sebastien Stormacq - https://aws.amazon.com/blogs/aws/new-vpc-ingress-routing-simplifying-integration-of-third-party-appliances/ | 12/03/2019 | | |
| 306 | | AB-AWS 122587 – 601 | Utilities One Webpage - The Role of Network Latency in Online Gaming Competitions - https://utilitiesone.com/the-role-of-network-latency-in-online-gaming-competitions | 07/31/2023 | | 402, 403 |
| 307 | | AB-AWS 122618 – 19 | Amazon Webpage - What is Traffic Mirroring? - https://docs.aws.amazon.com/vpc/latest/mirroring/what-is-traffic-mirroring.html | 02/09/2024 | | 402, 403 |
| 308 | | AB-AWS 122622 – 29 | Amazon Webpage - Amazon EC2 features - https://aws.amazon.com/ec2/features/ | 12/14/2023 | | 402, 403 |

SCHEDULE F1 - PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 309 | | AB-AWS 122630 – 38 | Amazon Webpage - Amazon Virtual Private Cloud - Define and launch AWS resources in a logically isolated virtual network | 00/00/2023 | | 402, 403 |
| 310 | | AB-AWS 122639 – 48 | Amazon Webpage - Amazon VPC features | 00/00/2023 | | 402403 |
| 311 | | AB-AWS 122649 – 66 | Amazon Webpage - Amazon EC2 On-Demand Pricing - https://aws.amazon.com/ec2/pricing/on-demand/#Data_Transfer | 02/08/2024 | | 402, 403 |
| 312 | | AB-AWS 122667 – 71 | Amazon Webpage - Amazon EC2 features - https://aws.amazon.com/ec2/features/ | 01/22/2024 | | 402, 403 |
| 313 | | AB-AWS 122672 – 77 | Amazon Webpage - Amazon VPC features - https://aws.amazon.com/vpc/features/ | 01/22/2024 | | 402, 403 |
| 314 | | AB-AWS 122678 – 83 | Amazon Webpage - Amazon Virtual Private Cloud (VPC) - https://aws.amazon.com/vpc/ | 01/22/2024 | | 402, 403 |
| 315 | | AB-AWS 122684 | Amazon Document - AWS re:Invent - Instance-Based Transit VPC | 00/00/0000 | | |
| 316 | | AB-AWS 122722 – 28 | Amazon Webpage - Getting Started with AWS - Learn the fundamentals and start building on Amazon Web Services - Cloud Basics - https://aws.amazon.com/getting-started/ | 02/12/2024 | | 402, 403 |
| 317 | | AB-AWS 122838 | Amazon Webpage - What is cloud computing? - AWS Whitepaper - https://docs.aws.amazon.com/whitepapers/latest/aws-overview/what-is-cloud-computing.html | 02/12/2024 | | 402, 403 |
| 318 | | AB-AWS 122839 – 45 | Amazon Webpage - Here's how much Amazon Luna costs by Christian de Looper - https://www.aboutamazon.com/news/entertainment/heres-how-much-amazon-luna-costs | 04/06/2023 | | 402, 403, 802, 901 |
| 319 | | AB-AWS 122846 – 51 | Amazon Webpage - Everything you need to know about Amazon's Luna cloud gaming service by Christian de Looper - https://www.aboutamazon.com/news/entertainment/what-is-amazon-luna | 03/29/2023 | | 402, 403 |
| 320 | | AB-AWS 122852 – 54 | Amazon Webpage - What we do - Amazon Web Services - https://www.aboutamazon.com/what-we-do/amazon-web-services | 07/26/2023 | | 402, 403 |
| 321 | | AB-AWS 122874 – 76 | Amazon Webpage - Introducing AWS Transit Gateway - https://aws.amazon.com/about-aws/whats-new/2018/11/introducing-aws-transit-gateway/ | 11/26/2018 | | |
| 322 | | AB-AWS 122877 – 84 | Amazon Webpage - Amazon CloudFront - Securely deliver content with low latency and high transfer speeds - https://aws.amazon.com/cloudfront/ | 01/25/2024 | | 402, 403 |
| 323 | | AB-AWS 122885 – 95 | Amazon Webpage - Amazon CloudFront Key Features - https://aws.amazon.com/cloudfront/features/?whats-new-cloudfront.sort-by=item.additionalFields.postDateTime&whats-new-cloudfront.sort-order=desc | 02/09/2024 | | 402, 403 |
| 324 | | AB-AWS 122896 – 3023 | Amazon Webpage - Amazon EC2 FAQs - https://aws.amazon.com/ec2/faqs/ | 02/09/2024 | | 402, 403 |
| 325 | | AB-AWS 123024 – 38 | Amazon Webpage - Amazon EC2 On-Demand Pricing - Region (US East (Ohio)) - https://aws.amazon.com/ec2/pricing/on-demand/#Data_Transfer | 02/08/2024 | | 402, 403 |
| 326 | | AB-AWS 123039 – 53 | Amazon Webpage - Amazon EC2 On-Demand Pricing - Region (US West (Oregon)); https://aws.amazon.com/ec2/pricing/on-demand/#Data_Transfer | 02/08/2024 | | 402, 403 |
| 327 | | AB-AWS 123054 – 68 | Amazon Webpage - Amazon EC2 On-Demand Pricing - Region (US West (Verizon)) - San Francisco Bay Area - https://aws.amazon.com/ec2/pricing/on-demand/#Data_Transfer | 02/08/2024 | | 402, 403 |
| 328 | | AB-AWS 123069 – 82 | Amazon Webpage - Amazon EC2 On-Demand Pricing - Region (US East (N. Virginia)); https://aws.amazon.com/ec2/pricing/on-demand/#Data_Transfer | 02/08/2024 | | 402, 403 |
| 329 | | AB-AWS 123083 – 90 | Amazon Webpage - Amazon EC2 On-Demand Pricing - Region (US East (Ohio)) - https://aws.amazon.com/ec2/pricing/on-demand/ | 02/09/2024 | | 402, 403 |
| 330 | | AB-AWS 123091 – 99 | Amazon Webpage - Amazon Elastic Kubernetes Service - https://aws.amazon.com/eks/ | 02/09/2024 | | 402, 403 |
| 331 | | AB-AWS 123100 – 07 | Amazon Webpage - Amazon EKS FAQs - https://aws.amazon.com/eks/faqs/ | 02/09/2024 | | 402, 403 |
| 332 | | AB-AWS 123108 – 13 | Amazon Webpage - Amazon Lightsail or Amazon EC2 - Compare Free Cloud Servers - https://aws.amazon.com/free/compute/lightsail-vs-ec2/ | 01/25/2024 | | 402, 403 |
| 333 | | AB-AWS 123114 – 18 | Amazon Webpage - Amazon GameLift - Dedicated server Management for session-based muliplayer games - https://aws.amazon.com/gamelift/ | 02/10/2024 | | 402, 403 |
| 334 | | AB-AWS 123119 – 36 | Amazon Webpage - Amazon GameLift Features - https://aws.amazon.com/gamelift/features/ | 02/09/2024 | | 402, 403 |
| 335 | | AB-AWS 123137 – 46 | Amazon Webpage - AWS Lambda - https://aws.amazon.com/lambda/ | 01/25/2024 | | 402, 403 |

12

SCHEDULE F1 - PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 336 | | AB-AWS 123153 – 59 | Amazon Webpage - AWS Transit Gateway - Connect Amazon VPCs, AWS accounts, and on-premises networks to a single gateway - https://aws.amazon.com/transit-gateway/ | 02/10/2024 | | 402, 403 |
| 337 | | AB-AWS 123160 – 67 | Amazon Webpage - Amazon Virtual Private Cloud - Define and launch AWS resources in a logically isolated virtual network - https://aws.amazon.com/vpc/ | 02/09/2024 | | 402, 403 |
| 338 | | AB-AWS 123168 – 84 | Amazon Webpage - Amazon VPC FAQs - https://aws.amazon.com/vpc/faqs/ | 02/09/2024 | | 402, 403 |
| 339 | | AB-AWS 123185 – 89 | Amazon Webpage - Amazon VPC features - https://aws.amazon.com/vpc/features/ | 02/10/2024 | | 402, 403 |
| 340 | | AB-AWS 123190 – 99 | Amazon Webpage - What is cloud computing? - https://aws.amazon.com/what-is-cloud-computing/?nc2=h_ql_le_int_cc. | 01/25/2024 | | 402, 403 |
| 341 | | AB-AWS 123200 – 10 | Boeing Webpage - Boeing General Information - https://www.boeing.com/company#general-information | 02/09/2024 | | 402, 403, 802, 901 |
| 342 | | AB-AWS 123211 – 14 | Cisco Webpage - What is Computer Networking? - https://www.cisco.com/c/en/us/solutions/enterprise-networks/what-is-computer-networking.html | 02/09/2024 | | 402, 403, 802, 901 |
| 343 | | AB-AWS 123215 – 34 | Demand Usage Webpage - Twitch Statistics in 2024 (Users, Revenue & Streamers) by Rohit Shewale - https://www.demandusage.com/twitch-users/ | 01/19/2024 | | 402, 403, 802, 901 |
| 344 | | AB-AWS 123235 – 41 | Amazon Webpage - What is Amazon EC2? - https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/concepts.html | 02/10/2024 | | 402, 403 |
| 345 | | AB-AWS 123242 – 47 | Amazon Webpage - What is Amazon GameLift? - https://docs.aws.amazon.com/gamelift/latest/developerguide/gamelift-intro.html | 01/25/2024 | | 402, 403 |
| 346 | | AB-AWS 123248 – 51 | Amazon Webpage - What is Amazon GameLift FlexMatch? - https://docs.aws.amazon.com/gamelift/latest/flexmatchguide/match-intro.html | 02/09/2024 | | 402, 403 |
| 347 | | AB-AWS 123252 – 87 | Amazon EKS User Guide | 01/23/2024 | | 402, 403 |
| 348 | | AB-AWS 124288 – 90 | Amazon Webpage - What is VPC peering? - https://docs.aws.amazon.com/vpc/latest/peering/what-is-vpc-peering.html | 02/08/2024 | | 402, 403 |
| 349 | | AB-AWS 124291 – 361 | Amazon Virtual Private Cloud - VPC Peering | 07/20/2020 | | |
| 350 | | AB-AWS 124362 – 79 | Expert Market Research Webpage - Global Broadcast and Media Technology Market Size, Growth: By Platform: DTT, Satellite, Cable, OTT, IPTV - By Component: Software, Services - By Solution: Web Content Management, Content Storage Solutions, Editorial and Print Workflow, Others - By Application: Regional Analysis: Competitive Landscape: 2024-2032 - https://www.expertmarketresearch.com/reports/broadcast-and-media-technology-market | 01/25/2024 | | 402, 403, 802, 901 |
| 351 | | AB-AWS 124380 – 90 | Grand View Research Webpage - Cloud Computing Market Size, Share & Trends Analysis Report By Service (SaaS, IaaS), By Deployment, By Enterprise Size, By End-use, By Region, and Segment Forecasts - 2023-2030 - https://www.grandviewresearch.com/industry-analysis/cloud-computing-industry | 01/25/2024 | | 402, 403, 802, 901 |
| 352 | | AB-AWS 124391 – 98 | Grand View Research Webpage - Cloud Gaming Market Size, Share & Trends Analysis Report By Type (File Streaming, Video Streaming), By Gamer Type (Casual Gamers, Avid Gamers), By Device, By Region, And Segment Forecasts, 2023-2030 - https://www.grandviewresearch.com/industry-analysis/cloud-gaming-market | 01/25/2024 | | 402, 403, 802, 901 |
| 353 | | AB-AWS 124399 – 422 | Growth Devil Webpage - 29 + Amazon Prime Statistics 2024 (Subscribers & Revenue) by Brian - https://www.growthdevil.com/amazon-prime-statistics#:~:text=Amazon Prime Video generated %245.16. billion in revenue in 2022. | 09/04/2023 | | 402, 403, 802, 901 |
| 354 | | AB-AWS 124423 – 29 | Boeing Press Release - Boeing Reports Strong Fourth-Quarter Results and Provides 2012 Guidance - https://investors.boeing.com/investors/news/press-release-details/2012/Boeing-Reports-Strong-Fourth-Quarter-Results-and-Provides-2012-Guidance/default.aspx | 01/25/2012 | | 402, 403, 802, 901 |

SCHEDULE F1 - PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 355 | | AB-AWS 124434 – 47 | Markets and Markets Webpage - Cloud Computing Market by Service Model (IaaS, PaaS, SaaS), Deployment Model (Public Cloud, Private Cloud, Hybrid Cloud), Organization Size, Vertical (BFSI, Telecommunications, Manufacturing, Retail & Consumer Goods) and Region - Global Forecast to 2028 - https://www.marketsandmarkets.com/Market-Reports/cloud-computing-market-234.html | 12/00/2023 | | 402, 403, 802, 901 |
| 356 | | AB-AWS 124448 – 55 | Business Wire - Amazon Press Release - Amazon.com Announces Fourth-Quarter Sales up 35% to $17.43 Billion - Kindle Device Sales Nearly Triple During the Holidays - https://press.aboutamazon.com/2012/1/amazon-com-announces-fourth-quarter-sales-up-35-to-17-43-billion-kindle-device-sales-nearly-triple-during-the-holidays | 01/31/2012 | | 402, 403, 802, 901 |
| 357 | | AB-AWS 124456 – 59 | Business Wire - Amazon Press Release - Amazon.com to Acquire Twitch - https://press.aboutamazon.com/2014/8/amazon-com-to-acquire-twitch | 08/25/2014 | | 402, 403, 802, 901 |
| 358 | | AB-AWS 124460 – 5536 | Amazon.com 10K's for FY 2011 through 2022 | 2011-2022 | | 403, 901 |
| 359 | | AB-AWS 125537 – 47 | Statista Market Forecast - Cloud Gaming - Worldwide - https://www.statista.com/outlook/amo/media/games/cloud-gaming/worldwide | 01/25/2024 | | 402, 403, 802, 901 |
| 360 | | AB-AWS 125548 – 55 | TechHive Webpage - How to pay less for Amazon Prime Video by Jared Newman - https://www.techhive.com/article/613201/how-to-pay-less-for-amazon-prime-video.html | 02/09/2022 | | 402, 403, 802, 901 |
| 361 | | AB-AWS 125556 – 64 | Verified Market Research Webpage - Cloud Content Delivery Network Market Size and Forecast - https://www.verifiedmarketresearch.com/product/content-delivery-network-market/ | 01/25/2024 | | 402, 403, 802, 901 |
| 362 | | AB-AWS 125658 – 69 | CNBC Webpage - How Amazon's cloud business generates billions in profit by Jordan Novet - https://www.cnbc.com/2021/09/05/how-amazon-web-services-makes-money-estimated-margins-by-service.html | 09/05/2021 | | 802, 901 |
| 363 | | AB-AWS 125670 – 73 | Statista - Annual revenue of Amazon Web Servies (ASW) from 2013 to 2023 - https://statista.com/statistics/233725/development-of-amazon-web-services-revenue/ | 02/09/2024 | | 402, 403, 802, 901 |
| 364 | | AMZ_AB_000128512 | Excel Spreadsheet – Lambda Historical P&L (Native) | 2016-2017 | | 403 |
| 365 | | AMZ_AB_000128689 | Excel Spreadsheet – EC2 usage of VPC Peering (Native) | 2016-2024 | | |
| 366 | | AMZ_AB_000128690 | Excel Spreadsheet – EC2 count of VPCs (Native) | 2016-2022 | | |
| 367 | | AMZ_AB_000128691 | Excel Spreadsheet – EC2 usage of Transit Gateway (Native) | 00/00/0000 | | |
| 368 | | BOEING-AWS 00035 – 36 | 2001 Boeing Special Invention Awards Ceremony Disclosure | 00/00/2001 | | |
| 369 | | | Exhibits to the Opening, Supplemental, and Reply Expert Reports of Lance Gunderson | 02/12/2024, 03/27/2024, 04/05/2024 | | 106, 403, 802 Mr. Gunderson's supplemental expert report is dated March 7, 2024. Please confirm the date listed is in error. |
| 370 | | AB-AWS 002172 – 78 | Patent License Agreement between Boeing Intellectual Property Licensing Company and Acceleration Bay LLC | 12/10/2014 | | |
| 371 | | | WITHDRAWN | | | |
| 372 | | | WITHDRAWN | | | |
| 373 | | BOEING-AWS 00231 – 32 | Amendment No. 1 to Agreement #2013-IRSZJJ8 between Boeing Intellectual Property Licensing Company and Acceleration Bay LLC | 06/15/2016 | | |
| 374 | | AB-AWS 107492 – 528 | Excerpts from Tanenbaum, Andrew S. - Computer Networks (3rd Ed.) | 00/00/1996 | | |
| 375 | | AB-AWS 107529 – 33 | Excerpts from Microsoft Computer Dictionary (4th Ed.) | 00/00/1999 | | |
| 376 | | AB-AWS 107534 | International Telecommunication Union Webpage - X.25 : Interfact between Data Terminal Equipment (DTE) and Data Circuit-termingating Equipment (DCE) for terminals operating in the packet mode and connected to public data networks by dedicated circuit | 09/20/2017 | | |
| 377 | | AB-AWS 107535 – 45 | Wikipedia Webpage - X.25 | 09/20/2017 | | 802, 901 |
| 378 | | AB-AWS 107546 – 53 | Wikipedia Webpage - Network topology | 09/20/2017 | | 802, 901 |
| 379 | | AB-AWS 107554 – 57 | Wikipedia Webpage - Complete graph | 09/20/2017 | | 802, 901 |

SCHEDULE F1 - PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 380 | | AB-AWS 107558 – 60 | Wikipedia Webpage - Regular graph | 09/20/2017 | | 802, 901 |
| 381 | | AB-AWS 107561 – 63 | TES Webpage - OSI Model | 07/16/2016 | | 802, 901 |
| 382 | | | Complaint for Declaratory Judgment of Non-Infringement, *Epic Games, Inc. v. Acceleration Bay LLC*, No. 19-cv-04133 (N.D. Cal.) | 07/18/2019 | | |
| 383 | | | Acceleration Bay, LLC's Answer and Counterclaims, *Epic Games, Inc. v. Acceleration Bay LLC*, No. 19-cv-04133 (N.D. Cal.) | 11/05/2019 | | |
| 384 | | | U.S. Patent 5,350,303 | | | 402, 403, subject to MIL |
| 385 | | | U.S. Patent 5,404,507 | | | 402, 403, subject to MIL |
| 386 | | | U.S. Patent 5,509,074 | | | 402, 403, subject to MIL |
| 387 | | | U.S. Patent 5,623,656 | | | 402, 403, subject to MIL |
| 388 | | | U.S. Patent 5,649,131 | | | 402, 403, subject to MIL |
| 389 | | | U.S. Patent 5,835,727 | | | 402, 403, subject to MIL |
| 390 | | | U.S. Patent 6,041,316 | | | 402, 403, subject to MIL |
| 391 | | | U.S. Patent 6,049,524 | | | 402, 403, subject to MIL |
| 392 | | | U.S. Patent 6,278,712 | | | 402, 403, subject to MIL |
| 393 | | | U.S. Patent 6,490,246 | | | 402, 403, subject to MIL |
| 394 | | | Original Complaint for Patent Infringement, *International Business Machines Corporation v. Amazon.com, Inc.,* No. 06-cv-00242 (E.D. Tex.) | 10/23/2006 | | 402, 403, subject to MIL |
| 395 | | | Original Complaint for Patent Infringement, *International Business Machines Corporation v. Amazon.com, Inc*., No. 06-cv-00452 (E.D. Tex.) | 10/23/2006 | | 402, 403, subject to MIL |
| 396 | | | U.S. Patent 5,319,542 | | | 402, 403, subject to MIL |
| 397 | | | U.S. Patent 5,442,771 | | | 402, 403, subject to MIL |
| 398 | | | U.S. Patent 5,446,891 | | | 402, 403, subject to MIL |
| 399 | | | U.S. Patent 5,796,967 | | | 402, 403, subject to MIL |
| 400 | | | U.S. Patent 7,072,849 | | | 402, 403, subject to MIL |
| 401 | | AMZ_AB_000004102 – 17 | Amazon Webpage - Amazon EC2 Instance Types | 00/00/2022 | | |
| 402 | | AMZ_AB_000013520 – 27 | Amazon Webpage - AWS Lambda -   https://aws.amazon.com/lambda/ | 10/11/2022 | | |
| 403 | | AMZ_AB_000098822 – 9212 | AWS Network Manager API Reference, API Version 2019-07-05 | 00/00/2022 | | |
| 404 | | AMZ_AB_000122436 – 84 | AWS Whitepaper – Building a Scalable and Secure Multi-VPC AWS Network Infrastructure | 00/00/2023 | | |
| 405 | | AMZ_AB_000122642 – 733 | AWS Network Manager - AWS Global Networks for Transit Gateways User Guide | 00/00/2023 | | |
| 406 | | AMZ_AB_000124310 – 430 | Amazon VPC - AWS Transit Gateway | 00/00/2023 | | |
| 407 | | AB-AWS 015348 – 59 | Declaration of Dr. Fred. B. Holt in Support of Patent Owner's Response, *Activision v. Acceleration Bay*, IPR2015-01972 (U.S. Patent 6,701,344) (Patent Owner Exhibit 2024) | 07/17/2016 | Holt (05-31-2017) Ex. 3 | |
| 408 | | AB-AWS 015379 | Handwritten Notes (Patent Owner Exhibit 2047) | 03/27/1997 | Holt (05-31-2017) Ex. 5 | 802, 901 |
| 409 | | AB-AWS 015380 | Printout of a source code C++ header file (Patent Owner Exhibit 2048) | 04/22/1997 | Holt (05-31-2017) Ex. 6 | 802, 901 |
| 410 | | AB-AWS 015381 – 85 | Printout of a source code C software module (Patent Owner Exhibit 2049) | 06/08/1999 | Holt (05-31-2017) Ex. 7 | 802, 901 |
| 411 | | AB-AWS 015386 – 409 | Declaration of Fred B. Holt, *Activision v. Acceleration Bay*, IPR2015-01951 (U.S. Patent 6,714,966) (Patent Owner Exhibit 2003) | 04/20/2016 | Holt (05-31-2017) Ex. 8 | |
| 412 | | AB-AWS 027057 – 60 | Declaration of Scott Smith in Support of Patent Owner's Response, *Activision v. Acceleration Bay*, IPR2015-01951 (U.S. Patent 6,714,966) (Patent Owner Ex. 2027) | 07/17/2016 | | |
| 413 | | AB-AWS 119815 – 31 | Declaration of Mr. Virgil Bourassa in Support of Patent Owner's Response, *Activision v. Acceleration Bay*, IPR2016-00724 (U.S. Patent 6,920,497) (Patent Owner Ex. 2006) | 12/12/2016 | Bourassa (02-13-2017) Ex. 204 | |
| 414 | | AB-AWS 057713 – 51 | Declaration of Dr.Harry Bims in Support of Patent Owner's Response, *Activision v. Acceleration Bay*, IPR2015-01972 (U.S. Patent 6,701,344) (Patent Owner Exhibit 2023) | 07/17/2016 | | |

SCHEDULE F1 - PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 415 | | AB-AWS 057764 –80 | Declaration of Virgil B. Bourassa in Support of Patent Owner's Response, *Activision v. Acceleration Bay*, IPR2015-01972 (U.S. Patent 6,701,344) (Patent Owner Exhibit 2025) | 07/17/2016 | | |
| 416 | | AB-AWS 058045 – 90 | U.S. Patent 7,792,968, *Activision v. Acceleration Bay*, IPR2015-01972 (U.S. Patent 6,701,344) (Patent Owner Exhibit 2040) | 09/07/2010 | | 402, 403 |
| 417 | | AB-AWS 058091 – 136 | U.S. Patent 8,396,984, *Activision v. Acceleration Bay*, IPR2015-01972 (U.S. Patent 6,701,344) (Patent Owner Exhibit 2041) | 03/12/2013 | | 402, 403 |
| 418 | | | Final Written Decisions, *Activision v. Acceleration Bay*, IPR2015-01970 (Paper 106), IPR2015-01951 (Paper 107), IPR2016-00747 (Paper 50), IPR2015-01964 (Paper 108) | 00/00/2017 | | 402, 403, subject to MIL |
| 419 | | HOLT 000285 – 310 | Exclusive Swan Technology License Agreement with Panthesis, Inc. with handwritten notes | 00/00/2002 | | 802, 901 |
| 420 | | AMZ_AB_000003483 – 99 | Amazon Webpage - Cloud Financial Management with AWS | 00/00/2022 | | |
| 421 | | AMZ_AB_000003500 – 05 | Amazon Webpage - AWS Pricing | 00/00/2022 | | |
| 422 | | AMZ_AB_000004043 – 54 | Amazon Webpage - Amazon EC2 On-Demand Pricing | 00/00/2022 | | |
| 423 | | AMZ_AB_000004055 – 57 | Amazon Webpage - Amazon EC2 Spot Instances Pricing | 00/00/2022 | | |
| 424 | | AMZ_AB_000013537 – 49 | Amazon Webpage - AWS Lambda Pricing | 00/00/2022 | | |
| 425 | | AMZ_AB_000125662 | Excel Spreadsheet - EC2 and GameLift Usage, Revenue | 00/00/2018 - 00/00/2019 | | 402, 403 |
| 426 | | AMZ_AB_000128449 | Excel Spreadsheet - 2016 - 2022 Rate Cards | 00/00/2016 - 00/00/2022 | | |
| 427 | | AMZ_AB_000127850 – 985 | Amazon CloudFront Pricing Documents | 00/00/0000 | | 402, 403, 901 |
| 428 | | AMZ_AB_000128129 – 225 | Amazon Transit Gateway Pricing Documents | 00/00/0000 | | 402, 403 (as to AMZ_AB_000128160 - 221), 901 |
| 429 | | AMZ_AB_000125785 – 838, 125843 – 856, 125862 – 68, 125873 – 77, 125882 – 945 | Amazon VPC Pricing Documents | 00/00/0000 | | 402, 403, 901 |
| 430 | | Bourassa 002672 – 83 | Panthesis Presentation – M&CT/Panthesis Business Vision - by V. Bourassa & F. B. Holt (color copy) | 00/00/0000 | | |
| 431 | | HOLT 000274 – 77 | Email from V. Bourassa to L. Magnotti re: final draft with handwritten notes | 00/00/0000 | | |
| 432 | | HOLT 000509 – 10 | Email from J. Kavanagh to F. Holt | 00/00/2002 | | 402, 403 |
| 433 | | | Amazon Webpage - Guidance for Multi-Tenant Architectures on AWS - https://aws.amazon.com/solutions/guidance/multi-tenant-architectures-on-aws/ | 05/30/2024 | | 402, 403 |
| 434 | | AMZ_AB_000124306 – 07 | Amazon Wiki Webpage - AWS Transit Gateway - https://w.amazon.com/bin/view/TransmitGateway | 05/22/2023 | | 402, 403 |
| 435 | | | Amazon Whitepaper - Overview of Amazon Web Services - https://docs.aws.amazon.com/whitepapers/latest/aws-overview/security-and-compliance.html | 00/00/2024 | | 402, 403 |
| 436 | | | Reuters - Amazon makes cloud contract more customer-friendly as rivals loom by Salvador Rodriguez - https://www.reuters.com/article/us-amazon-com-patents/amazon-makes-cloud-contract-more-customer-friendly-as-rivals-loom-idUSKBN1A32IH/ | 07/18/2017 | | 402, 403, 802, 901 |
| 437 | | | Geekwire Webpage - Amazon Web Services drops controversial patent clause from standard user agreement by Tom Krazit - https://www.geekwire.com/2017/amazon-web-services-drops-controversial-patent-clause-standard-user-agreement/#:~:text=Amazon%20Web%20Services%20has%20quietly,against%20the%20public%20cloud%20vendor | 07/13/2017 | | 402, 403, 802, 901 |
| 438 | | | Amazon Webpage - AWS Updated the AWS Customer Agreement - https://aws.amazon.com/about-aws/whats-new/2017/07/aws-updated-customer-agreement-on-june-28-2017/ | 07/14/2017 | | 402, 403 |
| 439 | | BOEING-AWS 00238 – 262 | Amended and Restated AWS Enterprise Customer Agreement | 02/25/2022 | | 402, 403, 802, 901 |

16

SCHEDULE F1 - PLAINTIFF'S TRIAL EXHIBIT LIST

| PTX Ex. No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. | Defendant's Objections |
|---|---|---|---|---|---|---|
| 440 | | | Wayback Machine Webpage - AWS Customer Agreement https://web.archive.org/web/20170216115144/https://aws.amazon.com/agreement/ | 02/16/2017 | | 402, 403, 802, 901 |
| 441 | | AMZ_AB_000125440 – 51 | Amazon Webpage - Amazon CloudFront Key Features - https://aws.amazon.com/cloudfront/features/?whats-new-cloudfront.sort-by=item.additional Fields.postDateTime&whats-new-cloudfront.sort-order=desc | 06/14/2023 | | 402, 403 |
| 442 | | AMZ_AB_000120864 – 77 | Amazon Document - CloudFront Prefix List Design Document | 00/00/0000 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

17

Schedule F2 - Defendant's Trial Exhibit List

**Plaintiff Acceleration Bay, LLC's Key of Objections**

| Objection List | Abbreviation |
|---|---|
| Authenticity (FRE 901): This evidence has not been authenticated/the testimony fails to authenticate the deposition exhibit. | A |
| Best Evidence (FRE 1001-1003) | B |
| Improper Character Evidence (FRE 404, 608, 609) | CE |
| Multiple documents are listed as a single exhibit/improper compilation | COMP |
| Duplicative, asked and answered, or unintelligible testimony (FRE 403, 611) | D |
| Subject to motion in *limine* and/or evidentiary dispute raised in the Pretrial Statement | EXC |
| Lack of Foundation/Personal Knowledge (FRE 602) | F |
| Hearsay (FRE 801, 802) | H |
| Incomplete/unintelligible document or testimony | IC |
| Improper Legal Conclusion (FRE 401, 611) or improper evidence of a legal issue decided by the Court | LC |
| Documents Not Produced During Discovery | NP |
| Not Related—Counter Designation is Not Related to Initial Designations | NR |
| Not Testimony | NT |
| Privilege (FRE 501) | P |
| Irrelevant, Unfair Prejudice, Confusing, Waste of Time (FRE 401, 402, 403) | 403 |

| Objection List | Abbreviation |
|---|---|
| Leading/Waste of Time (FRE 611): Evidence will result in waste of time, cause witnesses harassment or undue embarrassment, or is testimony elicited with leading questions. | 611 |
| Improper Lay Opinion (FRE 701) | 701 |
| Improper Expert Opinion/Testimony (FRE 702) | 702 |
| Improper summary, chart, or calculation (FRE 1006) | 1006 |
| *Acceleration Bay notes that these objections are based on Amazon's anticipated use of the evidence.  Acceleration Bay is not waiving the right to use the evidence for another purpose.* | |

- 2 -

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-1 | AB-AWS 114383 | AB-AWS 114415 | Building a Scalable and Secure Multi-VPC AWS Network Infrastructure (2020 version) | F, 403 |
| DTX-2 | AMZ_AB_000122388 | AMZ_AB_000122401 | Big Mac Overview | F, 403 |
| DTX-3 | AMZ_AB_000095307 | AMZ_AB_000095360 | Amazon Virtual Private Cloud - VPC Peering | F, 403 |
| DTX-4 | AMZ_AB_000124584 | AMZ_AB_000124596 | Hyperplane Control Plane | F, 403 |
| DTX-5 | AMZ_AB_000122356 | AMZ_AB_000122369 | BigMac Architecture Overview | F, 403 |
| DTX-6 | AB-AWS 000294 | AB-AWS 000707 | Post-Grant History of U.S. Patent No. 6,701,344 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-7 | AB-AWS 000708 | AB-AWS 001114 | Post-Grant History of U.S. Patent No. 6,714,966 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-8 | AB-AWS 001115 | AB-AWS 001330 | Post-Grant History of U.S. Patent No. 6,732,147 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-9 | AB-AWS 001331 | AB-AWS 001660 | Post-Grant History of U.S. Patent No. 6,819,634 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-10 | AB-AWS 019394 | AB-AWS 019404 | Patent License Agreement between Boeing Management Company and Sony Computer Entertainment America Inc. effective November 19, 2006 ("Boeing – Sony Agreement") | D (DTX-48), F, 403, 702, EXC |
| DTX-11 | AMZ_AB_000095853 | AMZ_AB_000095968 | Amazon VPC - AWS Transit Gateway | F, 403 |
| DTX-12 | AB-AWS 001661 | AB-AWS 002038 | Prosecution History of U.S. Patent No. 6,910,069 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-13 | AB-AWS 002058 | AB-AWS 002059 | 8/7/2001 Letter from J. Loch to V. Bourassa Re: SWAN - Outline of Terms to Acquire Rights to SWAN Technology | F, H, 403 |
| DTX-14 | AB-AWS 002088 | AB-AWS 002120 | Panthesis 2002 Business Plan | F, 403 |
| DTX-15 | AB-AWS 002150 | AB-AWS 002153 | 5/23/2003 Email from L. Magnotti to F. Holt Re: Panthesis financial status | F, H, 403 |
| DTX-16 | Intentionally Omitted - Moved to Joint Exhibit List as JTX-5. | | | |
| DTX-17 | AB-AWS 002172 | AB-AWS 002178 | 12/10/2014 Boeing-Acceleration Bay Patent License Agreement (signed 2016) | D, F, 403, 702, EXC |
| DTX-18 | Intentionally Omitted - Moved to Joint Exhibit List as JTX-4. | | | |
| DTX-19 | AB-AWS 002236 | AB-AWS 002469 | Prosecution History of U.S. Patent No. 6,701,344 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-20 | AB-AWS 002039 | AB-AWS 002057 | Cross License and Settlement Agreement between Acceleration Bay and Epic Games | F, 403, 702, EXC, Opens Door |
| DTX-21 | AB-AWS 002470 | AB-AWS 002899 | Prosecution History of U.S. Patent No. 6,714,966 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-22 | AMZ_AB_000120917 | AMZ_AB_000120928 | Big Mac with Special Sauce | F, 403 |
| DTX-23 | AB-AWS 002900 | AB-AWS 003148 | Prosecution History of U.S. Patent No. 6,732,147 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-24 | AB-AWS 003149 | AB-AWS 003398 | Prosecution History of U.S. Patent No. 6,829,634 | COMP, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-25 | AB-AWS 012157 | AB-AWS 012165 | 9/22/2020 AWS Case Study: Twitch | F, H, 403 |
| DTX-26 | AB-AWS 014901 | AB-AWS 014923 | 12/15/2000 Draft Newco Business Plan | F, 403, EXC, 701, 702 |
| DTX-27 | AB-AWS 015132 | AB-AWS 015132 | Email from Richard Kolar to Virgil Bourassa with subject "Boeing mtg. 5-19-2005" dated May 23, 2005 | F, H, 403 |
| DTX-28 | AB-AWS 015517 | AB-AWS 015532 | 10/31/2005 Letter from M. Ditmore to N. Radovsky Re: Natasha Radovsky - Boeing Intellectual Property Business (alternative Bates: HOLT 000870-85) | F, H, 403, 611, 702, EXC |
| DTX-29 | AB-AWS 015865 | AB-AWS 015872 | 2/12/2003 TCM Strategic Analysis for Panthesis (alternative Bates: HOLT 002321-28) | F, H, 403 |
| DTX-30 | AMZ_AB_000125718 | AMZ_AB_000125728 | Confidential Patent License Agreement between Amazon.com, Inc. and ZitoVault, Inc. effective October 15, 2021 | F, 403, 702, EXC |
| DTX-31 | AB-AWS 016063 | AB-AWS 016077 | "Supporting online communities: the untethered approach" by Bourassa and Holt - keynote presentation slide deck (alternative Bates: HOLT 001756-70) | F, 403 |
| DTX-32 | AB-AWS 016172 | AB-AWS 016178 | Panthesis Business Plan (alternative Bates: HOLT 001856-62) | F, 403 |
| DTX-33 | AMZ_AB_000124576 | AMZ_AB_000124583 | Multicast on Hyperplane | D, F, H, 403 |
| DTX-34 | AB-AWS 016839 | AB-AWS 016841 | April 29, 2019 Letter from Acceleration Bay to Alibaba | F, H, 403, 611, 702, EXC |
| DTX-35 | AB-AWS 016845 | AB-AWS 016846 | September 21, 2020 Notice of Patents from Acceleration Bay to Apple | F, H, 403, 611, 702, EXC |
| DTX-36 | AB-AWS 016847 | AB-AWS 016849 | March 4, 2019 - Notice of Patent from Acceleration Bay to Comcast | F, H, 403, 611, 702, EXC |
| DTX-37 | AB-AWS 016850 | AB-AWS 016852 | May 28, 2019 Letter - Notice of Patent from Acceleration Bay to Fastly Inc. | F, H, 403, 611, 702, EXC |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-38 | AB-AWS 016853 | AB-AWS 016854 | June 20, 2019 letter from Acceleration Bay to Imperva | F, H, 403, 611, 702, EXC |
| DTX-39 | AB-AWS 016855 | AB-AWS 016857 | March 13, 2019 - Notice of Patent from Acceleration Bay to Limelight Networks | F, H, 403, 611, 702, EXC |
| DTX-40 | HOLT 000870 | HOLT 000885 | Intigroup Response to Request for Proposal to Obtain Intellectual Property Rights (alternative Bates: AB-AWS 019567-82) | F, H, 403, 611, 702, EXC |
| DTX-41 | AB-AWS 016858 | AB-AWS 016859 | September 21, 2020 Notice of Patents from Acceleration Bay to LogMeIn Inc. | F, H, 403, 611, 702, EXC |
| DTX-42 | AB-AWS 016860 | AB-AWS 016861 | September 21, 2020 Notice of Patents From Acceleration Bay to Ring Central | F, H, 403, 611, 702, EXC |
| DTX-43 | AB-AWS 016862 | AB-AWS 016864 | May 21, 2018 Letter - Notice of Patent from Acceleration Bay to Riot Games | F, H, 403, 611, 702, EXC |
| DTX-44 | AMZ_AB_000095361 | AMZ_AB_000095729 | Amazon Virtual Private Cloud User Guide | F, 403 |
| DTX-45 | AB-AWS 016865 | AB-AWS 016866 | September 21, 2020 Notice of Patents from Acceleration Bay to Slack | F, H, 403, 611, 702, EXC |
| DTX-46 | AB-AWS 016867 | AB-AWS 016869 | May 12, 2017 Letter - Notice of Patent from Acceleration Bay to Ubisoft | F, H, 403, 611, 702, EXC |
| DTX-47 | AB-AWS 016870 | AB-AWS 016872 | April 29, 2019 Letter From Acceleration Bay to Verizon | F, H, 403, 611, 702, EXC |
| DTX-48 | AB-AWS 018618 | AB-AWS 018628 | Boeing-Sony Patent License Agreement | D (DTX-10), F, 403, 702, EXC |
| DTX-49 | Intentionally Omitted - Moved to Joint Exhibit List as JTX-5. | | | |
| DTX-50 | AMZ_AB_000120687 | AMZ_AB_000120699 | AWS Enterprise Agreement between Amazon Web Services LLC and The Boeing Company effective October 5, 2010 | F, 403, LC, EXC |
| DTX-51 | AB-AWS 020147 | AB-AWS 020214 | June 2, 2017 Conservation International call notes | F, H, 403, 611, EXC |
| DTX-52 | AB-AWS 020215 | AB-AWS 020252 | AB-Hamilton Capital Promissory Note | F, 403, 611, EXC |
| DTX-53 | AB-AWS 020265 | AB-AWS 020271 | Overview of PhoneTorrent | F, H, 403, 611, EXC |
| DTX-54 | AB-AWS 020272 | AB-AWS 020287 | Overview of Cloud ETV | F, H, 403, 611, EXC |
| DTX-55 | AWS_SRC_CODE_000000016 | AWS_SRC_CODE_000000021 | 2023-09-25 AB SC Production\VPC Peering\Matt Barr-2023-07-19\apis\mysql\CreatePeering.java | F, 403 |
| DTX-56 | AB-AWS 020302 | AB-AWS 020312 | April 22, 2015 Email from F. Holt to P. Andre Re: Boeing patents | COMP, F, H, P, 403, 611, EXC |
| DTX-57 | AB-AWS 020313 | AB-AWS 020313 | E-mail chain between Joe Ward and Fred Holt | F, H, 403 |
| DTX-58 | AB-AWS 020314 | AB-AWS 020319 | September 20, 2015 Email from F. Holt to J. Ward Re: Swan - thoughts w/attachment | F, H, 403 |
| DTX-59 | AB-AWS 041523 | AB-AWS 041526 | Declaration of Smith ISO IPR2015-01964 | F, H, LC, 403, 702, EXC |
| DTX-60 | AMZ_AB_000124308 | AMZ_AB_000124308 | Excel Sheet: Boeing Usage Data | A, B, D, F, H, LC, 403, 611, 1006, EXC |
| DTX-61 | AB-AWS 066457 | AB-AWS 066524 | March 11, 2016 Petition for Inter Partes Review of 6,910,069 | D, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-62 | AB-AWS 095604 | AB-AWS 095677 | June 16, 2017 Petition for Inter Partes Review of 6,910,069 | D, F, H, LC, 403, 702, EXC, Opens Door |
| DTX-63 | AB-AWS 095995 | AB-AWS 096006 | Holt Declaration in IPR2015-01951 | F, H, LC, 403, 702, EXC, Opens Door |
| DTX-64 | AB-AWS 096007 | AB-AWS 096023 | Bourassa Declaration in IPR2015-01951 (production range is AB-AWS 096007-23) | F, H, LC, 403, 702, EXC, Opens Door |
| DTX-65 | AB-AWS 101685 | AB-AWS 101686 | May 12, 2017 Letter - Notice of Patent from Acceleration Bay to Nintendo | F, H, 403, 611, 702, EXC, Opens Door |
| DTX-66 | AWS_SRC_CODE_000000304 | AWS_SRC_CODE_000000308 | Transit Gateway – Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\utils\elasticastassociation\ElasticastAssociationUtil.scala | F, 403 |
| DTX-67 | AB-AWS 101687 | AB-AWS 101688 | May 12, 2017 Letter - Notice of Patent from Acceleration Bay to Riot Games | F, H, 403, 611, 702, EXC |
| DTX-68 | AB-AWS 101689 | AB-AWS 101690 | Letter From Acceleration Bay to SEGA Dated May 9, 2017 | F, H, 403, 611, 702, EXC |
| DTX-69 | AB-AWS 107492 | AB-AWS 107528 | Computer Networks by Andrew S. Tanenbaum, Third Edition | F, H, 403 |
| DTX-70 | AMZ_AB_000124309 | AMZ_AB_000124309 | Excel Sheet: Boeing Usage of AWS | A, B, D, F, H, LC, 403, 611, 1006, EXC |
| DTX-71 | AB-AWS 107529 | AB-AWS 107533 | Microsoft Computer Dictionary, Fourth Edition | F, H, 403 |
| DTX-72 | AB-AWS 107546 | AB-AWS 107553 | Network topology Wikipedia article | F, H, 403 |
| DTX-73 | AB-AWS 107554 | AB-AWS 107557 | Complete graph Wikipedia article | F, H, 403 |
| DTX-74 | AB-AWS 107558 | AB-AWS 107560 | Regular graph Wikipedia article | F, H, 403 |
| DTX-75 | AB-AWS 114141 | AB-AWS 114145 | September 30, 2020 6 Things to Know About Amazon's Luna Cloud Gaming Service | F, H, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-76 | AB-AWS 114235 | AB-AWS 114253 | June 14, 2021 Automating service discovery using AWS Transit Gateway Multicast with IGMP | F, 403 |
| DTX-77 | AWS_SRC_CODE_000000319 | AWS_SRC_CODE_000000325 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\housekeeper\actors\elasticastbalancer\ElasticastBal- ancerActorData.scala | F, 403 |
| DTX-78 | AB-AWS 114338 | AB-AWS 114342 | December 1, 2021 AWS Transit Gateway now supports Intra-Region Peering | F, 403 |
| DTX-79 | AB-AWS 115020 | AB-AWS 115023 | May 5, 2022 Multicast Reference Architectures with AWS Transit Gateway Presentation | F, 403 |
| DTX-80 | AMZ_AB_000128274 | AMZ_AB_000128390 | Technology License Agreement between Amazon Technologies, Inc., Kenneth P. Birman, Robert VanRenesse, Werner Vogels, and Web Sciences Group, LLC, effective October 26, 2005 | A, COMP, F, 403, 702, EXC |
| DTX-81 | AB-AWS 115038 | AB-AWS 115038 | Excel Sheet: CryptoDebt | A, F, 403, LC, 611, EXC |
| DTX-82 | AB-AWS 119673 | AB-AWS 119789 | February 13, 2017 V. Bourassa Deposition in IPR2016-00747, IPR2016-00724 | F, H, LC, 403, 702, EXC, Opens Door |
| DTX-83 | AB-AWS 119815 | AB-AWS 119831 | December 12, 2016 Declaration of Mr. Virgil Bourassa ISO Patent Owner's Response in IPR2016-00724 | F, H, LC, 403, 702, EXC, Opens Door |
| DTX-84 | AB-AWS 121291 | AB-AWS 121291 | May 9, 2019 Letter from Comcast to Joe Ward (Re: Notice) | F, H, 403, 611, 702, EXC |
| DTX-85 | AB-AWS 121347 | AB-AWS 121354 | Emails between John Garland and Michelle Marriott | F, H, 403, 611, 702, EXC |
| DTX-86 | AB-AWS 121388 | AB-AWS 121393 | Emails between Joe Ward and Nintendo | F, H, 403, 611, 702, EXC |
| DTX-87 | AB-AWS 121475 | AB-AWS 121478 | Emails between Joe Ward and Hieu Phan | F, H, 403, 611, 702, EXC |
| DTX-88 | AMZ_AB_000122224 | AMZ_AB_000122353 | Book: Inside DirectX by Bargen and Donnelly ("InsideDirectX") | F, H, 403, 701, 702, EXC |
| DTX-89 | AB-AWS 121479 | AB-AWS 121488 | Edge Video half-year figures 2022 | F, 403, 611, EXC |
| DTX-90 | AB-AWS 016033 | AB-AWS 016062 | January 2004 SWAN Business Plan (alternative Bates: HOLT 002422-51) | F, 403 |
| DTX-91 | AB-AWS 121489 | AB-AWS 121519 | Edge Video Draft Annual Report 2021/2022 | F, 403, 611, EXC |
| DTX-92 | AB-AWS 121520 | AB-AWS 121524 | Excel sheet: Edge Video income, business data 2023-2024 (EV 2021-2024 P&Ls) | F, 403, 611, EXC |
| DTX-93 | AB-AWS 121590 | AB-AWS 121606 | December 2018 Acceleration Bay Presentation re. Nintendo/'966 patent | F, H, 403, 611, 702, EXC |
| DTX-94 | AB-AWS 121607 | AB-AWS 121629 | Acceleration Bay Overlay Networks Patent License Presentation | F, H, 403, EXC |
| DTX-95 | AB-AWS 121740 | AB-AWS 121744 | Acceleration Bay, LLC's Income Statements 2015 – 2019 | F, 403, EXC |
| DTX-96 | AB-AWS 121745 | AB-AWS 121745 | Video: m-regular graph drawing by Acceleration Bay | F, 403 |
| DTX-97 | AB-AWS 122639 | AB-AWS 122648 | Amazon VPC features webpage | F, 403 |
| DTX-98 | AB-AWS 122667 | AB-AWS 122671 | Amazon EC2 Features webpage | F, 403 |
| DTX-99 | AMZ_AB_000121779 | AMZ_AB_000122223 | Configurable Collaborative Server Architecture: Structural Design and Network Management by Du ("Du") | A, F, H, 403, 701, 702, EXC |
| DTX-100 | AB-AWS 020320 | AB-AWS 020339 | Boeing – Acceleration Bay Patent Purchase Agreement | D (DTX-18), F, 403, 702, EXC |
| DTX-101 | AB-AWS 122865 | AB-AWS 122871 | Twitch: Livestream Multiplayer Games & Esports | F, 403 |
| DTX-102 | AMZ_AB_000003474 | AMZ_AB_000003482 | AWS Free Tier | A, F, H, 403 |
| DTX-103 | AMZ_AB_000004028 | AMZ_AB_000004032 | Amazon EC2 Webpage | A, F, H, 403 |
| DTX-104 | AMZ_AB_000004043 | AMZ_AB_000004054 | Amazon EC2 On-Demand Pricing | A, F, H, 403 |
| DTX-105 | AMZ_AB_000004102 | AMZ_AB_000004117 | Amazon EC2 Instance Types | A, F, H, 403 |
| DTX-106 | AMZ_AB_000004118 | AMZ_AB_000006080 | Amazon Elastic Compute Cloud - User Guide for Linux Instances | F, 403 |
| DTX-107 | AMZ_AB_000008336 | AMZ_AB_000008346 | Amazon EKS feature website | F, 403 |
| DTX-108 | AMZ_AB_000008352 | AMZ_AB_000008953 | Amazon EKS User Guide | F, 403 |
| DTX-109 | AMZ_AB_000008954 | AMZ_AB_000008962 | Amazon GameLift | F, 403 |
| DTX-110 | BOEING-AWS 00001 | BOEING-AWS 00002 | August 23, 2022 Email from J. Ward to A. Naimushin Re: [EXTERNAL] Portfolio Expansion | F, H, 403, 611, 702, EXC |
| DTX-111 | AMZ_AB_000120932 | AMZ_AB_000120959 | U.S. Patent No. 6,049,823 to Hwang | F, 403, 701, 702, EXC |
| DTX-112 | AMZ_AB_000008963 | AMZ_AB_0000088978 | Amazon GameLift Features webpage | F, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-113 | AMZ_AB_000009036 | AMZ_AB_000009356 | Amazon GameLift Developer Guide | F, 403 |
| DTX-114 | AMZ_AB_000009057 | AMZ_AB_000009393 | Amazon GameLift FleetIQ Developer Guide | F, 403, Error in starting bates |
| DTX-115 | AMZ_AB_000009394 | AMZ_AB_000009479 | Amazon GameLift: FlexMatch Developer Guide Version | F, 403 |
| DTX-116 | AMZ_AB_000013520 | AMZ_AB_000013527 | AWS Lambda Overview, Use Case | F, 403 |
| DTX-117 | AMZ_AB_000013528 | AMZ_AB_000013536 | AWS Lambda Features | F, 403 |
| DTX-118 | AMZ_AB_000013550 | AMZ_AB_000014762 | AWS Lambda Developer Guide | F, 403 |
| DTX-119 | AMZ_AB_000094552 | AMZ_AB_000094947 | Amazon EC2 Auto Scaling User Guide | F, 403 |
| DTX-120 | | | Letter from John Garland to Epic Games, dated December 28, 2018 [Exhibit 1 to the Declaration of Michael A. Tomasulo in Support of Plaintiff Epic Games' Opposition to Defendant Acceleration Bay's Motion to Dismiss (D.I. 25) in *Epic Games, Inc. v. Acceleration Bay LLC*, Case No. 4:19-cv-04133-YGR (N.D. Cal.)] | F, H, 403, 611, 702, EXC, LC |
| DTX-121 | AMZ_AB_000095969 | AMZ_AB_000098617 | Amazon Elastic Compute Cloud - APR Reference (API Version 2016-11-15) | F, 403 |
| DTX-122 | AMZ_AB_000121515 | AMZ_AB_000121532 | U.S. Patent No. 5,987,376 to Olson and Cohen | F, 403, EXC, 701, 702 |
| DTX-123 | AMZ_AB_000098618 | AMZ_AB_000098709 | Amazon VPC AWS Network Manager | F, 403 |
| DTX-124 | AMZ_AB_000099213 | AMZ_AB_000099222 | Amazon CloudFront Key Features webpage | A, F, H, 403 |
| DTX-125 | AMZ_AB_000099223 | AMZ_AB_000099300 | Amazon Virtual Private Cloud - AWS Private Link | F, 403 |
| DTX-126 | AMZ_AB_000099322 | AMZ_AB_000099895 | Amazon CloudFront Developer Guide | D (DTX-138), F, 403 |
| DTX-127 | AMZ_AB_000100835 | AMZ_AB_000100838 | AWS App Mesh Features | A, F, H, 403 |
| DTX-128 | AMZ_AB_000100843 | AMZ_AB_000101040 | AWS App Mesh User Guide | F, 403 |
| DTX-129 | AMZ_AB_000101679 | AMZ_AB_000101683 | November 28, 2018 Introducing AWS App Mesh - service mesh for microservices on AWS | A, F, H, 403 |
| DTX-130 | AMZ_AB_000128451 | AMZ_AB_000128451 | 2021 Infrastructure Market Rate (IMR) Proposal | F, 403, 702, EXC |
| DTX-131 | AMZ_AB_000101713 | AMZ_AB_000101727 | July 15, 2020 Getting started with AWS App Mesh and Amazon EKS | A, F, H, 403 |
| DTX-132 | AMZ_AB_000101758 | AMZ_AB_000101764 | March 8, 2022 Deploying service-mesh-based architectures using AWS App Mesh and Amazon ECS | A, F, H, 403 |
| DTX-133 | AMZ_AB_000120960 | AMZ_AB_000120981 | U.S. Patent No. 5,146,452 to Pekarske | F, 403, EXC, 701, 702 |
| DTX-134 | AMZ_AB_000102008 | AMZ_AB_000102370 | Amazon GameLift - Developer Guide | F, 403 |
| DTX-135 | AMZ_AB_000103307 | AMZ_AB_000103680 | Amazon Virtual Private Cloud User Guide | F, 403 |
| DTX-136 | AMZ_AB_000103837 | AMZ_AB_000105133 | AWS Lambda User Guide | F, 403 |
| DTX-137 | AMZ_AB_000105134 | AMZ_AB_000106064 | Amazon Elastic Container Service Developer Guide | F, 403 |
| DTX-138 | AMZ_AB_000107170 | AMZ_AB_000107743 | Amazon CloudFront Developer Guide | D (DTX-126), F, 403 |
| DTX-139 | AMZ_AB_000109429 | AMZ_AB_000109461 | Elastic Load Balancing User Guide | F, 403 |
| DTX-140 | AMZ_AB_000128444 | AMZ_AB_000128444 | Excel Sheet: AWS IMR Rates (VPC and TGW) | F, 403, 702, EXC |
| DTX-141 | AMZ_AB_000109462 | AMZ_AB_000109560 | Elastic Load Balancing - Network Load Balancers | F, 403 |
| DTX-142 | AMZ_AB_000110037 | AMZ_AB_000110188 | Elastic Load Balancing - Application Load Balancers | F, 403 |
| DTX-143 | AMZ_AB_000110189 | AMZ_AB_000110821 | Amazon EKS User Guide | F, 403 |
| DTX-144 | AMZ_AB_000110822 | AMZ_AB_000112856 | EC2 broadcasting document | F, 403.  Document description does not match title. Please verify this is the correct document. |
| DTX-145 | AMZ_AB_000112857 | AMZ_AB_000114897 | Amazon Elastic Compute Cloud User Guide for Windows Instances | F, 403 |
| DTX-146 | AMZ_AB_000115003 | AMZ_AB_000115409 | Amazon EC2 Auto Scaling User Guide | F, 403 |
| DTX-147 | AMZ_AB_000115824 | AMZ_AB_000116197 | Amazon Virtual Private Cloud: User Guide | F, 403 |
| DTX-148 | AMZ_AB_000116198 | AMZ_AB_000116251 | Amazon Virtual Private Cloud: VPC Peering | F, 403 |
| DTX-149 | AMZ_AB_000116298 | AMZ_AB_000116388 | Amazon VPC: AWS Global Networks for Transit Gateway | F, 403 |
| DTX-150 | | | Amazon.com, Inc. SEC Form 10-K for the fiscal year ended December 31, 2011 | F, 403, H, 611 |
| DTX-151 | AMZ_AB_000119882 | AMZ_AB_000120002 | Amazon VPC - AWS Transit Gateway | F, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-152 | AMZ_AB_000120003 | AMZ_AB_000120081 | VPC Peering routing table document | F, 403.  Document description does not match title. Please verify this is the correct document. |
| DTX-153 | AMZ_AB_000120333 | AMZ_AB_000120350 | Multi-Region Fleets and Locations Workflow (GameLift) | F, 403 |
| DTX-154 | AMZ_AB_000120417 | AMZ_AB_000120443 | BYOH - Detailed Design (GameLift) | F, 403 |
| DTX-155 | AB-AWS 015386 | AB-AWS 015409 | April 20, 2016 Declaration of F. Holt in IPR2015-01951 | F, H, LC, 403, 702, EXC, Opens Door |
| DTX-156 | AMZ_AB_000120456 | AMZ_AB_000120495 | BYOH Process Management (GameLift) | F, 403 |
| DTX-157 | AMZ_AB_000120618 | AMZ_AB_000120618 | Excel Sheet: CloudFront NA P&L Jul 2016 to Sep 2022 | F, 403, 702, EXC |
| DTX-158 | AMZ_AB_000120619 | AMZ_AB_000120619 | Excel Sheet: GameLift P&L | F, 403, 702, EXC |
| DTX-159 | AMZ_AB_000120620 | AMZ_AB_000120620 | Excel Sheet: Lambda Historical P&L US | F, 403, 702, EXC |
| DTX-160 | | | August 25, 2009 "Introducing Amazon Virtual private Cloud" blog entry by J. Barr (Cole Ex. 9) | F, 403, H, A |
| DTX-161 | AMZ_AB_000120621 | AMZ_AB_000120621 | Excel Sheet: EKS and App Mesh P&L | F, 403, 702, EXC |
| DTX-162 | Intentionally Omitted | | | |
| DTX-163 | AMZ_AB_000120670 | AMZ_AB_000120674 | Amendment No. 2 to the AWS-Boeing Enterprise Customer Agreement, dated April 2, 2013 | F, 403, LC, EXC |
| DTX-164 | AMZ_AB_000120675 | AMZ_AB_000120677 | Amendment No. 1 to AWS-Boeing Enterprise Customer Agreement effective March 1, 2013 | F, 403, LC, EXC |
| DTX-165 | AMZ_AB_000120891 | AMZ_AB_000120894 | February 18, 2014 Big Mac Overview | F, 403 |
| DTX-166 | | | Before Chain Letters Swept the Internet, They Raised Funds for Orphans and Sent Messages From God https://www.smithsonianmag.com/history/chain-letters-swept-internet-they-raised-funds-orphans-and-conveyed-messages-god-180975005/ | F, 403, H, EXC |
| DTX-167 | AMZ_AB_000122404 | AMZ_AB_000122406 | NAT Gateways Playbook | F, 403 |
| DTX-168 | AMZ_AB_000122436 | AMZ_AB_000122484 | Building a Scalable and Secure Multi-VPC AWS Network Infrastructure - AWS Whitepaper (2023 version) | F, 403 |
| DTX-169 | AMZ_AB_000122739 | AMZ_AB_000122744 | AWS Transit Gateway customers webpage | A, F, H, 403 |
| DTX-170 | | | November 17, 2008 "Distribute Your Content With Amazon CloudFront" blog entry by J. Barr (Cole Ex. 11) | F, 403, H, A |
| DTX-171 | AMZ_AB_000122881 | AMZ_AB_000122886 | AWS Transit Gateway Webpage | A, F, H, 403 |
| DTX-172 | AMZ_AB_000123448 | AMZ_AB_000123452 | AWS Transit Gateway features webpage | A, F, H, 403 |
| DTX-173 | AMZ_AB_000122887 | AMZ_AB_000122927 | Amazon Virtual Private Cloud Connectivity Options (AWS Whitepaper) | F, 403 |
| DTX-174 | AMZ_AB_000122928 | AMZ_AB_000122939 | AWS Transit Gateway FAQs webpage | A, F, H, 403 |
| DTX-175 | AMZ_AB_000124306 | AMZ_AB_000124307 | AWS Transit Gateway Wiki | F, 403 |
| DTX-176 | AMZ_AB_000125287 | AMZ_AB_000125288 | Boeing and Panthesis Complete SWAN Transaction (2004 Wayback Machine version) | D, F, 403, H |
| DTX-177 | AMZ_AB_000121710 | AMZ_AB_000121736 | Regular Mesh Topologies in Local and Metropolitan Area Networks by Maxemchuk ("ATT Maxemchuk") | A, F, H, 403, 701, 702, EXC |
| DTX-178 | AMZ_AB_000125293 | AMZ_AB_000125300 | "Supporting online communities: the untethered approach" by Bourassa and Holt - keynote address article | F, 403 |
| DTX-179 | AMZ_AB_000125400 | AMZ_AB_000125401 | Panthesis Press Releases (Wayback Machine) | D, F, 403, H |
| DTX-180 | | | August 24, 2006 "Announcing Amazon Elastic Compute Cloud (Amazon EC2) - beta" (Gunderson Ex. 10) | F, 403, H, A, NP, D |
| DTX-181 | AMZ_AB_000125717 | AMZ_AB_000125717 | Invoice from Moon Glow, Series 82 of Allied Security Trust I to Amazon Technologies dated July 24, 2017 | F, H, 403, 702, EXC |
| DTX-182 | AMZ_AB_000125729 | AMZ_AB_000125730 | Bid Letter from Participant to the Chief Executive Officer of the Trust dated June 9, 2017 | F, H, 403, 702, EXC |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-183 | AMZ_AB_000125731 | AMZ_AB_000125748 | Patent License agreement between Amazon Technologies, Inc. and Moon Glow, Series 82 of Allied Security Trust I dated October 16, 2017 | F, 403, 702, EXC |
| DTX-184 | AMZ_AB_000128129 | AMZ_AB_000128134 | 2022 AWS Transit Gateway Pricing - Northern California | F, 403 |
| DTX-185 | AMZ_AB_000128135 | AMZ_AB_000128141 | 2018 AWS Transit Gateway Pricing - Global | F, 403 |
| DTX-186 | AMZ_AB_000128227 | AMZ_AB_000128227 | Excel Sheet: CloudFront Usage Data (of EC2 and Lambda) | A, F, 403, 702, EXC |
| DTX-187 | AMZ_AB_000128228 | AMZ_AB_000128228 | Excel Sheet: GameLift Usage Data (of EC2, EKS, ELB, Lambda, and TGW) | A, F, 403, 702, EXC |
| DTX-188 | AMZ_AB_000121656 | AMZ_AB_000121672 | U.S. Patent No. 4,797,882 to Maxemchuk | F, 403, EXC, 701, 702 |
| DTX-189 | AMZ_AB_000128269 | AMZ_AB_000128273 | Guidance for GameLift Testing on AWS webpage | F, 403 |
| DTX-190 | Intentionally Omitted | | | |
| DTX-191 | AMZ_AB_000128445 | AMZ_AB_000128445 | Excel Sheet: Twitch, PV, Luna - VPC Usage | A, F, 403, 702, EXC |
| DTX-192 | AMZ_AB_000128446 | AMZ_AB_000128446 | Excel Sheet: Appmesh - Infra Usage | A, F, 403, 702, EXC |
| DTX-193 | AMZ_AB_000128447 | AMZ_AB_000128447 | Excel Sheet: Twitch, PV, Luna - CloudFront Usage | A, D, F, 403, 702, EXC |
| DTX-194 | AMZ_AB_000128449 | AMZ_AB_000128449 | Excel Sheet: IMR - CloudFront | A, F, 403, 702, EXC |
| DTX-195 | AMZ_AB_000128450 | AMZ_AB_000128450 | CloudFront Usage, July 2016 – August 2022 | A, D, F, 403, 702, EXC |
| DTX-196 | AMZ_AB_000128468 | AMZ_AB_000128468 | 2018 Rate Card – CDO Infrastructure Market Rate (IMR) Internal Billing | F, 403, 702, EXC |
| DTX-197 | AMZ_AB_000128475 | AMZ_AB_000128475 | CDO-AWS Planning Alignment | F, 403, 702, EXC |
| DTX-198 | AMZ_AB_000128485 | AMZ_AB_000128485 | AWS Managed Services Infrastructure Market Rate Review | F, 403, 702, EXC |
| DTX-199 | AMZ_AB_000120982 | AMZ_AB_000121051 | PCT Application No. WO 1998/027694 ("Hughes") | COMP, F, 403, 701, 702, EXC |
| DTX-200 | AMZ_AB_000128503 | AMZ_AB_000128503 | Excel Sheet: CloudFront Usage - Internal, External, & SDO | A, F, 403, 702, EXC |
| DTX-201 | AMZ_AB_000128513 | AMZ_AB_000128513 | VPC Peering Usage by Customer Type | A, F, 403 |
| DTX-202 | AMZ_AB_000128515 | AMZ_AB_000128515 | VPC Connections, January 2016 – September 2022 | A, F, 403 |
| DTX-203 | AMZ_AB_000128610 | AMZ_AB_000128616 | June 3, 2020 J. Ward AWS Invoice (Edge Video) | A, F, 403, LC, 611, EXC |
| DTX-204 | AMZ_AB_000128688 | AMZ_AB_000128688 | Transit Gateway P&L, September 2018 – August 2022 | A, F, 403, 702, EXC |
| DTX-205 | AMZ_AB_000128689 | AMZ_AB_000128689 | EC2 VPC Usage, June 2016 – January 2024 | A, D, F, 403, 702, EXC |
| DTX-206 | AMZ_AB_000128690 | AMZ_AB_000128690 | EC2 VPC Counts, July 2016 – September 2018 | A, D, F, 403, 702, EXC |
| DTX-207 | AMZ_AB_000128226 | AMZ_AB_000128226 | Excel Sheet: Transit Gateway Usage Data (of EC2, EKS, ELB, Lambda, CloudFront, GameLift) | A, D, F, 403, 702, EXC |
| DTX-208 | AMZ_AB_000128448 | AMZ_AB_000128448 | Excel Sheet: LY-GameLift Usage | A, D, F, 403, 702, EXC |
| DTX-209 | AMZ_AB_000128691 | AMZ_AB_000128691 | EC2 Transit Gateway Usage, December 2018 – August 2022 | A, D, F, 403, 702, EXC |
| DTX-210 | ASL_AB_000000164 | ASL_AB_000000172 | Prime Video Architecture | A, F, 403 |
| DTX-211 | AB-AWS 019560 | AB-AWS 019562 | 9/1/10-10/8/10 E-Mail Chain Re: Understanding Between Boeing and Acorn Concerning Global IP Offer for B9 (AB-AWS 019560-62) | F, H, 403, 611, 702, EXC |
| DTX-212 | AB-AWS 019540 | AB-AWS 019543 | 4/22/10-8/31/10 E-Mail Chain Re: Update2 (AB-AWS 019540-43) | F, H, 403, 611, 702, EXC |
| DTX-213 | AB-AWS 019544 | AB-AWS 019545 | 12/20/10-12/21/10 E-Mail Chain Re: Patent Portfolio in Structural P2P and MMO Gaming for Sale or License - B9 (AB-AWS 019544-45) | F, H, 403, 611, 702, EXC |
| DTX-214 | AWS_SRC_CODE_000000498 | AWS_SRC_CODE_000000511 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\housekeeper\workflows\launch\TopsLaunchActor.scala | F, 403 |
| DTX-215 | AWS_SRC_CODE_000000010 | AWS_SRC_CODE_000000015 | 2023-07-10 AB Source Code Production\RESTRICTED CONFIDENTIAL – SOURCE CODE\Transit Gateway – Baihu Qian\AwsHubApiService\src\awshub\apiservice\external\activity\CreateTgwConnectPeerActivity.scala | F, 403 |
| DTX-216 | AWS_SRC_CODE_000000022 | AWS_SRC_CODE_000000025 | 2023-07-10 AB Source Code Production\RESTRICTED CONFIDENTIAL – SOURCE CODE\Transit Gateway – Baihu Qian\AwsHubApiService\src\awshub\apiservice\util\CredstoreLimits.scala | F, 403 |
| DTX-217 | AWS_SRC_CODE_000000121 | AWS_SRC_CODE_000000132 | 2023-09-25 AB SC Production\EKS\2023-07-21\aws-load-balancer-controllermain\pkg\targetgroupbinding\networking_manager.go | F, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-218 | AWS_SRC_CODE_000000140 | AWS_SRC_CODE_000000165 | 2023-09-25 AB SC Production\VPC Peering\Matt Barr-2023-07-19\apis\mysql\PeeringSelector.java | F, 403 |
| DTX-219 | AWS_SRC_CODE_000000231 | AWS_SRC_CODE_000000234 | 2023-09-25 AB SC Production\VPC Peering\Matt Barr- 2023-07-19\apis\VerifyCreateVpcPeeringConnectionInputInternalActivity.java | F, 403 |
| DTX-220 | AWS_SRC_CODE_000000235 | AWS_SRC_CODE_000000238 | VPC Peering\Matt Barr-2023-07-19\apis\AcceptCrossRegionVpcPeeringFinalInternalActivity.java | F, 403 |
| DTX-221 | AWS_SRC_CODE_000000241 | AWS_SRC_CODE_000000254 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\autoscaler\AutoscalingDeciderActor.scala | F, 403 |
| DTX-222 | AWS_SRC_CODE_000000301 | AWS_SRC_CODE_000000302 | Gamelift\GameScaleProxyService\src\com\amazo-naws\gamescaleapli\mappers\whitewater\vpc\CreateVpcPeeringConnectionMapper.java | F, 403 |
| DTX-223 | AWS_SRC_CODE_000000326 | AWS_SRC_CODE_000000328 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\housekeeper\actors\elasticastbalancer\ElasticastRe- balancingHelper.scala | F, 403 |
| DTX-224 | AWS_SRC_CODE_000000329 | AWS_SRC_CODE_000000338 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\autoscaler\EniScalingView.scala | F, 403 |
| DTX-225 | AWS_SRC_CODE_000000339 | AWS_SRC_CODE_000000345 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\equalizer\EqualizerActionsCacheActor.scala | F, 403 |
| DTX-226 | AWS_SRC_CODE_000000357 | AWS_SRC_CODE_000000357 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\utils\InfrastructureSetup.scala | F, 403 |
| DTX-227 | AWS_SRC_CODE_000000358 | AWS_SRC_CODE_000000364 | ELB & EC2\Stewart Allen-2023-07-13\InterfaceConfigConverter.java | F, 403 |
| DTX-228 | AWS_SRC_CODE_000000365 | AWS_SRC_CODE_000000399 | Transit Gateway - BaihuQian\AwsHubXrpProvisioning\src\com\amazon\tgw\xrp\provisioning\util\InterPeeringCreationWorkflowHelper.scala | F, 403 |
| DTX-229 | AWS_SRC_CODE_000000404 | AWS_SRC_CODE_000000410 | Transit Gateway – Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\Main.scala | F, 403 |
| DTX-230 | AWS_SRC_CODE_000000411 | AWS_SRC_CODE_000000418 | Transit Gateway – Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\MainActor.scala | F, 403 |
| DTX-231 | AWS_SRC_CODE_000000419 | AWS_SRC_CODE_000000433 | Transit Gateway – Baihu Qian\AwsHubApiService\src\awshub\apiservice\validation\MulticastInputValidator.scala | F, 403 |
| DTX-232 | AWS_SRC_CODE_000000439 | AWS_SRC_CODE_000000450 | VPC Peering\Matt Barr-2023-07-19\novice\novice_egress_lookup_handlers.c | F, 403 |
| DTX-233 | AWS_SRC_CODE_000000451 | AWS_SRC_CODE_000000451 | VPC Peering\Matt Barr-2023-07-19\novice\novice_ingress_lookup_handlers.c | F, 403 |
| DTX-234 | AWS_SRC_CODE_000000452 | AWS_SRC_CODE_000000453 | VPC Peering\Matt Barr-2023-07-19\apis\RejectCrossRegionVpcPeeringRemoteInternalActivity.java | F, 403 |
| DTX-235 | AWS_SRC_CODE_000000457 | AWS_SRC_CODE_000000468 | Transit Gateway – Baihu Qian\AwsHubApiService\tst\awshub\apiservice\external\activity\SearchTgwMulticastGroupsActivityTest.scala | F, 403 |
| DTX-236 | AWS_SRC_CODE_000000469 | AWS_SRC_CODE_000000471 | Transit Gateway – Baihu Qian\AwsHubApiService\src\awshub\apiservice\external\executor\executor\SearchTgwMulticastGroupsExecutor.scala | F, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-237 | AWS_SRC_CODE_000000472 | AWS_SRC_CODE_000000477 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\tst\com\amazon\hyperplane\SetupCommon.scala | F, 403 |
| DTX-238 | AWS_SRC_CODE_000000478 | AWS_SRC_CODE_000000486 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\housekeeper\workflows\topgroup\TopGroupMigrationActor.scala | F, 403 |
| DTX-239 | AWS_SRC_CODE_000000487 | AWS_SRC_CODE_000000490 | Transit Gateway – Baihu Qian\HyperplaneHousekeeper\tst\com\amazon\hyperplane\housekeeper\workflows\admin\TopsAd- minUpActorTest.scala | F, 403 |
| DTX-240 | AWS_SRC_CODE_000000491 | AWS_SRC_CODE_000000497 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\housekeeper\actors\cache\TopsHostCacheActor.scala | F, 403 |
| DTX-241 | AWS_SRC_CODE_000000512 | AWS_SRC_CODE_000000519 | Transit Gateway – Baihu Qian\HyperplaneHousekeeper\tst\com\amazon\hyperplane\housekeeper\workflows\launch\Tops LaunchFromWarmPoolActorTest.scala | F, 403 |
| DTX-242 | AWS_SRC_CODE_000000520 | AWS_SRC_CODE_000000525 | Transit Gateway – Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\equalizer\TopsScannerActor.scala | F, 403 |
| DTX-243 | AWS_SRC_CODE_000000531 | AWS_SRC_CODE_000000537 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\housekeeper\workflows\termination\TopsTerminationActor.scala | F, 403 |
| DTX-244 | AWS_SRC_CODE_000000561 | AWS_SRC_CODE_000000574 | VPC Peering\Matt Barr-2023-07-19\xrpdataplane\xrp_packet_handler.c | F, 403 |
| DTX-245 | AWS_SRC_CODE_000000575 | AWS_SRC_CODE_000000576 | VPC Peering\Matt Barr-2023-07-19\xrp-dataplane\ xrp_process.c | F, 403 |
| DTX-246 | AWS_SRC_CODE_000000577 | AWS_SRC_CODE_000000580 | Transit Gateway – Baihu Qian\HyerplaneHousekeeper\src\com\amazon\hyperplane\housekeeper\actors\elasticastbalancer\ZonalElas- ticastaData.scala | F, 403 |
| DTX-247 | AWS_SRC_CODE_0000000001 | AWS_SRC_CODE_0000000009 | Transit Gateway - Baihu Qian\AwsHubApiService\configuration\templates\appgroup\AwsHubApiService.cfg.erb | F, 403 |
| DTX-248 | AWS_SRC_CODE_0000000022 | AWS_SRC_CODE_0000000025 | Transit Gateway - Baihu Qian\AwsHubApiService\src\awshub\apiservice\util\CredstoreLimits.scala | F, 403 |
| DTX-249 | AWS_SRC_CODE_0000000026 | AWS_SRC_CODE_0000000037 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11\GameLift\Code\Source\Session\GameLiftClientSession.cpp | F, 403 |
| DTX-250 | AWS_SRC_CODE_0000000038 | AWS_SRC_CODE_0000000050 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11\GameLift\Code\Source\Session\GameLiftServerSession.cpp | F, 403 |
| DTX-251 | AWS_SRC_CODE_0000000051 | AWS_SRC_CODE_0000000057 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11\GameLift\Code\Tests\Session\GameLiftServerSessionTest.cpp | F, 403 |
| DTX-252 | AWS_SRC_CODE_0000000058 | AWS_SRC_CODE_0000000078 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\brazil-config\app\HyperplaneHousekeeper.cfg | F, 403 |
| DTX-253 | AWS_SRC_CODE_0000000079 | AWS_SRC_CODE_0000000083 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11-2\GridMate\GridMate\Replica\Interest\InterestManager.cpp | F, 403 |
| DTX-254 | AWS_SRC_CODE_0000000084 | AWS_SRC_CODE_0000000092 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11-2\GridMate\GridMate\Replica\MigrationSequence.cpp | F, 403 |
| DTX-255 | AWS_SRC_CODE_0000000093 | AWS_SRC_CODE_0000000111 | 2023-09-25 AB SC Production\O3DE\Karl Berg-2023-07-19\LENS\Code\Source\MultiserverSystemComponent.cpp | F, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-256 | AWS_SRC_CODE_0000000112 | AWS_SRC_CODE_0000000112 | 2023-09-25 AB SC Production\O3DE\Karl Berg-2023-07-19\LENS\Code\Include\Multiserver\MultiserverTypes.h | F, 403 |
| DTX-257 | AWS_SRC_CODE_0000000113 | AWS_SRC_CODE_0000000114 | 2023-09-25 AB SC Production\O3DE\Karl Berg-2023-07-19\LENS\Code\Include\Multiserver\NodeMesh\Neighbour.h | F, 403 |
| DTX-258 | AWS_SRC_CODE_0000000115 | AWS_SRC_CODE_0000000120 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11-2\Network\NetBindingComponent.cpp | F, 403 |
| DTX-259 | AWS_SRC_CODE_0000000133 | AWS_SRC_CODE_0000000135 | 2023-09-25 AB SC Production\O3DE\Karl Berg-2023-07-19\LENS\Code\Source\NodeMesh\Node.cpp | F, 403 |
| DTX-260 | AWS_SRC_CODE_0000000136 | AWS_SRC_CODE_0000000139 | 2023-09-25 AB SC Production\VPC Peering\Matt Barr-2023-07-19\apis\mysql\PeeringLimits.java | F, 403 |
| DTX-261 | AWS_SRC_CODE_0000000166 | AWS_SRC_CODE_0000000176 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11-2\GridMate\GridMate\Replica\Interest\ProximityInterestHandler.cpp | F, 403 |
| DTX-262 | AWS_SRC_CODE_0000000177 | AWS_SRC_CODE_0000000208 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11-2\GridMate\GridMate\Replica\ReplicaMgr.cpp | F, 403 |
| DTX-263 | AWS_SRC_CODE_0000000209 | AWS_SRC_CODE_0000000210 | 2023-09-25 AB SC Production\O3DE\Karl Berg-2023-07-19\LENS\Code\Source\ConnectionData\ServerToServerConnectionData.cpp | F, 403 |
| DTX-264 | AWS_SRC_CODE_0000000211 | AWS_SRC_CODE_0000000230 | 2023-09-25 AB SC Production\Lumberyard\2023-07-11-2\GridMate\GridMate\Session\Session.h | F, 403 |
| DTX-265 | AWS_SRC_CODE_0000000239 | AWS_SRC_CODE_0000000240 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\autoscaler\AutoscalerActor.scala | F, 403 |
| DTX-266 | AWS_SRC_CODE_0000000255 | AWS_SRC_CODE_0000000282 | 2023-09-25 AB SC Production\EKS\2023-07-21\aws_loadbalancer.go | F, 403 |
| DTX-267 | AWS_SRC_CODE_0000000283 | AWS_SRC_CODE_0000000284 | 2023-09-25 AB SC Production\EKS\2023-07-21\aws-load-balancer-controller-main\README.md | F, 403 |
| DTX-268 | AWS_SRC_CODE_0000000285 | AWS_SRC_CODE_0000000300 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\utils\Config.scala | F, 403 |
| DTX-269 | AWS_SRC_CODE_0000000303 | AWS_SRC_CODE_0000000303 | CloudFront Source - Matthew Baldwin\EdgeCacheEc2Config\README.md | F, 403 |
| DTX-270 | AWS_SRC_CODE_0000000309 | AWS_SRC_CODE_0000000318 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\housekeeper\workflows\autoscaling\ElasticastAutoscalingActor.scala | F, 403 |
| DTX-271 | AWS_SRC_CODE_0000000346 | AWS_SRC_CODE_0000000347 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\equalizer\EqualizerActor.scala | F, 403 |
| DTX-272 | AWS_SRC_CODE_0000000348 | AWS_SRC_CODE_0000000356 | Transit Gateway - Baihu Qian\AwsHubApiService\src\awshub\apiservice\util\ExceptionFactory.scala | F, 403 |
| DTX-273 | AWS_SRC_CODE_0000000400 | AWS_SRC_CODE_0000000403 | Transit Gateway - Baihu Qian\AwsHubApiService\configuration\templates\override\JlbRelay.cfg.erb | F, 403 |
| DTX-274 | AWS_SRC_CODE_0000000434 | AWS_SRC_CODE_0000000438 | VPC Peering\Matt Barr-2023-07-19\novice\novice_ingress_lookup_handlers.c | F, 403 |
| DTX-275 | AWS_SRC_CODE_0000000454 | AWS_SRC_CODE_0000000456 | Transit Gateway - Baihu Qian\AwsHubXrpProvisioning\src\com\amazon\tgw\xrp\provisioning\irp\helpers\RouteTableAndTaggingSetupSteps.scala | F, 403 |
| DTX-276 | AWS_SRC_CODE_0000000526 | AWS_SRC_CODE_0000000530 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\utils\TopStatsDdbHelper.scala | F, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-277 | AWS_SRC_CODE_0000000538 | AWS_SRC_CODE_0000000547 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\equalizer\TopTrackerActor.scala | F, 403 |
| DTX-278 | AWS_SRC_CODE_0000000548 | AWS_SRC_CODE_0000000552 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\utils\TopTrackerHelper.scala | F, 403 |
| DTX-279 | AWS_SRC_CODE_0000000553 | AWS_SRC_CODE_0000000555 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\valet\TunnelActor.scala | F, 403 |
| DTX-280 | AWS_SRC_CODE_0000000556 | AWS_SRC_CODE_0000000556 | Transit Gateway - Baihu Qian\HyperplaneHousekeeper\src\com\amazon\hyperplane\valet\TunnelManagerActor.scala | F, 403 |
| DTX-281 | AWS_SRC_CODE_0000000557 | AWS_SRC_CODE_0000000560 | Transit Gateway - Baihu Qian\AwsHubApiService\src\awshub\apiservice\health\TurtleHealthChecker.scala | F, 403 |
| DTX-282 | BOEING 005293 | BOEING 005294 | Boeing Business Term Sheet (alternative Bates: AB-AWS 019528-29) | F, H, 403, 611, 702, EXC |
| DTX-283 | BOEING 005295 | BOEING 005296 | Boeing Business Term Sheet (alternative Bates: AB-AWS 019530-31) | F, H, 403, 611, 702, EXC |
| DTX-284 | BOEING 005392 | BOEING 005394 | 2/5/14-3/11/14 E-Mail Chain Re: BoeingPatents.docx (alternative Bates: AB-AWS 019597-99) | F, H, 403, 611, 702, EXC |
| DTX-285 | BOEING 005395 | BOEING 005395 | Boeing Patent Questionnaire (alternative Bates: AB-AWS 019600) | F, H, 403, 611, 702, EXC |
| DTX-286 | BOEING 005437 | BOEING 005437 | October 15, 2010 E-Mail Re: Open Inventions - PPA (alternative Bates: AB-AWS 019546) | F, H, 403, 611, 702, EXC |
| DTX-287 | BOEING 005438 | BOEING 005448 | Proposed Patent Purchase Agreement between The Boeing Company and Open Inventions Network | F, H, 403, 611, 702, EXC |
| DTX-288 | BOEING 005460 | BOEING 005462 | 5/15/09-7/1/09 E-Mail Re: Online Gaming Portfolio (alternative Bates: AB-AWS 019594-96) | F, H, 403, 611, 702, EXC |
| DTX-289 | BOEING 005481 | BOEING 005483 | Request for Review/New Deal Qualification Form (alternative Bates: AB-AWS 019589-91) | F, H, 403, 611, 702, EXC |
| DTX-290 | BOEING 005789 | BOEING 005791 | Boeing Proposed Business Terms (AB-AWS 019584-86) | F, H, 403, 611, 702, EXC |
| DTX-291 | BOEING-AWS 00003 | BOEING-AWS 00005 | August 19, 2022 Email from J. Ward to A. Naimushin Re: [EXTERNAL] EDGE AI 2.1 Player Announced via JP's Chalk Talks YouTube Channel | F, H, 403, 611, 702, EXC |
| DTX-292 | BOEING-AWS 00231 | BOEING-AWS 00232 | Amendment No. 1 to the Amended and Restated Agreement between Boeing and Acceleration Bay LLC effective April 3, 2020 | F, H, 403, 611, 702, EXC |
| DTX-293 | BOEING-AWS 00233 | BOEING-AWS 00235 | May 1, 2020 Boeing-Acceleration Bay Non-Disclosure Agreement | F, H, 403, 611, 702, EXC |
| DTX-294 | Bourassa 000080 | Bourassa 000098 | 1999 Bourassa and Holt Boeing Invention Disclosure | F, 403 |
| DTX-295 | Bourassa 000135 | Bourassa 000149 | Venture Story - SWAN Small-world Wide Area Networking Presentation | F, 403 |
| DTX-296 | Bourassa 000228 | Bourassa 000244 | Swan Technology and Business Opportunities - SWAN: Small-world Wide Area Networking Presentation (AB-AWS 014846-49) (alternative Bates: AB-AWS 014873-89) | F, 403 |
| DTX-297 | Bourassa 000261 | Bourassa 000271 | Multicast Technologies Presentation by V. Bourassa and F. Holt (Bourassa Ex. 21) | COMP, F, 403.  Entry is unclear because Bourassa 000261 is not a webpage and this link cannot be opened.  Bourassa 000261 also does not have the title in this document description. |
| DTX-298 | Bourassa 001020 | Bourassa 001042 | 1/2001 SWAN Licensing Opportunities (alternative Bates: AB-AWS 015107-29) | F, H, 403, 611, 702, EXC |
| DTX-299 | Bourassa 002453 | Bourassa 002518 | November 27, 2000 1Newco Business Plan | F, 403 |
| DTX-300 | Bourassa 003621 | Bourassa 003621 | June 27, 2005 Email from G. Van Datta to V. Bourassa Re: Boeing Contacts for Patents | F, H, 611, 403, EXC |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-301 | Bourassa 003860 | Bourassa 003862 | May 26, 2005 Email from R. Carlton to V. Bourassa Re: HEY (alternative Bates: AB-AWS 015136) | F, H, 611, 403, EXC |
| DTX-302 | Bourassa 004068 | Bourassa 004073 | January 16, 2020 Email from J. Ward to V. Bourassa Re: Advisory Agreement w/attachment | F, H, 611, 403, EXC |
| DTX-303 | Bourassa 004074 | Bourassa 004078 | May 21, 2020 Email from V. Bourassa to J. Ward Re: Advisory Agreement | F, H, 611, 403, EXC |
| DTX-304 | EV 00001 | EV 00001 | Serverless Tested Review | A, F, H, 403, 611, EXC |
| DTX-305 | EV 00002 | EV 00036 | Edge Video Test Results | A, F, H, 403, 611, EXC |
| DTX-306 | HOLT 000322 | HOLT 000323 | Email from F. Holt to A. Erisman Re: All Apologies | F, H, 611, 403 |
| DTX-307 | HOLT 000488 | HOLT 000489 | Press Release: Boeing and Panthesis Complete SWAN Transaction | D, F, 403 |
| DTX-308 | HOLT 000698 | HOLT 000730 | Panthesis Business Overview | F, 403 |
| DTX-309 | | | Plaintiff Acceleration Bay, LLC's Final Claim Charts and Election of Asserted Claims dated December 20, 2023 ("Infringement Contentions") | F, H, 403, LC, 611, 701, 702 |
| DTX-310 | HOLT 003821 | HOLT 003821 | September 8, 2015 Email from J. Ward to F. Holt Re: Work request | F, H, 403, 611, EXC |
| DTX-311 | HOLT 004044 | HOLT 004046 | June 27, 2010 Email from A. Rehmeier to F. Holt Re: SWAN- introduction | F, H, 403, 611, EXC |
| DTX-312 | | | January 9, 2023 Acceleration Bay's Objections and Responses to AWS's First Set of Interrogatories (Nos. 1-15) | F, H, 403, LC, 611, 701, 702 |
| DTX-313 | | | October 19, 2023 AWS's Amended and Supplemental Objections and Responses to Acceleration Bay's Second Set of Interrogatories (Nos. 11-15) | F, H, 403, LC, 611, 701, 702 |
| DTX-314 | | | November 2, 2023 AWS's Supplemental Objections and Responses to Acceleration Bay's First Set of Interrogatories (Nos. 1-10) | F, H, 403, LC, 611, 701, 702 |
| DTX-315 | | | November 22, 2023 Acceleration Bay's Objections and Responses to AWS's Second Set of Interrogatories (Nos. 16-19) | F, H, 403, LC, 611, 701, 702 |
| DTX-316 | AMZ_AB_000124554 | AMZ_AB_000124571 | Hyperplane Design Approach | F, 403 |
| DTX-317 | AMZ_AB_000122409 | AMZ_AB_000122420 | Big Mac 4 Dummies | F, 403 |
| DTX-318 | | | November 28, 2023 Acceleration Bay's First Supplemental Responses to Interrogatories 10 & 15 | F, H, 403, LC, 611, 701, 702 |
| DTX-319 | | | November 30, 2020 Email from T. Mason to A. Naimushin, A. Papa, and D. Nelson Re: Edge Video Marketing Material (Barrio Ex. 12) | F, 403, H, 611 |
| DTX-320 | | | 15 Years of AWS Blogging! https://aws.amazon.com/blogs/aws/15-years-of-aws-blogging/ | F, 403, H, A, NP, 611 |
| DTX-321 | | | March 13, 2006 Announcing Amazon S3 - Simple Storage Service https://aws.amazon.com/about-aws/whats-new/2006/03/13/announcing-amazon-s3---simple-storage-service/ | F, 403, H, A, NP, 611 |
| DTX-322 | | | 4 Reasons Why Twitch is So Popular https://growsurf.com/blog/twitch-growth-strategy | F, 403, H, A, NP, 611 |
| DTX-323 | | | June 1, 2009 Amazon Elastic Cloud Compute https://web.archive.org/web/20090601115636/http://aws.amazon.com/ec2/#features | F, 403, H, A, NP, 611 |
| DTX-324 | | | June 11, 2009 "Amazon Elastic Compute Cloud" website (Wayback Machine) (Cole Ex. 17) | F, 403, H, A, NP, 611 |
| DTX-325 | | | June 18, 2016 Declaration of Michael Goodrich, Ph. D. ISO Patent Owner's Preliminary Response to Petition in IPR2015-01951 (Goodrich Ex. 14) | F, 403, Opens Door |
| DTX-326 | | | August 25, 2006 Amazon EC2 Beta Blog by J. Barr https://aws.amazon.com/blogs/aws/amazon_ec2_beta/ | F, 403, H, A, NP, 611 |
| DTX-327 | | | August 27, 2009 Amazon to soothe Enterprise fears with Virtual Private Cloud https://arstechnica.com/information-technology/2009/08/amazon-to-soothe-enterprise-fears-with-virtual-private-cloud/ | F, 403, H, A, NP, 611 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-328 | | | A Brief History of Twitch.tv https://softmyinfo.medium.com/a-brief-history-of-twitch-tv-ed63ccd36883 | F, 403, H, A, NP, 611 |
| DTX-329 | | | A Brief History of AWS – And How Computing Has Changed https://digitalcloud.training/a-brief-history-of-aws-and-how-computing-has-changed/ | F, 403, H, A, NP, 611 |
| DTX-330 | | | A Brief History of Cloud Computing, IBM.com, Jan. 6, 2017 https://web.archive.org/web/20230628113825/ibm.com/cloud/blog/cloud-computing-history | F, 403, H, A, NP, 611 |
| DTX-331 | | | About Panthesis Webpage (Magnotti Ex. 2) | F, 403, H, A |
| DTX-332 | | | Akamai Technologies, Inc. SEC Form 10-K for the fiscal year ended December 31, 2014 | F, 403, H, 611 |
| DTX-333 | | | All Call of Duty Games in Release Order & How Many Are There? https://www.ggrecon.com/guides/all-call-of-duty-games-release-order/ | F, 403, H, A, NP, 611, 702, EXC. Opens Door |
| DTX-334 | | | All Call of Duty Games in Release Order https://dotesports.com/call-of-duty/news/all-call-of-duty-games-in-release-order | F, 403, H, A, NP, 611, 702, EXC. Opens Door |
| DTX-335 | | | Amazon 2017 Letter to Shareholders https://www.aboutamazon.com/news/company-news/2017-letter-to-shareholders | F, 403, H, A, NP, 611 |
| DTX-336 | | | Amazon A9 Optimization & Algorithm https://amazonseoconsultant.com/amazon-a9-optimization/ | F, 403, H, A, NP, 611 |
| DTX-337 | | | Amazon CloudFront https://aws.amazon.com/cloudfront/ | F, 403, H, A, NP, 611 |
| DTX-338 | | | Amazon CloudFront Key Features https://aws.amazon.com/cloudfront/features/?whats-new-cloudfront.sortby=item.additionalFields.postDateTime&whats-new-cloudfront.sort-order=desc | F, 403, H, A, NP, 611 |
| DTX-339 | | | Amazon CloudFront Update – Fall 2021 https://aws.amazon.com/blogs/aws/amazon-cloudfront-update-fall-2011/ | F, 403, H, A, NP, 611 |
| DTX-340 | | | Amazon CTO Dr. Werner Vogels: Tech Predictions for 2024 https://aws.amazon.com/executive-insights/content/werner-vogels-2024-tech-predictions-and-beyond/ | F, 403, H, A, NP, 611 |
| DTX-341 | | | Amazon EC2 Features (Kande Ex. 7) | F, 403 |
| DTX-342 | | | Amazon EC2-On Demand Pricing https://aws.amazon.com/ec2/pricing/on-demand/#Data_Transfer | F, 403, H, A, NP, 611 |
| DTX-343 | | | Amazon EKS – Now Generally Available, AWS News Blog (June 5, 2018) https://aws.amazon.com/blogs/aws/amazon-eks-now-generally-available/ | F, 403, H, A, NP, 611 |
| DTX-344 | | | Amazon EKS features (March 19, 2019) https://web.archive.org/web/20190315074421/https://aws.amazon.com/eks/features/ | F, 403, H, A, NP, 611 |
| DTX-345 | | | Amazon EKS Features https://aws.amazon.com/eks/features/ | F, 403, H, A, NP, 611 |
| DTX-346 | | | Amazon Elastic Kubernetes Services https://aws.amazon.com/eks/ | F, 403, H, A, NP, 611 |
| DTX-347 | | | Amazon GameLift Features https://aws.amazon.com/gamelift/features/ | F, 403, H, A, NP, 611 |
| DTX-348 | | | Amazon GameLift https://aws.amazon.com/gamelift/ | F, 403, H, A, NP, 611 |
| DTX-349 | | | Amazon GameLift, Enhance multiplayer experiences with dedicated cloud servers https://www.amazonaws.cn/en/gamelift/ | F, 403, H, A, NP, 611 |
| DTX-350 | | | Amazon Loses Challenges to ZitoVault Encryption Patent https://news.bloomberglaw.com/ip-law/amazon-loses-challenge-to-zitovault-encryption-patent-1 | F, 403, H, A, NP, 611 |
| DTX-351 | | | Amazon Luna Review: Pros and Cons https://www.konsyse.com/articles/amazon-luna-review-pros-and-cons/ | F, 403, H, A, NP, 611 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-352 | | | Amazon Prime Video Uses AWS to Deliver Solid Streaming Experience to More Than 18 Million Football Fans https://aws.amazon.com/solutions/case-studies/amazon-prime-video/ | F, 403, H, A, NP, 611 |
| DTX-353 | | | Amazon Relational Database Service https://aws.amazon.com/rds/ | F, 403, H, A, NP, 611 |
| DTX-354 | | | Amazon VPC FAQs https://aws.amazon.com/vpc/faqs/ | F, 403, H, A, NP, 611 |
| DTX-355 | | | Amazon VPC Features (Kulkarni Ex. 7) | F, 403 |
| DTX-356 | | | Amazon VPC Features (June 6, 2022) https://web.archive.org/web/20220706112408/https://aws.amazon.com/vpc/features/ | F, 403, H, A, NP, 611 |
| DTX-357 | | | Amazon Web Services https://www.techtarget.com/searchaws/definition/Amazon-Web-Services | F, 403, H, A, NP, 611 |
| DTX-358 | | | Amazon Web Services in Winnipeg https://aws.amazon.com/blogs/aws/amazon_web_seri/ | F, 403, H, A, NP, 611 |
| DTX-359 | | | Amazon: A9.com Launches New Web Site to Make Internet Search More Effective; A9.com: A Search engine with a memory https://press.aboutamazon.com/news-releases/news-release-details/a9com-launches-new-web-site-make-internet-search-more-effective/ | F, 403, H, A, NP, 611 |
| DTX-360 | | | Amazon.com Launches Amazon Studios – a New Online Business to Discover New Talent and Develop Motion Pictures https://press.aboutamazon.com/2010/11/amazon-com-launches-amazon-studios-a-new-online-business-to-discover-new-talent-and-develop-motion-pictures | F, 403, H, A, NP, 611 |
| DTX-361 | | | Amazon.com, Inc. SEC Form 10-K for the fiscal year ended December 31, 2008 | F, 403, H, NP, 611 |
| DTX-362 | | | Amazon.com, Inc. SEC Form 10-K for the fiscal year ended December 31, 2010 | F, 403, H, A, NP, 611 |
| DTX-363 | | | Amazon.com, Inc. SEC Form 10-K for the fiscal year ended December 31, 2014 | F, 403, H, A, NP, 611 |
| DTX-364 | | | Amazon.com, Inc. SEC Form 10-K for the fiscal year ended December 31, 2017 | F, 403, H, A, NP, 611 |
| DTX-365 | | | Amazon.com, Inc. SEC Form 10-K for the fiscal year ended December 31, 2022 https://www.sec.gov/Archives/edgar/data/1018724/000101872423000004/amzn-20221231.htm | F, 403, H, A, NP, 611 |
| DTX-366 | | | Amazon's most profitable service was once just a "risky bet." https://www.cnbc.com/2022/05/20/why-jeff-bezos-keeps-a-reminder-that-aws-was-once-just-a-risky-bet.html | F, 403, H, A, NP, 611 |
| DTX-367 | | | Amended Certificate of Formation/Registration filed on January 24, 2013 | F, 403, EXC |
| DTX-368 | | | AT&T Technical Journal https://ieeexplore.ieee.org/xpl/aboutJournal.jsp?punumber=6731003 | F, 403, H |
| DTX-369 | | | AWS App Mesh is now generally available, About AWS (Mar. 27, 2019) https://aws.amazon.com/about-aws/whats-new/2019/03/aws-app-mesh-is-now-generally-available/ | F, 403, H, A, NP, 611 |
| DTX-370 | | | AWS Cloud for Government https://aws.amazon.com/government-education/government/ | F, 403, H, A, NP, 611 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-371 | | | AWS Community Day https://aws.amazon.com/events/community-day/?developer-center-activities-cards.sort-by=item.additionalFields.startDateTime&developer-center-activities-cards.sort-order=asc | F, 403, H, A, NP, 611 |
| DTX-372 | | | AWS Identity and Access Management https://aws.amazon.com/iam/ | F, 403, H, A, NP, 611 |
| DTX-373 | | | AWS Transit Gateway Adds Multicast and Inter-Regional Peering (December 3, 2019) https://aws.amazon.com/blogs/aws/aws-transit-gateway-adds-multicast-and-inter-regional-peering/ | F, 403, H, A, NP, 611 |
| DTX-374 | | | AWS Transit Gateway https://docs.aws.amazon.com/whitepapers/latest/aws-vpc-connectivity-options/aws-transit-gateway.html | F, 403, H, A, NP, 611 |
| DTX-375 | | | AWS Transit Gateway Pricing Example. https://aws.amazon.com/transit-gateway/pricing/ | F, 403, H, A, NP, 611 |
| DTX-376 | | | Bell Labs Technical Journal https://ieeexplore.ieee.org/xpl/RecentIssue.jsp?punumber=6731002 | F, 403, H |
| DTX-377 | | | Bloomberg: Jeff Bezos' Risky Bet https://www.bloomberg.com/news/articles/2006-11-12/jeff-bezos-risky-bet | F, 403, H, A, NP, 611 |
| DTX-378 | | | Boeing Announces First Business to Be Launched Under Chairman's Innovation Initiative (Magnotti Ex. 1) | F, 403, H, 611 |
| DTX-379 | | | Boeing Form 10-K for the fiscal year ended December 31, 2008 | F, 403, H, NP, 611 |
| DTX-380 | | | Boeing Form 10-K for the fiscal year ended December 31, 2010 | F, 403, H, NP, 611 |
| DTX-381 | | | The Boeing Company 2022 Annual Report | F, 403, H, NP, 611 |
| DTX-382 | | | Boeing in Brief https://www.boeing.com/company/general-info#overview | F, 403, H, A, NP, 611 |
| DTX-383 | | | Boeing Licensing https://www.boeing.com/company/key-orgs/licensing#overview | F, 403, H, A, NP, 611 |
| DTX-384 | | | Book: Software Architecture: Foundations, Theory and Practice, by Richard N. Taylor, Nenad Medvidovic, and Eric M. Dashovy (Medvidovic Ex. 9) | 403, H, 611 |
| DTX-385 | | | Book: Valuation and Pricing of Technology-Based Intellectual Property, by Richard Razgaitis (excerpted) | F, 403, H, NP, 611, 701, 702 |
| DTX-386 | | | CDN Market Size in 2015 and 2019 https://www.bizety.com/2015/08/15/cdn-market-size-in-2015-and-2019-2/ | F, 403, H, A, NP, 611 |
| DTX-387 | | | Cerf, V. and Kahn, R. "A Protocol for Packet Network Intercommunication," IEEE Transactions on Communications, Vol. 22, No. 5, May 1974 | F, 403, H, NP, 611, 701, 702 |
| DTX-388 | | | Cloud Computing Market Size & Share Analysis - Growth Trends & Forecasts (2024 - 2029) https://www.mordorintelligence.com/industry-reports/cloud-computing-market | F, 403, H, A, NP, 611 |
| DTX-389 | | | Cloud Computing Services https://aws.amazon.com/?nc2=h_lg | F, 403, H, A, NP, 611 |
| DTX-390 | | | Company Targets 10X Bandwidth Cost Reduction For IP Video (June 4, 2020) https://www.tvtechnology.com/news/company-targets-10x-bandwidth-cost-reduction-for-ip-video (Ward Ex. 14) | F, 403, H, A, NP, 611 |
| DTX-391 | | | Compute Service – Amazon EC2 https://aws.amazon.com/pm/ec2/ | F, 403, H, A, NP, 611 |
| DTX-392 | | | Crunchbase: ZitoVault https://www.crunchbase.com/organization/zitovault | F, 403, H, A, NP, 611 |
| DTX-393 | | | Database Programming with JDBC & Java, Second Edition at 128 https://web.archive.org/web/20110406121920/http://java.sun.com/developer/Books/jdbc/ch07.pdf | F, 403, H, A, NP, 611, 701, 702 |
| DTX-394 | | | Deployment Patterns, Microsoft.com, March 17, 2014 https://learn.microsoft.com/en-us/previous-versions/msp-n-p/ff646997(v=pandp.10) | F, 403, H, A, NP, 611, 701, 702 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-395 | | | Dilley, John, et al. "Globally Distributed Content Delivery," IEEE Internet Computing, Sept. 2002 https://people.cs.umass.edu/~ramesh/Site/PUBLICATIONS_files/DMPPSW02.pdf | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-396 | | | DirectX Wikipedia https://en.wikipedia.org/wiki/DirectX | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-397 | | | Dkt. 33 in *Acceleration Bay LLC v. Take-Two Interactive Software, Inc., et al.*, Case No. 16-455 (D. Del.) | F, 403, H, 611, 701, 702, EXC, Opens Door |
| DTX-398 | | | Document entitled, "RT-25 Overview: Requirements Management for Net-Centric Enterprises," Annual SERC Research Review, 22 October 5-6, 2011 (Medvidovic Ex. 6) | F, 403, H |
| DTX-399 | | | Document history for transit gateways. https://docs.aws.amazon.com/vpc/latest/tgw/doc-history.html | F, 403, H, A, NP, 611 |
| DTX-400 | | | Edgecast ranks in Fastest Growing Companies in North America on Deloitte's 2013 Technology Fast 500 (November 14, 2013) https://www.marketscreener.com/news/latest/EdgeCast-Ranks-in-Fastest-Growing-Companies-in-North-America-on-Deloitte-s-2013-Technology-Fast-500-17464652/ | F, 403, H, A, NP, 611 |
| DTX-401 | | | EdgeCast: From $4 million in funding to a $400 million exit (January 1, 2015) https://csq.com/2015/01/edgecast-segil-kazerani-from-4-million-in-funding-to-a-400-million-exit/ | F, 403, H, A, NP, 611 |
| DTX-402 | | | Epic Games Goes All in on AWS (July 17, 2018) https://www.businesswire.com/news/home/20180717005331/en/Epic-Games-%20Goes-All-In-on-%20AWS | F, 403, H, A, NP, 611, 701, 702, EXC, Opens Door |
| DTX-403 | | | Epic Games on AWS https://aws.amazon.com/solutions/case-studies/innovators/epic-games/ | F, 403, H, A, NP, 611, 701, 702, EXC, Opens Door |
| DTX-404 | | | Epic Games Online Services https://dev.epicgames.com/en-US/services | F, 403, H, A, NP, 611, 701, 702, EXC, Opens Door |
| DTX-405 | | | *Epic Games, Inc. v. Acceleration Bay LLC* Complaint for Declaratory Judgment of Non-Infringement of U.S. Patent Nos. 6,701,344, 6,714,966, 6,829,634, 6,732,147, 6,910,069 6,920,497, and 7,412,537 | F, 403, H, 611, 701, 702, EXC, Opens Door |
| DTX-406 | | | Evangelists on the Road, Early 2007 https://aws.amazon.com/blogs/aws/evangelists_on_/ | F, 403, H, A, NP, 611 |
| DTX-407 | | | Excerpts from "Future Makers in Digital Technology" (Ward Ex. 17) | IC, B, H, 403, F, EXC |
| DTX-408 | | | Sony Interactive Entertainment Expanded Company Timeline https://sonyinteractive.com/en/our-company/expanded-company-timeline/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-409 | | | Fortnite Statistics for 2024 https://www.demandsage.com/fortnite-statistics/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-410 | | | Get started with a basic CloudFront distribution https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/GettingStarted.SimpleDistribution.html | F, 403, H, A, NP, 611 |
| DTX-411 | | | Global Net Revenue of Amazon by Product Group https://www.statista.com/statistics/672747/amazons-consolidated-net-revenue-by-segment/ | F, 403, H, A, NP, 611, Opens Door |
| DTX-412 | | | Google Patents, U.S. Patent Application 10/733,669 https://patents.google.com/patent/US20040148348A1/en?oq=10%2f733%2c669 | A, B, 403, F, 701, 702 |
| DTX-413 | | | History of PlayStation: PS1, PS2, PS3, PS4, PS5 – Launch Prices, Specs, Games https://www.psu.com/news/history-of-playstation-ps1-ps2-ps3-ps4-and-ps5-launch-prices-specs-and-games/ | F, 403, H, A, NP, 611, 701, 702, EXC |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-414 | | | How Boeing is Using AWS to Transform Commercial Aviation (ENT213) \| AWS re:Invent 2013 https://www.youtube.com/watch?v=EXKFnXYN6jg&ab_channel=AmazonWebServices | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-415 | | | How can I find Johns Hopkins University Dissertations and Theses? https://ask.library.jhu.edu/faq/44646 | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-416 | | | I Link Cable (Playstation 2) https://j2games.com/products/i-link-cable-playstation-2 | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-417 | | | Implementing Layer-3 Multicast Routing https://www.cisco.com/c/dam/en/us/td/docs/iosxr/ncs5xx/multicast/63x/b-mcast-cg-63x-ncs5xx.html | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-418 | | | In the 15 years since its launch, Amazon Web Services transformed how companies do business (March 13, 2021) https://www.seattletimes.com/business/amazon/in-the-15-years-since-its-launch-amazon-web-services-has-transformed-how-companies-do-business/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-419 | | | Inside DirectX Publishing Information https://catalog.loc.gov/vwebv/search?searchCode=LCCN&searchArg=97035214&searchType=1&permalink=y | F, 403, H, A, NP, 611, 701, 702, B |
| DTX-420 | | | Introducing Amazon Virtual Private Cloud (VPC), AWS News Blog (Aug. 25, 2009) https://aws.amazon.com/blogs/aws/introducing-amazon-virtual-private-cloud-vpc/ | F, 403, H, A, NP, 611 |
| DTX-421 | | | Introducing AWS Lambda (Nov. 13, 2014) https://aws.amazon.com/about-aws/whats-new/2014/11/13/introducing-aws-lambda/ | F, 403, H, A, NP, 611 |
| DTX-422 | | | Introducing AWS Transit Gateway (Nov. 16, 2018) https://aws.amazon.com/about-aws/whats-new/2018/11/introducing-aws-transit-gateway/ | F, 403, H, A, NP, 611 |
| DTX-423 | | | Investment Strategy — Acceleration Bay https://joe-ward-vxiz.squarespace.com/portfolio | F, 403, H |
| DTX-424 | | | J. Mogul, R. Rashid, M. Accetta, "The Packet Filter: An Efficient Mechanism for User-level Network Code," ACM Symposium on Operation System Principles, Nov. 1987 | F, 403, H, A, NP, 611, 701, 702 |
| DTX-425 | | | K. Ingham and S. Forrest, "A History and Survey of Network Firewalls," University of New Mexico, Tech. Rep., 2002 | F, 403, H, A, NP, 611, 701, 702 |
| DTX-426 | | | Lambda@Edge – Intelligent Processing of HTTP Requests at the Edge, AWS News Blog, (July 17, 2017) https://aws.amazon.com/blogs/aws/lambdaedge-intelligent-processing-of-http-requests-at-the-edge/ | F, 403, H, A, NP, 611, 701, 702 |
| DTX-427 | | | Level 3 Communications, Inc. SEC Form S-4 for the fiscal year ended December 31, 2014 | F, 403, H, A, NP, 611 |
| DTX-428 | | | Level 3 Completes Substantial Expansion of Global CDN Capacity to Support Rising CDN Demand https://www.prnewswire.com/news-releases/level-3-completes-substantial-expansion-of-global-cdn-capacity-to-support-rising-cdn-demand-147551265.html | F, 403, H, A, NP, 611 |
| DTX-429 | | | Limelight Networks, Inc. SEC Form 10-K for the fiscal year ended December 31, 2014 | F, 403, H, A, NP, 611 |
| DTX-430 | | | Lua, Eng Keong et al. "A Survey and Comparison of Peer-to-Peer Overlay Network Schemes," IEEE Communications Survey and Tutorial, March 2004 https://snap.stanford.edu/class/cs224w-readings/lua04p2p.pdf | F, 403, H, A, NP, 611, 701, 702, EXC |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-431 | | | Massive PlayStation leak reveals Call of Duty revenues and first-party game budgets https://www.techspot.com/news/99240-massive-playstation-leak-reveals-call-duty-revenues-first.html | F, 403, H, A, NP, 611, 701, 702, EXC, Opens Door |
| DTX-432 | | | Message Addressing and Transmission Methods: Unicast, Broadcast and Multicast Messages, http://www.tcpipguide.com/free/t_MessageAddressingandTransmissionMethodsUnicastBroa.htm | F, 403, H, A, NP, 611, 701, 702 |
| DTX-433 | | | Net sales and operating income of Sony's game and network services (G&NS) from fiscal year 2012 to 2022. https://www.statista.com/statistics/323452/sony-net-sales-and-operating-income-game-network-services/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-434 | | | Net sales of Sony's game and network services (G&NS) from fiscal 2018 to 2022, by segment. https://www.statista.com/statistics/1202180/sony-net-sales-gaming-services-segment/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-435 | | | One Year Later, Amazon Luna Just Keeps Getting Better (Dec. 15, 2021) https://www.lifewire.com/one-year-later-amazon-luna-just-keeps-getting-better-5205850 | F, 403, H, A, NP, 611 |
| DTX-436 | | | Panthesis, Inc. Washington Companies Directory (Magnotti Ex. 2) | F, 403, A, H |
| DTX-437 | | | PlayStation Announces the Launch of PlayStation Plus (June 19, 2010) https://www.24-7pressrelease.com/press-release/157001/playstation-announces-the-launch-of-playstation-plus | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-438 | | | PlayStation Game Console Unit Sales Worldwide 2011 – 2023, by console – Statista.xlsx https://www.statista.com/statistics/222403/unit-sales-of-sonys-gaming-hardware-by-category/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-439 | | | PlayStation Now: Price, how it works, and what games you can play https://www.gamesradar.com/playstation-now-guide/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-440 | | | PlayStation Store: Destiny – The Collection https://store.playstation.com/en-us/product/UP0002-CUSA00219_00-DSTCOLLECTION001 | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-441 | | | PlayStation Unit Sales in the U.S. 2006 – 2022, by console – Statista.xlsx https://www.statista.com/statistics/1029302/sales-playstation-gaming-devices-in-the-united-states/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-442 | | | Press Release: Amazon Luna Cloud Gaming Service Now Available to Everyone in Mainland U.S. with Unique Offer for Amazon Prime Members (Mar. 1, 2022) https://press.aboutamazon.com/2022/3/amazon-luna-cloud-gaming-service-now-available-to-everyone-in-mainland-u-s-with-unique-offer-for-amazon-prime-members | F, 403, H, A, NP, 611 |
| DTX-443 | | | Press Release: Amazon Web Services Launches Amazon CloudFront, a Self-Service, Pay-as- You-Go Content Delivery Service (Nov. 18, 2008) https://press.aboutamazon.com/2008/11/amazon-web-services-launches-amazon-cloudfront-a-self-service-pay-as-you-go-content-delivery-service | F, 403, H, A, NP, 611 |
| DTX-444 | | | Press Release: Amazon Web Services Launches Amazon EC2 for Windows (Oct. 23, 2008) https://press.aboutamazon.com/2008/10/amazon-web-services-launches-amazon-ec2-for-windows | F, 403, H, A, NP, 611 |
| DTX-445 | | | Press Release: Amazon.com Launches Amazon UnboxTM, a Digital Video Download Service with DVD-Quality Picture (Sept. 7, 2006) https://press.aboutamazon.com/2006/9/amazon-com-launches-amazon-unboxtm-a-digital-video-download-service-with-dvd-quality-picture | F, 403, H, A, NP, 611 |
| DTX-446 | | | Press Release: Amazon.com to Acquire Twitch (Aug. 25, 2014) https://press.aboutamazon.com/2014/8/amazon-com-to-acquire-twitch | F, 403, H, A, NP, 611 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-447 | | | Press Release: Microsoft NetMeeting Conferencing Software Provides Easy Voice, Data Internet Communications; Available on the Web Now, May 29, 1996 https://news.microsoft.com/1996/05/29/microsoft-netmeeting-conferencing-software-provides-easy-voice-data-internet-communications-available-on-the-web-now/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-448 | | | Press Release: Microsoft Ships NetMeeting 2.0 Final Release; Major Corporations Adopt Leading Internet Conferencing Software to Solve Business Problems, Apr. 28, 1997 https://news.microsoft.com/1997/04/28/microsoft-ships-netmeeting-2-0-final-release-major-corporations-adopt-leading-internet-conferencing-software-to-solve-business-problems/ | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-449 | | | Printouts of pages from Acceleration Bay website (Ward Ex. 18) | COMP, IC, F, H, 403 |
| DTX-450 | | | Ranking the Brands: Best Global Brands (2009) https://www.rankingthebrands.com/The-Brand-Rankings.aspx?rankingID=37&year=72 | F, 403, H, A, NP, 611 |
| DTX-451 | | | Ranking the Brands: Best Global Brands (2010) https://www.rankingthebrands.com/The-Brand-Rankings.aspx?rankingID=37&year=214 | F, 403, H, A, NP, 611 |
| DTX-452 | | | Ranking the Brands: Best Global Brands (2011) https://www.rankingthebrands.com/The-Brand-Rankings.aspx?rankingID=37&year=368 | F, 403, H, A, NP, 611 |
| DTX-453 | | | Ranking the Brands: Best Global Brands (2012) https://www.rankingthebrands.com/The-Brand-Rankings.aspx?rankingID=37&year=523 | F, 403, H, A, NP, 611 |
| DTX-454 | | | Ranking the Brands: Best Global Brands (2013) https://www.rankingthebrands.com/The-Brand-Rankings.aspx?rankingID=37&year=697 | F, 403, H, A, NP, 611 |
| DTX-455 | | | Ranking the Brands: Best Global Brands (2014) https://www.rankingthebrands.com/The-Brand-Rankings.aspx?rankingID=37&year=857 | F, 403, H, A, NP, 611 |
| DTX-456 | | | Ranking the Brands: Best Global Brands (2015) https://www.rankingthebrands.com/The-Brand-Rankings.aspx?rankingID=37&year=985 | F, 403, H, A, NP, 611 |
| DTX-457 | | | Regions, Availability Zones, and Local Zones https://docs.aws.amazon.com/AmazonRDS/latest/UserGuide/Concepts.RegionsAndAvailabilityZones.html | F, 403, H, A, NP, 611 |
| DTX-458 | | | RFC 1597 https://datatracker.ietf.org/doc/html/rfc1597 | A., F, 403, H, 611, 701, 702, NP |
| DTX-459 | | | RFC 1757 https://datatracker.ietf.org/doc/html/rfc1757 | A., F, 403, H, 611, 701, 702, NP |
| DTX-460 | | | RFC 2050 https://datatracker.ietf.org/doc/html/rfc2050 | A., F, 403, H, 611, 701, 702, NP |
| DTX-461 | | | RFC 2460 https://datatracker.ietf.org/doc/html/rfc2460 | A., F, 403, H, 611, 701, 702, NP |
| DTX-462 | | | RFC 2613 https://datatracker.ietf.org/doc/html/rfc2613 | A., F, 403, H, 611, 701, 702, NP |
| DTX-463 | | | RFC 791 https://datatracker.ietf.org/doc/html/rfc791 | A., F, 403, H, 611, 701, 702, NP |
| DTX-464 | | | RFC 826 https://datatracker.ietf.org/doc/html/rfc826 | A., F, 403, H, 611, 701, 702, NP |
| DTX-465 | | | RFC 973 https://datatracker.ietf.org/doc/html/rfc973 | A., F, 403, H, 611, 701, 702, NP |
| DTX-466 | | | Screenshot from YouTube (BGN - Blockchain Global News) (Ward Ex. 19) | IC, B, H, 403, F |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-467 | | | Sony Computer Entertainment America Unveils New Content, Hardware And Network Services That Reinforce PlayStation® Is The Best Place To Play (June 10, 2014) https://www.sony.com/en_us/SCA/company-news/press-releases/sony-computer-entertainment-america-inc/2014/sony-computer-entertainment-america-unveils-new-content-hardware-and-network-services-that-reinforce-playstation-is-the-best-place-to-play.html | F, 403, 611, 701, 702, H, NP |
| DTX-468 | | | Sony Computer Entertainment to Offer Software Development Kit for PlayStation Suit Starting this November https://sonyinteractive.com/en/press-releases/2011/sony-computer-entertainment-to-offer-software-development-kit-for-playstationsuite-starting-this-november/ | F, 403, 611, 701, 702, H, NP |
| DTX-469 | | | Sony Games & Network Services Segment Presentation https://www.sony.com/en/SonyInfo/IR/library/presen/irday/pdf/2021/GNS_E.pdf | F, 403, 611, 701, 702, H, NP |
| DTX-470 | | | Sony Group Corporation Consolidated Financial Results for the Fiscal Year Ended March 31, 2013 | F, 403, 611, 701, 702, H, NP |
| DTX-471 | | | Sony Group Corporation Supplemental Information for the Consolidated Financial Results for the Fourth Quarter Ended March 31, 2017 | F, 403, 611, 701, 702, H, NP |
| DTX-472 | | | Sony Group Corporation Supplemental Information for the Consolidated Financial Results for the Fourth Quarter Ended March 31, 2018 | F, 403, 611, 701, 702, H, NP |
| DTX-473 | | | Sony Group Corporation Supplemental Information for the Consolidated Financial Results for the Fourth Quarter Ended March 31, 2021 | F, 403, 611, 701, 702, H, NP |
| DTX-474 | | | Sony Group Corporation Supplemental Information for the Consolidated Financial Results for the Fourth Quarter Ended March 31, 2023 | F, 403, 611, 701, 702, H, NP |
| DTX-475 | | | Sony Interactive Entertainment https://www.avid.wiki/Sony_Interactive_Entertainment | F, 403, H, A, NP, 611, EXC |
| DTX-476 | | | Sony Merges Computer Entertainment and Network Entertainment into New Company https://www.vg247.com/sony-interactive-entertainment-combines-two-playstation-businesses | F, 403, H, A, NP, 611, EXC |
| DTX-477 | | | Sony Online Entertainment Continues to Lead the Online Gaming Industry with Its New Roster of Massively Multiplayer Games (May 13, 2002) https://www.sony.com/content/sony/en/en_us/SCA/company-news/press-releases/sony-online-entertainment/2002/sony-online-entertainment-continues-to-lead-the-online-gaming-industry-with-its-new-roster-of-massively-multiplayer-games.html | F, 403, H, A, NP, 611, EXC |
| DTX-478 | | | Sony Opens Doors to More Developers with PlayStation Mobile SDK https://siliconangle.com/2012/11/20/sony-opens-doors-to-more-developers-with-playstation-mobile-sdk/ | F, 403, H, A, NP, 611, EXC |
| DTX-479 | | | Streaming Ahead: Making UX + Content Strategy Work Together https://www.pwc.com/us/en/services/consulting/library/consumer-intelligence-series/streaming-ahead.html | F, 403, H, A, NP, 611 |
| DTX-480 | | | The 10 Highest-Selling PlayStation 2 Games of All Time https://www.cbr.com/best-selling-ps2-games/ | F, 403, H, A, NP, 611, EXC |
| DTX-481 | | | The AWS Blog: The First Five Years (Nov. 9, 2009) https://aws.amazon.com/blogs/aws/aws-blog-the-first-five-years/ | F, 403, H, A, NP, 611 |
| DTX-482 | | | The Rise of Cloud Gaming https://www.datacenters.com/news/the-rise-of-cloud-gaming | F, 403, H, A, NP, 611 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-483 | | | Three Key Tactics for Marketing to Developers (Nov. 8, 2018) https://aws.amazon.com/blogs/startups/takeaways-from-web-summit-3-key-tactics-for-marketing-to-developers/ | F, 403, H, A, NP, 611 |
| DTX-484 | | | Tiered Distribution, Microsoft.com, March 17, 2014 https://learn.microsoft.com/en-us/previous-versions/msp-n-p/ff647195(v=pandp.10) | F, 403, H, A, NP, 611, 701, 702, EXC |
| DTX-485 | | | Top 10 AWS Competitors & Alternatives https://bstrategyhub.com/aws-competitors-alternatives/ | F, 403, H, A, NP, 611 |
| DTX-486 | | | U.S. Patent No. 10,097,517 "Secure Tunnels for the Internet of Things" | F, 403 |
| DTX-487 | | | U.S. Patent No. 10,470,102 "MAC Address-Bound WLAN Password" | F, 403 |
| DTX-488 | | | U.S. Patent No. 5,319,542 "System for Ordering Items Using an Electronic Catalogue" | F, 403 |
| DTX-489 | | | U.S. Patent No. 5,350,303 "Method for accessing information in a computer." | F, 403 |
| DTX-490 | | | U.S. Patent No. 5,404,507 "Apparatus and Method for Finding Records in a Database by Formulating a Query Using Equivalent Terms Which Correspond to Terms in the Input Query" | F, 403 |
| DTX-491 | | | U.S. Patent No. 5,442,771 "Method for storing data in an interactive computer network" | F, 403 |
| DTX-492 | | | U.S. Patent No. 5,446,891 "System for Adjusting Hypertext Links with Weighed User Goals and Activities" | F, 403 |
| DTX-493 | | | U.S. Patent No. 5,509,074 "Method of protecting electronically published materials using cryptographic protocols" | F, 403 |
| DTX-494 | | | U.S. Patent No. 5,623,656 "Script-based data communication system and method utilizing state memory" | F, 403 |
| DTX-495 | | | U.S. Patent No. 5,649,131 "Communications Protocol" | F, 403 |
| DTX-496 | | | U.S. Patent No. 5,652,751 "Architecture for Mobile Radio Networks with Dynamically Changing Topology Using Virtual Subnets" | F, 403, 701, 702 |
| DTX-497 | | | U.S. Patent No. 5,796,967 "Method for presenting applications in an interactive service" | F, 403 |
| DTX-498 | | | U.S. Patent No. 5,835,727 "Method and apparatus for controlling access to services within a computer network" | F, 403 |
| DTX-499 | | | U.S. Patent No. 6,041,316 "Method and system for ensuring royalty payments for data delivered over a network" | F, 403 |
| DTX-500 | | | U.S. Patent No. 6,049,524 "Multiplex router device comprising a function for controlling a traffic occurrence at the time of alteration process of a plurality of router calculation units" | F, 403 |
| DTX-501 | | | U.S. Patent No. 6,278,712 "Network and switching node in which resource can be reserved" | F, 403 |
| DTX-502 | | | U.S. Patent No. 6,411,967 "Distributed processing system with replicated management information base" | F, 403 |
| DTX-503 | | | U.S. Patent No. 6,484,257 "System and Method for Maintaining N Number of Simultaneous Cryptographic Sessions Using a Distributed Computing Environment" | F, 403 |
| DTX-504 | | | U.S. Patent No. 6,529,953 "Scalable computer network resource monitoring and location system" | F, 403 |
| DTX-505 | | | U.S. Patent No. 6,724,770 "Multicast protocol with reduced buffering requirements" | F, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-506 | | | U.S. Patent No. 6,742,023 "Use-sensitive distribution of data files between users" | F, 403 |
| DTX-507 | | | U.S. Patent No. 7,072,849 "Method for presenting advertising in an interactive service" | F, 403 |
| DTX-508 | | | U.S. Patent No. 7,086,086 "System and Method for Maintaining N Number of Simultaneous Cryptographic Sessions Using a Distributed Computing Environment" | F, 403 |
| DTX-509 | | | U.S. Patent No. 7,170,999 "Method of and apparatus for encrypting and transferring files" | F, 403 |
| DTX-510 | | | U.S. Patent No. 7,412,537 B2 https://patents.google.com/patent/US7412537B2/en?oq=US7412537B2 | A, B, 403, F, 701, 702 |
| DTX-511 | | | Unreal® Engine End User License Agreement https://www.unrealengine.com/en-US/eula/unreal | F, 403, LC, 701, 702 |
| DTX-512 | | | Use an AWS Transit Gateway to Simplify Your Network Architecture (Nov. 26, 2018) https://aws.amazon.com/blogs/aws/new-use-an-aws-transit-gateway-to-simplify-your-network-architecture/ | F, 403, H, A, NP, 611 |
| DTX-513 | | | Verizon Buys CDN Provider EdgeCast, Takes on Akamai (Dec. 9, 2013) https://www.investors.com/news/technology/verizon-acquires-edgecast-akamai-cdn-rival/ | F, 403, H, A, NP, 611 |
| DTX-514 | | | Watch anywhere, anytime https://www.amazon.com/gp/video/splash/t/getTheApp/ref=atv_dl_rdr | F, 403, H, A, NP, 611 |
| DTX-515 | | | We Build Muck, So You Don't Have To (Sept. 27, 2006) https://aws.amazon.com/blogs/aws/we_build_muck_s/ | F, 403, H, A, NP, 611 |
| DTX-516 | | | Web Hosting Services on AWS https://aws.amazon.com/websites/ | F, 403, H, A, NP, 611 |
| DTX-517 | | | Welcome to the story of innovation at Prime Video and Amazon Studios https://www.primevideotech.com/our-innovation/welcome-to-the-story-of-innovation-at-prime-video-and-amazon-studios | F, 403, H, A, NP, 611 |
| DTX-518 | | | What is Amazon Luna? https://www.amazon.com/gp/help/customer/display.html?nodeId=G8WBF7CLZX7W345R | F, 403, H, A, NP, 611 |
| DTX-519 | | | What is a cloud service provider? https://cloud.google.com/learn/what-is-a-cloud-service-provider | F, 403, H, A, NP, 611 |
| DTX-520 | | | What is Amazon EC2? https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/concepts.html | F, 403, H, A, NP, 611 |
| DTX-521 | | | What is Amazon Prime? Everything you need to know https://www.tomsguide.com/us/what-is-amazon-prime,news-18041.html | F, 403, H, A, NP, 611 |
| DTX-522 | | | What is Amazon VPC? https://docs.aws.amazon.com/vpc/latest/userguide/what-is-amazon-vpc.html | F, 403, H, A, NP, 611 |
| DTX-523 | | | What is AWS Lambda? https://docs.aws.amazon.com/lambda/latest/dg/welcome.html | F, 403, H, A, NP, 611 |
| DTX-524 | | | What is cloud computing? An overview of the cloud. https://www.atlassian.com/microservices/cloud-computing | F, 403, H, A, NP, 611 |
| DTX-525 | | | What is cloud computing? https://aws.amazon.com/what-is-cloud-computing/ | F, 403, H, A, NP, 611 |
| DTX-526 | | | What is cloud gaming? https://www.digitaltrends.com/gaming/what-is-cloud-gaming-explained/ | F, 403, H, A, NP, 611 |
| DTX-527 | | | What is the PlayStation Network? https://www.lifewire.com/the-playstation-network-psn-817483 | F, 403, H, A, NP, 611, 701, 702, EXC |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-528 | | | What is VPC peering? https://docs.aws.amazon.com/vpc/latest/peering/what-is-vpc-peering.html | F, 403, H, A, NP, 611 |
| DTX-529 | | | Who are Amazon's Main Competitors? https://www.investopedia.com/ask/answers/120314/who-are-amazons-amzn-main-competitors.asp | F, 403, H, A, NP, 611 |
| DTX-530 | | | Who's MAE and Why's She So Slow? https://web.archive.org/web/20120716222029/http://info.ipinc.net/support/faqs/mae.html | F, 403, H, A, NP, 611 |
| DTX-531 | | | Why Amazon is Spending so Much Money on R&D https://www.businessinsider.com/why-i-jeff-bezos-keep-spending-billions-on-amazon-rd-2011-4 | F, 403, H, A, NP, 611 |
| DTX-532 | | | WO2015149026 – System and Method for Predicting Impending Cyber Security Events Using Multi Channel Behavioral Analysis in a Distritributed Computing Environment https://patentscope.wipo.int/search/en/detail.jsf?docId=WO2015149062&amp;_fid=WO2015149062 | F, 403 |
| DTX-533 | AB-AWS 121309 | AB-AWS 121309 | accepted license review meeting invite (AB-Nintendo) | F, 403, 611, 702, EXC |
| DTX-534 | AB-AWS 121318 | AB-AWS 121323 | email chain between AB and Nintendo | D, F, H, 403, 611, 702, EXC |
| DTX-535 | AB-AWS 121356 | AB-AWS 121356 | AB email to Ubisoft | F, H, 403, 611, 702, EXC |
| DTX-536 | AB-AWS 121398 | AB-AWS 121409 | email chain between AB and Nintendo | F, H, 403, 611, 702, EXC |
| DTX-537 | AB-AWS 121554 | AB-AWS 121570 | Acc_Bay_Nintendo_MarioKart8_US6701344 .pdf | F, H, 403, 611, 702, EXC |
| DTX-538 | AB-AWS 121571 | AB-AWS 121589 | Acc_Bay_Nintendo_MarioKart8_US6701344-21.pdf | F, H, 403, 611, 702, EXC |
| DTX-539 | AB-AWS 121630 | AB-AWS 121641 | CLAIM CHART_US 6,714,966 (CLAIM 19) - Akamai Technologies, Inc. (Content Delivery Network(CDN))_Jan 2, 2019.pptx | F, H, 403, 611, 702, EXC |
| DTX-540 | AB-AWS 121642 | AB-AWS 121652 | CLAIM CHART_US 6,714,966 (CLAIM 19) - Alibaba Cloud (CDN)_April 26, 2019.pptx | F, H, 403, 611, 702, EXC |
| DTX-541 | AB-AWS 121653 | AB-AWS 121664 | CLAIM CHART_US 6,714,966 (CLAIM 19) - Limelight Networks (Content Delivery)_Mar. 7, 2019.pptx | F, H, 403, 611, 702, EXC |
| DTX-542 | AB-AWS 121665 | AB-AWS 121675 | CLAIM CHART_US 6,714,966 (CLAIM 19) - Verizon Digital Media Services, Inc. (Edgecast CDN)_April 26, 2019.pptx | F, H, 403, 611, 702, EXC |
| DTX-543 | AB-AWS 121676 | AB-AWS 121688 | CLAIM CHART_US 6714966 (CLAIM 19) - Imperva Incapsula (CDN)_6-Feb-2019.pdf | F, H, 403, 611, 702, EXC |
| DTX-544 | AB-AWS 121689 | AB-AWS 121698 | Comcast.pdf | F, H, 403, 611, 702, EXC |
| DTX-545 | AB-AWS 121699 | AB-AWS 121704 | UBISOFT Charts June 11 2019 '069.pdf | F, H, 403, 611, 702, EXC |
| DTX-546 | AB-AWS 121705 | AB-AWS 121710 | UBISOFT Charts June 11 2019 '147.pdf | F, H, 403, 611, 702, EXC |
| DTX-547 | AB-AWS 121711 | AB-AWS 121726 | UBISOFT Charts June 11 2019 '344.pdf | F, H, 403, 611, 702, EXC |
| DTX-548 | AB-AWS 121727 | AB-AWS 121739 | UBISOFT Charts June 11 2019 '966.pdf | F, H, 403, 611, 702, EXC |
| DTX-549 | | | U.S. Patent No. 5,652,751 "Architecture for Mobile Radio Networks with Dynamically Changing Topology Using Virtual Subnets" | F, 403, 701, 702 |
| DTX-550 | AMZ_AB_000121533 | AMZ_AB_000121570 | U.S. Patent No. 6,421,349 to Grover | F, 403 |
| DTX-551 | | | Citations for N.F. Maxemchuk, Regular mesh topologies in local and metropolitan area networks | F, 403, A, 611, 701, 702, H, NP |
| DTX-552 | | | WorldCat listing for Du, Configurable collaborative server architecture: Structural design and network management | F, 403, A, 611, 701, 702, H, NP |
| DTX-553 | | | WACC - Electronic Arts | F, 403, A, 611, 701, 702, H, NP |
| DTX-554 | | | WACC - Ubisoft | F, 403, A, 611, 701, 702, H, NP |
| DTX-555 | | | Complaint in *IBM Corp. v. Amazon.com, Inc.*, Case No. 9-06-cv-00242 (E.D. Tex. Oct. 23, 2006) | F, 403, 611, 701, 702, H, NP |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-556 | | | Complaint in *Alcatel-Lucent USA Inc. v. Amazon.com, Inc.*, Case No. 6:09-cv-422 (E.D. Tex. Sept. 25, 2009) | F, 403, 611, 701, 702, H, NP |
| DTX-557 | AMZ_AB_000128529 | AMZ_AB_000128529 | Data Transfer DDC Rates | A, F, 403 |
| DTX-558 | | | Complaint for Patent Infringement in the matter of *Acceleration Bay, LLC vs. Activision Blizzard, Inc., Case No. 15-228 (D. Del.),* dated March 11, 2015 | F, 403, 611, 701, 702, H, Opens Door |
| DTX-559 | | | Plaintiff Acceleration Bay, LLC's Answering Brief in Opposition to Defendants' Partial Motion to Dismiss for Lack of Standing in *Acceleration Bay LLC v. Take-Two Interactive Software, Inc.*, D.I. 33, Case No. 16-455 (D. Del.) | F, 403, 611, 701, 702, H, LC, Opens Door |
| DTX-560 | | | Plaintiff's Complaint for Patent Infringement *ZitoVault, LLC v. Amazon.com, Inc.*, Civil Action No. 6-15-cv-00152, (E.D. Tex.), dated March 2, 2015 | F, 403, 611, 701, 702, H, NP |
| DTX-561 | | | November 22, 2023 AB's Obj. and Resp. to Amazon's First Set of RFAs (Nos. 1-25) | F, 403, LC, 611, 701, 702, H |
| DTX-562 | AMZ_AB_000124572 | AMZ_AB_000124575 | TGW Autoscaling State of the World | F, 403 |
| DTX-563 | AMZ_AB_000003857 | AMZ_AB_000003951 | 2022 Overview of Amazon Web Services - AWS Whitepaper | F, 403 |
| DTX-564 | | | 2019 Q2 Boeing Earnings Call Transcript (July 24, 2019) | F, 403, 611, 701, 702, H, NP |
| DTX-565 | | | 2002 Boeing 10-K | F, 403, 611, 701, 702, H, NP |
| DTX-566 | | | 2008 Boeing 10-K | F, 403, 611, 701, 702, H, NP |
| DTX-567 | | | 2014 Boeing 10-K | F, 403, 611, 701, 702, H, NP |
| DTX-568 | | | 2014 Q2 Boeing 10-Q | F, 403, 611, 701, 702, H, NP |
| DTX-569 | | | 2019 Boeing 10-K | F, 403, 611, 701, 702, H, NP |
| DTX-570 | | | 2019 Boeing Annual Report | F, 403, 611, 701, 702, H, NP |
| DTX-571 | | | 2020 Boeing 10-K | F, 403, 611, 701, 702, H, NP |
| DTX-572 | | | 2022 Boeing 10-K | F, 403, 611, 701, 702, H, NP |
| DTX-573 | Boeing-AWS 00236 | Boeing-AWS 00237 | 2020-11-30 Boeing internal email discussing Edge Video demo and Acceleration Bay's attempts to purchase 17 additional patents | F, H, 403, 611, 702, EXC |
| DTX-574 | Bourassa 000165 | Bourassa 000176 | M&CT/Panthesis Business Vision | F, 403 |
| DTX-575 | Bourassa 000878 | Bourassa 000880 | DRAFT 9/8/2000 Business Strategy for the SWAN Technology | F, 403 |
| DTX-576 | Bourassa 002672 | Bourassa 002683 | M&CT/Panthesis Business Vision | F, 403 |
| DTX-577 | Bourassa 003554 | Bourassa 003572 | Boeing New Ventures: SWAN Concept Plan - Initial Evaluation, dated September 14, 2000 | F, 403 |
| DTX-578 | AB-AWS 014239 | AB-AWS 014255 | Bourassa Declaration in IPR2016-00747 | F, H, LC, 403, 702, EXC, Opens Door |
| DTX-579 | HOLT 000233 | HOLT 000235 | 11/5/2002 Email chain from Corr Pearce to Fred Holt, Virgil Bourassa and from John Folliard to Corr Pearce re: Swan game demo | F, H, 403, 611, EXC |
| DTX-580 | HOLT 001780 | HOLT 001809 | September 2003 Panthesis Business Plan | F, 403 |
| DTX-581 | HOLT 001856 | HOLT 001862 | Panthesis Doc (appears to be investor brochure) about SWAN w/ Background, Competition, Sales and Marketing Plan, and Management Team info | F, 403 |
| DTX-582 | HOLT 002275 | HOLT 002282 | Panthesis Doc (appears to be investor brochure) about SWAN w/ Background, Competition, Sales and Marketing Plan, Management Team, Investment Terms, and Pro Forma Income Estimates info | F, 403 |
| DTX-583 | AB-AWS 015470 | AB-AWS 015471 | Draft August 31, 2000 Assignments between the Boeing Company and Panthesis (alternative Bates: HOLT 002633-34) | F, 403 |
| DTX-584 | AB-AWS 014978 | AB-AWS 014978 | October 11, 2000 Swan Business Overview Slidedeck to Madrona Venture Group | F, 403 |
| DTX-585 | AB-AWS 015000 | AB-AWS 015000 | April 24, 2000 Swan Business Plan | F, 403 |
| DTX-586 | AB-AWS 014951 | AB-AWS 014951 | 6/2000-5/2001 Panthesis 12-mo. Projections | F, 403 |
| DTX-587 | AB-AWS 015107 | AB-AWS 015107 | January 2001 Swan Licensing Opportunities (alternative Bates: Bourassa 001020-42) | F, 403 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-588 | HOLT 000274 | HOLT 000274 | Email from Bourassa to Magnotti re: final draft of email to Boeing to acquire Swan patent rights | F, H, 403 |
| DTX-589 | BOEING 005371 | BOEING 005372 | Email from Norita, Jaeger to Radovsky RE: BoeingPatents.docx | F, H, 403, 611, 702, EXC, IC |
| DTX-590 | BOEING 005788 | BOEING 005788 | Correspondence from Radovsky to Michael Ditmore (Intigroup) RE: SWAN Term Sheet | F, H, 403, 611, 702, EXC, IC |
| DTX-591 | AB-AWS 013231 | AB-AWS 013318 | AWS Summit Bahrain Presentation | F, 403 |
| DTX-592 | AB-AWS 114091 | AB-AWS 114140 | AWS re:Invent 2018 Slidedeck | F, 403 |
| DTX-593 | AB-AWS 114146 | AB-AWS 114194 | AWS Public Sector Summit Slidedeck | F, 403 |
| DTX-594 | AMZ_AB_000125898 | AMZ_AB_000125904 | Amazon VPC Pricing | F, 403 |
| DTX-595 | Bourassa 000367 | Bourassa 000369 | NewCo (Panthesis) Executive Summary | F, 403 |
| DTX-596 | HOLT 001810 | HOLT 001826 | September 2003 Panthesis Business Plan (w/ financial assumptions and capital structure) | F, 403 |
| DTX-597 | | | Announcing Amazon Elastic Compute Cloud (Amazon EC2) - beta (Gunderson Ex. 10) | F, 403, H, A, NP, D |
| DTX-598 | AB-AWS 019532 | AB-AWS 019539 | 4/22/2010 Email between Joe Daniele (Acorn) and C. Elston (Intellectual Ventures) re: B9 Patents for Sale Update | F, H, 403, 611, 702, EXC |
| DTX-599 | AB-AWS 019563 | AB-AWS 019566 | 5/4/2012 Email between Joe Daniele (Acorn) and N. Radovsky re: Fred Holt's Proposal -- Re: SWAN-B9 | F, H, 403, 611, 702, EXC |
| DTX-600 | AB-AWS 019587 | AB-AWS 019588 | 5/19/2009 Email from N. Radovsky to C. Elston re: Online Gaming Portfolio | F, H, 403, 611, 702, EXC, IC |
| DTX-601 | AB-AWS 019592 | AB-AWS 019593 | 5/15/2012 Email from N. Radovsky to James Truman regarding monetization of Boeing patent portfolios (inc. Asserted Patents) | F, H, 403, 611, 702, EXC, IC |
| DTX-602 | AB-AWS 019604 | AB-AWS 019607 | Table of patent portfolios Boeing seeks to monetize (inc. Asserted Patents) | A, F, H, 403, 611, 702, EXC |
| DTX-603 | AB-AWS 108776 | AB-AWS 108780 | 8/8/2017 Capture of Acceleration Bay's Website - Investment Strategy | F, 403 |
| DTX-604 | AB-AWS 020256 | AB-AWS 020256 | 6/12/2017 Capture of Acceleration Bay's Website - About page | F, 403 |
| DTX-605 | AB-AWS 020258 | AB-AWS 020259 | 6/12/2017 Capture of Acceleration Bay's Website - Partnering Collaboration Approach page | F, 403 |
| DTX-606 | AB-AWS 020260 | AB-AWS 020261 | 6/12/2017 Capture of Acceleration Bay's Website - Partnering Innovation page | F, 403 |
| DTX-607 | AB-AWS 020262 | AB-AWS 020264 | 6/12/2017 Capture of Acceleration Bay's Website - Partnering Licensing Practices page | F, 403 |
| DTX-608 | AB-AWS 115229 | AB-AWS 115257 | 5/22/2003 Draft: Panthesis Product Definition for Retail Development of Demonstrator Game (Second Draft) | F, 403 |
| DTX-609 | AB-AWS 015165 | AB-AWS 015165 | Email from V. Bourassa to D. Smukowski | F, H, 403, EXC |
| DTX-610 | AB-AWS 015873 | AB-AWS 015876 | Panthesis Debrief 2/6/2003 | F, H, 403 |
| DTX-611 | AB-AWS 015759 | AB-AWS 015801 | Panthesis Business Plan 08/2002 | F, 403 |
| DTX-612 | AB-AWS 015515 | AB-AWS 015516 | Email from O. Larsen to F. Holt Re: SWAN (closing SWAN job number at Boeing on 6/25/2001) | F, H, 403 |
| DTX-613 | AB-AWS 015513 | AB-AWS 015514 | Email from A. Erisman to F. Holt and other Re: Swan song sung | F, H, 403 |
| DTX-614 | AB-AWS 015490 | AB-AWS 015512 | NewCo Business Plan 02/26/2001 | F, H, 403 |
| DTX-615 | AB-AWS 015483 | AB-AWS 015484 | Email from A. Erisman to F. Holt and T. Rohner Re: boeing/swan and groove | F, H, 403, 611 |
| DTX-616 | AB-AWS 015472 | AB-AWS 015482 | Memo from V. Bourassa and F. Holt to Boeing Ventures Re: Structure of NewCo 10/24/2000 | F, H, 403 |
| DTX-617 | | | Summary of Estimated Revenue and Allocated Costs Associated with the Accused Services (and each of their corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 1) | F, 403, H, 611, NT, 702, 1006 |
| DTX-618 | | | Estimated Allocated Costs Associated with Internal and CDO Customers' Usage of Transit Gateway (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 1.1) | F, 403, H, 611, NT, 702, 1006 |

| Exhibit No. | Bates Start | Bates End | Document Description | Objections |
|---|---|---|---|---|
| DTX-619 | | | Estimated Revenue Associated with External Customers' Usage of VPC Peering (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 1.2) | F, 403, H, 611, NT, 702, 1006 |
| DTX-620 | | | Estimated Allocated Costs Associated with Internal and CDO Customers' Usage of VPC Peering (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 1.3) | F, 403, H, 611, NT, 702, 1006 |
| DTX-621 | | | Summary of Boeing License Agreements (and each of their corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 2) | F, 403, H, 611, NT, 702, 1006 |
| DTX-622 | | | Summary of Acceleration Bay License Agreements (and each of their corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 2.1) | F, 403, H, 611, NT, 702, 1006 |
| DTX-623 | | | Summary of AWS License Agreements (and each of their corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 2.2) | F, 403, H, 611, NT, 702, 1006 |
| DTX-624 | | | Estimated Terms of Comparable License Agreements (and each of their corresponding source materials) (3/18/24 Kindler Rebuttal, Table 7) | F, 403, H, 611, NT, 702, 1006 |
| DTX-625 | | | Sony's Game and Network Services Net Sales & Operating Income (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 3) | F, 403, H, 611, NT, 702, 1006 |
| DTX-626 | | | Sony's Game and Network Services Net Sales by Segment (in million USD) (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 3.1) | F, 403, H, 611, NT, 702, 1006 |
| DTX-627 | | | Effective Royalty Rate Implied by Acceleration Bay - Epic Agreement (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 4) | F, 403, H, 611, NT, 702, 1006 |
| DTX-628 | | | Illustrative Adjustments to Mr. Gunderson's Claimed Royalty Damages Adjusting Royalty Base Based on the AWS Enterprise Agreement with Boeing (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 5) | F, 403, H, 611, NT, 702, 1006 |
| DTX-629 | | | Illustrative Adjustments to Mr. Gunderson's Claimed Royalty Damages Adjusted Royalty Base (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 5.1) | F, 403, H, 611, NT, 702, 1006 |
| DTX-630 | | | Illustrative Adjustments to Mr. Gunderson's Claimed Royalty Damages Effective Royalty Rate Implied by Acceleration Bay - Epic Agreement (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 5.2) | F, 403, H, 611, NT, 702, 1006 |
| DTX-631 | | | Illustrative Adjustments to Mr. Gunderson's Claimed Royalty Damages (1) Adjusted Royalty Base and (2) Effective Royalty Rate Implied by Acceleration Bay - Epic Agreement (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 5.3) | F, 403, H, 611, NT, 702, 1006 |
| DTX-632 | | | CloudFront Usage of VPC, Transit Gateway, Lambda, EC2, EKS, and Other Resources (and each of its corresponding source materials) (3/18/24 Kindler Rebuttal, Ex. 8) | F, 403, H, 611, NT, 702, 1006 |
| DTX-633 | AB-AWS 019784 | AB-AWS 019807 | Van Datta Provisional Patent Application 15866 | F, 403, 702, EXC |
| DTX-634 | AMZ_AB_000015381 | AMZ_AB_000015387 | Lumberyard + Amazon GameLift +Twitch for Games on AWS | F, 403 |
| DTX-635 | AMZ_AB_000108390 | AMZ_AB_000108752 | Amazon GameLift - Developer Guide | F, 403 |

SCHEDULE E2

**JOINT TRIAL EXHIBIT LIST**

| | United States District Court |
|---|---|
| | For the District of Delaware |
| | |
| | *Acceleration Bay, LLC v. Amazon Web Services, Inc.* |
| | |

| **Case No. 22-cv-00904-RGA-SRF** | | **Trial Date: September 23, 2024** |
|---|---|---|

| JTX No. | Date Admitted | Bates Range | Description | Date | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 1 | | AB-AWS 000059 – 118 | U.S. Patent No. 6,714,966 B1 | 03/30/2004 | |
| 2 | | AB-AWS 000119 – 78 | U.S. Patent No. 6,732,147 B1 | 05/04/2004 | |
| 3 | | AB-AWS 000179 – 236 | U.S. Patent No. 6,829,634 B1 | 12/07/2004 | |
| 4 | | AB-AWS 002179 – 98 | Patent Purchase Agreement between Boeing Intellectual Property Licensing Company and Acceleration Bay, Inc. | 12/10/2014 | Radovsky Ex. 66 (BOEING 003028-47), Ward Ex. 20 (AB-AWS 020320 – 39), Kindler Ex. 8 (AB-AWS 020320 – 39), Barrio Ex. 2 (BOEING-AWS 00211-30) |
| 5 | | AB-AWS 002154 – 71 | Amended and Restated Patent Purchase Agreement between Boeing Intellectual Property Licensing Company and Acceleration Bay LLC | 12/10/2014 | Barrio Ex. 3 (DTX-16, AB-AWS 002154 – 71); Radovsky Ex. 89 (DTX-49, AB-AWS 019608 – 25) |

1

*Acceleration Bay LLC v. Amazon Web Services, Inc.* (Civ. A. No. 22-904-RGA-SRF)

### **Schedule G1: Acceleration Bay's Brief Statement of Intended Proofs**

A statement of the primary matters Acceleration Bay intends to prove at trial is set forth below.  This statement is not exhaustive, and Acceleration Bay reserves the right to prove any matters identified in the pleadings, in interrogatory and other discovery responses, in its expert reports, and in the accompanying statements of the facts and legal issues to be litigated at trial. Acceleration Bay may also provide additional proof to rebut any proof offered by Amazon before and during trial, in response to rulings by the Court, or for other good cause.

**ISSUES ON WHICH ACCELERATION BAY BEARS THE BURDEN OF PROOF**

**I.    Infringement**

1.    Acceleration Bay bears the burden of proof related to whether Amazon has infringed the Asserted Claims of the Asserted Patents directly and/or by inducing or contributing to infringement.

2.    For the Court's convenience, the following table shows the current list of Asserted Claims and Accused Products for each of the Asserted Patents:

| Patent | Asserted Claims | Accused Products |
|---|---|---|
| '966 Patent | 12, 19 | VPC, Transit Gateway, CloudFront, and Lambda |
| '147 Patent | 6 | VPC, Transit Gateway, CloudFront, and Lambda |
| '634 Patent | 10 | VPC, Transit Gateway, CloudFront, and Lambda |

3.    Acceleration Bay will prove by a preponderance of the evidence that Amazon directly infringes Claims 12 and 19 of the '966 Patent by making, using, testing, selling and offering to sell VPC, Transit Gateway, CloudFront, and Lambda.

4.      Acceleration Bay will prove by a preponderance of the evidence that Amazon directly infringes Claim 6 of the '147 Patent by making, using, testing, selling and offering to sell VPC, Transit Gateway, CloudFront, and Lambda.

5.      Acceleration Bay will prove by a preponderance of the evidence that Amazon directly infringes Claims 10 of the '634 Patent by making, using, testing, selling and offering to sell VPC, Transit Gateway, CloudFront, and Lambda.

6.      Acceleration Bay will prove by a preponderance of the evidence that Amazon indirectly infringes of Claims 12 and 19 of the '966 Patent by inducing and contributing to its customers' infringement.

7.      Acceleration Bay will prove by a preponderance of the evidence that Amazon indirectly infringes of Claim 6 of the '147 Patent by inducing and contributing to its customers' infringement.

8.      Acceleration Bay will prove by a preponderance of the evidence that Amazon indirectly infringes of Claim 10 of the '634 Patent by inducing and contributing to its customers' infringement.

## II.      Willful Infringement

9.      Acceleration Bay will present proof that Amazon's infringement is willful, wanton, and deliberate and that Acceleration Bay is entitled to trebled damages on this basis.

## III.      Damages

10.      Acceleration Bay will present proof supporting damages of no less than a reasonable royalty Amazon's infringement of the Asserted Patents.

11.      Acceleration Bay will present proof that it provided AWS with notice of its infringement of the '966, '147 and '634 Patents by March 13, 2019.

2

12.     Acceleration Bay will present proof that it is entitled to enhanced damages for Amazon's willful infringement of the Asserted Patents.

## IV.     Remedies

13.     Acceleration Bay will present proof that this is an exceptional case within the meaning of 35 U.S.C. § 285 and that Acceleration Bay is entitled to its costs, enhanced damages, and reasonable attorneys' fees.

14.     Acceleration Bay will present proof that it is entitled to an order requiring Amazon to give an accounting of all infringing sales and revenues, together with prejudgment and post-judgment interest from the date of first infringement of the asserted patents under 35 U.S.C. § 284; 28 U.S.C. § 1961.

## ISSUES ON WHICH AMAZON BEARS THE BURDEN OF PROOF

## I.     Non-Infringing Alternatives

1.     Amazon bears the burden of proof to establish the availability to Amazon of any economically and technically feasible non-infringing alternatives to practicing the asserted claims of the Asserted Patents.

2.     Acceleration Bay will present proof rebutting Amazon's assertion that there is any economically and technically feasible non-infringing alternative to practicing the Asserted Claims of the Asserted Patents.

## II.     Validity

3.     Amazon bears the burden of proof to establish by clear and convincing evidence that any Asserted Claim or the Asserted Patents is invalid.

4.     Acceleration Bay will present proof rebutting Amazon's assertion that the Asserted Claims of the '966 Patent are directed to patent ineligible subject matter.

3

5. Acceleration Bay will present proof rebutting Amazon's assertion that the Asserted Claims of the '634 Patent are directed to patent ineligible subject matter.

6. Acceleration Bay will present proof rebutting Amazon's assertion that any of the Asserted Claims of the '966 Patent are invalid as obvious, including proof that a person of ordinary skill in the art would not be motivated to combine the references relied on by Comcast and proof objective indicia of nonobviousness.

7. Acceleration Bay will present proof rebutting Amazon's assertion that any of the Asserted Claims of the '147 Patent are invalid as obvious, including proof that a person of ordinary skill in the art would not be motivated to combine the references relied on by Comcast and proof objective indicia of nonobviousness.

8. Acceleration Bay will present proof rebutting Amazon's assertion that any of the Asserted Claims of the '634 Patent are invalid as obvious, including proof that a person of ordinary skill in the art would not be motivated to combine the references relied on by Comcast and proof objective indicia of nonobviousness.

9. Acceleration Bay will present proof rebutting Amazon's assertion that U.S. Patent No. 6,049,823 ("Hwang"), filed November 1, 1996, and issued April 11, 2000, qualifies as prior art under 35 U.S.C. § 102(a), including proof that the Asserted Claims were conceived by Fall 1996 and reduced to practice by August 30, 1999.

10. Acceleration Bay will present proof rebutting Amazon's assertion that U.S. Patent No. 5,987,376 ("Olson"), filed July 16, 1997, and issued November 16, 1999, qualifies as prior art under 35 U.S.C. § 102(a), including proof that the Asserted Claims were conceived by Fall 1996 and reduced to practice by August 30, 1999.

4

### III.    License Defense

11.    Amazon bears the burden of proof to establish by a preponderance of the evidence that it has a license to the Asserted Patents.

12.    Acceleration Bay will present proof rebutting Amazon's assertion that it has a license to the Asserted Patents, including proof that Amazon abandoned its alleged non-assertion clause, and that any such provision was not triggered and is unenforceable.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ACCELERATION BAY LLC., | |
| *Plaintiff,* | Case No. 22-904 (RGA) (SRF) |
| v. | |
| AMAZON WEB SERVICES, INC., | |
| *Defendant.* | |

**SCHEDULE G2: DEFENDANT'S BRIEF STATEMENT OF INTENDED PROOFS**

Defendant Amazon Web Services, Inc. ("AWS") respectfully submits the following Brief Statement of Intended Proofs. AWS's statement does not address the proof that it may choose to present at trial in response to any of the claims or issues on which Plaintiff Acceleration Bay ("Acceleration Bay") maintains the burden of proof. By making these disclosures, AWS is not agreeing to take on the burden of proof for any issue on which Acceleration Bay bears the burden of proof. This statement also does not address the proof that Acceleration Bay may present but has not yet identified. AWS's statement is based upon its current understanding of Acceleration Bay's claims against AWS in this matter and on the current disposition, status of the case, and the Court's current rulings. AWS reserves the right to revise this statement in light of any further Court decisions or orders, further developments in the case, and/or any new issues raised by Acceleration Bay. This statement does not pertain to matters of law not to be presented to the jury.

This statement is meant to be a high-level overview. Accordingly, AWS does not concede that the items herein are the only items that may be included in the trial of this matter. The following statements are not exhaustive, and AWS reserves the right to prove or disprove any matters identified in the parties' pleadings, contentions, interrogatory responses, and/or expert

1

reports. AWS also intends to offer evidence as to the issues of fact and issues of law identified in

the pretrial order. AWS further intends to offer evidence to rebut evidence offered by Acceleration

Bay, and to argue that Acceleration Bay is precluded from offering evidence in support of theories

and claims not adequately disclosed in accordance with the scheduling order. AWS incorporates

by reference its expert reports in support of any proof to be presented by expert testimony. To the

extent AWS's statement of issues of fact and statement of issues of law include additional items

that AWS intends to show, those issues are incorporated by reference.

## I.      Infringement

AWS intends to establish through its presentation of evidence that Acceleration Bay cannot

prove that AWS's manufacture, sale, offer for sale, and/or use (or control of the use by others) of

Virtual Private Cloud ("VPC"), alone or as used by the VPC Accused Products,[1] has infringed any

asserted claim[2] of the Asserted Patents, either directly (literally or under the doctrine of

equivalents) or indirectly (by either inducing or contributing to its customers' alleged

infringement).

AWS intends to establish through its presentation of evidence that Acceleration Bay cannot

prove that AWS's manufacture, sale, offer for sale, and/or use (or control of the use by others) of

Transit Gateway ("TGW"), alone or as used by the TGW Accused Product,[3] has infringed any

---

[1] The VPC Accused Products are those products that allegedly infringe "through the use of VPC" and include CloudFront, Elastic Kubernetes Service ("EKS"), GameLift, EC2, and Lambda.

[2] The asserted claims are claims 12 and 19 of the '966 patent, claim 6 of the '147 patent, and claim 10 of the '634 patent. AWS disputes whether Acceleration Bay has accused any of the VPC or TGW Accused Products apart from their use of VPC and/or Transit Gateway.

[3] The TGW Accused Product is the product that allegedly infringes "through the use of Transit Gateway," EC2.

2

asserted claim of the Asserted Patents, either directly (literally or under the doctrine of equivalents) or indirectly (by either inducing or contributing to its customers' alleged infringement).

AWS intends to establish through its presentation of evidence that Acceleration Bay cannot prove that any specific AWS customer has directly infringed any asserted claim through its use in the United States of VPC, alone or as used by the VPC Accused Products, under a theory of either literal infringement or infringement under the doctrine of equivalents.

AWS intends to establish through its presentation of evidence that Acceleration Bay cannot prove that any specific AWS customer has directly infringed any asserted claim through its use in the United States of TGW, alone or as used by the TGW Accused Product, under a theory of either literal infringement or infringement under the doctrine of equivalents.

To the extent Acceleration Bay is permitted to present evidence that any VPC or TGW Accused Product infringes the Asserted Patents independently of their use of VPC or TGW, AWS intends to establish through its presentation of evidence that Acceleration Bay cannot prove that AWS's manufacture, sale, offer for sale, and/or use (or control of the use by others) of these products, has infringed any asserted claim of the Asserted Patents, either directly (literally or under the doctrine of equivalents) or indirectly (by either inducing or contributing to its customers' alleged infringement).

To the extent Acceleration Bay is permitted to present evidence that any VPC or TGW Accused Product infringes the Asserted Patents independently of their use of VPC or TGW, AWS intends to establish through its presentation of evidence that Acceleration Bay cannot prove that any specific AWS customer has directly infringed any asserted claim through its use in the United States of those products under a theory of either literal infringement or infringement under the doctrine of equivalents.

3

## II.    Invalidity

AWS intends to establish through its presentation of evidence that claim 10 of the '634 patent and claims 12 and 19 of the '966 patent are invalid for lack of an inventive concept, and fail to meet the patent-eligibility requirements under 35 U.S.C. § 101.

AWS intends to establish through its presentation of evidence that Acceleration Bay cannot prove that the alleged inventions claimed in the asserted claims have the benefit of the alleged fall 1996 conception date.

AWS also intends to establish through its presentation of evidence that Acceleration Bay cannot prove that the alleged inventions claimed in the asserted claims were reduced to practice as of August 30, 1999.

AWS intends to establish through its presentation of evidence that claims 12 and 19 of the '966 patent and claim 10 of the '634 patent are invalid as obvious over the combination of '882 Maxemchuk, ATT Maxemchuk, Hughes, and InsideDirectX under 35 U.S.C. § 103.  To the extent necessary, AWS intends to establish that the prior art references on which it intends to rely for obviousness are prior art to the asserted patents.

AWS intends to establish through its presentation of evidence that a person of ordinary skill in the art (POSITA) would have had a motivation to combine, and a reasonable expectation of success in combining, '882 Maxemchuk, ATT Maxemchuk, Hughes, and InsideDirectX to arrive at the subject matter of claims 12 and 19 of the '966 patent and claim 10 of the '634 patent.

AWS intends to establish through its presentation of evidence that claims 12 and 19 of the '966 patent and claim 10 of the '634 patent are invalid as obvious over the combination of Du, Hughes, Hwang, and Olson under 35 U.S.C. § 103.  To the extent necessary, AWS intends to

4

establish that the prior art references on which it intends to rely for obviousness are prior art to the asserted patents.

AWS intends to establish through its presentation of evidence that a person of ordinary skill in the art (POSITA) would have had a motivation to combine, and a reasonable expectation of success in combining, Du, Hughes, Hwang, and Olson to arrive at the subject matter of claims 12 and 19 of the '966 patent and claim 10 of the '634 patent.

AWS intends to establish through its presentation of evidence that claim 6 of the '147 patent is invalid as obvious over the combination of '882 Maxemchuk, ATT Maxemchuk, Hughes, and Pekarske under 35 U.S.C. § 103.  To the extent necessary, AWS intends to establish that the prior art references on which it intends to rely for obviousness are prior art to the asserted patents.

AWS intends to establish through its presentation of evidence that a person of ordinary skill in the art (POSITA) would have had a motivation to combine, and a reasonable expectation of success in combining, '882 Maxemchuk, ATT Maxemchuk, Hughes, and Pekarskee to arrive at the subject matter of claim 6 of the '147 patent.

AWS intends to establish through its presentation of evidence that claim 6 of the '147 patent is invalid as obvious over the combination of Du, Hughes, and Pekarske under 35 U.S.C. § 103.  To the extent necessary, AWS intends to establish that the prior art references on which it intends to rely for obviousness are prior art to the asserted patents.

AWS intends to establish through its presentation of evidence that a person of ordinary skill in the art (POSITA) would have had a motivation to combine, and a reasonable expectation of success in combining, Du, Hughes, and Pekarske to arrive at the subject matter of claim 6 of the '147 patent.

5

### III.    License

AWS intends to establish through its presentation of evidence that Boeing (and/or covered Boeing Affiliates)[4] used AWS's VPC, EC2, and CloudFront products after Boeing entered into the 2010 AWS-Boeing Enterprise Customer Agreement. That agreement provided a license to the Asserted Patents for any AWS products that Boeing or any of its covered Boeing Affiliates, including those specifically identified by customer number, used.

AWS intends to establish through its presentation of evidence that, as a result of Boeing's and/or any Boeing Affiliate's use of VPC, EC2, and CloudFront, Acceleration Bay does not have right to enforce the Asserted Patents against AWS with respect to those products, pursuant to a license Boeing granted AWS in the 2010 AWS-Boeing Enterprise Customer Agreement four years before Boeing sold the Asserted Patents to Acceleration Bay.

To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, AWS intends to establish through its presentation of evidence that the alleged removal of the non-assertion clause in the standard online AWS Customer Agreement did not apply to the non-assertion clause in the 2010 Boeing-AWS Enterprise Customer Agreement.

To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, AWS intends to establish through its presentation of evidence that the alleged removal of the non-assertion clause in the standard online AWS Customer Agreement in 2017 did not retroactively apply to nullify Boeing's grant of a license to AWS in the 2010 Boeing-AWS Enterprise Agreement.

---

[4] D.I. 171-1, Ex. 54 (Amendment No. 1 to the 2010 AWS-Boeing Enterprise Customer Agreement, adding "Section 2.6 Affiliates" and Exhibit 2.6, defining "Company Affiliate AWS Accounts," including through identification of specific customer numbers).

To the extent Acceleration Bay is permitted to rely on late produced evidence and/or late disclosed arguments, AWS intends to establish through its presentation of evidence that the 2022 Boeing-AWS Enterprise Customer Agreement was not a novation that retroactively nullified Boeing's grant of a license to AWS in the 2010 Boeing-AWS Enterprise Customer Agreement.

## IV.    Damages

In the event that any valid claim of the Asserted Patents is found to be infringed, AWS intends to establish through its presentation of evidence that Acceleration Bay is entitled to damages of between $1.5 million and $3 million from AWS.

In the event that AWS is found to infringe one or more valid claims of the Asserted Patents, AWS intends to establish through its presentation of evidence that there are economically and technically feasible non-infringing alternatives to practicing the asserted claims, and that Acceleration Bay cannot meet its burden to show that there are no non-infringing alternatives to the Asserted Patents.

In the event that AWS is found to infringe one or more valid claims of the Asserted Patents, AWS intends to establish through its presentation of evidence that Acceleration Bay is not entitled to the damages it seeks because its damages model is based on infringement allegations that are outside the scope of its contentions and infringement expert report.

In the event that AWS is found to infringe one or more valid claims of the Asserted Patents, AWS intends to establish through its presentation of evidence that Acceleration Bay is not entitled to the damages it seeks because its damages model is unsupported by any reliable evidence and assumptions.

7

V.      **Notice**

AWS intends to establish through its presentation of evidence that Acceleration Bay did not provide AWS with pre-suit notice of its alleged infringement and, as a result, the damages period began on July 6, 2022, when Acceleration Bay filed its Complaint.

VI.     **Willful Infringement[5]**

In the event that AWS is found to infringe one or more valid claims of the Asserted Patents, AWS intends to establish through its presentation of evidence that Acceleration Bay cannot show that any infringement (either pre-suit or post-suit) was willful.

VII.    **Attorneys' Fees and Costs**

In the event the jury finds that AWS did not infringe any valid asserted claim, AWS intends to seek an award of attorneys' fees and costs in this action on all bases available, including at least under Fed. R. Civ. P. 54(d) and 35 U.S.C. § 285.

---

[5] As explained in the above pretrial order, AWS objects to Acceleration Bay presenting a willful infringement case to the jury.

8