IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | Civil Action No. 22-904-RGA |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that:

1. Plaintiff's summary judgment and *Daubert* motions (D.I. 150) are GRANTED IN PART and DENIED IN PART as set forth in the Memorandum Opinion;

2. Defendant's summary judgment and *Daubert* motions (D.I. 147) are GRANTED IN PART and DENIED IN PART as set forth in the Memorandum Opinion.

IT IS SO ORDERED.

Entered this 12 day of September, 2024

/s/ Richard G. Andrews
United States District Judge