# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-904 (RGA) (SRF) |
| | ) |
| AMAZON WEB SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **VERDICT FORM**

**INSTRUCTIONS**:

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form.

As used in this Verdict Form:

1. "Acceleration Bay" refers to Plaintiff Acceleration Bay LLC.

2. "Amazon" refers to Defendant Amazon Web Services, Inc.

3. The " '966 Patent" refers to U.S. Patent Number 6,714,966.

4. The " '147 Patent" refers to U.S. Patent Number 6,732,147.

**Please turn to the next page.**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**Question 1**: Has Acceleration Bay proven by a preponderance of the evidence that CloudFront infringed either of the Asserted Claims?

Check "Yes" or "No" for each claim.

*"Yes" is a finding for Acceleration Bay (i.e., that CloudFront infringed the claim).*

*"No" is a finding for Amazon (i.e., that CloudFront did not infringe the claim).*

**Accused Product: CloudFront**

|  | **Yes** (Acceleration Bay) | **No** (Amazon) |
|---|---|---|
| Claim 12 of the '966 Patent | _____ | _____ |
| Claim 6 of the '147 Patent | _____ | _____ |

**Go to Question 2**.

**Question 2**: Has Amazon proven by a preponderance of the evidence that The Boeing Company used CloudFront prior to December 2014?

*"Yes" is a finding for Amazon (i.e., that The Boeing Company used the product before December 2014).*

*"No" is a finding for Acceleration Bay (i.e., that The Boeing Company did not use the product before December 2014).*

|  | **Yes** (Amazon) | **No** (Acceleration Bay) |
|---|---|---|
| CloudFront | _____ | _____ |

**If in Question 1, you found that CloudFront infringes at least one of the two claims, and in Question 2 you answered "No," go to Question 3.  Otherwise, skip Question 3 and go to Question 4.**

1

**Question 3**:  For each Patent for which you found infringement by CloudFront, has Acceleration Bay proven by a preponderance of the evidence that Amazon willfully infringed the Patent?

Check "Yes" or "No."

*"Yes" is a finding for Acceleration Bay (i.e., that Amazon's infringement was willful).*

*"No" is a finding for Amazon (i.e., that Amazon's infringement was not willful).*

|  | Yes (Acceleration Bay) | No (Amazon) |
|---|---|---|
| '966 Patent | _____ | _____ |
| '147 Patent | _____ | _____ |

**Go to Question 4.**

**Question 4**:  Has Acceleration Bay proven by a preponderance of the evidence that Virtual Private Cloud ("VPC") infringed either of the Asserted Claims?

Check "Yes" or "No" for each claim.

*"Yes" is a finding for Acceleration Bay (i.e., that VPC infringed the claim).*

*"No" is a finding for Amazon (i.e., that VPC did not infringe the claim).*

**Accused Product: Virtual Private Cloud ("VPC")**

|  | Yes (Acceleration Bay) | No (Amazon) |
|---|---|---|
| Claim 12 of the '966 Patent | _____ | _____ |
| Claim 6 of the '147 Patent | _____ | _____ |

**Go to Question 5**.

2

**Question 5**:  Has Amazon proven by a preponderance of the evidence that The Boeing Company used VPC prior to December 2014?

*"Yes" is a finding for Amazon (i.e., that The Boeing Company used the product before December 2014).*

*"No" is a finding for Acceleration Bay (i.e., that The Boeing Company did not use the product before December 2014).*

|     | **Yes** (Amazon) | **No** (Acceleration Bay) |
|-----|------------------|---------------------------|
| VPC | _____   | _____            |

**Go to Question 6 if in Question 1 you found that CloudFront infringes at least one of the two claims and in Question 2 you answered "No," or if in Question 4 you found that VPC infringes at least one of the two claims and in Question 5 you answered "No."  Otherwise, skip Questions 6 and 7 and go to the last page.**

**Question 6**:  What sum of money do you find that Acceleration Bay has proven by a preponderance of the evidence would fairly and reasonably compensate Acceleration Bay for Amazon's infringement of the Asserted Claims?

$ _____

**Go to Question 7.**

**Question 7**:  Of the sum of money you decided on in answer to Question 6, how much of that is based on CloudFront?

$ _____

**Go to the last page.**

After completing the verdict form, you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____                    _____
             Signature                                                              Date