# UNITED STATES DISTRICT COURT

### DISTRICT OF
Delaware

Acceleration Bay, LLC

V.

Amazon Web Services, Inc.

# WITNESS LIST

Case Number: 22-904-RGA

| PRESIDING JUDGE<br>Hon. Richard G. Andrews | PLAINTIFF'S ATTORNEY<br>Phillip Rovner | DEFENDANT'S ATTORNEY<br>Jennifer Ying |
|---|---|---|
| TRIAL DATE(S)<br>9/23/2024 - 9/27/2024 | COURT REPORTER<br>Heather Triozzi | COURTROOM DEPUTY<br>N. Selmyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/23/2024 | | | Virgil Bourassa (live) |
| 2 | | 9/23/2024 | | | Dr. Harry Bims (live) |
| 3 | | 9/23/2024 | | | Matthew Baldwin (by video deposition) |
| 4 | | 9/23/2024 | | | Colin Brace (by video deposition) |
| 5 | | 9/23/2024 | | | Colm MacCarthaigh (by video deposition) |
| 6 | | 9/24/2024 | | | Dr. Nenad Medvidovic (live) |
| 7 | | 9/24/2024 | | | Scott Sanford (video deposition) |
| 8 | | 9/24/2024 | | | Joseph Ward (live) |
| 9 | | 9/24/2024 | | | Shridhar Kulkarni (video deposition) |
| 10 | | 9/24/2024 | | | Megha Kande (video deposition) |
| 11 | | 9/24/2024 | | | Natasha Radovsky (video deposition) |
| 12 | | 9/24/2024 | | | Dr. Eric Cole (live) |
| 13 | | 9/25/2024 | | | Dr. Fred B. Holt (live) |
| 14 | | 9/25/2024 | | | Scott Hayden (video deposition) |
| 15 | | 9/25/2024 | | | Kevin Gasper (video deposition) |
| 16 | | 9/25/2024 | | | Lance Gunderson, damages expert (live) |
| | 1 | 9/25/2024 | | | Scott Hayden |
| | 2 | 9/25/2024 | | | Kevin Gasper |
| | 3 | 9/25/2024 | | | Elena Barrio (video deposition) |
| | 4 | 9/25/2024 | | | Colm MacCarthaigh (live) |
| | 5 | 9/26/2024 | | | Nadya Sultanik (live) |
| | 6 | 9/26/2024 | | | Natasha Radovsky (video deposition) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Acceleration Bay, LLC | | | VS. | Amazon Web Services, Inc. | CASE NO. 22-cv-904-RGA |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 7 | 9/26/2024 | | | Lauren Kindler, Economist |
| | | | | | |
| | | | | | |