IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCELERATION BAY, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 22-904-RGA |
| | : | |
| AMAZON WEB SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |

**TRIAL VERDICT**

The jury having deliberated on the claims and affirmative defense asserted at trial, and the jury having reached a verdict, judgment is entered for Acceleration Bay, LLC, and against Amazon Web Services, Inc., in the amount of $30,500,000.00.

IT IS SO ORDERED this 27 day of September 2024.

/s/ Richard G. Andrews
United States District Judge