IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCELERATION BAY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-904 (RGA) (SRF) |
| v. | ) | |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AMAZON WEB SERVICES, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR ALTERNATIVELY, A NEW TRIAL, ON INFRINGEMENT, DAMAGES, AND ITS LICENSE DEFENSE**

Pursuant to Fed. R. Civ. P. 50 and 59 and the Court's Order regarding post-trial briefing (D.I. 295), and based on the Court's October 7, 2024 judgment entered in accordance with the jury verdict (D.I. 294), Defendant Amazon Web Services, Inc. ("Defendant" or "Amazon") hereby renews its motion for judgment as a matter of law on infringement, damages, and its license defense. Alternatively, Amazon moves for a new trial on the issues of infringement, damages, and its license defense.

The grounds for Amazon's motion are set forth in the Opening Brief and supporting declaration filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

OF COUNSEL:

Alan M. Fisch
R. Williams Sigler
Jeffrey M. Saltman
Lisa N. Phillips
Kyle K. Tsui
FISCH SIGLER LLP
5301 Wisconsin Avenue NW, Suite 400
Washington, DC  20015
(202) 362-3500

Ken K. Fung
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
(605) 362-8207

November 4, 2024

*Attorneys for Defendant Amazon Web Services, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 4, 2024, upon the following in the manner indicated:

Philip A. Rovner, Esquire                                    *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Paul J. Andre, Esquire                                       *VIA ELECTRONIC MAIL*
Lisa Kobialka, Esquire
James R. Hannah, Esquire
Michael H. Lee, Esquire
Christina M. Finn, Esquire
Kristopher B. Kastens, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
*Attorneys for Plaintiff*

Aaron M. Frankel, Esquire                                    *VIA ELECTRONIC MAIL*
Marcus A. Colucci, Esquire
Cristina L. Martinez, Esquire
Pooja P. Parekh, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
*Attorneys for Plaintiff*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

3